# EXHIBIT 1

trubow1@gmail.com

**Subject:** FW: Requested changes in the Morisky Widget

> **From:** Dustin Machi <dmachi@hapticscience.com>
> **Date:** November 16, 2016 at 9:51:41 AM PST
> **To:** DONALD MORISKY <dmorisky@ucla.edu>
> **Cc:** Steve Trubow <trubow1@gmail.com>
> **Subject: Re: Requested changes in the Morisky Widget**
>
> Hi Don,
>
>> Hi Dustin and here are some changes that need to be made on the Morisky Widget in which Steve and I went over today.  First, the name Morisky needs to be spelled correctly, which now reads "moriskey".
>
> Where in the site are you seeing this?  I just took a look a moment ago and it seems to be "morisky" everywhere so far, so if you can point me to where on the site you were seeing this typo, I can fix.
>
>> Next, the :Cancel box and Create Assessment Form- is not visible on the right side and needs to be moved up a space or two, Only the top of the box is visible.
>
> I guess that the screen or the browser window is small and thats why you are seeing this happen.  I will make it behave better.
>
>> The Intentional and Unintentional scores are not correct. Currently, there are 3 and 5 and need to be changed to 4 and 4.  I have attached the listing of each item and its resultant categorization of "intentional and unintentional".
>
> Is this a change from before?  It could certainly be a bug, but I copied the existing morisky scoring code that we were using in MHIS. So if it is wrong here, then it is also wrong in MHIS and has been wrong since that functionality was implemented.
>
>> Finally, please make a screen name for Morisky and a password.
>>
>> Please send me the instructions for logging on.

1

Will do.  What is your preferred username?

Thanks,
Dustin

> Thanks for all your hard work on this Widget.
>
> Don
>
> <Unintentional and Intentional Scoring Criteria_Generic2016.doc>

**trubow1@gmail.com**

Subject:          FW: updated protocol and workflow

**From:** Dustin Machi <dmachi@hapticscience.com>
**Sent:** Wednesday, December 7, 2016 6:01 AM
**To:** DONALD MORISKY <dmorisky@ucla.edu>
**Cc:** Steve Trubow <trubow1@gmail.com>
**Subject:** Re: updated protocol and workflow

When you launch the tests, they open in a new browser window/tab.  You can close that window after the test is complete.   Then, in the main window, you click on "assessments" at the top.   Then you will see a list of all the assessments.   You find the one you want to look at, and click the eye icon to open that assessment.  Then you will see that assessment.

I hope this helps.

Dustin



On Dec 7, 2016, at 8:41 AM, DONALD MORISKY <dmorisky@ucla.edu> wrote:

I got the widget to work but it does not go back to the results after I finish answering the MMAS questions.  Please send me the specific steps following data entry.

Thanks and sorry to bother you so early in the am....

On Wed, Dec 7, 2016 at 3:32 AM, Steve Trubow <trubow1@gmail.com> wrote:

Empty broswer

Sent from my iPhone

On Dec 6, 2016, at 10:35 PM, DONALD MORISKY <dmorisky@ucla.edu> wrote:

> hi Steve and Dustin and I am having problems in getting the widget to work. I go to morisky.org and enter my email and password but nothing happens. Please help,,,I have a presentation in the morining…
>
> Thanks,
>
> Don
>
> On Tue, Dec 6, 2016 at 7:07 PM, olympic labs <trubow1@gmail.com> wrote:
>
>> <image001.jpg>