# EXHIBIT 2

**COPYRIGHT ASSIGNMENT**

This Assignment agreement is between Dustin Machi, an individual residing at 567 Wisteria Dr, Radford, VA 24141 ("Assignor"), and MMAS Research LLC, a Washington limited liability company located at 14725 NE 20th St. #D-53, Bellevue, WA 98007-3732 ("Assignee").

WHEREAS Assignor is the creator and owner of the Work identified in **Exhibit A** and any and all modifications, versions, derivations, drafts and embodiments of such Work owned and/or created by Assignor (collectively, the "Work"). The Work was created with the parties' intent that ownership of copyright and all other rights to the Work would be owned by Assignee.

Effective December 3, 2019, for good and valuable consideration, receipt of which is hereby acknowledged, Assignor assigns to Assignee all worldwide right, title and interest in and to the Work, including, but not limited to, the copyrights therein; the right to use the Works and copies and derivatives thereof in any manner Assignee chooses; and the right to all claims for any past, current or future infringement of the Work.

This Assignment shall be binding upon and inure to the benefit of the parties and their respective successors, assigns, heirs and personal and legal representatives.

**ASSIGNOR**

Signature: _[signature]_

Name:    Dustin Machi

Dated:   December 3, 2019

# EXHIBIT A

The Work is identified as the MMAS Research Widget Code, its architecture, output screens (GUI's), and other associated materials.