# EXHIBIT 3

**Steve trubow**

| | |
|---|---|
| **Subject:** | FW: Accept your offer of withdrawal |

**From:** Donald Morisky <dmorisky@gmail.com>
**Sent:** Friday, June 21, 2019 12:37 PM
**To:** Steve Trubow <trubow1@gmail.com>
**Subject:** Accept your offer of withdrawal

Steve: After consideration, I have decided to accept the offer of withdrawal as a member contained in the February 14, 2019 e-mail from you to me. I have attached below a copy for your convenience. The offer "If you want to withdraw from MMAS Research LLC you are free to do so, but you will give up your 50% ownership in the Morisky Widget" is accepted. I hereby withdraw as a member and from all other of my roles on behalf of MMAS Research, LLC, effective June 21, 2019.  Thank you. "

FILED
Secretary of State
State of Washington
Date Filed: 07/05/2019
Effective Date: 07/05/2019
UBI No: 604 068 990

**Office of the Secretary of State**
Corporations & Charities Division
(360) 725-0377 | www.sos.wa.gov/corps
801 Capitol Way S, Olympia, WA 98504-0234

o Filing Fee $10
o Filing Fee with Expedite Service $60

## AMENDED REPORT
### RCW 23.95.255

All fields required unless otherwise specified

Entity Name: MMAB Research, LLC            UBI: 604-068-990

Has your registered agent changed? ☐ YES  ☒ NO   If Yes, please be sure to complete page 2.

**Principal Office Street Address**
(Must be a physical address; No PO Box or PMB)

Address: 10725 NE 20th Street, Suite D-53
Zip: 98007   City: Bellevue
State: WA    Country: USA

**Mailing Address (optional)**
☒ Check if mailing address is the same as street address

Address:
Zip:   City:
State:   Country:

Phone (optional): 360-904-0701    Email (optional): Trebow1@gmail.com

Governor(s) (list at least one, attach additional pages if necessary) *An entity cannot serve as its own Governor

Name: Steven Trebow            Name: Note: Donald Morisky is no longer a member or
Name:                          Name: governor
Name:                          Name:

Nature of Business (briefly describe the type of business your entity conducts in the state of Washington):

This document is hereby executed under penalty of law and is to the best of my knowledge, true and correct.

Signature of Authorized Person: Donald E. Morisky        Date: 6-25-19
Print Name and Title (if applicable): Donald Morisky
Phone (optional):                        Email (optional):

Amended Report
Pg 1 | Revised 7/2018

Work Order #: 2019070100339323 - 1
Received Date: 07/01/2019
Amount Received: $10.00