# EXHIBIT 4

**CR 2A Agreement**

Pursuant to Washington Civil Rule 2A, the parties signing hereto comprising on the one hand Steven Trubow and MMAS Research, LLC (collectively, the "Trubow Party") and on the other hand Donald Morisky, Susan Morisky, Philip Morisky, Marty Morisky and Morisky Medication Adherence Research, LLC ("MMAR") (collectively, the "Morisky Party") (with the Trubow Party and the Morisky Party collectively identified as the "Parties" and individually as a "Party") have reached a preliminary settlement ("Agreement") and desire to consent and agree to the following terms and conditions, which shall be binding and enforceable in any court:

## I.      Background

A.      On July 29, 2019, MMAS Research, LLC and Steven Trubow filed a lawsuit in King County Superior Court against Defendants Donald Morisky, Susan Morisky, Philip Morisky, Marty Morisky and Morisky Medication Adherence Research, LLC. Defendant Donald Morisky asserted certain counterclaims against MMAS Research, LLC and Steven Trubow.

B.      On May 28, 2020, Donald Morisky filed a lawsuit against MMAS Research, LLC and Steven Trubow in Nevada federal district court asserting claims for copyright and trademark infringement.

C.      On June 19, 2020, MMAR filed a motion for attorney's fees and costs in the Washington lawsuit. Susan Morisky may also file, in the future, a motion for attorney's fees and costs in the Washington lawsuit, but has agreed to postpone doing so pending finalizing a settlement agreement.

D.      On or about July 2, 2020, the Parties reached a preliminary settlement agreement, the terms of which the Parties and their counsel agreed to formalize in a final, long-form written settlement agreement (the "Final Agreement" as defined herein).

E.      In the interim, the Parties desire to consent and stipulate to the following material terms and conditions that are to be fully set forth in the Final Agreement, but which shall be binding pursuant to CR 2A as follows;

Now, therefore, in consideration of the mutual promises and terms set forth below, the Parties agree as follows:

## II.      Settlement Terms and Conditions

1.      MMAS Research, LLC will forego any claims it has to and will acknowledge that Donald Morisky is the sole and exclusive owner of the federal copyrights in and to the MMAS-4 and the MMAS-8, together with any related trademarks, copyrights, derivatives to the same or other intellectual property rights associated with the Morisky Medication Adherence scales or protocols, including without limitation, the items set forth in **Exhibit 1** to this Agreement, (the "Morisky IP").  MMAS Research, LLC will assign the Morisky Widget and any related copyrights, trademarks and related intellectual property rights (the "MMAS IP") to Donald Morisky (or his assignees, collectively "Donald Morisky"), except for any and all copyrights, trademarks and related intellectual property for the Global Medication Reconciliation Form ("GMRF"). A written copy of the GMRF is attached hereto as **Exhibit 2**.   All copyrights, trademarks and related intellectual property for the GMRF ("GMRF IP") shall continue to be owned and controlled by Steven Trubow and/or MMAS Research, LLC; provided, however, that if MMAS Research, LLC is the holder of such GMRF IP, it may only do so under a different corporate name or DBA to

which it has up to 60 days from the execution of this Agreement to transition and that complies with Paragraph 8 of this Agreement (prohibiting, among other things, the use of the terms MORISKY or MMAS except in connection with actions related to "Claim Settlements" (as defined herein) in which MMAS Research, LLC is a party).  Steven Trubow represents that the GMRF does not contain any content that would infringe or qualify as a copyright derivative of any of the Morisky IP or the MMAS IP, and the Morisky Party is relying on that representation to enter into this Agreement.

2.      MMAS Research, LLC and/or Steven Trubow will receive fifty-five percent (55%) and Donald Morisky will receive forty-five percent (45%) (respectively, each Party's "Proceeds Percentage") of the "Net Proceeds" (as defined herein) generated from any "Claim Settlements" (as defined herein).  All proceeds of any Claim Settlement payment received from a third-party ("Gross Proceeds") shall be deposited into an attorney client trust account for the benefit of the Parties.  The net of such proceeds remaining after the payment of the attorney fees and recoverable costs incurred by the attorney(s) prosecuting any Claim Settlement ("Net Proceeds"), shall be disbursed from the attorney client trust account to the Parties in accordance with their respective Proceed Percentage along with a financial accounting of the same within thirty (30) days of the attorney's receipt of such Gross Proceeds.  The expenses of each Party incurred in connection with a Claim Settlement shall be exclusively born by that Party and shall not be deducted from the attorney client trust account, the Gross Proceeds, or the Net Proceeds prior to disbursement to the Parties.

3.      As used herein, the term "Claim Settlements" refers to any settlement agreement entered into by MMAS Research and/or Donald Morisky on the one hand and a third-party on the other hand alleged to have infringed the Morisky IP (as defined herein) and/or the MMAS IP, breached a contract or to be liable for any other claim related to or arising from use of the Morisky

3

IP, MMAS IP, or a license agreement for use of the Morisky IP and/or the MMAS IP after January 1, 2017, until the date on which this Agreement is signed by the Parties. The Claim Settlements at issue herein include any Claim Settlement agreements previously signed by Donald Morisky, now pending or existing investigations to be negotiated, finalized or executed in a final Claim Settlement at any time in the future, which concern refer or relate to the Morisky IP or the MMAS IP. The Claim Settlement *may include a retroactive license for the Morisky Widget and may include corrective measures to be performed by the licensee with the assistance of Steve Trubow, and training and certification to be done by Donald Morisky or Steve Trubow, at the option of Donald Morisky. Fees for training and certification shall be paid to the party training and certifying by the party receiving the training and certification.  The "Claim Settlements" are limited to those set forth and listed in **Exhibit 3**, attached to this Agreement, as of the date on which this Agreement is signed by the Parties.

4.      Donald Morisky authorizes MMAS Research, LLC through its attorney(s) to prosecute the Claim Settlements listed in Exhibit 3 from which a Claim Settlement may be sought related to the MMAS-4, MMAS-8, the Morisky Widget and any related intellectual property, and further agrees to cooperate in any existing investigations, claims and ensuing litigation of any such claims, whether now pending or to be litigated in the future, including the formal assignment of such claims, if necessary to MMAS Research, LLC.  With the exception of any filed, active, lawsuit then proceeding, all prosecution of Claim Settlements by MMAS Research, LLC through its attorney(s) must conclude within two (2) years of the expiration of the Transition Period as described in Paragraph 7 of this Agreement.  Any legal actions, including claims for infringement, may be filed in the name of Donald Morisky if required by law, as the owner(s) of the Morisky IP.

5.      Within thirty (30) days of the execution of this Agreement, MMAS Research, LLC and/or Steven Trubow or their counsel prosecuting any Claim Settlement shall disclose or make

available to Donald Morisky or his counsel, all information regarding any Claim Settlement set forth in Exhibit 3, including, without limitation, the nature of the infringement, the type of settlement sought (e.g. retroactive license, new license, etc.), the number of tests or assessments at issue, the estimated settlement payment, etc.  MMAS Research, LLC and/or Steven Trubow or counsel prosecuting the Claim Settlements shall in good faith entertain and address through counsel prosecuting the Claim Settlements any questions or concerns Donald Morisky may have regarding any Claim Settlements set forth in Exhibit 3 and shall dismiss or abandon any Claim Settlement shown to be without legal merit (e.g. a non-infringing use of an adherence scale in the public domain); provided, however, that the final decision as to whether the claim has legal merit shall be determined by the attorney or attorneys prosecuting the Claim Settlement at issue.  Donald Morisky (and/or his heirs, assigns, or successors in interest) further agrees to execute, sign, and cooperate in the finalization of any and all Claim Settlement agreements as directed by MMAS Research, LLC, Steven Trubow or the attorneys prosecuting the Claim Settlements; provided, however, that such Claims Settlement agreements will not impose future obligations on Donald Morisky or his assignees without Donald Morisky's consent, which consent shall not be unreasonably withheld.  MMAS Research, LLC and/or Steven Trubow shall indemnify Donald Morisky against any order, judgment, or award entered in, or any claim arising from, any Claim Settlement and against any costs or attorney's fees exceeding the sum recovered in any Claim Settlement.

6.      MMAS Research, LLC and/or Steven Trubow will assign the domain name for the "morisky.org" website to Donald Morisky or his assigns upon or prior to the completion of the "Transition Period" set forth herein.

7.      MMAS Research, LLC and Steven Trubow will provide access to and transfer the Morisky Widget software and database to Donald Morisky or his assignees. The Trubow Party

shall train the Morisky Party in the use of the Morisky Widget (including, without limitation, any code book or other instructional material, if any, identifying database variables and how they are scored) so that they may operate and maintain it as currently constituted and service licensees as presently done by the Trubow Party. Each Party will agree to cooperate in good faith and keep the existing morisky.org website available and running for a transition period to commence upon the execution of this Agreement and to conclude within 60 days of the date the Final Settlement Agreement becomes binding on the Parties in accordance with Paragraph 17 of this Agreement (the "Transition Period").   Therefore, it is agreed between the Parties that the Transition Period shall be for 120 days following execution of this Agreement unless otherwise modified by the written agreement of the Parties. Upon the completion of: (i) the transfer of the Morisky Widget software, database and all related information and content to Donald Morisky or his assignees sufficient to take over the management and operation of the same, and (ii) the termination of the Transition Period, MMAR shall indemnify MMAS Research, LLC and Steven Trubow from any claims by licensees arising from issues related to the access to or utilization of the Morisky Widget. The Morisky Party and MMAR agrees to provide full access to the Morisky Widget and support as needed to all licensees as long as their licenses to the Morisky Widget are in effect, including adhering to all European Union Privacy regulations (including but not limited to GDPR) and HIPPA).

8.      With the exception of facilitating any existing investigation, litigation, negotiation, finalization or execution of any Claim Settlements, MMAS Research, LLC and/or Steven Trubow each agree, represent and warrant each will no longer use the Morisky IP, the MMAS IP, or the MORISKY name for business purposes, including as part of the name of the company, or transact any business utilizing in whole or in conjunction with other terms, the following terms: "Morisky, Morisky Widget, MMAS, MMAS-8, or MMAS-4".

9.      Neither Steven Trubow nor MMAS Research, LLC shall make any assignment of any Claim Settlement to any other person without the express written permission of Donald Morisky or his assigns.

10.      MMAS Research, LLC and/or Steven Trubow agree to assign to Donald Morisky and to provide a copy to Donald Morisky of the license agreements for all licenses for the Morisky Widget with third parties, including retroactive license agreements, agreements previously executed by MMAS Research, LLC and/or Donald Morisky (the "License Agreements") that are assignable on their terms. With regard to any License Agreements that are not assignable, the Trubow Party shall work in good faith to transition the servicing of such License Agreements to the Morisky Party, including without limitation, providing relevant introductions and authorizing the Morisky Party to be an authorized agent of MMAS Research, LLC for the purpose of so servicing such License Agreements through their term.   Revenue generated on all License Agreements will belong entirely to the Morisky Party. The list of Morisky Widget licensees set forth in **Exhibit 4** to this Agreement represents the minimum number of all such License Agreements. Donald Morisky agrees to assume all ongoing obligations and responsibilities under all License Agreements assigned or serviced by Donald Morisky by the completion of the Transition Period.

11.      With the exception of privileged communications, MMAS Research, LLC and/or Steven Trubow shall forward to Donald Morisky and/or MMAR all communications (including without limitation, all social media communications, texts, emails, draft agreements, etc.) received from any person regarding Donald Morisky, the MMAS-4, the MMAS-8, or the Morisky Widget in perpetuity and/or if such accounts are held in the name of the MMAS Research, LLC, shall transfer or assign all accounts from which all such information is received (including without limitation, email, social media accounts) to Donald Morisky and/or MMAR.

12.     MMAS Research, LLC and Steven Trubow shall forward all information and communications with prospective licensees of the Morisky IP or the MMAS IP ("Prospective Licensees") and shall work in good faith during the Transition Period to effectuate the transfer and referral of such Prospective Licensees to Donald Morisky and/or MMAR.

13.     MMAS Research, LLC, Steven Trubow, Donald Morisky, Susan Morisky, Phillip Morisky, Marty Morisky and Morisky Medication Adherence Research, LLC, together with its affiliates MMAS Research, Italy, and MMAS Research, France, each agree to release one another and their respective beneficiaries, trustees, owners, predecessors, successors, assigns, agents, officers, employees, servicers, representatives, attorneys, and affiliates, present and former heirs, executors, administrators, partners, co-obligors, co-guarantors, guarantors, sureties, family members, spouse, insurers, and all persons acting by, through, under, or in concert with any of the aforesaid persons or entities, or any of them (the "Releasors") from any claims they may have against each other and their respective beneficiaries, trustees, owners, predecessors, successors, assigns, agents, officers, employees, servicers, representatives, attorneys, and affiliates, present and former heirs, executors, administrators, partners, co-obligors, co-guarantors, guarantors, sureties, family members, spouse, insurers, and all persons acting by, though, under, or in concert with any of the aforesaid persons or entities, or any of them (the "Releasees) or any of them, whether known or unknown, asserted or unasserted that could have been made that relate to, arise out of, or are connected in any way with any claim or dispute raised by any Party against another. Each of the Parties also further agree to dismiss the claims asserted in the Washington lawsuit and Nevada federal district court lawsuit now pending against each other with prejudice and without any award of costs or attorneys' fees in any action.

14.     Each Party covenants and agrees to not make any public defamatory statement about any party to this Agreement.

15.     The Parties agree to cooperate and take all reasonable steps necessary to effectuate the terms of this Agreement and the Final Agreement, including without limitation, identifying and executing all documents necessary to facilitate any assignment or transfers to Donald Morisky contemplated by this Agreement or as set forth in the Final Agreement, including without limitation, any copyrights in the Morisky Widget, MMAS IP, the Morisky kiosk apple iPhone app, MABU robot used in the Morisky Protocol, the morisky.org domain name and website together with any third-party agreements related to any content or services identified thereon, and all known potential, prospective or unexecuted license agreements or infringement claims.

16.     Steven Trubow and/or MMAS Research, LLC hereby warrant and represent that they have all right, title and authority to the MMAS IP and the morisky.org domain name transferred and assigned to Donald Morisky and indemnify Donald Morisky and his assigns against any claims by third-parties to the same.

17.     Unless extended by a written agreement of the Parties, the Parties agree to enter into a long-form, final settlement agreement, formalizing all the terms set forth herein (the "Final Agreement") on or before 5:00 p.m. (Pacific Time) sixty (60) days after the date this Agreement is executed ("Final Agreement Deadline").  If the Parties are unable to agree upon any provision or content of the Final Agreement, then no later than the Final Agreement Deadline, the Parties shall identify and appoint an agreed upon neutral mediator with the Seattle office of JDR as an "Appointed Decider" to hear and finally resolve all such disputed issues.  If the Parties cannot agree on upon a single Appointed Decider by the Final Agreement Deadline, each Party may identify a single mediator of the Seattle office of JDR, and the mediators so identified, or—in the event a Party fails to identify a mediator by the Final Agreement Deadline—the sole mediator identified by the Final Agreement Deadline, shall be the Appointed Decider.  Within thirty (30) days of appointment, the Appointed Decider shall produce and sign the Final Agreement on behalf

9

of the Parties, which Final Agreement shall be binding upon the Parties regardless of whether they ultimately execute it.  The Parties shall equally bear the costs and fees of the Appointed Decider.

18.     The Parties agree that if any legal action or other proceeding brought by the Parties to enforce this Agreement, or the Final Agreement or to recover damages or equitable relief for a breach of this Agreement or the Final Agreement, the prevailing party shall recover its costs and reasonable attorneys' fees incurred in any such action or proceeding, including the proceeding to resolve any dispute over the terms of the Final Agreement by the Appointed Decider.

DATED this 4th day of December 2020

By:_____          By:_____
Steven Trubow                                                 Donald Morisky

By:_____          By:_____
MMAS Research, LLC, Washington                   Susan Morisky
limited liability Company
                                                                        By:_____
Steven Trubow, its Managing Member              Philip Morisky

                                                                        By:_____
                                                                        Marty Morisky

                                                                        By:_____
                                                                        Morisky Medication Adherence Research,
                                                                        LLC, A Nevada limited liability company

                                                                        Philip Morisky, Its Managing Member

of the Parties, which Final Agreement shall be binding upon the Parties regardless of whether the

to enforce this Agreement, or the Final Agreement or to recover damages or equitable relief for a

reasonable attorneys' fees incurred in any such action or proceeding, including the proceeding to

DATED this ___ day of December 2020

Steven Trubow

MMAS Research, LLC, Washington
limited liability Company

Steven Trubow, its Managing Member

Donald Morisky

Susan Morisky

Philip Morisky

Marty Morisky

Morisky Medication Adherence Research.

of the Parties, which Final Agreement shall be binding upon the Parties regardless of whether they ultimately execute it.  The Parties shall equally bear the costs and fees of the Appointed Decider.

18.    The Parties agree that if any legal action or other proceeding brought by the Parties to enforce this Agreement, or the Final Agreement or to recover damages or equitable relief for a breach of this Agreement or the Final Agreement, the prevailing party shall recover its costs and reasonable attorneys' fees incurred in any such action or proceeding, including the proceeding to resolve any dispute over the terms of the Final Agreement by the Appointed Decider.

DATED this ___ day of December 2020

By:_____
    Steven Trubow

By:_____
    MMAS Research, LLC, Washington
    limited liability Company

    Steven Trubow, its Managing Member

By:_____
    Donald Morisky

By:_____
    Susan Morisky

By:_____
    Philip Morisky

By:_____
    Marty Morisky

By:_____
    Morisky Medication Adherence Research,
    LLC, A Nevada limited liability company

    Philip Morisky, Its Managing Member

of the Parties, which Final Agreement shall be binding upon the Parties regardless of whether they ultimately execute it.  The Parties shall equally bear the costs and fees of the Appointed Decider.

18.     The Parties agree that if any legal action or other proceeding brought by the Parties to enforce this Agreement, or the Final Agreement or to recover damages or equitable relief for a breach of this Agreement or the Final Agreement, the prevailing party shall recover its costs and reasonable attorneys' fees incurred in any such action or proceeding, including the proceeding to resolve any dispute over the terms of the Final Agreement by the Appointed Decider.

DATED this ___ day of December 2020

By:_____      By:_____
    Steven Trubow                             Donald Morisky

By:_____      By:_____
    MMAS Research, LLC, Washington            Susan Morisky
    limited liability Company

                                          By:_____
    Steven Trubow, its Managing Member        Philip Morisky

                                          By:_____
                                              Marty Morisky

                                          By:_____
                                              Morisky Medication Adherence Research,
                                              LLC, A Nevada limited liability company

                                              Philip Morisky, Its Managing Member

## EXHIBIT 1

### Morisky Intellectual Property

**1.      Registered Copyrights**

- (MMAS-4 Scale) TX0008285390 Copyright (06-12-2016)
- (MMAS-8 Scale) TX0008632533 Copyright (09-21-2018)

**2.      MMAS Morisky Protocol-2015, including as part of such protocol the following:**

- Subjective and Objective Measurement of Adherence
- Social Desirability, Response Bias
- Validity, Sensitivity and Specificity, MMAS health condition(s) and Medication Specific health condition(s)
- Criterion Related Validity, Patient Outcomes (following educational counseling, outcome measures including appointment-keeping behavior, 30-day hospital readmissions, quality of life, morbidity, and mortality).
- Baseline and Follow up Assessments, Never One-Off
- Diagnosis of Medication Taking Behavior, Intentional and Unintentional Non-Adherence
- Translational Research, Sustainability, Self-Management.
- Polypharmacy
- MMAS-8 scoring algorithm

**3.      Morisky Medication Adherence Protocol, including as part of such protocol the following:**

- A Beneficence
- B Evidence-Based
- C Determinants of Non-Adherence
- D Chronic Care Mgmt. and Medication Reconciliation
- E Tailored and Targeted Intervention
- F Disease Control, Remission of Mental Health and Substance Use Disorders

**4.      Trademarks/Service Marks.** The following marks have attained common law trademark rights in connection with the provision of diagnostic procedures to assess adherence to medication protocols, and in connection with identifying and proscribing compliance and intervention protocols and other related goods and services offered in connection with the same:

- MORISKY
- MORISKY MEDICATION ADHERENCE SCALE
- MORISKY SCALE
- MORISKY MEDICATION ADHERENCE PROTOCOL
- MORISKY PROTOCOL
- MMAS
- MMAS-4
- MMAS-8

# EXHIBIT 2

**GMRF**

| NEW GMRF | MGL (Public) |
|---|---|
| 1. If you feel worse when you take [name of medication], do you stop taking it? | 4. Sometimes you feel worse, when you take the medicine, do you stop taking it? |
| 2. Do you ever forget to take your [name of medication]? | 1. Do you ever forget to take your medicine? |
| 3. When you feel better, do you sometimes stop taking your [name of medication]? | 3. When you feel better do you sometimes stop taking your medicine? |
| 4. Do you ever forget to take your [name of medication], because you are using other medications? | 1. Do you ever forget to take your medicine? |

# EXHIBIT 3

## Claim Settlements

1. University of California Irvine agrover3@uci.edu 2020

2. Virginia Commonwealth 2020 Donna Wilson

3. Kings College 2 new cases Weinmen and Khan 2020

4. Li-Hui Zhu, Hunan Hospital 2020

5.yulhamin@gmail.com korea 2020

6. Shen@waldenuniversity.edu; Subocz@waldenuniversity.edu 2020

7.kkruetzf@its.jnj.com 2020

8. Ghada_thabet@aun.edu.eg mbioph@dir.bg; JHMN@iiste.org 2020

9. cecile.gaujoux.viala@chu-nimes.fr 2020 NCT03642795

   10 Jiancheng Xiu, MD NCT04409210 2020

11.  NCT04442776  Montse Cañabate, Cardenal Herrera University 2020

12.dhouha.khalifa@hotmail.fr

13. NCT04532528 Boehringer Ingelheim clintriage.rdg@boehringer-ingelheim.com

14. Zhan Shi Beijing Chao-yang Hospital, Capital Medical University,
15 m.omar2218@yahoo.com; port said university infringement on the mmas-8

16. Ospedale Regina Montis Regalis 2020 infringement

17.Xue WANG, Aiqin LV vd6n3d@163.com ijph@tums.ac.ir tyc@sdu.edu.cn

18. Hanoi Vietnam 2016 MMAS-8 license 2020 infringement
19 michael conley mmas psoterpresntatoin 2019


20. lbiganzoli@usl4.toscana.it , gina nightingale

**21. three posterprsentation infringers 2020  and 2017 mmas-8 article mercer**

**22.  MedSentry system Timothy M Hale Joseph C Kvedar**

23. Mrs. Katrin Kruetzfeldt Janssen-Cilag GmbH

24 'Geraldine Leguelinel'marion warembourg'

25. zjhzyyfy@163.com AUGUST-AHF Study>; Dr. Zhang

26. pulsewatch timmothy fitzgibbons umass mmas-8

27. abbvie austria mmas-4 andy brooks

28Mackenzie Salisbury, Walden bruce roberts dissertation

29. Iranian Transfer Nora.Kellock@ed.ac.uk University Edinburgh Morisky Widget  License

30 Daiichi Sankyo Morisky Widget License

31.Xiaona Jia  18811195613@163.com Pharmacy,  First Hospital, Beijing, China.

32. agrover3@uci.edu <agrover3@uci.edu>; ucal irvine

33. silvia.rabotti@infomed-online.it IRS

34. Jack Bernard <bernar@umich.edu> paula casey morisky widget license

35.pnj5@hotmail.com

36. wislon massey cancer center virginia commonwealth Morisky Widget license poster pres

37. mmas-8 phillip morisky license  Bratislava 2020 peter valkovic

38 grammercy research group Melicia C. Whitt-Glover, Ph.D.

39. aozaydin26@hotmail.com MMAS-4 NCT04301128 koc university

40 Merck KGaA, Darmstadt, Germany NCT02921035

41. akelleher@kirby.unsw.edu.au  NCT04132479  jhanson@kirby.unsw.edu.au

42 NCT03185858 Lijing.yan@duke.edu duke university china

43. brewer.laprincess@mayo.edu NCT04554147

44. Devin Mann, MD, MSIcahn School of Medicine at Mount Sinai NCT00548639

45. NCT02234713 E. Ann Yeh, The Hospital for Sick Children

46 Jonathan Knights Jonathan.Knights@otsuka-us.com

47Carolyn Bostros NCT03077711

48 g.eguchi@ommc-hp.jp; ymaeda@ommc-hp.jp,y_kanai@ommc-hp.jp mmas-9

49.  Souad.Moudallel@uzbrussel.be patricia.vanderniepen@uzbrussel.be matt stratton

50 patientslikeme morisky widget license Rich.russo@healthtell.com 'Stratton, Matthew

51.tsaejyy@ntunhs.edu.tw  taiwan

52. mcastenosis@gmail.com; mspark@chonnam.ac.kr

53 gerlando.natalello@gmail.com belligerent

54 <aozaydin26@hotmail.com,vemren@hotmail.com

55. tsegahunm@gmail.com; yimtubezenash.wamanuel@aau.edu.et

56. NCT04017559 complaints@belfasttrust.hscni.net

57 argi@cogeco.ca; annajhussey@gmail.com rodondo

58. malshibani@kau.edu.sa; mohannad_ah@hotmail.com

59Caroline.Fabry@astrazeneca.com> kantar health morisky widget

60 bayer italy Rivaroxaban Treatment Discontinuation Rates

61habouma1@jhmi.edu Hanan Aboumatar, MD

62Montse Cañabate, Cardenal Herrera University NCT04442776,

63g.eguchi@ommc-hp.jp; ymaeda@ommc-hp.jp; g.eguchi@ommc-hp.jp

64. thkim@hanyang.ac.kr

65nadine.houede@chu-nimes.fr

66.vozzhaev-av@rudn.ru

67 info@annedeveer.com; j.ten.berg@antoniusziekenhuis.nl

68 groningen 3 morisky widget license 2020

69 barcelona dialcat morisky widget licenswe

70 liuyong2099@126.com counterfeit scoring and coding clinical trials. Gov

71 Qing-qing SONG hunan

72 'Ayse Ozkaraman' <aozaydin26@hotmail.com>  Turkey

73. mspark@chonnam.ac.kr morisky widget

74michael.crawford@howard.edu

75m.crawford@imperial.ac.uk

76john.weinman@kcl.ac.uk;

77. Muhammet Furkan Korkmaz

78 unchalee.permsuwan@gmail.com

79 Cristian M. Garmendia, cm.garmendia@gmail.com

80 Assistance Publique - Hôpitaux de Paris (Dr. Valeyrie)

81Assistance Publique - Hôpitaux de Paris (MELBASE)

82 National Cheng Kung University Hospital (Dr. Ou)

83 Wayne State University (Aranha and Patel)

84 Assistance Publique Hopitaux De Marseille

85 marta.baviera@marionegri.it  NCT03921905 Mario Negri Institute

86. henri.gonde@chu-rouen.fr,Ms. Monchablon, Anne.dandeville@univ-rouen.fr
France Open Cases at the NIH CLINICAL TRIAL.GOV WEBSITE

87 NCT03753035

88 NCT02422602

89 NCT02856542

90 NCT02926560

91 NCT02060747

92 NCT01509989

93 NCT03492476

94 NCT03454971

95 NCT03606850

96 NCT02364310

97 NCT02828449

98 NCT02611440

99. NCT03240341

100 NCT03561467

101 NCT03630692

102 NCT02147938

103 NCT02733965

104 NCT03296150

105 NCT02143479

106 NCT03145051

107 NCT02356367

108 NCT02322450

109 NCT03257969

110 NCT03642795

111 NCT01774630

112 NCT02687594

113 NCT01244750

114 avorder@umass.edu; quill004@mc.duke.edu

115. Society of Geriatric Oncology (SIOG) taskforce recommendations Laura Biganzoli

116.vanitharani.n@sriramachandra.edu.in elsevier

117.Jessica Núñez-Rodríguez and Co-authors jessica.nr92@gmail.com

118.Mulat Tirfie mulatbonny@gmail.com elsevier

119.z_azul@hotmail.com elsevier

120.yac.achouri@gmail.com elsevier

121. ouahchiyacine@gmail.com elsevier

122. shakibazadeh@tums.ac.ir elsevier

123. Nicholas Rodondi

124.dr.tayseeer@hotmail.com

125 s5854@medimail.co.kr University of Ulsan pred1054@naver.com

126. complaints@belfasttrust.hscni.net NIH study

127. NIH study FARMA-CANP NCT04391218 rmarinello@cittadellasalute.to.it

128. alma.au@polyu.edu.hk mmas-4 infringement nih website

129. michael.marschollek@plri.de

130 jose.mira@umh.es Universidad Miguel Hernandez   NCT04159558

131. NCT03753035 Nancy Hospital   barbara.girard54@gmail.com

132.Juliet N Sekandi, MD, MS, DrPHUniversity of Georgia NCT04134689

133.Ping Huang, Zhejiang Cancer Hospital NCT03455023

134.François GERNIER <f.gernier@baclesse.unicancer.fr>  NCT04554927

135.National Cheng-Kung University Hospital huihua@mail.ncku.edu.tw  NCT04488172

136 Boehringer Ingelheim   wslin545@ms27.hinet.net   tri-service general hospital taiwan scoring

137.NCT04253639 sublimed scoring and coding contact@subli-med.comfrance

138.olivia.lesaux@gmail.com, claire.falandry@chu-lyon.fr NCT03296150 lyon

139 Kalicort NCT04107246 Centre Hospitalier Universitaire de Saint Etienne philippe.gain@chu-

140 MARLENE COUPE, MD University Hospital, Montpellier   stephane.vignes@cognacq-jay.fr

141 Mario Negri Institute for Pharmacological Research NCT03921905 counterfeit marta.baviera

142 NCT03541109  Shervin Ghaffari Hoseini, MD,PhD shghaffari@yahoo.com sfa.yazdekhasti@

143  sungyk@hanyang.ac.kr modified morisky 6 hanyang unversity NCT04449224

144. Murdoch Childrens Research Institute alison.boast@gmail.com amanda.gwee@rch.org.au

`145. UNC Chapel Hill cabjones@email.unc.edu NCT04131816

146.Dott.ssa RENATA MARINELLO, rmarinello@cittadellasalute.to.it NCT04391218

147 University Hospital, Bordeaux NCT04043052 (MMAS-6) igor.sibon@chu-bordeaux.fr

148. Judith A. Cook, University of Illinois at Chicago morisky widget 312-355-3921jcook@uic.edu NCT04028609

149. Morisky Widget License Julie Wright-Nunes, University of Michigan counterfeit jcolbert@me

150.Ana-Maria Vranceanu,Massachusetts General Hospital,Harvard case6 NCT04537728avranc

151. NCT04499950 jsheng7@jhmi.edujohnshopkins 2 mmas-4

152.Centre Hospitalier Universitaire de Nîmes NCT03642795 cecile.gaujoux.viala@chu-nimes.fr

153.Ms. Savannah Cunningham and Dr. Joshua D. Kinsey of Mercer University

154. Linda Simenrio similx@upmc.edu, krall, stottsj@upmc.edu,NCT03999268

155.: NCT04560062 Lucy Anne Parker, Universidad Miguel Hernandez de Elche counterfeit lpark

156.Diego Ardissino, Azienda Ospedaliero-Universitaria di Parma ALLEPRE gpaoli@ao.pr.it,mar

157.NCT04409210Nanfang Hospital of Southern Medical University xiujc@126.com

158.amoreno1@imim.es Parc de Salut Mar NCT03848858

159.Mohammed N Meah m.meah@ed.ac.uk, d.e.newby@ed.ac.uk,University of Edinburgh, Mor

160.Centre Leon Berard NCT04070443 franck-emmanuel.nicolini@lyon.unicancer.fr

161.Radboud nienke.devries-farrouh@radboudumc.nl NCT03830190

162.International University of La Rioja,NCT03161249 anabelen.calvo@unir.net

163.Henrik Nielsen, Aalborg University Hospital NCT04140903 counterfeit henrik.nielsen@rn.dk,

164.Boehringer Ingelheim Beijing NCT04180813 Mori Widget  doctorgw@163.com

165   wslin545@ms27.hinet.net Boehringer Ingelheim taiwan counterfeit MWid NCT04532528

166.vconti@unisa.it

167.jntobin@cdnetwork.org albert einstein morisky wid

168.hynesd@oregonstate.edu; aporte3@uic.edu morisky widget license illinois

169.magee medstar georgetown morisky widget license pcori

170. moser barksdale vcu morisky widget hudasn@squ.edu.om

171.Joseph Colbert 734-936-5515jcolbert@med.umich.edu morisky widget nih counterfeit

172.chen_yanhua25@163.com sichuan

173 h-inoue@saiseikai-toyama.jp daiichi sankyo 2

174 'François GERNIER' <f.gernier@baclesse.unicancer.fr>

175.Northwell Berstein Steger 2018

176.University of Penn (Stein) Fraser Brier  Tuteja and Radner)  anti Morisky website 2017-2019

177.  University of Mass (Boucher Zerillo Goldberg McManus Fitzpat plus 3 other cases 2017-20

178  mathew scarbourough oxford berstein lawsuit 2 PUBLICATIONS

179  Breast Cancer Trials (Australia)(New Zeland Gross Berstein mbuckingham@tglaw.com.au

180 J Barner (2) University of Texas  3 cases 2017-2019 gross berstein ramirezag@uthsca.edu

181lidia.moura@mgh.harvard.edu,tmhale@mgh.harvard.eduBerstein Letter Gross File Morisky V

182.  drinkard iskandar dunbar plus two other cases emory berstein gross

 183 Yale University  Connecticut VA Hospital Berstein letter nicholas.xanthakos@va.gov Yale N

184 10 Duke University School of Medicine 7 cases 2016-2019 license gross 2017-2018 bernste

185. conend@mcmaster.ca> gross settlement june 2019

186. david.farabee@nyulangone.org

187. University of Western Ontario (Cecilia Sandoval)

188 Pfizer Stenger 8 cases

189  Dana Farber Stenger

190 Miami Stenger

191. Humana Gross Dana Drzayich Jankus <ddrzayichjankus@humana.com>

192 . Astra Zeneca Gross MORISKY WIDGET 3 LICENSES

193.  USF Gross

194 Dr. Hamilton University of Bristol Morisky Widget anna.davies@bristol.ac.uk;

195Essmann.Claudia@mh-hannover.de;; baum.christopher@mh-hannover.de; michael.marscho

196 UMASS STENGER 4 CASES 1 LICENSE

197  candace feldman brigham womens hospital harvard gross berstein lawsuit

198 . william Patterson University for Pamela Foju Kem Louie steger gross

199  Hannover Medical School gross 2018

200  Leukemia Patient Advocates Foundation (Sharf) gross berstein

201 Nationwide Children Hospital, Inc. gross berstein

202  Michigan State University (Erin Sarzynski, M.D.) gross berstein

203 AUSTRALIA NEW ZEALEND CANCER

204 South Shore Neurologic Associates morisky widget gross berstein

205<conend@mcmaster.ca berstein gross june 2019

206 French Social Security gross berstein french lawyers 2017-2019

207 University of Parma Gross DaVide

208 Sapeinza University Rome Gross Davide ;carlo.lai@uniroma1.it, pa.aceto@gmail.com

209 Chiesi Italy Chiesi Germany Morisky Widget Berlin Chemie

210 Miranda Murray GSKO'Donnell, Brian" Gross Berstein

211. Massachusetts General Hospital (Dr. Mateen & Dr. Barry) Dr. Hale & Dr. Jethwani berstein

212 Dr. Deepak Voora, M.D. Dr Patel Brian Duscha Verizon Duke Gross Bertstein lawsuit

213 unc Chapel Hill serial

214 Doyle Cummings Gross Berstein serial infringer 4 years Jia-Rong Wu,dewalt

215  Korb Salvodeli Gross Berstein French Lawyer 4 years serial infrigner

216  Cuevas Serial Infringer 4 years gross

217 Cabral Serial Infringer 4 years refile lawsuit

218 naloudah@KSU.EDU.SA university of aberdeen gross berstein 2018

219 observia settled in March 2019 geoffroy.vergez@observia-group.com>

220  Dr. Vorderstrasse, Dr. Quillian and Dr. Krauss Duke

221 Chonbuk National University Youngran13@jbnu.kr berstein final letter

222 .bojing.cai@iqvia.com IQVIA DURHAM nc BERSTEINfinal letter

223  jizan universitymjyo545@hotmail.com  berstein final letter

224 eva.joelsson-alm@sll.se Karolinska Institute Morisky Widget Berstein finalletter

225 Chia-Yi Jenny Wu National Taiwan University jenycyw@ntu.edu.tw berstein final letter

226 .Shingo Kato Saitama Medical University skato@saitama-med.ac.jp  bernstein letter

227 aaranha@med.wayne.edu berstein final letter lawsuit

228 Katherine Holmes University of Marylandkholmes@umaryland.edu berstein final letter kgros

229. Mayo Clinic 1 2017 and 2 2019 Kane Sunanda;Becker Brenda;Klemp Ellen;Caines Jake;Ca

229. LaPrincess C. Brewer, Mayo Clinic NCT04554147 brewer.laprincess@mayo.edu

230.E. Ann Yeh, MDUniversity of Toronto, The Hospital for Sick Children NCT02234713

231.thurston_mm@mercer.edu

232.thomas jefferson university poster presentation gina nightingale

233.Mohannad Alshibani,  King Abdulaziz University, Jeddah, Saudi Arabia

234.https://www.hal.inserm.fr/inserm-00663888/file/1472-6874-10-26-S2.PDF

235.'Wang, Tina' <twang@wiley.com>

236.the university of georgia  juliet.sekandi@uga.edu morisky widget

237 igor.sibon@chu-bordeaux.fr bordeaux mmas-6

238.tsegahunm@gmail.com emory

239.jsheng7@jhmi.edu hopkins 2

240. Bayer Clinical Trials (+)1-888-84 22937clinical-trials-contact@bayer.com mmas-8

Five Moore Drive P.O. 13398 Research Triangle Park, NC 27709-3398,NCT02227238

243.Tammy Toscos, Research Scientist, Informatics, Parkview Health NCT02690649

244.Athena Philis-Tsimikas, Scripps Whittier Diabetes Institute NCT02643797

245.marta.baviera@marionegri.it mmas-8 counterfeit NCT03921905

246.Dott.ssa RENATA MARINELLO  NCT04391218

247.Eliane Boucher, PhDHappify Inc. julia@happify.com

248 University Hospital of North Norway NCT02770599

249 inda Siminerio, University of Pittsburgh NCT03999268

250. john.billimek@uci.edu NCT04585594

251. NCT03830190 radboud nienke.devries-farrouh@radboudumc.nl

252.info@deltahealthalliance.org,NCT03374098

253.franck-emmanuel.nicolini@lyon.unicancer.fr NCT04070443

254.: Ana Calvo, PI anabelen.calvo@unir.net NCT03161249

255. z.jalal@bham.ac.uk university of birmingham

256.Jenni Sheng <jsheng7@jhmi.edu>, Spaulding, Erin Murdock

257.MEAH Mohammed <m.meah@ed.ac.uk>

258.Anne.dandeville@univ-rouen.fr

259.ragna.anne.lind@helse-bergen.no

260.claire.falandry@chu-lyon.fr clinical trials.gov

261.janssen johnson and johnson

262.G. Natalello E. De Lorenzi  Catholic University of the Sacred Heart, Institute

263.jblitstein@rti.org <jblitstein@rti.org>;

264.yulhamin@gmail.com university of chuncheon korea

265. Ghada_thabet@aun.edu.eg Assiut University, Egypt Ghada Thabet Mohammed

267.marco.proietti@unimi.it,;Deirdre.Lane@liverpool.ac.uk

268 m.e.t.mcmurdo@dundee.ac.uk; miles.witham@ncl.ac.uk

269 texas tech alexander morisky widget license

270 'SEVDA EFİL' <sevda_efil@hotmail.com> istanbul

271 nadia_shams@yahoo.com

271 beata.jankowska-polanska@am.wroc.pl scoring and coding incorrect

272 schira@uta.edu, d brown texas

273 Lane, Deirdre <Deirdre.Lane@liverpool.ac.uk> marco.proietti@unimi.it

274 Nagoya 2

275 swhan@dsmc.or.kr Keimyung University Korea

276 ahmad.naddaf@iu.edu.jo jordan

277 kkruetzf@its.jnj.com

278 Caterina Bucca morisky widget

279 tilahunabdeta@gmail.com ethiopia mmas-4 scoring and coding

280.Yong Huo, Peking University First Hospital NCT03565978

281 kevin.dolgin@observia-group.com

282 timothy.welty@drake.edu

     283. julius.katzmann@medizin.uni-leipzig.de

284.Furkan Korkmaz <korkmazmfurkan@gmail.com>

     285.argi@cogeco.ca; annajhussey@gmail.com

286. merve.kolcu@sbu.edu.tr

287.Shandong University YAO Jing-jing, SUN Qiang, LI Qi, et al

288. Chomgqing university lijingfang@hospital.cqmu.edu.cn disclosed scoring

289.duanjinju@163.com Second Hospital of Shanxi Medical

290.m.eisele@uke.de hamburg

291.university of british columbia

292.danielt@arsiun.edu.et franco.veglio@unito.it

293.prorektoratfw@uni-halle.de Bleidorn@med.uni-jena.de

294.Jia-RongWu, sandra dunbar  unc emory https://www.sciencedirect.com/science/article/abs/p

295.burra@unipd.it

296 Géraldine Leguelinel-Blache University of Montpellier

297. akosobucka@wp.pl

298. jfarrellhcc@yahoo.com umass

299. goates@uab.edu

300. tawben11@hotmail.com qatar hamadi medical center

301 romagnoli_alessia@libero.it <romagnoli_alessia@libero.it>;

302.a.chatziefstratiou@yahoo.gr Papataxiarchou Katerina <k.papataxiarchou@elpen.gr> morisk

303.Ahmad Naddaf Jordan MMAS-8

304.mdsrinopiyani@yahoo.com, sri.nopiyani@unud.ac.id  mmas-8 without license

305.Valerio.neiviller@fmc-ag.com

306.nasib.babaei@yahoo.com iran mmas-8 unlicensed

307.leigh.Edward@svha.org.au

308.Karen-leigh.Edward@svha.org.au <Karen-leigh.Edward@svha.org.au>;

309.6-item Morisky Medication Adherence Scale (MMAS-6) drhopper@ikoob.com catholic unive

310.Branislava Krstic <branka022@yahoo.co.uk>

311 ra.mazzill@gmail.com <ra.mazzill@gmail.com>;Morisky widget license university of pisa

312.heloisiq@gmail.com <heloisiq@gmail.com>;Ms. Heloise Helena Siqueira brazil

313.asjarab@just.edu.jo mmas jordan mmas-4

314.angelina_wibowo@yahoo.com

315.angelina_wibowo@yahoo.com indonesia

316.Abedi.a@ArakMU.ac.ir abedi30@yahoo.co.uk

317.Ilaria Aredano,Caterina Bucca,IRS Morisky Widget

318.farmaciaalaxe@galicia.com Andrea Leites-Docío university of santiago mmas-8 scoring an

319.yxk12@ewha.ac.kr younhee kang

320.dr.hazimraffaa@gmail.com KING KHALID

321.amalsaied19@yahoo.com Mahmoud

322.juwagner@uchc.edu, Buckley, Thomas <thomas.e.buckley@uconn.edu>UCONN

323.vozzhaev-av@rudn.ru,pokrovskii@bsu.edu.ru

324.nc.ten.362@oaynai fuwai

325.claudia.giavoli@unimi.it <claudia.giavoli@unimi.it>;

326.yenpingng@hotmail.com malaysia

327.sametsancarkaya@hotmail.com

328. fusaunga@gmail.com S
fsn299@gmail.com

329. wafaa_ramadan27@yahoo.com

330.manuel_cappellari@libero.it

331.Manuel.Schwanda@fhstp.ac.at

332.y_kanai@ommc-hp.jp

333.mohamedizham@gu.edu.qa,arafatyara@gmail.com

334.RENATA MARINELLO, Azienda Ospedaliera Città della Salute e della Scienza di Torino:NC

335.cecile.gaujoux.viala@chu-nimes.fr  NCT03642795

336.yenbinliu@gmail.com,wslin545@ms27.hinet.net BI Taiwan NCT04532528

337.barbara.girard54@gmail.com   NCT03753035

338.clinical-trials-contact@bayer.com NCT04174859, mmas-8 (Non-valvular Atrial Fibrillation, N

339.montserrat.canabate@uchceu.es NCT04442776

340.similx@upmc.edu NCT03999268 siminelo

341.sandra.michiels@bordet.be

342.G Natalello morisky

343.Jing Xiao jxiaont@163.com

344.giuseppe.procopio@istitutotumori.mi.it

345.mahmoud.hassanein@alexmed.edu.eg

346.Nathalie TEXIER <nathalie.texier@kappasante.com> portel

347.info@annedeveer.com; j.ten.berg@antoniusziekenhuis.nl

348.allison.gibson@uky.edu

349.greg.rosenfeld@me.com

350.moustafaesraa0@gmail.com

351.manesh.patel@duke.edu; brian.duscha@duke.edu

352.rondi.beth.gelbard@emory.edu; info@memorahealth.com

353.sadeghimasoumeh@gmail.com; shghaffari@yahoo.com

354.albcicero@gmail.com; uisllorentepeters57@gmail.com

355.nriera@chv.cat

356.Indiana tarab@iu.edu; tarahb@iu.edu

357.chenyan72_72@zju.edu.cn

358.r.paterson, napier

359.lujiao801@163.com

360.Amanda Gethman mercer

361.northeastern university poster

362.swhan@dsmc.or.kr,'황종민' <dsmcep@gmail.com>

363.Anna.Mislang@sa.gov.au nightingale mercer 'Stratton, Matthew

364.M.Tomassen@nivel.nl matthew stratton

365.'DiMezza, Danielle' <Danielle.DiMezza@umassmed.edu>

366.abigail.crocker@uvm.edu mmas-4

367.soxl@musc.edu <soxl@musc.edu>;

368.smansberger@deverseye.org
369.Zhan Shi, Liang Shi Chao-yang Hospital, Capital Medical University,

370.michellehyczy@gmail.com

CARBP

372.brunaeibel@gmail.com clinical trials NCT04475367

373.olivia.lesaux@gmail.com NCT03296150

374.ssbunova@mail.ru <ssbunova@mail.ru>;

375.kto0440@paik.ac.kr

376.'宋青青' <zimoqingqing1226@163.com>

377.annedeveer@outlook.com
378.rachel.a.elliott@manchester.AC.UK
ac.uk

378.LU UNIVERSITY OF TEXAS AUSTIN SOUTH TEXAS VA MORISKY

379.J. Seelig & M. E. W. Hemels

380.mehdi_zoghi@hotmail.com turkey

381.manuel.schwanda@fhstp.ac.at

382.ianyao@263.net.cn fuwai hospital

383. libya saved in trubow picture asus

384.audrey-castet@chu-montpellier.fr> NCT02422602
Korchmaros,Jeannie K. Lee, Susan J. Shaw Krista K. Stone
University of Massachusetts President's Office

387. Dana Opas dopas@humancaresystems.com, jholley@humancaresystems.com

388.Yale University  Connecticut VA Hospital Nicholas D. Xanthakos (nicholas.xanthakos@va.g

389.Georges.Mayeux@groupecen.com

390.Michel Bernier PIVOT Dr. Alain Larouche, Concerto Groupe Santé MMAS-4 INFRINGEMEN

12.NCT04391218  Torino
with
Medication Adherence and Asthma Control in Hispanic
Adults with Asthma?

393. Susan Feyerabend praxis@studienurologie.de HAMBURG JANSSEN MMAS4

394.  Neighborcare Health AIMS UW COMPASS cneely@icsi.org DISTRIBUTOR

395. minami VESS-Program saint louis university .Hataka R. Minami

396. University of western ontario sandoval asalmoni@uwo.ca (Professor Alan Salmoni

397.Packard, Katie A <KatiePackard@creighton.edu>

398.ahmedmajly@yahoo.com mmas-9,Ahmed Mjalia

399.giada.pietrabissa@unicatt.it

400.Astellas Pharma laurence.dubel@astellas.com; Sue.Sargeant@astellas.com lyon and mars

401.francoise.laroche2@aphp.fr

402. tawben11@hotmail.com hamed medical corp qatar

403.Ana Aguiar : anaaguiar590@gmail.com

404.TANG Xiang, ZHANG Jian-lin Guangzhou

405.krb747@gmail.com Rock Bum Kim

406. shuper@bsmu.edu.ua ukrainian mmas-8 wrong scoring and coding
407.Nadine Hellmann DelfinoValerim Teixeira Remor

**EXHIBIT 4**

**Morisky Widget Licensees**

### Licensees

AbbVie Canada
Abbvie
Adelphi
Albert Einstein College of Medicine
Ankara Yildirim Beyazit University
Ascensia Diabetes Care
Assurex Health
AstraZeneca Greece
AstraZeneca Kantar
AstraZeneca Latin America
Astrazeneca Russia
Azienda Ospedaliero Universitaria di Modena

BMS Italy
Bayer NL
Berlin Chemie
Boehringer Ingelheim China
Boehringer Ingelheim GmbH
Boston Children's Hospital
Bristol University
Bristol-Myers Squibb USA
Brussels Free University School of Public Health

CARIM/Maastricht University
CHIESI GmbH
CHU de Clermont-Ferrand
Caritas Medical Center
Catalia Health
Centre François Baclesse, Caen
Charing Cross Hospital - Imperial College
Chiesi Poland
China Crohns & Colitis Foundation
Chonnam National University
Clermont-Ferrand 2
Clermont-Ferrand 3
Click Therapeutics
Columbia University Medical Center
Columbia University Medical Center, Department of Psychiatry
Community Health Initiatives FQHC Brooklyn NY
Consorci Hospitalari de Vic
Consorci Sanitari de Terrassa
Copenhagen University Hospital

Daiichi-Sankyo
Denmark IBD

1

Department of Emergency Medicine, University of Illinois at Chicago
Dilla University Referral Hospital
Duhok University-Kurdistan,Iraq
Duke-NUS Medical School
Duquesne University School of Pharmacy

ELPEN
Ethiopia National

Federico II University
Ferring Pharmaceuticals
Florida Orthopaedic Institute
Fukuoka University Chikushi Hospital
Fundació Althaia
Fundació Mútua de Terrassa
Fundació Privada Hospital Asil de Granollers
Fundació Universitària del Bages
Fuwai Hospital

G.I. Research Institute
GSK Spain
German Liver Foundation
Gimema
Gustave Roussy

Hospital Robert Debre
Hospital de Clinicas de Porto Alegre
Hospital for Special Surgery
Huazhong University of Science and Technology
Hunan Children's Hospital
Hôpital Claude Huriez
Hôpital de la Cavale Blanche

IGES Institut GmbH
Imperial College London
Inje University Haeundae Paik Hospital
Institute Cancer De La Loire Lucien Neuwirth
Intarcia

Janssen Pharmaceutical Companies of Johnson & Johnson Japan
Jawaharlal Institute
Johnson and Johnson USA
Julius Maximilian University of Wurzburg
Kameda General Hospital

Kappa Sante
Karolinska Institute 2
Keelung Hospital Taiwan
King Faisal Specialist Hospital
King Saud University
King's College
Kyoto University Hospital

Laboratoires Théa
Lifespan
Louis Mourier Hospital
Lurie Childrens Hospital of Chicago

MSD KK
Maastricht University GROW School for Oncology
Mamara University
Marmara University
Mbarara University of Science and Technology
McGovern Medical School-UTHealth
MedStar
MediNeos Observational Research
Medical University of South Carolina
Medpace, Inc
Menarini France
Merck Greece
Michael E DeBakey VA Medical Center
Michigan State University
Mitsubishi Tanabe Pharma Corporation
Montefiore
Morgan Stanley Children's Cancer Center

NYU College of Global Public Health
NYU School of Medicine
NYU Taylor
Nihon Chouzai
Nippon Medical School
Nordic Pharma SAS
Northwell Health
Norway IBD
Novartis Pharma GmbH
Novartis South Korea PrimeCore
Novartis UK
Novo Nordisk

OPIS
Odenplans Medical Center
Open Vie UK
OptiNose
Oslo University Hospital
Oslo University Hospital 2
Oslo University Hospital Department of Gastroenterology
Otsuka Pharmaceutical Co

Parc Sanitari Pere Virgili
Partizan Health
Peking University First Hospital
People of Rwanda
People's Hospital of Guizhou Province
Pfizer France

Roche Diabetes Care
Rocky Mountain Suicide Prevention VA
Rush University Medical Center
Rīga Stradiņš University

S. Anna of Pisa Management Institute
SANOFI
SANOFI China
Sarawak Research Society
Saudi Stroke Society
Servier Global Medical Affairs
Servier Russia
Shanghai Clinical Center for Endocrine and Metabolic Diseases
Shanghai Institute of Endocrine and Metabolic Diseases
Shinshu University School of Medicine
Singapore Clinical Research Institute
Societa Italiana di Pneumologia
South Shore Neurologic
Southside Medical Center
Spain IBD
St George's Hospital
St Olavs University Hospital
Suqian First Hospital
Sweden IBD

Taiwan Society of Preventive Medicine
Takeda Greece
Texas Tech El Paso Medical Center
Tianjin University
Tufts Medical Center

U.S. Department of Veteran Affairs Geriatric Research, Education and Clinical Center
Gainesville
UCLA Integrated Substance Abuse Programs
UOC Farmacia Ospedaliera di Rovigo
USC School of Pharmacy
Ulster University
United Christian Hospital
Universal Medica
University College London
University Hospital, Heinrich-Heine University Dusseldorf
University Medical Center Groningen
University of Bari
University of Brescia
University of British Columbia
University of Edinburgh
University of Groningen
University of Ljubljana, Faculty of pharmacy
University of Michigan
University of Modena
University of Pisa

University of Wolverhampton
Université de Bordeaux
Uniwersytet Jagielloński – Collegium Medicum

VA Greater Los Angeles
VCU
Vall d'Hebron Institut de Recerca
Value Outcomes Organization CZ
Vatche and Tamar Manoukian Division of Digestive Diseases, David Geffen School of Medicine, UCLA

Wake Forest Health
West China School of Nursing & West China Hospital
West China Sichuan Women's and Children's Hospital
Western Wayne FQHC

Xi'an Jiaotong University Hospital

Yeshiva

Zuckerberg San Francisco General Hospital