# EXHIBIT 5

# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Title = mmas rese
Search Results: Displaying 1 of 1 entries

***MMAS Research Widget Code.***

      **Type of Work:** Computer File
**Registration Number / Date:** TX0008816517 / 2019-12-03
     **Application Title:** MMAS Research Widget Code.
         **Title:** MMAS Research Widget Code.
       **Description:** Electronic file (eService)
    **Copyright Claimant:** MMAS Research LLC, Transfer: By written agreement. Address: 14725 NE 20th St. #D-53 Bellevue, WA 98007-3732.
      **Date of Creation:** 2017
    **Date of Publication:** 2017-03-18
**Nation of First Publication:** United States
**Authorship on Application:** Dustin Machi, 1974- ; Domicile: United States; Citizenship: United States. Authorship: computer program.
  **Previous Registration:** 2016, TX0008285390.
             2018, TX0008632533.
      **Basis of Claim:** computer program.
  **Rights and Permissions:** Douglas P. LaLone, Fishman Stewart PLLC, 800 Tower Drive, Suite 610, Troy, MI, 48098, United States, (248) 594-0650, docketing@fishstewip.com
      **Copyright Note:** C.O. correspondence.
         **Names:** Machi, Dustin, 1974-
            MMAS Research LLC