# EXHIBIT 10





