# EXHIBIT 11

| From: | Steve Trubow |
|---|---|
| To: | Steve Trubow |
| Subject: | Re: NCT04458766 |
| Date: | Wednesday, April 24, 2024 3:10:32 PM |

Sent from my iPhone

On Jul 5, 2022, at 1:47 PM, Steve trubow <trubow1@gmail.com> wrote:

**Dr Hartz,**

**Thank you for the prompt response.**

**We can discuss the use of MMAS-8 paper tests in cases when the internet is not available.**

**However, before we begin the discussion, please answer the questions below.**

**How many MMAS-8 tests have been administered to date ?**

**How were the MMAS-8 tests administered scored and coded ?**

**When were the MMAS-8 tests first administered ?**

**When will the last MMAS-8 test be administered?**

Best
Steve in Tokyo
Steven Trubow
MMAS Research LLC USA
Petaluma California
MMAS Research France SAS
Paris France
MMAS Research Italy SRL
Vicenza Italy
(+1)360-824-0701
www.morisky.org
www.medicationsafety.healthcare
https://eu.medicationsafety.healthcare/

**From:** Jacob Hartz <jacob.hartz@icloud.com>
**Sent:** Tuesday, July 5, 2022 10:01 AM
**To:** Steve trubow <trubow1@gmail.com>
**Cc:** Hannah Palfrey <Hannah.Palfrey@cardio.chboston.org>;
thad@scrogginsesq.com; Peter Hoeller <peter.hoeller@bjfip.com>
**Subject:** Re: NCT04458766

We plan on administering the questions through the widget. We were
planning on having a copy of the questions in case we do not have
immediate access to the widget (our wifi and cell service in clinic can be
spotty). All questions would then be entered using the widget.

Would that be okay.

Jacob Hartz, MD, MPH
Department of Cardiology
Boston Children's Hospital
jacob.hartz@cardio.chboston.org

> On Jul 5, 2022, at 12:11 AM, Steve trubow
> <trubow1@gmail.com> wrote:
>
> Dr Hartz,
>
> Sorry for the inconvenience, one more question.
>
> How will the MMAS-8 tests be administered ?
>
> Please remember if you administer MMAS-8 tests outside of
> the Morisky Widget, it requires Licensor approval, to use
> MMAS paper or electronic questionnaires.
>
> Best
> Steve in Tokyo
> Steven Trubow
> MMAS Research LLC USA
> Petaluma California
> MMAS Research France SAS
> Paris France
> MMAS Research Italy SRL
> Vicenza Italy
> (+1)360-824-0701
> www.morisky.org
> www.medicationsafety.healthcare

https://eu.medicationsafety.healthcare/

**From:** Steve trubow <trubow1@gmail.com>
**Sent:** Monday, July 4, 2022 8:58 PM
**To:** jacob.hartz@icloud.com;
Hannah.Palfrey@cardio.chboston.org
**Cc:** thad@scrogginsesq.com; 'Peter Hoeller'
<peter.hoeller@bjfip.com>; 'Steve trubow'
<trubow1@gmail.com>
**Subject:** FW: NCT04458766

**Hi Dr. Hartz,**

**Thank you for your prompt response.**

**Please update the clinical trials website with the required reference to the Morisky Widget. When it is updated, please send me a link.**


**Thank you for your cooperation.**

Best
Steve in Tokyo
Steven Trubow
MMAS Research LLC USA
Petaluma California
MMAS Research France SAS
Paris France
MMAS Research Italy SRL
Vicenza Italy
(+1)360-824-0701
www.morisky.org
www.medicationsafety.healthcare
https://eu.medicationsafety.healthcare/



**From:** Jacob Hartz jacob.hartz@icloud.com
**Sent:** Monday, July 4, 2022 7:34 PM
**To:** Steve trubow trubow1@gmail.com
**Cc:** thad@scrogginsesq.com; peter.hoeller@bjfip.com;
Hannah Palfrey Hannah.Palfrey@cardio.chboston.org

**Subject:** Re: NCT04458766

Hi,

Hannah and I are the only ones who are administering MMAS. No one at Wellth will be administering this test. Wellth uses a different mechanism to measure adherence through a photograph and will not take part in MMAS or have results of the MMAS.

I will include the listing.

Thank you.

---

**From:** Steve trubow <trubow1@gmail.com>
**Sent:** Sunday, July 3, 2022 5:17 PM
**To:** 'jacob.hartz@icloud.com' <jacob.hartz@icloud.com>
**Cc:** 'thad@scrogginsesq.com' <thad@scrogginsesq.com>; 'peter.hoeller@bjfip.com' <peter.hoeller@bjfip.com>; 'Steve trubow' <trubow1@gmail.com>
**Subject:** NCT04458766

<image001.png>

Dear Dr Hartz,

I hope this email finds you well.

MMAS Research is very concerned about the unauthorized use of the Wellth App in "The Use of Mobile Health Technology and Behavioral Economics to Encourage Adherence in Adolescents NCT04458766 study." On the clinical trial website for NCT04458766 , you reported that "Lastly, the investigators will test the subject's adherence (using the Morisky Medication Adherence Scale and Wellth App) during the 60 days following discontinuation of the incentives to determine if any effect of the incentive persists after the incentive is discontinued.

In the BCH Morisky Widget license, you agreed that only BCH employees trained and certified by the Licensor may use the Morisky Widget MMAS.  BCH can use the Morisky Widget, Morisky Kiosk Apple I Phone APP, and the Morisky API to administer Morisky Widget MMAS tests. With Licensor approval, BCH can use MMAS paper or electronic questionnaires, but all scoring and coding must be done in the Morisky Widget.

As I recall the only persons trained and certified to use the Morisky Widget MMAS were you and your associate. I have no recollection of training, certifying or authorizing the use of the MMAS-8 by Wellth.

In addition Appendix 1 of your attached license requires that the footnote below is required in all <u>web postings</u>,

A Morisky Widget license agreement is available from MMAS Research LLC 14725 NE 20th St., Bellevue Washington or strubow@morisky.org

Can you please provide an explanation ?

Thank you in advance for your prompt response.

Best
Steve
Steven Trubow
MMAS Research LLC USA
Petaluma California
MMAS Research France SAS
Paris France
MMAS Research Italy SRL
Vicenza Italy
(+1)360-824-0701
www.morisky.org
www.medicationsafety.healthcare
https://eu.medicationsafety.healthcare/

From: trubow1@gmail.com <trubow1@gmail.com>
Sent: Wednesday, October 23, 2019 9:13 AM
To: 'Jacob Hartz' <jacob.hartz@icloud.com>
Cc: trubow1@gmail.com; 'KENNETH I GROSS' <kgross@kigrosslaw.com>
Subject: invoice for BCH license and training

Dr. Hartz,

Please find attached an invoice, 2019 w-9 and wire instructions.

I also attached a slide deck for the training.
Looking forward to meeting you and your colleagues in Boston.
Please let me know if you have any questions.

Steven Trubow
MMAS Research LLC USA
Coronado California
MMAS Research France SAS
Paris France
MMAS Research Italy SRL
Vicenza Italy
(+1)360-824-0701
www.morisky.org
SEE the new I-Phone Morisky Kiosk in the APP Store