# EXHIBIT 15

From: DONALD MORISKY <dmorisky@ucla.edu>
Date: September 8, 2017 at 3:59:57 PM PDT
To: "Gabriel S. Tajeu" <gabriel.tajeu@temple.edu>
Subject: Re: Obtaining Permission to Use the Morisky Medication Adherence Scale

Thank you very much, Gabiel, regarding your interest in obtaining a license to use the MMAS-8 diagnostic adherence instrument.

Beginning January 2017, all data collection of the MMAS adherence scales must use the Morisky Widget, which is a digital data entry process using any digital electronic device. The Morisky Widget not only provides a diagnostic assessment as to why the patient is nonadherent and but also offers a tailored educational counseling session based on the patient's response to the simple 8 items in the MMAS-8.  All MMAS-8  and MMAS-4 licenses are administered through the Morisky Widget pictured above.  The Morisky Widget provides anywhere, anytime, patient-centered, medication adherence diagnostic assessments using the validated  Morisky Medication Adherence Scale (MMAS-8 & MMAS-4). The Morisky Widget automatically administers (to any internet connected device) MMAS-tests in over 80 languages with zero clinician and minimum patient burden. The Morisky Widget automatically scores, and reports adherence levels & the risk of intentional/unintentional non-adherence into databases and electronic medical records (EMR) where they are correlated with primary markers of adherence, timely physiological measures and with the prescribed medication for medication reconciliation. Another HUGE ADVANTAGE of the Morisky Widget is the option to select from 110 MMAS-8 condition specific tests with MAPI validated translations which offer a sensitivity of 93% as compared to the generic MMAS-8 at 83% sensitivity (including condition-specific MMAS tests for all chronic and long-term infectious diseases.   All MMAS-8 users are required to obtain a signed MMAS-8 license.  You can go to my website at Morisky.org and see how the widget works. If you are an individual only that will use it, would not be cost-beneficial.  However if your institution or University would purchase it, it can be used by all faculty /students in your institution. The cost for a perpetual lifetime license would be $3000.  The ongoing cost is $1.00 for each administration or $1.50 for a translated version of the MMAS-8.
Thank you again for your interest in using my validated diagnostic adherence tool.

Sincerely,

Dmorisky

Donald E. Morisky, Sc.D., M.S.P.H., Sc.M.
Professor and Former Chair
Distinguished Chair Professor at Kaohsiung University, Taiwan
Department of Community Health Sciences
UCLA Fielding School of Public Health
650 Charles E. Young Drive South

Room 46-071 CHS
Los Angeles, CA 90095-1772