# EXHIBIT 17

**Sponsor/Collaborators**

Sponsor: Boston Children's Hospital

Responsible Party: Principal Investigator
Investigator: Jacob Hartz
Official Title: Staff Cardiologist and Instructor of Pediatrics
Affiliation: Boston Children's Hospital

Collaborators: Wellth Inc.
MMAS Research LLC

https://classic.clinicaltrials.gov/ct2/history/NCT04458766?V_5=View#StudyPageTop