# EXHIBIT 19

Patient name:                                                                 Date:
MRN:

| # | Question | Response |
|---|----------|----------|
| 1) | Do you sometimes forget to take your prescription cholesterol medication? | ☐ YES <br> ☐ No |
| 2) | People sometimes miss taking their medications for reasons other than forgetting. Thinking over the past two weeks, were there any days when you did not take your prescription cholesterol medication? | ☐ YES <br> ☐ No |
| 3) | Have you ever cut back or stopped taking your prescription cholesterol medication without telling your doctor because you felt worse when you took it? | ☐ YES <br> ☐ No |
| 4) | When you travel or leave home, do you sometimes forget to bring along your prescription cholesterol medication? | ☐ YES <br> ☐ No |
| 5) | Did you take all your prescription cholesterol medication last time you were supposed to take it? | ☐ Yes <br> ☐ NO |
| 6) | When you feel like your symptoms are under control, do you sometimes stop taking your prescription cholesterol medication? | ☐ YES <br> ☐ No |
| 7) | Taking medicine every day is a real inconvenience for some people. Do you ever feel hassled about sticking to your cholesterol treatment plan? | ☐ YES <br> ☐ No |
| 8) | How often do you have difficulty remembering to take all your prescription medications to lower your cholesterol level? | ☐ Never/rarely <br> ☐ Once in a while <br> ☐ Sometimes <br> ☐ Usually <br> ☐ ALL THE TIME |

How many answers did they give that are in BOLD UPPERCASE? _____ (≥ 2 → ELIGIBLE)