# EXHIBIT 21

## Morisky Medication Adherence Scale™ (8-Item MMAS™ Instrument)

Copyright 2006 Donald E. Morisky. All rights reserved.

You indicated that you are taking medication for your <health condition>. Individuals have identified several issues regarding their medication-taking behavior and we are interested in your experiences. There is no right or wrong answer. Please answer each question based on your personal experience with your <health condition> medication.

(Please check your response below)

| | No | Yes |
|---|---|---|
| 1. Do you sometimes forget to take your <health condition> pills? | | |
| 2. People sometimes miss taking their medications for reasons other than forgetting. Thinking over the past two weeks, were there any days when you did not take your <health condition> medicine? | | |
| 3. Have you ever cut back or stopped taking your medication without telling your doctor, because you felt worse when you took it? | | |
| 4. When you travel or leave home, do you sometimes forget to bring along your <health condition> medication? | | |
| 5. Did you take your <health condition> medicine yesterday? | | |
| 6. When you feel like your <health condition> is under control, do you sometimes stop taking your medicine? | | |
| 7. Taking medication everyday is a real inconvenience for some people. Do you ever feel hassled about sticking to your <health condition> treatment plan? | | |

8. How often do you have difficulty remembering to take all your medications?

(Please circle your response below)

Never/Rarely………………………………………....4

Once in a while……………………………………….3

Sometimes…………………………………………...2

Usually……………………………………………….1

All the time…………………………………………..0