# EXHIBIT 22

**From:** Courtoux Cousseau Marie-Anne <macousseau@chu-clermontferrand.fr>
**Date:** June 10, 2024 at 11:36:25 AM PDT
**To:** Steve Trubow <trubow1@gmail.com>
**Cc:** Balayssac David <dbalayssac@chu-clermontferrand.fr>, Bijaye Xavier <xbijaye@chu-clermontferrand.fr>
**Subject: RE: 2023 ELIPRO Study Article Divulged Trade Secret Morisky Widget MMAS-8 scoring and coding criteria**

Dear Steve,

Good to hear from you, even if the subject isn't very pleasent.

Regarding the complaint sent last sunday evening , I have some questions :

After regarding all of your mails, I think that we do agree on one point : **The Elipro Study matter will have to be treated with SANOFI only as SANOFI is the whole sponsor.**

One the other hand, regarding the **ORCA study, we did sign a corrective licence in order to be authorized to use the MMAS-8 Scale.**
Pr. Balayssac was one of the person authorized to use the scale, so he did use it for the study.

You are mentioning that the ORCA article contains an infrigment to the license because of the MMAS-8 scoring divulgation I will check this point with Pr. Balayssac and will come back to you by tomorrow (*french hours*), then if relevant, we will see the 2 options for the litigation resolution.

I just have an additionnal question : in fact I am questionning myself since we have received a mail on May 22th 2022 mentionning that only Dr. MORISKY was entitled to grant license on the MMAS 8 Scale. I was wondering if ou are aware of that ?
We did not answer to this mail, since we've paid our license to you in a regular manners.

Would you mind telling us what we are supposed to do with the mail from Weide & Miller  who is supposed to be Dr. Morisky Lawyer.

Sincerly,

Marie Cousseau

**Marie-Anne COURTOUX -COUSSEAU**
**Responsable Affaires Juridiques Recherche & Valorisation**
**Référente Admnistrative Fédération de Greffes**
**Secteur Affaires Juridiques & Valorisation DRCI**

---------------------------------------------------------------------------

**CENTRE HOSPITALIER UNIVERSITAIRE DE CLERMONT-FERRAND**
**Direction de la Recherche Clinique et de l'Innovation**
Bâtiment Dunant - 3ᵉ étage
58 rue Montalembert - 63003 Clermont-Ferrand
Tél : 04.73.75.12.25