UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MMAS RESEARCH, LLC,<br><br>      Plaintiff,<br><br>vs.<br><br>BOSTON CHILDREN'S HOSPITAL, et al.,<br><br>      Defendants | Civ. A. No. 1:24-cv-12108-DJC |

**NOTICE OF APPEARANCE**

Please enter my appearance for The Children's Hospital Corporation, named in the Complaint as Boston Children's Hospital; Dr. Jacob Hartz; Hannah Palfrey; and Dr. Sarah D. de Ferranti.

                                                Respectfully submitted,

                                                */s/ Theodore J. Folkman*

                                                Theodore J. Folkman (BBO No. 647642)
                                                RUBIN AND RUDMAN LLP
                                                53 State St.
                                                Boston, Mass. 02109
                                                (617) 330-7135
                                                tfolkman@rubinrudman.com

Dated:  September 5, 2024