UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MMAS RESEARCH, LLC,<br><br>Plaintiff,<br><br>vs.<br><br>BOSTON CHILDREN'S HOSPITAL, et al.,<br><br>Defendants | Civ. A. No. 1:24-cv-12108-DJC |

## DISCLOSURE STATEMENT

The defendant, The Children's Hospital Corporation, named in the complaint as Boston Children's Hospital ("BCH"), states that its parent corporation is The Children's Medical Center Corporation and that no publicly held corporation owns 10% or more of its parent's stock.

The defendants, BCH, Dr. Jacob Hartz, Dr. Sarah D. de Ferranti, and Hannah Palfrey, state that no individual's or entity's citizenship is attributed to them for purposes of 28 U.S.C. § 1332.

Respectfully submitted,

THE CHILDREN'S HOSPITAL
CORPORATION, DR. JACOB HARTZ,
DR. SARAH D. DE FERRANTI, and
HANNAH PALFREY

By their attorney:

*/s/ Theodore J. Folkman*

Theodore J. Folkman (BBO No. 647642)
RUBIN AND RUDMAN LLP
53 State St.
Boston, Mass. 02109
(617) 330-7135
tfolkman@rubinrudman.com

Dated: September 5, 2024

3998560_1