UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MMAS RESEARCH, LLC,<br><br>      Plaintiff,<br><br>vs.<br><br>BOSTON CHILDREN'S HOSPITAL, et al.,<br><br>      Defendants | Civ. A. No. 1:24-cv-12108-DJC |

### ASSENTED TO MOTION OF THE HOSPITAL DEFENDANTS
### FOR AN EXTENSION OF TIME TO ANSWER

The defendants, The Children's Hospital Corporation, named in the complaint as Boston Children's Hospital ("BCH"), Dr. Jacob Hartz, Dr. Sarah D. de Ferranti, and Hannah Palfrey ("the Hospital Defendants"), move for an extension of time to October 1, 2024 to answer or otherwise respond to the complaint.

In support of this motion, the Hospital Defendants state that BCH was served with process on August 27, 2024, and the other Hospital Defendants were not served with process. Counsel have agreed that the other Hospital Defendants will waive service of process and that the answer or other response to the complaint will be due on October 1, 2024. The Hospital Defendants require this short extension of time in order to research the matter and prepare their answer or other response.

Counsel for the plaintiff has assented to this motion.

Respectfully submitted,

THE CHILDREN'S HOSPITAL CORPORATION, DR. JACOB HARTZ, DR. SARAH D. DE FERRANTI, and HANNAH PALFREY

By their attorney:

*/s/ Theodore J. Folkman*

Theodore J. Folkman (BBO No. 647642)
RUBIN AND RUDMAN LLP
53 State St.
Boston, Mass. 02109
(617) 330-7135
tfolkman@rubinrudman.com

Dated: September 5, 2024

4000882_1

## CERTIFICATE OF COMPLIANCE

I certify that on September 5, 2024, I conferred with counsel for the plaintiff by email, and that he assented to this motion.

/s/ Theodore J. Folkman

4000882_1