UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
BOSTON DIVISION

| | |
|---|---|
| MMAS RESEARCH LLC, a Washington Limited Liability Company,<br><br>*Plaintiff*,<br><br>v.<br><br>BOSTON CHILDREN HOSPITAL, et al.,<br><br>*Defendants*. | Case No.: 1:24-CV-12108-DJC |

**PLAINTIFF'S UNOPPOSED MOTION FOR *PRO HAC VICE* ADMISSION FOR NITOJ P. SINGH AND ANTHONY FUSARO**

The undersigned counsel for Plaintiff MMAS Research LLC and a member of the bar of this Court, requests, in accordance with Local Rule 83.5.3, that Nitoj P. Singh and Anthony Fusaro, counsel for Plaintiff MMAS Research LLC, be granted leave to appear and practice in this Court in the above-referenced case. Certifications by each of the aforenamed attorneys to the information required by Local Rule 83.5.3(e)(3) are filed herewith. Counsel for Defendant Boston Children Hospital has represented to Plaintiff's counsel that they will not oppose this Motion.

Nitoj Singh is a partner at Dhillon Law Group Inc., 177 Post Street, Suite 700, San Francisco, CA 94108, telephone number (415) 433-1700, and an active member of the State Bar of California with no record of discipline. His identification number for the State Bar of California is 265005.

Anthony Fusaro is an associate at Dhillon Law Group Inc., 177 Post Street, Suite 700, San Francisco, CA 94108, telephone number (415) 433-1700, and an active member of the State Bar of California and the State Bar of New York with no record of discipline. His identification number

1

for the State Bar of California is 345017, and his identification number for the State Bar of New York is 5982376.

WHEREFORE, Plaintiff respectfully requests that Nitoj Singh and Anthony Fusaro be admitted to practice before this Court pro hac vice for the purpose of appearing as counsel for Plaintiff in the above captioned action in accordance with the Rules of this Court.

Dated: September 20, 2024

Respectfully submitted,

**Persepolis Law, PLLC**

By: */s/ Ashkon Roozbehani*
    Ashkon Roozbehani, Esq. (BBO # 694483)
    Persepolis Law, PLLC
    809 Washington St., Suite A
    Newton, MA 02460
    T. (617) 431-4329
    persepolaw@gmail.com

*Attorney for Plaintiff*
*MMAS Research LLC*

## LOCAL RULE 7.1(A)(2) CERTIFICATION

I, Ashkon Roozbehani, counsel for Plaintiff in the above captioned action, hereby certify that, pursuant to Rule 7.1(A)(2) of the Local Rules of the United States District Court for the District of Massachusetts, I conferred with Theodore J. Folkman, counsel for the Defendants, on September 9, 2024, by email regarding this motion, and Mr. Folkman informed me that Defendants do not oppose this motion.

Dated: September 20, 2024

*/s/ Ashkon Roozbehani*
Ashkon Roozbehani

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 10th day of September, 2024, Plaintiff's Motion for Admission Pro Hac Vice was served, via electronic delivery, to Defendants' counsel via CM/ECF system which will forward copies to Defendants' counsel of record.

Dated: September 20, 2024  /s/ *Ashkon Roozbehani*
Ashkon Roozbehani