UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
BOSTON DIVISION

| | |
|---|---|
| MMAS RESEARCH LLC, a Washington Limited Liability Company,<br><br>*Plaintiff*,<br>v.<br><br>BOSTON CHILDREN HOSPITAL, et al.,<br><br>*Defendants*. | Case No.: 1:24-CV-12108-DJC |

## **CERTIFICATION OF NITOJ P. SINGH**

Pursuant to 28 U.S.C. § 1746, I, Nitoj P. Singh, hereby certifies as follows:

1. I make this certification in support of the accompanying Plaintiff's Motion for Admission *Pro Hac Vice*. I have personal knowledge of each of the facts stated below.

2. I am a partner with Dhillon Law Group Inc., located at 177 Post Street, Suite 700, San Francisco, CA 94108, telephone number (415) 433-1700.

3. I am a member in good standing of the State Bar of California. My identification number for the State Bar of California is 265005.

4. I am not under suspension or disbarment by any court, nor the subject of any pending disciplinary proceeding and no discipline has ever been imposed upon me in any jurisdiction. I have not previously had a pro hac vice admission to this Court revoked for misconduct.

5. Plaintiff MMAS Research LLC has requested that I be admitted pro hac vice for this matter on its behalf. I have experience in the relevant areas of law and knowledge of the facts and issues in this matter.

1

6. I have read and agree to comply with the Local Rules of the United States District Court for the District of Massachusetts.

I certify under penalty of perjury that the foregoing is true and correct.

Dated: September 20, 2024
/s/ *Nitoj P. Singh*
Nitoj P. Singh
Dhillon Law Group Inc.
177 Post Street, Suite 700
San Francisco, CA 94108
nsingh@dhillonlaw.com
Tel: (415) 433-1700