# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS
# BOSTON DIVISION

| | |
|---|---|
| MMAS RESEARCH LLC, a Washington Limited Liability Company,<br><br>*Plaintiff*,<br>v.<br><br>BOSTON CHILDREN HOSPITAL, et al.,<br><br>*Defendants*. | Case No.: 1:24-CV-12108-DJC |

## CERTIFICATION OF ANTHONY J. FUSARO, JR.

Pursuant to 28 U.S.C. § 1746, I, Anthony J. Fusaro, Jr., hereby certifies as follows:

1. I make this certification in support of the accompanying Plaintiff's Motion for Admission *Pro Hac Vice*. I have personal knowledge of each of the facts stated below.

2. I am an associate attorney with Dhillon Law Group Inc., located at 177 Post Street, Suite 700, San Francisco, CA 94108, telephone number (415) 433-1700.

3. I am a member in good standing of the State Bar of California and the State Bar of New York. My identification number for the State Bar of California is 345017, and my identification number for the State Bar of New York is 5982376.

4. I am not under suspension or disbarment by any court, nor the subject of any pending disciplinary proceeding and no discipline has ever been imposed upon me in any jurisdiction. I have not previously had a pro hac vice admission to this Court revoked for misconduct.

5. Plaintiff MMAS Research LLC has requested that I be admitted pro hac vice for this matter on its behalf. I have experience in the relevant areas of law and knowledge of the facts and issues in this matter.

1

6. I have read and agree to comply with the Local Rules of the United States District Court for the District of Massachusetts.

I certify under penalty of perjury that the foregoing is true and correct.

Dated: September 20, 2024

*/s/ Anthony J. Fusaro, Jr.*
Anthony J. Fusaro, Jr.
Dhillon Law Group Inc.
177 Post Street, Suite 700
San Francisco, CA 94108
nsingh@dhillonlaw.com
Tel: (415) 433-1700