# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS
### BOSTON DIVISION

| | |
|---|---|
| MMAS RESEARCH LLC, a Washington Limited Liability Company,<br><br>*Plaintiff*,<br>v.<br><br>BOSTON CHILDREN HOSPITAL,  et al.,<br><br>*Defendants*. | Case No.: 1:24-CV-12108-DJC |

## [PROPOSED] ORDER ON PLAINTIFF'S UNOPPOSED MOTION FOR ADMISSION *PRO HAC VICE*

Movant Ashkon Roozbehani moves to admit Nitoj P. Singh and Anthony J. Fusaro, Jr., in accordance with Rule 83.5.3 of the Local Rules for the United States District Court for the District of Massachusetts.

Nitoj Singh and Anthony Fusaro are not admitted to practice in the District of Massachusetts (except as to the instant request for *pro hac vice* admission in *MMAS Research LLC v. Boston Children Hospital et al.*) and the court is satisfied that Nitoj Singh is a member in good standing of the State Bar of California, and that Anthony Fusaro is a member in good standing of the State Bar of California and State Bar of New York.

Movant, Ashkon Roozbehani, is a member of good standing of the State Bar of Massachusetts and shall review all filings submitted in this case for compliance with local rules and in compliance with the CM/ECF Administrative Procedures.

The motion is therefore ALLOWED and Nitoj Singh (California State Bar number: 265005) and Anthony Fusaro (California State Bar number: 345017, New York State Bar number: 5982376), through Movant as designated counsel, are hereby granted permission to file a limited

Notice of Appearance in this instant matter for the limited purposes of representing the Plaintiff before the District Court for the District of Massachusetts. The court shall provide Notice of Electronic Filings to Nitoj Singh (nsingh@dhillonlaw.com) and Anthony Fusaro (afusaro@dhillonlaw.com).

**SO ORDERED.**

Dated: _____, 2024

_____
Hon. Denise J. Casper
United States District Judge