AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.    **1:24-CV-12108-DJC**

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for **MMAR, LLC** was recieved by me on **8/26/2024:**

☐ I personally served the summons on the individual at *(place)* on *(date)* ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* , a person of suitable age and discretion who resides there, on , and mailed a copy to the individual's last known address; or

☒ I served the summons on **Donald E. Morisky**, who is designated by law to accept service of process on behalf of **MMAR, LLC** at **10935 MUSEO AVE, Las Vegas, NV 89135** on **08/27/2024 at 3:44 PM**; or

☐ I returned the summons unexecuted because ; or

☐ Other *(specify)*

My fees are $ 0 for travel and **$ 95.00** for services, for a total of **$ 95.00**.

I declare under penalty of perjury that this information is true.

Date:  08/27/2024

_____
Server's signature

**John White**
Printed name and title

**316 W 2nd St.
3rd Floor
Los Angeles, CA 90012**

Server's address

Additional information regarding attempted service, etc:

**I delivered the documents to Donald E. Morisky with identity confirmed by subject stating their name. The individual accepted service with direct delivery. The individual appeared to be a brown-haired white male contact over 65 years of age, 5'10"-6'0" tall and weighing 180-200 lbs.**




Tracking #: **0141517242**