UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
BOSTON DIVISION

| | |
|---|---|
| MMAS RESEARCH LLC, a Washington Limited Liability Company, <br><br> *Plaintiff*, <br> v. <br><br> BOSTON CHILDREN HOSPITAL, et al., <br><br> *Defendants*. | Case No.: 1:24-CV-12108-DJC |

## RULE 7.1 DISCLOSURE STATEMENT

Pursuant to Rule 7.1(a)(1) of the Federal Rules of Civil Procedure, Plaintiff MMAS Research LLC ("Plaintiff") hereby states that it has no parent corporation and that no publicly held corporation owns 10% or more of its stock.

Pursuant to Rule 7.1(a)(2) of the Federal Rules of Civil Procedure, Plaintiff hereby names and identifies the citizenship of the following individuals and entities whose citizenship is attributed to MMAS Research LLC:

- MMAS Research LLC is a limited liability company formed under the laws of Washington. MMAS Research LLC has three members: Steven Trubow is a citizen of California; Rodney Watkins is a citizen of California; and Aron Trubow is a citizen of Washington.

2

Dated: September 18, 2024          Respectfully submitted,

**Persepolis Law, PLLC**

By: */s/ Ashkon Roozbehani*
    Ashkon Roozbehani, Esq. (BBO # 694483)
    Persepolis Law, PLLC
    809 Washington St., Suite A
    Newton, MA 02460
    T. (617) 431-4329
    persepolaw@gmail.com

*Attorney for Plaintiff*
*MMAS Research LLC*

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that on this 17th day of September, 2024, Plaintiff MMAS Research LLC's Rule 7.1 Disclosure Statement was served, via electronic delivery, to Defendants' counsel via CM/ECF system which will forward copies to Defendants' counsel of record.

Dated: September 18, 2024          _/s/ Ashkon Roozbehani_
                                               Ashkon Roozbehani