UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MMAS RESEARCH, LLC,<br><br>        Plaintiff,<br><br>vs.<br><br>BOSTON CHILDREN'S HOSPITAL, et al.,<br><br>        Defendants | Civ. A. No. 1:24-cv-12108-DJC |

**MOTION TO DISMISS OF
THE CHILDREN'S HOSPITAL CORPORATION, HANNAH PALFREY,
JACOB HARTZ, AND SARAH D. DE FERRANTI**

    The defendants, The Children's Hospital Corporation (named in the Complaint as Boston Children's Hospital), Hannah Palfrey, Dr. Jacob Hartz, and Dr. Sarah D. de Ferranti, move to dismiss the claims against them for failure to state a claim on which relief can be granted.

    A memorandum of law accompanies this motion.

1

Respectfully submitted,

THE CHILDREN'S HOSPITAL CORPORATION, DR. JACOB HARTZ, DR. SARAH D. DE FERRANTI, and HANNAH PALFREY

By their attorneys:

*/s/ Theodore J. Folkman*

Theodore J. Folkman (BBO No. 647642)
Steven DiCairano (BBO No. 694228)
RUBIN AND RUDMAN LLP
53 State St.
Boston, Mass. 02109
(617) 330-7000
tfolkman@rubinrudman.com
sdicairano@rubinrudman.com

Dated:  October 1, 2024

## CERTIFICATE OF COMPLIANCE

 I certify that I conferred with counsel for the plaintiff in a good faith effort to narrow areas of disagreement to the fullest extent.

              */s/ Theodore J. Folkman*