Additional Certificate (17 U.S.C. 706)

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

**TX 8-285-390**

**Effective Date of Registration:**
June 12, 2016

## Title

| | |
|---|---|
| **Title of Work:** | Morisky Medication Adherence Scale (4-item) |
| **Previous or Alternate Title:** | Morisky Medication Adherence Scale (4-item MMAS Instrument) |
| | MMAS-4 |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2007 |
| **Date of 1st Publication:** | October 03, 2007 |
| **Nation of 1st Publication:** | United States |

## Author

| | |
|---|---|
| • **Author:** | Donald E. Morisky |
| **Author Created:** | text |
| **Work made for hire:** | No |
| **Citizen of:** | United States |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Donald E. Morisky |
| | UCLA-School of Public Health 650 Charles Young Dr. South, Los Angeles, CA, 90095-1772, United States |

## Limitation of copyright claim

| | |
|---|---|
| **Material excluded from this claim:** | text |
| **New material included in claim:** | text, Revisions, enhancement |

## Rights and Permissions

| | |
|---|---|
| **Name:** | Donald E. Morisky |
| **Email:** | dmorisky@ucla.edu |
| **Telephone:** | (310)825-8508 |
| **Address:** | UCLA - School of Public Health |
| | 650 Charles Young Drive South |
| | Los Angeles, CA 90095-1772 United States |

Page 1 of 2

## Certification

|  |  |
|---|---|
| Name: | Michael M. Krieger |
| Date: | June 12, 2016 |
| Applicant's Tracking Number: | 00662-001Cs |

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

**TX 8-632-533**

**Effective Date of Registration:**
September 21, 2018

## Title

| | |
|---|---|
| **Title of Work:** | Morisky Medication Adherence Scale (8-item) |
| **Previous or Alternate Title:** | eMMAS-8 |
| | Morisky Medication Adherence Scale (8-item MMAS Instrument) |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2006 |
| **Date of 1st Publication:** | October 19, 2006 |
| **Nation of 1st Publication:** | United States |

## Author

| | |
|---|---|
| **Author:** | Donald E. Morisky, ScD, ScM, MSPH |
| **Author Created:** | text |
| **Work made for hire:** | No |
| **Citizen of:** | United States |
| **Domiciled in:** | United States |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Donald E. Morisky, ScD, ScM, MSPH |
| | UCLA School of Public Health, 650 Charles E. Young Dr., South, Los Angeles, CA, 90095, United States |

## Limitation of copyright claim

| | |
|---|---|
| **Material excluded from this claim:** | text |
| **Previous registration and year:** | TX0008285390, 2016 |
| **New material included in claim:** | new text |

## Rights and Permissions

| | |
|---|---|
| **Organization Name:** | UCLA School of Public Health |

Page 1 of 2

        **Name:** Donald E. Morisky, ScD, ScM, MSPH
        **Email:** dmorisky@ucla.edu
  **Telephone:** (310)825-8508
     **Address:** 650 Charles E. Young Dr., South
                  Los Angeles, CA 90095 United States

## Certification

        **Name:** David A Berstein
        **Date:** September 21, 2018

**Correspondence:** Yes

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

**TX 8-632-533**

**Effective Date of Registration:**
September 21, 2018

## Title

| | |
|---|---|
| **Title of Work:** | Morisky Medication Adherence Scale (8-item) |
| **Previous or Alternate Title:** | MMAS-8 |
| | Morisky Medication Adherence Scale (8-item MMAS Instrument) |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2006 |
| **Date of 1st Publication:** | October 19, 2006 |
| **Nation of 1st Publication:** | United States |

## Author

| | |
|---|---|
| • **Author:** | Donald E. Morisky, ScD, ScM, MSPH |
| **Author Created:** | text |
| **Work made for hire:** | No |
| **Citizen of:** | United States |
| **Domiciled in:** | United States |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Donald E. Morisky, ScD, ScM, MSPH |
| | UCLA School of Public Health, 650 Charles E. Young Dr., South, Los Angeles, CA, 90095, United States |

## Limitation of copyright claim

| | |
|---|---|
| **Material excluded from this claim:** | text |
| **Previous registration and year:** | TX0008285390, 2016 |
| **New material included in claim:** | new text |

## Rights and Permissions

| | |
|---|---|
| **Organization Name:** | UCLA School of Public Health |

Page 1 of 2

Additional Certificate (17 U.S.C. 706)

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**
**TX 8-285-390**
Effective Date of Registration:
June 12, 2016

## Title

| | |
|---|---|
| **Title of Work:** | Morisky Medication Adherence Scale (4-item) |
| **Previous or Alternate Title:** | Morisky Medication Adherence Scale (4-item MMAS Instrument) |
| | MMAS-4 |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2007 |
| **Date of 1st Publication:** | October 03, 2007 |
| **Nation of 1st Publication:** | United States |

## Author

- | | |
  |---|---|
  | **Author:** | Donald E. Morisky |
  | **Author Created:** | text |
  | **Work made for hire:** | No |
  | **Citizen of:** | United States |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Donald E. Morisky |
| | UCLA-School of Public Health  650 Charles Young Dr. South, Los Angeles, CA, 90095-1772, United States |

## Limitation of copyright claim

| | |
|---|---|
| **Material excluded from this claim:** | text |
| **New material included in claim:** | text, Revisions, enhancement |

## Rights and Permissions

| | |
|---|---|
| **Name:** | Donald E. Morisky |
| **Email:** | dmorisky@ucla.edu |
| **Telephone:** | (310)825-8508 |
| **Address:** | UCLA - School of Public Health |
| | 650 Charles Young Drive South |
| | Los Angeles, CA 90095-1772 United States |

Page 1 of 2