# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| | |
|---|---|
| MMAS Research LLC ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 1:24-cv-12108-DJC |
| Boston Children Hospital et al ) | |
| *Defendant* ) | |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

MMAS Research LLC .

Date: 10/02/2024

/s/Nitoj P. Singh
*Attorney's signature*

Nitoj P. Singh
*Printed name and bar number*

177 Post Street, Suite 700
San Francisco, CA 94108

*Address*

nsingh@dhillonlaw.com
*E-mail address*

(415) 433-1700
*Telephone number*

(415) 520-6593
*FAX number*