# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| MMAS Research LLC | ) |  |  |
|---|---|---|---|
| *Plaintiff* | ) |  |  |
| v. | ) | Case No. | 1:24-cv-12108-DJC |
| Boston Children Hospital et al | ) |  |  |
| *Defendant* | ) |  |  |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

MMAS Research LLC.

Date: 10/02/2024

/s/Anthony J. Fusaro
*Attorney's signature*

Anthony J. Fusaro
*Printed name and bar number*

50 Park Place, Suite 1105
Newark, NJ 07102

*Address*

afusaro@dhillonlaw.com
*E-mail address*

(408) 343-8349
*Telephone number*

(415) 520-6593
*FAX number*