UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MMAS RESEARCH, LLC,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>THE CHILDREN'S HOSPITAL<br>CORPORATION, et al.,<br><br>　　　　　Defendants | Civ. A. No. 1:24-cv-12108-DJC |

**THE CHILDREN'S HOSPITAL CORPORATION,
JACOB HARTZ, AND HANNAH PALFREY'S
<u>MOTION TO DISMISS THE AMENDED COMPLAINT</u>**

　　The Children's Hospital Corporation, Dr. Jacob Hartz, and Hannah Palfrey, move to dismiss the claims against them in the Plaintiff's Amended Complaint on the grounds that they fail to state a claim on which relief can be granted.

　　A memorandum of law accompanies this motion.

Respectfully submitted,

THE CHILDREN'S HOSPITAL
CORPORATION, DR. JACOB HARTZ,
and HANNAH PALFREY

By their attorneys:

*/s/ Theodore J. Folkman*

Theodore J. Folkman (BBO No. 647642)
Steven DiCairano (BBO No. 694228)
RUBIN AND RUDMAN LLP
53 State St.
Boston, Mass. 02109
(617) 330-7000
tfolkman@rubinrudman.com
sdicairano@rubinrudman.com

Dated: November 4, 2024

3

## CERTIFICATE OF COMPLIANCE

    I certify that I conferred with counsel for the plaintiff in a good faith effort to narrow areas of disagreement to the fullest extent.

    */s/ Theodore J. Folkman*

3

4087810_1