Comparison of the Hospital Questionnaire and the 2006 MMAS-8

From ¶ 105 of the Amended Complaint

1. Do you sometimes forget to take your ~~<health condition> pills~~<u>prescription cholesterol medication</u>?
2. People sometimes miss taking their medications for reasons other than forgetting. Thinking over the past two weeks, were there any days when you did not take your ~~<health condition> medicine~~<u>prescription cholesterol medication</u>?
3. Have you ever cut back or stopped taking your <u>prescription cholesterol</u> medication without telling your doctor~~,~~ because you felt worse when you took it?
4. When you travel or leave home, do you sometimes forget to bring along your ~~<health condition>~~<u>prescription cholesterol</u> medication?
5. Did you take <u>all</u> your ~~<health condition> medicine yesterday~~<u>prescription cholesterol medication last time you were supposed to take it</u>?
6. When you feel like your ~~<health condition> is~~<u>symptoms are</u> under control, do you sometimes stop taking your ~~medicine~~<u>prescription cholesterol medication</u>?
7. Taking medication everyday is a real inconvenience for some people. Do you ever feel hassled about sticking to your ~~<health condition>~~<u>cholesterol</u> treatment plan?
8. How often do you have difficulty remembering to take all your <u>prescription</u> medications <u>to lower your cholesterol level</u>? (Never/Rarely, Once in a while, Sometimes, Usually, ~~All the time~~**ALL THE TIME**)

**Formatted:** DocID