**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**
**BOSTON DIVISION**

| | |
|---|---|
| MMAS RESEARCH LLC, a Washington Limited Liability Company,<br><br>   *Plaintiff*,<br> v.<br><br>BOSTON CHILDREN HOSPITAL, et al.,<br><br>   *Defendants*. | Case No.: 1:24-CV-12108-DJC |

**PLAINTIFF'S UNOPPOSED MOTION FOR *PRO HAC VICE* ADMISSION**
**FOR NITOJ P. SINGH AND ANTHONY FUSARO**

 The undersigned counsel for Plaintiff MMAS Research LLC and a member of the bar of this Court, requests, in accordance with Local Rule 83.5.3, that Patricia Ray, counsel for Plaintiff MMAS Research LLC, be granted leave to appear and practice in this Court in the above-referenced case. Certifications by each of the aforenamed attorneys to the information required by Local Rule 83.5.3(e)(3) are filed herewith. Counsel for Defendant Boston Children Hospital has represented to Plaintiff's counsel that they will not oppose this Motion.

 Patricia Ray is an attorney at 5 Old Mill Road, Freeport, Pennsylvania 16229, telephone number (215) 908-6810, and an active member of the State Bar of New York and the State Bar of Pennsylvania with no record of discipline. Her identification number for the State Bar of New York is 2327336, and her identification number for the State Bar of Pennsylvania is 31989.

 WHEREFORE, Plaintiff respectfully requests that Patricia Ray be admitted to practice before this Court pro hac vice for the purpose of appearing as counsel for Plaintiff in the above captioned action in accordance with the Rules of this Court.

1

| | |
|---|---|
| Dated: November 20, 2024 | Respectfully submitted,<br><br>**Persepolis Law, PLLC**<br><br>By: /s/ Ashkon Roozbehani<br>   Ashkon Roozbehani, Esq. (BBO # 694483)<br>   Persepolis Law, PLLC<br>   809 Washington St., Suite A<br>   Newton, MA 02460<br>   T. (617) 431-4329<br>   persepolaw@gmail.com<br><br>*Attorney for Plaintiff*<br>*MMAS Research LLC* |

## LOCAL RULE 7.1(A)(2) CERTIFICATION

I, Ashkon Roozbehani, counsel for Plaintiff in the above captioned action, hereby certify that, pursuant to Rule 7.1(A)(2) of the Local Rules of the United States District Court for the District of Massachusetts, conferred with Theodore J. Folkman, counsel for the Defendants, on November 19, 2024, by email regarding this motion, and Mr. Folkman informed me that Defendants do not oppose this motion.

| | |
|---|---|
| Dated: November 20, 2024 | /s/ Ashkon Roozbehani<br>Ashkon Roozbehani |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 20th day of November, 2024, Plaintiff's Motion for Admission Pro Hac Vice was served, via electronic delivery, to Defendants' counsel via CM/ECF system which will forward copies to Defendants' counsel of record.

| | |
|---|---|
| Dated: November 20, 2024 | /s/ Ashkon Roozbehani<br>Ashkon Roozbehani |