UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
BOSTON DIVISION

| | |
|---|---|
| MMAS RESEARCH LLC, a Washington Limited Liability Company, <br><br> *Plaintiff*, <br> v. <br><br> BOSTON CHILDREN HOSPITAL,  et al., <br><br> *Defendants*. | Case No.: 1:24-CV-12108-DJC |

### CERTIFICATION OF NITOJ P. SINGH

Pursuant to 28 U.S.C. § 1746, I, Patricia Ray, hereby certifies as follows:

1.      I make this certification in support of the accompanying Plaintiff's Motion for Admission *Pro Hac Vice*. I have personal knowledge of each of the facts stated below.

2.      I am an attorney located at 5 Old Mill Road, Freeport, Pennsylvania 16229, telephone number (215) 908-6810.

3.      I am a member in good standing of the State Bar of New York and State Bar of Pennsylvania. My identification number for the State Bar of New York is 2327336. My identification number for the State Bar of Pennsylvania is 31989.

4.      I am not under suspension or disbarment by any court, nor the subject of any pending disciplinary proceeding and no discipline has ever been imposed upon me in any jurisdiction. I have not previously had a pro hac vice admission to this Court revoked for misconduct.

5.      Plaintiff MMAS Research LLC has requested that I be admitted pro hac vice for this matter on its behalf. I have experience in the relevant areas of law and knowledge of the facts and issues in this matter.

2

6.     I have read and agree to comply with the Local Rules of the United States District Court for the District of Massachusetts.

I certify under penalty of perjury that the foregoing is true and correct.


Dated: November 20, 2024                          */s/ Patricia Ray*
                                                  Patricia Ray
                                                  5 Old Mill Road
                                                  Freeport, Pennsylvania 16229
                                                  raypatricia@yahoo.com
                                                  Tel: (215) 908-6810