UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
BOSTON DIVISION

| | |
|---|---|
| MMAS RESEARCH LLC, a Washington Limited Liability Company,<br><br>      *Plaintiff*,<br>  v.<br><br>BOSTON CHILDREN HOSPITAL, et al.,<br><br>      *Defendants*. | Case No.: 1:24-CV-12108-DJC |

## [PROPOSED] ORDER ON PLAINTIFF'S UNOPPOSED MOTION FOR ADMISSION *PRO HAC VICE*

Movant Ashkon Roozbehani moves to admit Patricia Ray, in accordance with Rule 83.5.3 of the Local Rules for the United States District Court for the District of Massachusetts.

Patricia Ray is not admitted to practice in the District of Massachusetts (except as to the instant request for *pro hac vice* admission in *MMAS Research LLC v. Boston Children Hospital et al.*) and the court is satisfied that Patricia Ray is a member in good standing of the State Bar of New York and State Bar of Pennsylvania.

Movant, Ashkon Roozbehani, is a member of good standing of the State Bar of Massachusetts and shall review all filings submitted in this case for compliance with local rules and in compliance with the CM/ECF Administrative Procedures.

The motion is therefore ALLOWED and Patricia Ray (New York State Bar number: 2327336, Pennsylvania State Bar number: 31989), through Movant as designated counsel, are hereby granted permission to file a limited Notice of Appearance in this instant matter for the limited purposes of representing the Plaintiff before the District Court for the District of

1

Massachusetts. The court shall provide Notice of Electronic Filings to Patricia Ray (raypatricia@yahoo.com).

**SO ORDERED.**

Dated: _____, 2024

_____
Hon. Denise J. Casper
United States District Judge