UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| MMAS RESEARCH, LLC,<br><br>    Plaintiff,<br><br>vs.<br><br>THE CHILDREN'S HOSPITAL CORPORATION, et al.,<br><br>    Defendants | Civ. A. No. 1:24-cv-12108-DJC |

**HOSPITAL DEFENDANTS' ASSENTED-TO MOTION FOR LEAVE TO FILE A REPLY**

The defendants, The Children's Hospital Corporation, Dr. Jacob Hartz, and Hannah Palfrey, move for leave to file the attached reply brief. The reply addresses new matters raised in MMAS Research's opposition to the motion to dismiss. Counsel for the plaintiff has assented to this motion.

Respectfully submitted,

THE CHILDREN'S HOSPITAL
CORPORATION, DR. JACOB HARTZ,
and HANNAH PALFREY

By their attorneys:

/s/ Theodore J. Folkman

Theodore J. Folkman (BBO No. 647642)
Steven DiCairano (BBO No. 694228)
RUBIN AND RUDMAN LLP
53 State St.
Boston, Mass. 02109
(617) 330-7000
tfolkman@rubinrudman.com
sdicairano@rubinrudman.com

Dated:  November 25, 2024

4119628_1

## CERTIFICATE OF COMPLIANCE

  I certify that I conferred by email with counsel for the plaintiff, who assented to this motion.

                    */s/ Theodore J. Folkman*

4119628_1