| NOTICE OF APPEARANCE | DOCKET NUMBER<br>1:21-cv-12108 | **Massachusetts Trial Court** |
|---|---|---|

| CASE NAME | COURT DEPARTMENT (Select only one court.) |
|---|---|
| MMAS RESEARCH LLC<br><br>v.<br><br>THE CHILDRENS HOSPITAL CORPORATION ET AL | ☐ Boston Municipal Court  ☒ District Court  ☐ Housing Court<br>☐ Juvenile Court  ☐ Land Court<br>☐ Probate & Family Court  ☐ Superior Court<br><br>COURT DIVISION OR COUNTY |

## Notice of Appearance

Please enter my appearance in this case:

☐ for myself.

☐ as attorney for: _____ **Plaintiff** _____.

**Please print or type all of the information requested below.**

| NAME (FIRST, MIDDLE, LAST) | B.B.O. OR STATE BAR NUMBER (IF APPLICABLE) |
|---|---|
| Patricia L. Ray | |

| FIRM OR AGENCY NAME (IF APPLICABLE) | OFFICE OR HOME PHONE NUMBER |
|---|---|
| | |

| STREET ADDRESS | APT/UNIT # | MOBILE PHONE NUMBER |
|---|---|---|
| 1800 Oak Street No | 518 | 215906810 |

| CITY/TOWN | STATE | ZIP CODE | E-MAIL ADDRESS |
|---|---|---|---|
| Torrance | CA | 90501 | raypatricia@yahoo.com |

| DATED | SIGNATURE |
|---|---|
| December 11, 2024 | /s/ Patricia L. Ray |

Standardized (Multi - BMC, DC, HC, JC, LC, PFC, SC) - Civil/Criminal - TC0001 (11/23)     Page 1 of 1