UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MMAS RESEARCH LLC, a Washington limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>THE CHILDREN'S HOSPITAL CORPORATION, et al.,<br><br>Defendants. | Case No. 1:24-cv-12108-DJC |

**PLAINTIFF MMAS RESEARCH LLC'S
EX PARTE MOTION FOR ALTERNATIVE SERVICE AND TO EXTEND TIME
UNDER FED. R. CIV. P. 4**

Plaintiff MMAS Research LLC respectfully moves this Court, pursuant to Federal Rule of Civil Procedure 4 and applicable case law, for an Order 1) authorizing alternative service of process on Defendants Donald Morisky and Morisky Medication Adherence Research LLC (MMAR), and 2) extending the time to effectuate service.

A memorandum of law accompanies this motion.

Respectfully submitted,

**Persepolis Law, PLLC**

By: <u>*/s/ Ashkon Roozbehani*</u>
    Ashkon Roozbehani (Bar No. 694483)
    Persepolis Law, PLLC
    809 Washington St., Suite A
    Newton, MA 02460
    Telephone: (617) 431-4329
    persepolaw@gmail.com

    *Attorney for Plaintiff*
    *MMAS Research LLC*

Dated: December 18, 2024