# EXHIBIT 1

Civil Action No.   **1:24-cv-12108-DJC**

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for   **Donald E. Morisky**
was recieved by me on  **9/19/2024:**

☐   I personally served the summons on the individual at *(place)*  on *(date)* ; or

☐   I left the summons at the individual's residence or usual place of abode with *(name)* , a person of suitable age and discretion who resides there, on , and mailed a copy to the individual's last known address; or

☐   I served the summons on *(name of individual)* , who is designated by law to accept service of process on behalf of *(name of  organization)*; or

☒   I returned the summons unexecuted because **No contact** after attempting service at **10935 MUSEO AVE, Las Vegas, NV 89135**; or

☐   Other *(specify)*

My fees are $ 0 for travel and **$ 95.00** for services, for a total of **$ 95.00**.

I declare under penalty of perjury that this information is true.

Date:   09/29/2024

*Server's signature*

**John White**
*Printed name and title*

**316 W 2nd St.
3rd Floor
Los Angeles, CA 90012**

*Server's address*

Additional information regarding attempted service, etc:

**9/19/2024 9:37 AM: There was no answer at the address.  No lights noise movement or answer at electronic doorbell
9/22/2024 10:20 AM: There was no answer at the address. At the address I observed a previously served subject. I spoke with an on-site worker who says subject resides and a neighbor who says subject resides.  No answer at electronic doorbell
9/23/2024 4:29 PM: There was no answer at the address.  No lights noise movement or cars in driveway no answer at electronic doorbell
9/24/2024 6:40 PM: There was no answer at the address. At the address I observed a previously served subject. I spoke with a property manager/landlord who says subject resides and a neighbor who says subject resides.  No lights noise moment or cars in driveway no answer at electronic doorbell**



Tracking #: **0144381360**



Civil Action No.    **1:24-cv-12108-DJC**

**9/25/2024 8:18 AM: There was no answer at the address.  No lights noise movement or cars  in driveway**
**9/26/2024 4:58 PM: There was no answer at the address. At the address I observed a previously served subject. I spoke with an on-site worker who says subject resides, a property manager/landlord who says subject resides and a neighbor who says subject resides.  No answer at door electronic doorbell.**
**9/29/2024 7:34 AM: There was no answer at the address.  No light noise movement or cars in driveway**




Tracking #: **0144381360**

# EXHIBIT 2

| ATTORNEY (S) NAME & ADDRESS<br>NITOJ P. SINGH, ESQ.<br>**DHILLON LAW GROUP**<br>177 Post Street, Suite 700<br>San Francisco, CA 94108<br>Tel. No.: (415) 433-1700     Fax No.: (415) 520-6593<br>*Attorney(s) for:* PLAINTIFF<br>*Reference:* DHILASF-0015614.GE | FOR COURT USE ONLY |
|---|---|
| UNITED STATES DISTRICT COURT<br>FOR THE DISTRICT OF MASSACHUSETTS | |
| PLAINTIFF/PETITIONER: MMAS RESEARCH LLC | |
| DEFENDANT/RESPONDENT: BOSTON CHILDREN HOSPITAL; et al. | |
| **DECLARATION OF DILIGENCE** | CASE No.:<br>1:24-cv-12108-DJC |

I, <u>SHEA BYERS</u>, declare that I have personal, firsthand knowledge of the following facts, and if called and sworn as a witness, I can and will testify competently thereto. I and any employees or agents retained by **EXPRESS NETWORK, 1605 W. Olympic Blvd., 8th Floor, Los Angeles, California 90015 (213) 975-9850**, are and were on the dates mentioned herein over the age of 18 years and not a party to this action.

On **10/30/2024**, EXPRESS NETWORK, received the following document(s): SUMMONS IN A CIVIL ACTION; FIRST AMENDED COMPLAINT - JURY TRIAL DEMANDED, to be served on: **DONALD MORISKY**, at the following address:

**ATTEMPTED SERVICE AT:**
10935 MUSEO AVENUE
LAS VEGAS, NV 89135

| | |
|---|---|
| 10/31/2024 AT 12:23 PM | THERE WAS NO ANSWER AT THE DOOR. NO CARS IN THE DRIVEWAY. RING VIDEO DOORBELL RECORDING STATED 'WE ARE UNABLE TO COME TO THE DOOR, LEAVE A MESSAGE'. |
| 11/01/2024 AT 12:00 PM | NO ANSWER AT THE DOOR. NO CARS IN THE DRIVEWAY. NO ACTIVITY HEARD OR OBSERVED INSIDE OR OUTSIDE THE HOUSE. |
| 11/03/2024 AT 5:38 PM | THE LIGHTS WERE ON INSIDE THE HOUSE. I KNOCKED ON THE DOOR SEVERAL TIMES BUT THERE WAS NO ANSWER. THE HOUSE REMAINED QUIET. NO CARS IN THE DRIVEWAY. |
| 11/06/2024 AT 12:20 PM | THERE WAS NO ANSWER AT THE DOOR. NO CARS IN THE DRIVEWAY. NO MAJOR CHANGES FROM PREVIOUS ATTEMPTS. I LEFT A CARD ON THE DOOR FOR A CALL BACK. |
| 11/07/2024 AT 7:20 PM | NO ANSWER AT THE DOOR. NO CARS IN THE DRIVEWAY. NO LIGHTS ON INSIDE THE HOUSE. PACKAGE AT THE DOORSTEP FOR 'SUSAN MORISKY'. |
| 11/08/2024 AT 08:20 AM | NO ANSWER AT THE DOOR. THE PACKAGE WAS STILL AT THE DOOR. I WAS UNABLE TO MAKE ANY CONTACT WITH THE OCCUPANTS AND UNABLE TO CONFIRM IF THIS IS A GOOD ADDRESS FOR THE SUBJECT. |

Person serving:
SHEA BYERS (Nevada Process Server)
Express Network
P.O. Box 861057
Los Angeles, California 90086
(213) 975-9850

Not a Registered California Process Server
(1) Employee or Independent Contractor
(2) Registration No.:
(3) County:

*I declare under penalty of perjury that the foregoing is true and correct.*

Date: November 19, 2024                                        /s/ Shea Byers

# EXHIBIT 3

| ATTORNEY (S) NAME & ADDRESS<br>NITOJ P. SINGH, ESQ.<br>**DHILLON LAW GROUP**<br>177 Post Street, Suite 700<br>San Francisco, CA 94108<br>Tel. No.: (415) 433-1700   Fax No.: (415) 520-6593<br>Attorney(s) for: PLAINTIFF<br>Reference: DHILASF-0015616.GE | FOR COURT USE ONLY |
|---|---|
| UNITED STATES DISTRICT COURT<br>FOR THE DISTRICT OF MASSACHUSETTS | |
| PLAINTIFF/PETITIONER:  MMAS RESEARCH LLC | |
| DEFENDANT/RESPONDENT:  BOSTON CHILDREN HOSPITAL; et al. | |
| **DECLARATION OF DILIGENCE** | CASE No.:<br>1:24-cv-12108-DJC |

I, <u>DEAN M. CARROLL</u>, declare that I have personal, firsthand knowledge of the following facts, and if called and sworn as a witness, I can and will testify competently thereto. I and any employees or agents retained by **EXPRESS NETWORK, 1605 W. Olympic Blvd., 8th Floor, Los Angeles, California 90015 (213) 975-9850**, are and were on the dates mentioned herein over the age of 18 years and not a party to this action.

On **10/30/2024**, EXPRESS NETWORK, received the following document(s): SUMMONS IN A CIVIL ACTION; FIRST AMENDED COMPLAINT - JURY TRIAL DEMANDED, to be served on: **DONALD MORISKY**, at the following address:

**ATTEMPTED SERVICE AT:**
1100 OCEANGATE
LONG BEACH, CA 90802

11/01/2024 AT 10:13 AM    GIVEN ADDRESS DOES NOT EXIST. THERE IS NO SUCH NUMBER.

Person serving:
DEAN M. CARROLL
Express Network
P.O. Box 861057
Los Angeles, California 90086
(213) 975-9850

Registered California Process Server
(1) Employee or Independent Contractor
(2) Registration No.: 5980
(3) County: LOS ANGELES

*I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*

Date: November 19, 2024

**DECLARATION OF DILIGENCE**

# EXHIBIT 4

| ATTORNEY (S) NAME & ADDRESS<br>NITOJ P. SINGH, ESQ.<br>**DHILLON LAW GROUP**<br>177 Post Street, Suite 700<br>San Francisco, CA 94108<br>Tel. No.: (415) 433-1700   Fax No.: (415) 520-6593<br>Attorney(s) for: PLAINTIFF<br>Reference: DHILASF-0015615.GE | FOR COURT USE ONLY |
|---|---|
| UNITED STATES DISTRICT COURT<br>FOR THE DISTRICT OF MASSACHUSETTS | |
| PLAINTIFF/PETITIONER:   MMAS RESEARCH LLC | |
| DEFENDANT/RESPONDENT:   BOSTON CHILDREN HOSPITAL; et al. | |
| **DECLARATION OF DILIGENCE** | CASE No.:<br>1:24-cv-12108-DJC |

I, <u>CESAR HERNANDEZ-GOVEA</u>, declare that I have personal, firsthand knowledge of the following facts, and if called and sworn as a witness, I can and will testify competently thereto. I and any employees or agents retained by **EXPRESS NETWORK, 1605 W. Olympic Blvd., 8th Floor, Los Angeles, California 90015 (213) 975-9850**, are and were on the dates mentioned herein over the age of 18 years and not a party to this action.

On **10/30/2024**, EXPRESS NETWORK, received the following document(s): SUMMONS IN A CIVIL ACTION; FIRST AMENDED COMPLAINT - JURY TRIAL DEMANDED, to be served on: **DONALD MORISKY**, at the following address:

**ATTEMPTED SERVICE AT:**
650 CHARLES E YOUNG DR., RM 46-071A
LOS ANGELES, CA 90095

10/31/2024 AT 1:03 PM   PER FRONT DESK SECURITY, THEY DO NOT ACCEPT ANYTHING AT THIS LOCATION. THIS MUST BE SERVED AT THE SUBJECT'S RESIDENCE OR HIS PRIVATE PRACTICE.

Person serving:
CESAR HERNANDEZ-GOVEA
Express Network
P.O. Box 861057
Los Angeles, California 90086
(213) 975-9850

Registered California Process Server
(1) Employee or Independent Contractor
(2) Registration No.: 2021190563
(3) County: LOS ANGELES

*I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*

Date: November 19, 2024                              _[signature]_

**DECLARATION OF DILIGENCE**

# EXHIBIT 5

**Nitoj Singh (Dhillon Law)**

| | |
|---|---|
| **From:** | Anthony Fusaro (Dhillon Law) |
| **Sent:** | Wednesday, October 2, 2024 4:53 PM |
| **To:** | Amanda Bruss -; caustin@weidemiller.com |
| **Cc:** | Nitoj Singh (Dhillon Law); persepolaw@gmail.com |
| **Subject:** | Re: Request for Waiver of Service // MMAS Research, LLC v. Boston Children's Hospital et al. (D. Mass., Case No. 1:24-cv-12108-DJC) |

Counsel,

As you may know, we represent MMAS Research LLC in its action against Boston Children's Hospital, MMAR LLC, Jacob Hartz, Hannah Palfrey, Sarah D. de Ferranti, and Donald Morisky. We served MMAR LLC on August 27, 2024, but despite multiple attempts, we have been unable to serve Mr. Morisky.

As a courtesy, would you agree to waive service on behalf of Mr. Morisky?

Thank you,
Anthony Fusaro

Anthony J. Fusaro Jr., Esq.
***Associate* | Dhillon Law Group, Inc.**
50 Park Place, Suite 1105 | Newark, NJ 07102
Phone: 408-343-8349 | Fax: 415-520-6593
Mobile: 650-455-7437

| | |
|---|---|
| **Subject** | Fwd: Service |
| **From** | pat ray <raypatricia@yahoo.com> |
| **To:** | F. Christopher Austin <caustin@weidemiller.com> |
| **Bcc:** | pat ray <raypatricia@yahoo.com>, Steve Trubow <trubow1@gmail.com> |
| **Date** | Dec 1 at 10:52 PM |

Dear Christopher
Will you be answering my email sent on October 29, 3024 concerning accepting service?
Thank you
Patricia Ray

> **From:** Patricia ray <raypatricia@yahoo.com>
> **Date:** November 29, 2024 at 7:49:30 AM PST
> **To:** "F. Christopher Austin" <caustin@weidemiller.com>, Amanda Bruss <amanda@brusslegal.com>
> **Subject: Service**
>
> Dear Chris and Amanda
>
> I am one of the lawyers for MMAS Research, LLC. in D. Mass., Case No. 1:24-cv-12108-DJC against Donald Morisky and MMAR LLC in the Massachusetts Federal District Court
>
> On October 2, 2024, another MMAS Research LLC lawyer, Anthony Fusaro sent you both a Request for Waiver of Service // MMAS Research, LLC v. Boston Children's Hospital et al. (D. Mass., Case No. 1:24-cv-12108-DJC). See attached Fusaro to Bruss and Austin correspondence.
>          Mr. Fusaro never received a response from either one of you.
>
>          Will either of you accept service on behalf of Donald Morisky  and MMAR LLC for the attached complaint ?
>          Thank you in advance for your prompt response to this request for waiver of service.

| | |
|---|---|
| **Subject** | Re: Service |
| **From** | Amanda Bruss <amanda@brusslegal.com> |
| **To:** | Patricia ray <raypatricia@yahoo.com> |
| **Cc:** | F. Christopher Austin <caustin@weidemiller.com> |
| **Date** | Nov 29 at 7:59 AM |

Ms. Ray,

Your request is unclear. I represent Dr. Morisky in the District of Washington matter, but am not authorized to accept service on his behalf as to other matters in which I have not been retained.

Regards,

Amanda L. Bruss, Esq.

**Bruss Legal PLLC**

7550 E. 53rd Pl. #172464

Denver, CO 80217

Cell: 415.271.5754

www.brusslegal.com

Show trimmed content

| | |
|---|---|
| **Subject** | MMAS Research, LLC v. Boston Children's Hospital et al. (D. Mass., Case No. 1:24-cv-12108-DJC) |
| **From** | F. Christopher Austin <caustin@weidemiller.com> |
| **To:** | pat ray <raypatricia@yahoo.com> |
| **Cc:** | Sierra Beasley <sbeasley@weidemiller.com> |
| **Date** | Dec 2 at 12:37 PM |

Ms. Ray:

I'm not authorized to practice in Massachusetts, and I am not authorized to accept service in the referenced matter.

F. Christopher Austin
## Weide & Miller, Ltd.

10655 Park Run Drive

Suite 100

Las Vegas NV 89144

702.610.9094 Mobile

702.382.4804 Office

702.382.4805 Fax

caustin@weidemiller.com | www.weidemiller.com

This communication is for its intended recipient only, and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If you are not the intended recipient or the employee or agent responsible for delivering this communication to the intended recipient, you are hereby notified that any unauthorized use, dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone (702-382-4804) or e-mail reply, delete it from your system, and destroy any hard copy you may have printed. Thank you. Pursuant to IRS Circular 230, any tax information or written tax advice contained herein (including any attachments) is not intended to be and can neither be used by any person for the purpose of avoiding tax penalties nor used to promote, recommend or market any tax-related matter addressed herein.

Show trimmed content

---

This email has been scanned for spam and viruses by Proofpoint Essentials. Click [here](#) to report this email as spam.