UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MMAS RESEARCH, LLC,<br><br>       Plaintiff,<br><br>vs.<br><br>THE CHILDREN'S HOSPITAL CORPORATION, et al.,<br><br>       Defendants | Civ. A. No. 1:24-cv-12108-DJC |

## DEFENDANTS' NOTICE OF SUPPLEMENTAL AUTHORITY

In their memorandum in support of their motion to dismiss (ECF No. 26, at p. 5 n.4), the defendants referenced a sanctions order against MMAS Research in a lawsuit in the Western District of Washington concerning ownership of the copyright to the Morisky Widget. That order dismissed MMAS Research's counterclaim for copyright infringement against Morisky and limited its defenses to Morisky's claim for copyright infringement. The defendants' memorandum stated that an appeal from the sanctions order was pending. The appeal was dismissed on December 18, 2024 for lack of jurisdiction. A true copy of the Ninth Circuit's order dismissing the appeal is attached as Exhibit 1.

1

Respectfully submitted,

THE CHILDREN'S HOSPITAL
CORPORATION, DR. JACOB HARTZ,
and HANNAH PALFREY

By their attorneys:

*/s/ Theodore J. Folkman*

Theodore J. Folkman (BBO No. 647642)
Steven DiCairano (BBO No. 694228)
RUBIN AND RUDMAN LLP
53 State St.
Boston, Mass. 02109
(617) 330-7000
tfolkman@rubinrudman.com
sdicairano@rubinrudman.com

Dated: December 30, 2024

4159576_1