| | FILED |
|---|---|
| UNITED STATES COURT OF APPEALS | DEC 18 2024 |
| FOR THE NINTH CIRCUIT | MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

DONALD E. MORISKY,

    Plaintiff - Appellee,

v.

MMAS RESEARCH, LLC, a Washington limited liability company; et al.,

    Defendants - Appellants.

No. 24-6568

D.C. No. 2:21-cv-01301-RSM
Western District of Washington, Seattle

ORDER

Before: S.R. THOMAS, SILVERMAN, and TALLMAN, Circuit Judges.

The court has received the responses to the October 30, 2024 order. The court lacks jurisdiction over this appeal, because "orders imposing sanctions under Rule 37 are interlocutory and may not be appealed until entry of final judgment." *United States v. Westinghouse Elec. Corp.*, 648 F.2d 642, 651 (9th Cir. 1981), overruled on other grounds by *Fed. Trade Comm'n v. Actavis*, 570 U.S. 136 (2013); *see also Cunningham v. Hamilton County*, 527 U.S. 198, 203-10 (1999) (Rule 37 sanctions order not final decision under 28 U.S.C. § 1291 or immediately appealable as collateral order).

**DISMISSED.**