UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MMAS RESEARCH LLC,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>THE CHILDREN'S HOSPITAL CORPORATION, et al.,<br><br>　　　　Defendants. | Civ. A. No. 1:24-cv-12108-DJC |

**AFFIDAVIT OF SERVICE OF PROCESS BY EMAIL**

I, Ashkon Roozbehani, being duly sworn, declare and state as follows:

1. I am counsel for Plaintiff MMAS Research LLC in the above-captioned case.

2. Pursuant to the Court's Order dated January 28, 2025, granting Plaintiff's Motion for Alternative Service, I served Defendants Donald E. Morisky and Morisky Medication Adherence Research, LLC (MMAR) via email on January 29, 2025.

3. Specifically, I sent an email at 4:37pm EST to dmorisky@g.ucla.edu, dmorisky@gmail.com, and donald.morisky@moriskyscale.com, the email addresses associated with Defendant Donald Morisky and MMAR.

4. Attached to the email were the following documents:

   - A copy of the Summons for Defendant Donald Morisky
   - A copy of the Summons for Defendant Morisky Medication Adherence Research, LLC
   - A copy of the Amended Complaint & Exhibits
   - Evidence of the Court's Order granting alternative service

5. The email contained a clear statement that the email transmission constituted formal service of process pursuant to the Court's Order, and I requested confirmation of receipt from the Defendants.

6. A true and correct copy of the email is attached as Exhibit A to this affidavit.

7. Based on the above, service of process upon Defendants Donald E. Morisky and Morisky Medication Adherence Research, LLC (MMAR) was properly effectuated pursuant to the Court's Order.

I declare under penalty of perjury and all applicable laws and rules that the foregoing is true and correct.

Dated: January 30, 2025                By: */s/ Ashkon Roozbehani*
                                                        Ashkon Roozbehani (Bar No. 694483)
                                                        Persepolis Law, PLLC
                                                        809 Washington St., Suite A
                                                        Newton, MA 02460
                                                        Telephone: (617) 431-4329
                                                        persepolaw@gmail.com

                                                        *Attorney for Plaintiff*
                                                        *MMAS Research LLC*

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MMAS RESEARCH LLC,<br><br>    Plaintiff,<br><br>v.<br><br>THE CHILDREN'S HOSPITAL CORPORATION, et al.,<br><br>    Defendants. | Civ. A. No. 1:24-cv-12108-DJC |

## CERTIFICATE OF SERVICE

I certify that on January 30, 2025, I electronically filed the foregoing Affidavit of Service of Process by Email with the Clerk of the Court using the CM/ECF system, which will send a Notice of Electronic Filing (NEF) to all registered CM/ECF participants. I further certify that, pursuant to the Court's Order dated January 28, 2025, a copy of the Summons, Amended Complaint, and Court's Order granting alternative service was served via email on January 29, 2025, upon the following non-CM/ECF participants:

- Donald Morisky and Morisky Medication Adherence Research, LLC (MMAR)

- Email: dmorisky@g.ucla.edu, dmorisky@gmail.com, and donald.morisky@moriskyscale.com

Dated: January 30, 2025        By: */s/ Ashkon Roozbehani*
        Ashkon Roozbehani (Bar No. 694483)
        Persepolis Law, PLLC
        809 Washington St., Suite A
        Newton, MA 02460
        Telephone: (617) 431-4329
        persepolaw@gmail.com

        *Attorney for Plaintiff*
        *MMAS Research LLC*