# EXHIBIT A

| | |
|---|---|
| **Subject:** | Service of Summons and Complaint – MMAS Research LLC v. The Children's Corporation, et al., Case No. 1:24-cv-12108-DJC |
| **Date:** | Wednesday, January 29, 2025 at 4:37:29 PM Eastern Standard Time |
| **From:** | Ash Roozbehani |
| **To:** | dmorisky@g.ucla.edu, dmorisky@gmail.com, donald.morisky@moriskyscale.com |
| **CC:** | Patricia ray |
| **Priority:** | High |
| **Attachments:** | Morisky Medication Adherence Research - Summons 01.29.25.pdf, MMAS v. BCH et al. - Amended Complaint - 10.21.24.pdf, MMAS v. BCH et al. - Amended Complaint Exhibits Combined - 10.21.24.pdf, Court Electronic Order Granting Motion for Alternative Service.pdf, Donald Morisky - Summons 01.29.25.pdf |

Dear Dr. Morisky,

Pursuant to the January 28, 2025 Order of the United States District Court for the District of Massachusetts granting Plaintiff's Motion for Alternative Service, attached please find the Summons, Amended Complaint & Exhibits, and the Court's Order permitting service by email in the above-referenced case. The entered Court Order along with Complaint & Exhibits are also available for viewing and download on PACER.

This email constitutes formal service of process upon you, Donald Morisky, and upon Morisky Medication Adherence Research, LLC (MMAR) pursuant to the Court's Order. You and MMAR are required to respond in accordance with the Federal Rules of Civil Procedure. Failure to respond within the time required by law may result in default judgment being entered against you.

The relevant case details are as follows:
- Case Name: *MMAS Research LLC v. The Children's Corporation et al.*
- Case Number: 1:24-cv-12108-DJC
- Court: United States District Court for the District of Massachusetts
- Judge: Hon. Denise J. Casper

Please confirm receipt of this email at your earliest convenience.

Sincerely,
Ash Roozbehani, Esq.

--
**Ash Roozbehani**
*Persepolis Law, PLLC*
www.persepolaw.com
Office: (617) 431-4329
Cell: (617) 784-5149