UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
BOSTON DIVISION

| | |
|---|---|
| MMAS RESEARCH LLC, a Washington Limited Liability Company,<br><br>        Plaintiff,<br>  v.<br><br>THE CHILDREN'S HOSPITAL CORPORATION, et al.,<br><br>        Defendants. | Civ. A. No. 1:24-CV-12108-DJC |

**PLAINTIFF'S UNOPPOSED MOTION FOR *PRO HAC VICE* ADMISSION FOR RONALD D. COLEMAN**

The undersigned counsel for Plaintiff MMAS Research LLC and a member of the bar of this Court, requests, in accordance with Local Rule 83.5.3, that Ronald D. Coleman, counsel for Plaintiff MMAS Research LLC, be granted leave to appear and practice in this Court in the above-referenced case. Certifications by each of the aforenamed attorneys to the information required by Local Rule 83.5.3(e)(3) are filed herewith. Counsel for Defendant The Children's Hospital Corporation has represented to Plaintiff's counsel that they will not oppose this Motion.

Ronald D. Coleman is an attorney at 50 Park Place, Suite 1105, Newark, New Jersey 07102, telephone number (973) 264-9611, and an active member of the State Bar of New York and the State Bar of New Jersey with no record of discipline. His identification number for the State Bar of New York is 2288835, and his identification number for the State Bar of New Jersey is 035801988.

WHEREFORE, Plaintiff respectfully requests that Ronald D. Coleman be admitted to practice before this Court pro hac vice for the purpose of appearing as counsel for Plaintiff in the above captioned action in accordance with the Rules of this Court.

Dated: February 7, 2025

Respectfully submitted,

**Persepolis Law, PLLC**

By: */s/ Ashkon Roozbehani*
    Ashkon Roozbehani, Esq. (BBO # 694483)
    Persepolis Law, PLLC
    809 Washington St., Suite A
    Newton, MA 02460
    T. (617) 431-4329
    persepolaw@gmail.com

*Attorney for Plaintiff*
*MMAS Research LLC*

## LOCAL RULE 7.1(A)(2) CERTIFICATION

I, Ashkon Roozbehani, counsel for Plaintiff in the above captioned action, hereby certify that, pursuant to Rule 7.1(A)(2) of the Local Rules of the United States District Court for the District of Massachusetts, conferred with Theodore J. Folkman, counsel for the Defendants, on February 6, 2025, by email regarding this motion, and Mr. Folkman informed me that Defendants do not oppose this motion.

Dated: February 7, 2025

*/s/ Ashkon Roozbehani*
Ashkon Roozbehani

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 7th day of February, 2025, Plaintiff's Motion for Admission Pro Hac Vice was served, via electronic delivery, to Defendants' counsel via CM/ECF system which will forward copies to Defendants' counsel of record.

Dated: February 7, 2025

*/s/ Ashkon Roozbehani*
Ashkon Roozbehani