**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**
**BOSTON DIVISION**

| | |
|---|---|
| MMAS RESEARCH LLC, a Washington Limited Liability Company,<br><br>　　　　　　Plaintiff,<br>　　v.<br><br>THE CHILDREN'S HOSPITAL CORPORATION, et al.,<br><br>　　　　　　Defendants. | Civ. A. No. 1:24-CV-12108-DJC |

## <u>CERTIFICATION OF RONALD D. COLEMAN</u>

Pursuant to 28 U.S.C. § 1746, I, Ronald D. Coleman, hereby certify as follows:

1.　　I make this certification in support of the accompanying Plaintiff's Motion for Admission *Pro Hac Vice*. I have personal knowledge of each of the facts stated below.

2.　　I am an attorney with an office located at 50 Park Place, Suite 1105, Newark, New Jersey 07102, telephone number 973-264-9611.

3.　　I am a member in good standing of the State Bar of New York and State Bar of New Jersey. My identification number for the State Bar of New York is 2288835. My identification number for the State Bar of New Jersey is 035801988.

4.　　I am not under suspension or disbarment by any court, nor the subject of any pending disciplinary proceeding and no discipline has ever been imposed upon me in any jurisdiction. I have not previously been admitted pro hac vice to this Court and have never had my pro hac vice admission in any court revoked for misconduct.

5.     Plaintiff MMAS Research LLC has requested that I be admitted pro hac vice for this matter on its behalf. I have experience in the relevant areas of law and knowledge of the facts and issues in this matter.

6.     I have read and agree to comply with the Local Rules of the United States District Court for the District of Massachusetts.

I certify under penalty of perjury that the foregoing is true and correct.


Dated: February 6, 2025

Ronald D. Coleman

COLEMAN LAW FIRM, PC
50 Park Place, Suite 1105
Newark, New Jersey 07102
rcoleman@colemanlaw-pc.com
973-264-9611