UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
BOSTON DIVISION

| | |
|---|---|
| MMAS RESEARCH LLC, a Washington Limited Liability Company,<br><br>            Plaintiff,<br>     v.<br><br>THE CHILDREN'S HOSPITAL CORPORATION, et al.,<br><br>            Defendants. | Civ. A. No. 1:24-CV-12108-DJC |

### CERTIFICATION OF ASHKON ROOZBEHANI

Pursuant to 28 U.S.C. § 1746, I, Ashkon Roozbehani, hereby certifies as follows:

1.     I make this certification in support of the accompanying Plaintiff's Motion for Admission *Pro Hac Vice*. I have personal knowledge of each of the facts stated below.

2.     I am the principal attorney at Persepolis Law, PLLC, located at 809 Washington St., Suite A, Newton, MA 02460, telephone number (617) 431-4329.

3.     I am a member in good standing of the State Bar of Massachusetts and the State Bar of Connecticut. My identification number for the State Bar of Massachusetts is 694483, and my identification number for the State Bar of Connecticut is 437354.

4.     I am in good standing with all state Bars, and there are no disciplinary proceedings pending against me.

5.     I have confirmed that Ronald D. Coleman is in good standing with the State Bar of New York and the State Bar of New Jersey, and that there are no disciplinary proceedings pending against them.

1

6. The identification number of Ronald D. Coleman for the State Bar of New York is 2288835. His identification number for the State Bar of Pennsylvania is 035801988.

7. The party represented is MMAS Research LLC, Plaintiff in this matter. I have spoken with Plaintiff and have notified it of the Motion requesting permission for Ronald D. Coleman to appear in this matter. Plaintiff has agreed to retain me as local counsel for this purpose.

8. I am familiar with the Local Rules of the United States District Court for the District of Massachusetts and will assure that all filings comport with said rules.

9. Counsel for Defendant The Children's Hospital Corporation has advised by email that they will not oppose this Motion.

I certify under penalty of perjury that the foregoing is true and correct.

Dated: February 7, 2025

*/s/ Ashkon Roozbehani*
Ashkon Roozbehani, Esq. (BBO # 694483)
Persepolis Law, PLLC
809 Washington St., Suite A
Newton, MA 02460
T. (617) 431-4329
persepolaw@gmail.com

*Attorney for Plaintiff*
*MMAS Research LLC*