UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
BOSTON DIVISION

| | |
|---|---|
| MMAS RESEARCH LLC, a Washington Limited Liability Company,<br><br>　　　　　Plaintiff,<br>　　v.<br><br>THE CHILDREN'S HOSPITAL CORPORATION, et al.,<br><br>　　　　　Defendants. | Civ. A. No. 1:24-CV-12108-DJC |

**[PROPOSED] ORDER ON PLAINTIFF'S UNOPPOSED
MOTION FOR ADMISSION *PRO HAC VICE***

Movant Ashkon Roozbehani moves to admit Ronald D. Coleman, in accordance with Rule 83.5.3 of the Local Rules for the United States District Court for the District of Massachusetts.

Ronald D. Coleman is not admitted to practice in the District of Massachusetts (except as to the instant request for *pro hac vice* admission in *MMAS Research LLC v. The Children's Hospital Corporation et al.*) and the court is satisfied that Ronald D. Coleman is a member in good standing of the State Bar of New York and State Bar of New Jersey.

Movant, Ashkon Roozbehani, is a member of good standing of the State Bar of Massachusetts and shall review all filings submitted in this case for compliance with local rules and in compliance with the CM/ECF Administrative Procedures.

The motion is therefore ALLOWED and Ronald D. Coleman (New York State Bar number: 2288835, Pennsylvania State Bar number: 035801988), through Movant as designated counsel, are hereby granted permission to file a limited Notice of Appearance in this instant matter for the limited purposes of representing the Plaintiff before the District Court for the District of

Massachusetts. The court shall provide Notice of Electronic Filings to Ronald D. Coleman (rcoleman@colemanlaw-pc.com).

**SO ORDERED.**

Dated: _____, 2025

_____
Hon. Denise J. Casper
United States District Judge