UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MMAS RESEARCH LLC, a Washington limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>THE CHILDREN'S HOSPITAL CORPORATION, et al.,<br><br>Defendants. | Case No. 1:24-cv-12108-DJC |

PLAINTIFF MMAS RESEARCH LLC'S
REQUEST FOR ENTRY OF DEFAULT AGAINST DEFENDANTS DONALD MORISKY AND MORISKY MEDICATION ADHERENCE RESEARCH LLC

Pursuant to Federal Rule of Civil Procedure 55(a), Plaintiff MMAS Research LLC respectfully requests that the Clerk of Court enter default against Defendants Donald Morisky and Morisky Medication Adherence Research LLC for failure to plead or otherwise defend in this action. Defendants were properly served with the Summons and Amended Complaint, and the Court allowed them 21 days to respond. To date, no appearance, answer, or responsive pleading has been filed. Accordingly, Plaintiff requests that the Clerk enter default against Defendants.

Respectfully submitted,

**Persepolis Law, PLLC**

By: <u>/s/ Ashkon Roozbehani</u>
    Ashkon Roozbehani
    (Bar No. 694483)
    Persepolis Law, PLLC
    809 Washington St., Suite A
    Newton, MA 02460
    Telephone: (617) 431-4329
    persepolaw@gmail.com

    *Attorney for Plaintiff*
    *MMAS Research LLC*

Dated: February 24, 2025