**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

---

MMAS RESEARCH LLC,

      Plaintiff,

   v.

THE CHILDREN'S HOSPITAL
CORPORATION, et al.,

      Defendants.

Case No.: 1:24-cv-12108-DJC

---

**NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE THAT Jeremy P. Oczek, Esq. of Bond, Schoeneck & King, PLLC

appears as attorney of record on behalf of Defendants Dr. Donald Morisky and Morisky Medication

Adherence Research LLC in the above-captioned matter.


Dated: February 24, 2025

Respectfully submitted,

*s/ Jeremy P. Oczek*

Jeremy P. Oczek (BBO# 647509)
BOND, SCHOENECK & KING, PLLC
200 Delaware Avenue
Buffalo, New York 14202
Telephone: (716) 416-7037
Email: jpoczek@bsk.com

*Counsel for Defendants Donald Morisky and*
*Morisky Medication Adherence Research LLC*

## **Certificate of Service**

I hereby certify that this document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the NEF (NEF) and paper copies will be sent to those indicated as non-registered participants on February 24, 2025.

Dated: February 24, 2025                     Respectfully submitted,

                                             _s/ Jeremy P. Oczek_
                                             Jeremy P. Oczek