# EXHIBIT 1

# EXHIBIT 1

**From:** Franklin Christopher Austin chris@lextecnica.com
**Subject:** Re: Service of Summons and Complaint – MMAS Research LLC v. The Children's Corporation, et al., Case No. 1:24-cv-12108-DJC
**Date:** February 21, 2025 at 5:42 AM
**To:** persepolaw@gmail.com
**Cc:** Alicia Perez Aperez@lextecnica.com
**Bcc:** philip.morisky@adherence.cc

Mr. Roozbehani:

We have just been retained to represent Defendants Dr. Donald Morisky and MMAR, LLC in the referenced action. We expect to file a response to the First Amended Complaint today. You are welcome to contact me to discuss.

**F. Christopher Austin** | Partner
Lex Tecnica, Ltd.
10161 Park Run Dr., Ste. 150
Las Vegas, NV 89145
702.610.9094

chris@lextecnica.com | www.lextecnica.com



-------------------
From: **Ash Roozbehani** <persepolaw@gmail.com>
Date: Wed, Jan 29, 2025 at 1:38 PM
Subject: Service of Summons and Complaint – MMAS Research LLC v. The Children's Corporation, et al., Case No. 1:24-cv-12108-DJC
To: <dmorisky@g.ucla.edu>, <dmorisky@gmail.com>, <donald.morisky@moriskyscale.com>
CC: Patricia ray <raypatricia@yahoo.com>

Dear Dr. Morisky,

Pursuant to the January 28, 2025 Order of the United States District Court for the District of Massachusetts granting Plaintiff's Motion for Alternative Service, attached please find the Summons, Amended Complaint & Exhibits, and the Court's Order permitting service by email in the above-referenced case. The entered Court Order along with Complaint & Exhibits are also available for viewing and download on PACER.

This email constitutes formal service of process upon you, Donald Morisky, and upon Morisky Medication Adherence Research, LLC (MMAR) pursuant to the Court's Order. You and MMAR are required to respond in accordance with the Federal Rules of Civil Procedure. Failure to respond within the time required by law may result in default judgment being entered against you.

The relevant case details are as follows:

- Case Name: *MMAS Research LLC v. The Children's Corporation et al.*
- Case Number: 1:24-cv-12108-DJC
- Court: United States District Court for the District of Massachusetts
- Judge: Hon. Denise J. Casper

Please confirm receipt of this email at your earliest convenience.

Sincerely,

Ash Roozbehani, Esq.

--

**Ash Roozbehani**

*Persepolis Law, PLLC*

[www.persepolaw.com](www.persepolaw.com)

Office: (617) 431-4329

Cell: (617) 784-5149