# EXHIBIT 2

# EXHIBIT 2

**From:** **Ash Roozbehani** persepolaw@gmail.com
**Subject:** Re: MMAS Research LLC v. The Children's Corporation, et al., Case No. 1:24-cv-12108: Request for Extension to Respond
**Date:** February 24, 2025 at 6:02 AM
**To:** F. Christopher Austin chris@lextecnica.com
**Cc:** oczekjp@bsk.com, Alicia Perez Aperez@lextecnica.com, Patricia ray raypatricia@yahoo.com, Ronald Coleman rcoleman@colemanlaw-pc.com, Peter Hoeller phoeller@hoellerllc.com

Good morning Attorney Austin,

Thanks for your call and email. At this time, we are not in a position to stipulate to an extension. Given that Defendants have been properly served and the response deadline has passed, we will be moving forward with a motion for default.

Best,
Ash

--
**Ash Roozbehani**
*Persepolis Law, PLLC*
www.persepolaw.com
Office: (617) 431-4329
Cell: (617) 784-5149

---

**From:** "F. Christopher Austin" <chris@lextecnica.com>
**Date:** Saturday, February 22, 2025 at 10:28 PM
**To:** "persepolaw@gmail.com" <persepolaw@gmail.com>
**Cc:** "oczekjp@bsk.com" <oczekjp@bsk.com>, Alicia Perez <Aperez@lextecnica.com>
**Subject:** MMAS Research LLC v. The Children's Corporation, et al., Case No. 1:24-cv-12108: Request for Extension to Respond

Mr. Roozbehani:

As I mentioned in my earlier email, we are counsel for Defendants Dr. Morisky and MMAR, LLC in this matter, but as we are not licensed in MA, we are in the process of retaining Jeremy Oczek, of Bond Shoeneck & King to represent Defendants in this matter (copied).

Counsel will need additional time to assess the facts and prepare a response. Will you let me know Monday (Feb. 24th) whether you will stipulate to extend the time 14 days to March 5, 2025, for Defendants to response to the First Amended Complaint, or whether we will need to move for the same?

You are welcome to text or call me at the number below at your convenience to discuss. If you call, please text first so I know it is you.

Thank you,
Chris

**F. Christopher Austin** | Partner
Lex Tecnica, Ltd.

Lex Tecnica, Ltd.
10161 Park Run Dr., Ste. 150
Las Vegas, NV 89145
702.610.9094
chris@lextecnica.com | www.lextecnica.com



**Confidentiality Notice:** This message, including attachments, is confidential and may contain information protected by the attorney-client privilege or work product doctrine. If you are not the addressee, any disclosure, copying, distribution, or use of the contents of this message are prohibited. If you have received this email in error, please destroy it and notify me immediately.

