UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

MMAS RESEARCH LLC,

      Plaintiff,

  v.

THE CHILDREN'S HOSPITAL
CORPORATION, et al.,

      Defendants.

Case No.: 1:24-cv-12108-DJC

**MOTION FOR LEAVE FOR *PRO HAC VICE* ADMISSION OF
F. CHRISTOPHER AUSTIN TO APPEAR ON BEHALF OF DEFENDANTS DR.
DONALD MORISKY AND MORISKY MEDICATION ADHERENCE RESEARCH LLC**

    The undersigned counsel for Defendants Dr. Donald Morisky and Morisky Medication Adherence Research LLC and a member of the bar of this Court, requests, in accordance with Local Rule 83.5.3, that attorney F. Christopher Austin be granted leave to appear and practice in this Court in the above-referenced case on behalf of Defendants Dr. Donald Morisky and Morisky Medication Adherence Research LLC. Certifications by Mr. Austin and the undersigned attorney as required by Local Rule 83.5.3(e)(3) are filed herewith.

    Counsel for Defendants The Children's Hospital Corporation, Dr. Jacob Hartz, and Dr. Hannah Palfrey have represented to the undersigned counsel that they will not oppose this Motion. Counsel for Plaintiff indicated that they will oppose this Motion.

    F. Christopher Austin is an attorney at Lex Tecnica, Ltd., 10161 Park Run Dr., Ste. 150, Las Vegas, Nevada 89145, telephone number (702) 610-9094, and an active member of the State Bar of Nevada with no record of discipline. His bar number for the State Bar of Nevada is 6559.

WHEREFORE, Defendants Dr. Donald Morisky and Morisky Medication Adherence Research LLC respectfully request that F. Christopher Austin be admitted to practice before this Court *pro hac vice* for the purpose of appearing as counsel for Defendants Dr. Donald Morisky and Morisky Medication Adherence Research LLC in the above-captioned action in accordance with the Local Rules of this Court.

Dated: February 26, 2025

Respectfully submitted,

*s/ Jeremy P. Oczek*
Jeremy P. Oczek (BBO# 647509)
BOND, SCHOENECK & KING, PLLC
200 Delaware Avenue
Buffalo, New York 14202
Telephone: (716) 416-7037
Email: jpoczek@bsk.com

*Counsel for Defendants Donald Morisky and Morisky Medication Adherence Research LLC*

## LOCAL RULE 7.1(A)(2) CERTIFICATION

I, Jeremy P. Oczek, counsel for Defendants Dr. Donald Morisky and Morisky Medication Adherence Research LLC in the above captioned action, hereby certify that, pursuant to Rule 7.1(A)(2) of the Local Rules of the United States District Court for the District of Massachusetts, conferred via email with Patricia Ray, Ashkon Roozbehani, and Ronald Coleman, counsel for Plaintiff, and Theodore J. Folkman, counsel for Defendants The Children's Hospital Corporation, Jacob Hartz, and Hannah Palfrey, on February 24, 2025, regarding this motion. Mr. Folkman responded that Defendants The Children's Hospital Corporation, Jacob Hartz, and Hannah Palfrey will not oppose this motion. Ms. Ray responded that Plaintiff will oppose this motion.

Dated: February 26, 2025

Respectfully submitted,

*s/ Jeremy P. Oczek*
Jeremy P. Oczek

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on February 26, 2025, the foregoing MOTION FOR *PRO HAC VICE* ADMISSION FOR F. CHRISTOPHER AUSTIN TO APPEAR ON BEHALF OF DEFENDANTS DR. DONALD MORISKY AND MORISKY MEDICATION ADHERENCE RESEARCH LLC was served, via electronic delivery, to counsel of record via CM/ECF system which will forward copies to all counsel of record.

Dated: February 26, 2025            Respectfully submitted,

*s/ Jeremy P. Oczek*
Jeremy P. Oczek