**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

———————————————————————————

MMAS RESEARCH LLC,

        Plaintiff,

    v.                               Case No.: 1:24-cv-12108-DJC

THE CHILDREN'S HOSPITAL
CORPORATION, et al.,

        Defendants.

———————————————————————————

**<u>CERTIFICATION OF F. CHRISTOPHER AUSTIN</u>**

Pursuant to 28 U.S.C. § 1746, I, F. Christopher Austin, hereby certify as follows:

1.      I make this certification in support of the accompanying MOTION FOR *PRO HAC VICE* ADMISSION FOR F. CHRISTOPHER AUSTIN TO APPEAR ON BEHALF OF DEFENDANTS DR. DONALD MORISKY AND MORISKY MEDICATION ADHERENCE RESEARCH LLC. I have personal knowledge of each of the facts stated below.

2.      I am an attorney with an office located at Lex Tecnica, Ltd., 10161 Park Run Dr., Ste. 150, Las Vegas, Nevada 89145, telephone number (702) 610-9094.

3.      I am a member in good standing of the State Bar of Nevada. My bar number for the State Bar of Nevada is 6559.

4.      I am not under suspension or disbarment by any court, nor the subject of any pending disciplinary proceeding and no discipline has ever been imposed upon me in any jurisdiction. I have not previously been admitted *pro hac vice* to this Court and have never had my *pro hac vice* admission in any court revoked for misconduct.

5.     Defendants Dr. Donald Morisky and Morisky Medication Adherence Research LLC have requested that I be admitted *pro hac vice* for this matter on their behalf. I have experience in the relevant areas of law and knowledge of the facts and issues in this matter.

6.     I have read and agree to comply with the Local Rules of the United States District Court for the District of Massachusetts.

I certify under penalty of perjury that the foregoing is true and correct.


Dated: February 26, 2025                    Respectfully submitted,


                                        *F. Chris Austin*
                                        F. Christopher Austin
                                        Lex Tecnica, Ltd.
                                        10161 Park Run Dr., Ste. 150
                                        Las Vegas, NV 89145
                                        Telephone: (702) 610-9094
                                        Email: chris@lextecnica.com