UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MMAS RESEARCH LLC,<br><br>        Plaintiff,<br><br>        v.<br><br>THE CHILDREN'S HOSPITAL<br>CORPORATION, et al.,<br><br>        Defendants. | Case No.: 1:24-cv-12108-DJC |

**CERTIFICATION OF JEREMY P. OCZEK**

Pursuant to 28 U.S.C. § 1746, I, Jeremy P. Oczek, hereby certifies as follows:

1. I make this certification in support of the accompanying MOTION FOR *PRO HAC VICE* ADMISSION FOR F. CHRISTOPHER AUSTIN TO APPEAR ON BEHALF OF DEFENDANTS DR. DONALD MORISKY AND MORISKY MEDICATION ADHERENCE RESEARCH LLC. I have personal knowledge of each of the facts stated below.

2. I am a Member of the Firm at BOND, SCHOENECK & KING, PLLC, with an office at 200 Delaware Avenue, Buffalo, New York 14202, telephone number (716) 416-7037.

3. I am a member in good standing of the State Bar of Massachusetts and the State Bar of New York. My identification number for the State Bar of Massachusetts is 647509, and my identification number for the State Bar of New York is 4425930. I was admitted to practice in the U.S. District Court for the District of Massachusetts on May 11, 2001.

4. I have confirmed that F. Christopher Austin is in good standing with the State Bar of Nevada, and that there are no disciplinary proceedings pending against him.

5. Counsel for Defendants The Children's Hospital Corporation, Jacob Hartz, and Hannah Palfrey have advised by email that their respective clients will not oppose this Motion.

6. Counsel for Plaintiff have advised by email that they will oppose this Motion.

I certify under penalty of perjury that the foregoing is true and correct.

Dated: February 26, 2025            Respectfully submitted,

*s/ Jeremy P. Oczek*
Jeremy P. Oczek (BBO# 647509)
BOND, SCHOENECK & KING, PLLC
200 Delaware Avenue
Buffalo, New York 14202
Telephone: (716) 416-7037
Email: jpoczek@bsk.com