**LEX TECNICA, LTD.**
F. CHRISTOPHER AUSTIN, ESQ. *(Pro Hac Vice)*
Nevada Bar No. 6559
10161 Park Run Drive, Suite 150
Las Vegas, Nevada 89145
Phone: (725) 239-8413
chris@lextecnica.com

JEREMY P. OCZEK, ESQ.
BBO No. 647509
**BOND, SCHOENECK & KING, PLLC**
200 Delaware Avenue, Suite 900
Buffalo, New York 14202-2107
Phone: (716) 416-7037
*Attorneys for Defendants MMAR LLC and Donald Morisky*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| MMAS RESEARCH, LLC,<br><br>Plaintiff,<br><br>v.<br><br>THE CHILDREN'S HOSPITAL CORPORATION, MORISKY MEDICATION ADHERENCE RESEARCH LLC, JACOB HARTZ, HANNAH PALFREY, DONALD MORISKY; and DOES I through X, inclusive,<br><br>Defendants. | Case No.:    1:24-cv-12108-DJC<br><br>**ERRATA TO NOTICE OF APPEARANCE OF COUNSEL** |

Please take notice that F. Christopher Austin, Esq. of LEX TECNICA, LTD., hereby enters his appearance as associated counsel of record for Defendants MORISKY MEDICATION ADHERENCE RESEARCH LLC and DONALD MORISKY, in the above-referenced matter. Please include F. Christopher Austin on all served notices, pleadings and papers associated with the

. . .

. . .

above-referenced matter.

DATED this 1st day of April, 2025.

**LEX TECNICA LTD**

*/s/ F. Christopher Austin*
F. CHRISTOPHER AUSTIN, ESQ.
Nevada Bar No. 6559
10161 Park Run Drive, Suite 150
Las Vegas, Nevada 89145

JEREMY P. OCZEK, ESQ.
BBO No. 647509
**BOND, SCHOENECK & KING, PLLC**
200 Delaware Avenue, Suite 900
Buffalo, New York 14202-2107
Phone: (716) 416-7037
*Attorneys for Defendants MMAR LLC and Donald Morisky*

## CERTIFICATE OF SERVICE

Pursuant to FRCP 5(b), I certify that I am an employee of LEX TECNICA and that on this 1st day of April, 2025, I served a copy of the foregoing, **ERRATA TO NOTICE OF APPEARANCE OF COUNSEL**, as follows:

- ☐ **U.S. Mail:** By depositing a true and correct copy of said document(s) via U.S. mail, with postage pre-paid and addressed as listed below.

- ☐ **Hand Delivery:** I caused said document(s) to be delivered to the address(es) list below;

- ☐ **Electronic Mail:** I caused said document(s) to be delivered by emailing an attached Adobe Acrobat PDF of the document to the email address(es) identified above.

- ☒ **Electronic Service:** I caused said document to be delivered by electronic means upon all eligible electronic recipients via the United States District Court CM/ECF system or Clark County District Court E-Filing system (Odyssey).

Theodore J. Folkman (BBO No. 647642)
**RUBIN AND RUDMAN LLP**
53 State Street
Boston, Massachusetts 02109
Phone: (617) 330-7000
tfolkman@rubinrudman.com
*Attorney for Defendants*

/s/ *Angeli Gozon*
An employee of LEX TECNICA