UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MMAS RESEARCH, LLC,<br><br>        Plaintiff,<br><br>vs.<br><br>THE CHILDREN'S HOSPITAL CORPORATION, et al.,<br><br>        Defendants | Civ. A. No. 1:24-cv-12108-DJC |

### HOSPITAL DEFENDANTS' NOTICE OF WITHDRAWAL OF RESPONSE TO MOTION (ECF 56)

The Hospital Defendants hereby withdraw the Hospital Defendants' Response to Motion to Dismiss (ECF No. 56).

Respectfully submitted,

THE CHILDREN'S HOSPITAL CORPORATION, DR. JACOB HARTZ, and HANNAH PALFREY

By their attorney:

*/s/Theodore J. Folkman*

Theodore J. Folkman (BBO No. 647642)
RUBIN AND RUDMAN LLP
53 State St.
Boston, Mass. 02109
(617) 330-7000
tfolkman@rubinrudman.com

Dated: April 9, 2025

4334662_1