UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MMAS RESEARCH, LLC,<br><br>    Plaintiff,<br><br>vs.<br><br>THE CHILDREN'S HOSPITAL CORPORATION, et al.,<br><br>    Defendants | Civ. A. No. 1:24-cv-12108-DJC |

**HOSPITAL DEFENDANTS' RESPONSE TO PLAINTIFF'S
NOTICE OF SUPPLEMENTAITON**

  The plaintiff's Notice of Supplementation is cryptic. To the extent it is meant to supplement the plaintiff's opposition to the Hospital Defendants' motion to dismiss, the Hospital Defendants respond as follows.

  1. The Hospital Defendants withdrew their response to the Morisky defendants' motion to dismiss because they reached an agreement with the Morisky defendants about where and how any potential claims against the Morisky defendant would be litigated, not because they wanted to withdraw a factual admission.

  2. The Amended Complaint alleges (¶ 140) that the Hospital, at Dr. Morisky's urging, changed the attribution on the clinicaltrials.gov website, and the Court must assume that that is so for purposes of the motion to dismiss. Nothing in the Hospital Defendants' response to the Morisky Defendants' motion to dismiss changed that.

  3. But changing the attribution of the MMAS from one favoring Dr. Morisky to one favoring Trubow could not be a breach of the DMCA, as the plaintiff's notice suggests. That is because the statute forbids removal and alteration of "copyright management information,"

which is defined as certain information "conveyed in connection with copies of" a copyrighted work, 17 U.S.C. § 1202(c), and as explained in the papers in support of the motion to dismiss, the document in which the attribution was changed was not a copy of any copyrighted work and did not contain all or part of the text of any copyrighted work.

    Respectfully submitted,

    THE CHILDREN'S HOSPITAL
    CORPORATION, DR. JACOB HARTZ,
    and HANNAH PALFREY

    By their attorney:

    */s/Theodore J. Folkman*

    Theodore J. Folkman (BBO No. 647642)
    RUBIN AND RUDMAN LLP
    53 State St.
    Boston, Mass. 02109
    (617) 330-7000
    tfolkman@rubinrudman.com

Dated: April 15, 2025