# Theodore J. Folkman

**Subject:** FW: [EXTERNAL] MMAS Research v. Boston Children's Hospital, No. 24-12108

From: Patricia ray <raypatricia@yahoo.com>
Sent: Wednesday, August 20, 2025 4:00 PM
To: Theodore J. Folkman <TFolkman@rubinrudman.com>
Subject: [EXTERNAL] MMAS Research v. Boston Children's Hospital, No. 24-12108

WARNING: This message is from an external email address.

_____

Dear Ted
I have received your voicemail request.  However, we are in the middle of replacing counsel and simply do not want to ask the judge to change dates.
Regards
Patricia

On Wednesday, August 20, 2025, 11:39 AM, Theodore J. Folkman <mailto:TFolkman@rubinrudman.com> wrote:

Dear Patricia,

I haven't heard from you and am following up on the voicemail I just left you. Would you please call me to discuss this, or else indicate some times that you are available? I spoke with Ash today, who referred me to you.

Thank you,

Ted Folkman

From: Theodore J. Folkman <mailto:TFolkman@rubinrudman.com>
Sent: Monday, August 18, 2025 1:05 PM
To: mailto:raypatricia@yahoo.com
Cc: mailto:persepolaw@gmail.com
Subject: RE: [EXTERNAL] Fw: MMAS Research v. Boston Children's Hospital, No. 24-12108

Dear Patricia and Ash,

Would you please let me know your availability to discuss this? I am available for the remainder of the day except from 2 to 3; tomorrow from 9 to 10:30 and from 1 to the end of the day; anytime on Wednesday; anytime on Thursday after 1 pm; and anytime on Friday except from 1 to 2. Please let me know a time that will work.

Thank you,

Ted

From: Patricia ray <mailto:raypatricia@yahoo.com>
Sent: Friday, August 15, 2025 6:24 PM

To: Theodore J. Folkman <mailto:TFolkman@rubinrudman.com>
Subject: [EXTERNAL] Fw: MMAS Research v. Boston Children's Hospital, No. 24-12108


WARNING: This message is from an external email address.

_____


Dear Ted
In response to your suggestion below, you may need to reschedule your arbitration as we cannot change — due to several counsel who will attend other matters on that same date.

Regards
Patricia

On Aug 12, 2025, at 10:55 AM, Theodore J. Folkman <mailto:TFolkman@rubinrudman.com> wrote:

Dear Counsel,

The judge has set October 23 for the scheduling conference. I am serving as an arbitrator in a case that will be in hearings that week. The following week I will be overseas. Are you open to asking the court to reschedule for the week of October 13 (my preference), or in the alternative, the week of November 3? Please let me know, thank you.

Best regards,

Ted Folkman

Theodore J. Folkman
Rubin and Rudman LLP
53 State St.
Boston, MA 02109 USA
+1 (617) 330-7000 (main)
+1 (617) 330-7135 (direct)