UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MMAS RESEARCH, LLC,<br><br>    Plaintiff,<br><br>vs.<br><br>BOSTON CHILDREN'S HOSPITAL, et al.,<br><br>    Defendants | Civ. A. No. 1:24-cv-12108-DJC |

## NOTICE OF APPEARANCE

Please enter my appearance for The Children's Hospital Corporation, named in the Complaint as Boston Children's Hospital.

Respectfully submitted,

*/s/Taylor M. Makson*

Taylor M. Makson (BBO No. 697476)
RUBIN AND RUDMAN LLP
53 State Street
Boston, MA 02109
617-330-7000
tmakson@rubinrudman.com

Dated: September 15, 2025

4628295_1