UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MMAS RESEARCH LLC, a Washington limited liability company,<br><br>Plaintiff,<br>v.<br><br>THE CHILDREN'S HOSPITAL CORPORATION, MORISKY MEDICATION ADHERENCE RESEARCH LLC, JACOB HARTZ , HANNAH PALFREY, DONALD MORISKY, and DOES 1 through 10, Inclusive,<br><br>Defendants. | CASE NO. 1:24-cv-12108-DHC |

**NOTICE OF APPEARANCE**

Please enter the appearance of A. Neil Hartzell as counsel of record for the Plaintiff, MMAS Research LLC, in this matter.

Respectfully submitted,

/s/ *A. Neil Hartzell*
A. Neil Hartzell, BBO #544752
Freeman Mathis & Gary, LLP
One Boston Place
201 Washington Street, Suite 2200
Boston, MA 02108
Tel: (617) 963-5966
neil.hartzell@fmglaw.com

Dated: October 3, 2025

**CERTIFICATE OF SERVICE**

       I, the undersigned counsel, certify that the foregoing document filed through the ECF system will be sent electronically to the registered participants identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants on this day, October 3, 2025.

                                                                     /s/ *A. Neil Hartzell*
                                                                       A. Neil Hartzell