# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| | |
|---|---|
| MMAS Research LLC ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 2:25-cv-01057 |
| Johnson and Johnson Innovative Medicine et al. ) | |
| *Defendant* ) | |

**APPEARANCE OF COUNSEL**

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

plaintiff MMAS Research LLC.

Date:  10/03/2025

*Attorney's signature*

*Printed name and bar number*

Ronald D. Coleman
COLEMAN LAW FIRM, PC
50 Park Place, Suite 1105
Newark, NJ 07102

*Address*

rcoleman@colemanlaw-pc.com

*E-mail address*

(973) 264-9611

*Telephone number*