UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MMAS RESEARCH, LLC,<br><br>Plaintiff,<br><br>v.<br><br>THE CHILDREN'S HOSPITAL CORPORATION, et al.,<br><br>Defendants. | Civ. A. No. 1:24-cv-12108-DJC |

### MOTION TO WITHDRAW AS COUNSEL FOR PLAINTIFF MMAS RESEARCH, LLC

Pursuant to Local Rule 83.5.2(c)(2) and Massachusetts Rule of Professional Conduct 1.16(b), Ashkon Roozbehani of Persepolis Law, PLLC ("Attorney Roozbehani") respectfully moves for leave to withdraw as counsel for Plaintiff MMAS Research, LLC ("MMAS") in the above-captioned matter.

Attorney Andrew Neil Hartzell of Freeman Mathis & Gary, LLP has filed his appearance (ECF No. 72), and will assume the role of local Massachusetts counsel. Existing counsel Patricia L. Ray (ECF No. 38) and Ronald D. Coleman (ECF No. 73) will remain as counsel of record and continue to represent MMAS. MMAS has been notified of Attorney Roozbehani's intention to withdraw and is being served with this motion in accordance with L.R. 83.5.2(d). Counsel has also conferred with counsel for Defendants The Children's Hospital Corporation ("BCH"), Morisky Medication Adherence Research, LLC ("MMAR"), and Donald Morisky pursuant to Local Rule 7.1(a)(2) regarding this motion.

Leave is required pursuant to Local Rule 83.5.2(c)(1) as Defendants MMAR and Donald Morisky's Motion to Dismiss MMAS's First Amended Complaint (ECF No. 54) is currently pending. In support of its motion to withdraw, Attorney Roozbehani states as follows:

1

**Legal Standard**

Under the present circumstances, counsel must obtain the Court's leave to withdraw their appearances based upon good cause shown. L.R. 83.5.2(c). A motion to withdraw in a civil case "is a matter addressed to the discretion of the trial court." *Lieberman v. Polytop Corp.*, 2 Fed. Appx 37, 39-40 (1st Cir. 2001) (unpublished).

The rules of professional conduct applicable to attorneys practicing before this Court are the Massachusetts Rules of Professional Conduct. L.R. 83.6.1. Rule 1.16(b) provides, *inter alia*, that a lawyer may withdraw from representation if: "(1) withdrawal can be accomplished without material adverse effect on the interests of the client."

**No Material Adverse Effects on the Interests of the Client**

Good cause exists for withdrawal, as this change will not materially adversely affect the interests of the client. Plaintiff MMAS has elected to proceed with other counsel for purposes of efficiency. MMAS will continue to be represented in this matter by Attorneys Hartzell, Ray, and Coleman. Accordingly, this withdrawal can be accomplished without material adverse effect on the interests of the client and without delay or prejudice to any party.

**Conclusion**

For the foregoing reasons, Attorney Roozbehani respectfully requests that this Court enter an Order granting this Motion to Withdraw as counsel for Plaintiff MMAS Research, LLC.

Dated: October 21, 2025

Respectfully submitted,
*/s/ Ashkon Roozbehani*
Ashkon Roozbehani (Bar No. 694483)
Persepolis Law, PLLC
809 Washington St., Unit A
Newton, MA 02460
Telephone: (617) 431-4329
persepolaw@gmail.com

*Attorney for MMAS Research, LLC*

2

## LOCAL RULE 7.1(A)(2) CERTIFICATION

I, Ashkon Roozbehani, hereby certify that, pursuant to Rule 7.1(A)(2) of the Local Rules of the United States District Court for the District of Massachusetts, conferred by email on October 6, 2025 with Theodore J. Folkman, counsel for The Children's Hospital Corporation ("BCH") and F. Christopher Austin, counsel for Morisky Medication Adherence Research, LLC ("MMAR") and Donald Morisky, regarding this motion. Attorneys Folkman and Austin informed me that BCH MMAR, and Donald Morisky do not oppose this motion.

Dated: October 21, 2025                     /s/ Ashkon Roozbehani
                                            Ashkon Roozbehani

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 21st day of October, 2025, this Motion was filed through the Court's CM/ECF system, which will send notice of electronic filing to all registered counsel of record, including counsel for The Children's Hospital Corporation ("BCH"), Morisky Medication Adherence Research, LLC ("MMAR"), and Donald Morisky.

A copy of this Motion was also served via email upon Plaintiff MMAS Research, LLC, in accordance with Local Rule 83.5.2(d).


Dated: October 21, 2025                             /s/ Ashkon Roozbehani
                                                    Ashkon Roozbehani

4