UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MMAS RESEARCH, LLC,<br><br>      Plaintiff,<br><br>vs.<br><br>THE CHILDREN'S HOSPITAL CORPORATION, et al.,<br><br>      Defendants | Civ. A. No. 1:24-cv-12108-DJC |

### CERTIFICATION OF THE CHILDREN'S HOSPITAL CORPORATION

Pursuant to L.R. 16.1(d), the undersigned certify that they have conferred with a view to establishing a budget for the costs of conducting the full course and various alternative courses of the litigation; and to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in L.R. 16.4.

                                                                                                Respectfully submitted,

| | |
|---|---|
| The Children's Hospital Corporation<br><br>By:<br><br>*/s/Christopher Geehan*<br><br>Christopher Geehan<br>Assistant General Counsel | */s/ Theodore J. Folkman*<br><br>Theodore J. Folkman (BBO No. 647642)<br>Taylor M. Makson (BBO No. 697476)<br>RUBIN AND RUDMAN LLP<br>53 State St.<br>Boston, Mass. 02109<br>(617) 330-7000<br>tfolkman@rubinrudman.com<br>tmakson@rubinrudman.com |

Dated:  October 31, 2025