UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MMAS RESEARCH, LLC, | |
| Plaintiff, | Civ. A. No. 1:24-cv-12108-DJC |
| vs. | |
| THE CHILDREN'S HOSPITAL CORPORATION, et al., | |
| Defendants | |

**JOINT STATEMENT**

Counsel for the parties have conferred and jointly submit this statement in advance of the December 15, 2025 scheduling conference, as required by Fed. R. Civ. P. 16(b)(3) and 26(f) and Local Rule 16.1.

A. **Proposed pretrial schedule.**

The parties do not anticipate offering expert testimony. The parties believe that it would be helpful to have a judicial mediation under L.R. 16.1(c)(2) after the close of discovery but before they have to brief the summary judgment issues, with counsel and the parties present. Therefore, the parties propose the following schedule.

1. Fact discovery begins, initial disclosures served .........................January 5, 2026

2. Fact discovery concludes ............................................................May 8, 2026

3. Judicial mediation .......................................................................May 22, 2026

4. Motions for summary judgment filed ..........................................July 10, 2026

1

2

B.  **Other issues.**

The parties do not believe any modification of the discovery event limitations in L.R. 26.1(c) are appropriate.

The plaintiff intends to seek leave to amend the complaint to assert a claim of willful copyright infringement against the Hospital and the authors of a June 2025 article, and to add Christopher Austin, counsel for the Morisky defendants, as a defendant on the claim for tortious interference. The defendants will oppose such a motion if it is filed.

The parties have conferred about the production of electronically stored information. They have agreed that given the nature of the case, no special provisions for ESI discovery are necessary, and that documents will be produced in text-searchable PDFs (or, in the case of spreadsheets or similar documents containing calculations, in native form).

The parties will seek to reach agreement on the location of depositions, and they reserve the right to seek relief if they cannot agree.

The parties intend to seek the entry of a stipulated protective order governing the production and handling of documents containing protected health information governed by the HIPAA Privacy Rule or of documents containing alleged trade secrets.

4691917_2

Respectfully submitted,

MMAS RESEARCH, LLC

THE CHILDREN'S HOSPITAL
CORPORATION

By its attorneys:

By its attorneys:

*/s/ Ronald D. Coleman*

*/s/ Theodore J. Folkman*

Andrew Neil Hartzell (BBO No. 544752)
FREEMAN MATHIS & GARY, LLP
201 Washington St., Suite 2200
Boston, Mass. 02108
(617) 963-5966
nhartzell@fmglaw.com

Theodore J. Folkman (BBO No. 647642)
Taylor M. Makson (BBO No. 697476)
RUBIN AND RUDMAN LLP
53 State St.
Boston, Mass. 02109
(617) 330-7000
tfolkman@rubinrudman.com
tmakson@rubinrudman.com

Ronald D. Coleman (pro hac vice)
COLEMAN LAW FIRM, PC
50 Park Pl., Suite 1105
Newark, N.J. 07102
(973) 264-9611
rcoleman@colemanlaw-pc.com

DONALD MORISKY and MORISKY
MEDICATION ADHERENCE RESEARCH
LLC

Patricia L. Ray (pro hac vice)
211 Yacht Club Way, Suite 138
Redondo Beach, Cal. 90277
(215) 908-6810
raypatricia@yahoo.com

By their attorneys:

*/s/ F. Christopher Austin*

Jeremy P. Oczek (BBO No. 647509)
BOND, SCHOENECK & KING, PLLC
200 Delaware Ave., Suite 900
Buffalo, N.Y. 14202
(716) 416-7037
jpoczek@bsk.com

F. Christopher Austin (pro hac vice)
LEX TECNICA, LTD.
10161 Park Run Dr., Suite 150
Las Vegas, Nev. 89145
(702) 610-9094
chris@lextecnica.com

Dated: December 8, 2025

3

4691917_2