UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MMAS RESEARCH, LLC,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>THE CHILDREN'S HOSPITAL CORPORATION, et al.,<br><br>　　　　　Defendants | Civ. A. No. 1:24-cv-12108-DJC |

## NOTICE OF APPEARANCE

Kindly enter the appearance of Elizabeth L. Gardon as counsel on behalf of the Defendants The Children's Hospital Corporation, Dr. Jacob Hartz and Hannah Palfrey, in the above-entitled matter.

　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　*/s/ Elizabeth L. Gardon*
　　　　　　　　　　　　　　　　　　　　Theodore J. Folkman (BBO No. 647642)
　　　　　　　　　　　　　　　　　　　　Steven DiCairano (BBO No. 694228)
　　　　　　　　　　　　　　　　　　　　Elizabeth A. Gardon (BBO No. 711867)
　　　　　　　　　　　　　　　　　　　　RUBIN AND RUDMAN LLP
　　　　　　　　　　　　　　　　　　　　53 State St.
　　　　　　　　　　　　　　　　　　　　Boston, Mass. 02109
　　　　　　　　　　　　　　　　　　　　(617) 330-7000
　　　　　　　　　　　　　　　　　　　　tfolkman@rubinrudman.com
　　　　　　　　　　　　　　　　　　　　sdicairano@rubinrudman.com
　　　　　　　　　　　　　　　　　　　　egardon@rubinrudman.com

Dated: December 15, 2025

1

## Certificate of Service

    I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on December 15, 2025.

                                                */s/ Elizabeth L. Gardon*
                                                Elizabeth L. Gardon