UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MMAS RESEARCH, LLC,<br><br>        Plaintiff,<br><br>vs.<br><br>THE CHILDREN'S HOSPITAL CORPORATION, et al.,<br><br>        Defendants | Civ. A. No. 1:24-cv-12108-DJC |

**THE CHILDREN'S HOSPITAL CORPORATION'S**
**RESPONSE TO PLAINTIFF'S REQUEST FOR JUDICIAL NOTICE**

The plaintiff has asked the Court to take judicial notice of a decision of the District of Nevada holding that neither the MMAS-4 nor the MMAS-8 can be protected by copyright. (ECF 84). The Hospital has no objection. The Hospital agrees that neither version of the Morisky questionnaire can be copyrighted, for the reasons given by the judge in Nevada among others.

1

Respectfully submitted,

THE CHILDREN'S HOSPITAL CORPORATION

By its attorney:

*/s/ Theodore J. Folkman*

Theodore J. Folkman (BBO No. 647642)
Elizabeth L. Gardon (BBO No. 711867)
RUBIN AND RUDMAN LLP
53 State St.
Boston, Mass. 02109
(617) 330-7000
tfolkman@rubinrudman.com
egardon@rubinrudman.com

Dated: December 19, 2025