UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MMAS RESEARCH LLC,<br><br>*Plaintiff*,<br><br>v.<br><br>THE CHILDREN'S HOSPITAL CORPORATION, *et al.*,<br><br>*Defendants*. | Case No. 1:24-cv-12108-DJC<br><br>**NOTICE OF MOTION TO EXTEND TIME TO ANSWER COUNTERCLAIM** |

    PLEASE TAKE NOTICE that Plaintiff MMAS Research LLC, through its undersigned attorneys, upon the Declaration of Counsel filed herewith and in light of Plaintiff's stated intention to move for leave to file a Second Amended Complaint by the deadline set by the Court, hereby moves the Court for an Order that the time for Plaintiff to answer or otherwise respond to the Counterclaim of Defendants Donald Moriskey and Morisky Medication Adherence Research LLC be stayed pending the Court's ruling on Plaintiff's motion to amend.

                                FREEMAN MATHIS & GARY, LLP
                                Neil Hartzell
                                201 Washington Street | Suite 2200
                                Boston, MA 02108
                                617-963-5966
                                neil.hartzell@fmglaw.com

                                COLEMAN LAW FIRM, PC

                                */s/ Ronald D. Coleman*
                                Ronald D. Coleman (*pro hac vice*)

                                50 Park Place, Suite 1105
                                Newark, NJ 07102

                              973-264-9611
                              rcoleman@colemanlaw-pc.com

                              *Attorneys for Plaintiff*
                              *MMAS Research LLC*

Dated:  January 2, 2026