UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MMAS RESEARCH LLC,<br><br>*Plaintiff*,<br><br>v.<br><br>THE CHILDREN'S HOSPITAL CORPORATION, *et al.*,<br><br>*Defendants*. | Case No. 1:24-cv-12108-DJC<br><br>**DECLARATION OF COUNSEL IN SUPPORT OF MOTION FOR EXTENSION OF TIME TO RESPOND TO COUNTERCLAIM** |

Ronald D. Coleman, of full age, declares under penalty of perjury and says:

1. I am an attorney at law in New York and New Jersey and admitted to this Court pro hac vice in connection with my representation of plaintiff. I make this Declaration in support of plaintiff's motion for an extension of time to answer the Counterclaim of Defendants Donald Moriskey and Morisky Medication Adherence Research LLC (the "Morisky Defendants").

2. On December 22, 2025, I mailed counsel for the Morisky Defendants, advising that we were preparing a motion for leave to amend the Complaint and asking if those defendants would stipulate to an extension of time to respond to their client's new counterclaim until after the motion to amend was resolved.

3. I followed up again by email on December 23rd requesting a response because of the press of time. Mr. Austin, counsel for the Morisky Defendants, then

phoned me, and we agreed orally to a stipulation. Mr. Austin explained that he was traveling because of a major family event and may have trouble getting back to me until after Christmas.

4. That afternoon at 4:04 PM, I received an email from Mr. Austin's paralegal, who wrote, "Dear Ron, Pursuant to your phone call with Chris Austin, we agree to stay your answer to our counterclaim pending the Court's ruling on your motion to file a second amended complaint. We further agreed that our opposition to the motion to amend will be due no earlier than January 13th. We will look for your proposed stipulation and review it upon receipt."

5. I responded by emailing a draft stipulation the following day.

6. I did not receive a response, and on the morning of the date of this Declaration, January 2, 2026, I sent Mr. Austin and his paralegal another email requesting confirmation that the stipulation was acceptable.

7. We recognize that this an awkward time of year for many people to process responses to email and the like and, per my conversation with Mr. Austin, I understand that he has been very busy with family matters and has been away from his office.

8. In order to avoid a technical default with respect to answering the Counterclaim, however – given that Plaintiff will not be in a position to file its motion to amend until after this weekend—which will itself be timely pursuant to

the Court's deadline to file that motion—Plaintiff makes this application requesting a stay of the time to answer the Morisky Defendants' Counterclaim until after Plaintiff's anticipating motion to amend is resolved by the Court.

I declare that the foregoing facts are true and correct.

_____
RONALD D. COLEMAN

Dated: January 2, 2026