## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

MMAS RESEARCH LLC,

     *Plaintiff*,

v.

THE CHILDREN'S HOSPITAL
CORPORATION, *et al*.,

     *Defendants*.

Case No. 1:24-cv-12108-DJC

[PROPOSED]
**ORDER EXTENDING TIME
TO RESPOND TO
COUNTERCLAIM**

THIS MATTER having been opened by counsel for Plaintiff MMAS Research LLC, and upon the Declaration of Counsel filed herewith,

IT IS HEREBY ORDERED that the time for Plaintiff to answer or otherwise respond to the Counterclaim of Defendants Donald Moriskey and Morisky Medication Adherence Research LLC is stayed pending the Court's ruling on Plaintiff's motion to amend.

     SO ORDERED:

_____
     DENISE J. CASPER, C.J.

Dated: _____