UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MMAS RESEARCH, LLC,<br><br>      Plaintiff,<br><br>vs.<br><br>THE CHILDREN'S HOSPITAL<br>CORPORATION, et al.,<br><br>      Defendants | Civ. A. No. 1:24-cv-12108-DJC |

## **DECLARATION OF THEODORE J. FOLKMAN**

I, Theodore J. Folkman, make the following declaration.

1.     I am counsel to the defendant, The Children's Hospital Corporation, in this action. I was admitted to the bar of this Court in 2002 and have been continually in good standing since that time.

2.     Attached to this declaration as Exhibit 1 is a true copy of an email I received from counsel for the plaintiff on December 8, 2025.

I declare that the foregoing is true and correct. Executed on December 14, 2026

*/s/ Theodore J. Folkman*