# Theodore J. Folkman

| | |
|---|---|
| **From:** | Patricia ray <raypatricia@yahoo.com> |
| **Sent:** | Monday, December 8, 2025 1:00 PM |
| **To:** | Theodore J. Folkman; Ronald D. Coleman; Chris Austin; Neil Hartzell |
| **Cc:** | Patricia Ray |
| **Subject:** | [EXTERNAL] Communication about status report |

**WARNING: This message is from an external email address.**

The client has only learned about this status report today and he is in remote Japan. He wants to add to status report that MMAS will ask for leave to amend the first amended complaint to include a cause of action for willful copyright infringement against BCH and the authors of a June 2025 article. He will also add Christopher Austin as defendant to the Fac for tortuous interference cause of action
Please facilitate this insertion into the current draft  he will not approve without this
Please be in communication for approval
Please copy me on these communications because it is 3AM there and I need to relay it to get this done in time
Patricia Ray

[Sent from Yahoo Mail for iPhone](#)