# Theodore J. Folkman

| | |
|---|---|
| **From:** | Ronald D. Coleman <rcoleman@colemanlaw-pc.com> |
| **Sent:** | Monday, October 27, 2025 5:29 PM |
| **To:** | Theodore J. Folkman |
| **Cc:** | raypatricia@yahoo.com; phoeller@hoellerllc.com |
| **Subject:** | [EXTERNAL] Settlement offer |
| **Attachments:** | bch  2025 article.pdf |

**WARNING: This message is from an external email address.**

Ted,

Plaintiff will ask the Court, before discovery begins, for leave to amend the FAC to add a cause of action for willful copyright infringement against Jacob Hartz and Boston Children's Hospital.  It will rely in part on the attached article, "The Use of Mobile Health Technology and Behavioral Economics to Encourage Adherence to Statins and Blood Pressure–Lowering Medication in Adolescents with Familial Hypercholesterolemia or Hypertension: Protocol for a Pre-Post Cohort Study.

This can and of course all be avoided if we resolve the matter before expenses start to mount.

**Confidential Settlement Offer**



We hope BCH will revert with an appropriate response that reflects not only its exposure in this matter but the expense and inconvenience of litigation.

**Ronald D. Coleman**

COLEMAN LAW FIRM, PC
50 Park Place, Suite 1105
Newark, NJ 07102
973-264-9611
*Admitted to practice in New Jersey and New York*