# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MMAS RESEARCH LLC, a Washington limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>THE CHILDREN'S HOSPITAL CORPORATION, *et al*.,<br><br>Defendants. | Case No. 1:24-cv-12108-DHC |

**PLAINTIFF'S MOTION FOR LEAVE TO FILE A SECOND AMENDED COMPLAINT**

Plaintiff MMAS Research LLC ("MMAS") hereby moves, for leave to file a Second Amended Complaint ("SAC") pursuant to Federal Rule of Civil Procedure 15(a)(2). The proposed amendment seeks to add Harvard Medical School and F. Christopher Austin as defendants, incorporate a defamation claim arising from statements published after the filing of the First Amended Complaint, and include additional factual allegations reflecting significant developments including the Ninth Circuit's March 2024 ruling affirming Plaintiff's copyright ownership, as more fully set forth in Plaintiff's accompanying Memorandum of Support of this Motion.

Respectfully submitted,

MMAS Research LLC,
By its Attorneys,

*/s/ A. Neil Hartzell*
A. Neil Hartzell, BBO #544752
Freeman Mathis & Gary, LLP
One Boston Place
201 Washington Street, Suite 2200
Boston, MA 02108
Tel: (617) 963-5966
neil.hartzell@fmglaw.com

/s/ *Ronald D. Coleman*
Ronald D. Coleman (*pro hac vice*)
COLEMAN LAW FIRM, PC
50 Park Place, Suite 1105
Newark, NJ 07102
973-264-9611
rcoleman@colemanlaw-pc.com

Dated: January 15, 2026

# CERTIFICATE OF SERVICE

I hereby certify that I caused a true and correct copy of the foregoing Plaintiff's Motion for Leave to File Second Amended Complaint to be served upon all counsel of record via the Electronic Case Filing system on the date of filing.

/s/ *A. Neil Hartzell*
A. Neil Hartzell

# CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 15.1

Pursuant to Local Rule 15.1, I hereby certify that I served a true and accurate copy of the foregoing Motion, together with a separate document stating the date on which the motion will be filed on Harvard Medical School and F. Christopher Austin in a manner contemplated by Fed. R. Civ. P. 5(b).

/s/ *A. Neil Hartzell*
A. Neil Hartzell