UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MMAS RESEARCH, LLC,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>THE CHILDREN'S HOSPITAL CORPORATION, et al.,<br><br>　　　　　Defendants | Civ. A. No. 1:24-cv-12108-DJC |

### THE CHILDREN'S HOSPITAL CORPORATION'S
### MOTION TO COMPEL

　　The defendant, The Children's Hospital Corporation, moves under Fed. R. Civ. P. 37 and L.R. 37.1 for an order compelling the plaintiff, MMAS Research, LLC, to provide the damages computations required by Fed. R. Civ. P. 26(a)(1)(A)(iii) within three days of the date of the Court's order. A memorandum of law is being submitted with this motion.

　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　THE CHILDREN'S HOSPITAL
　　　　　　　　　　　　　　　　　　　CORPORATION

　　　　　　　　　　　　　　　　　　　By its attorneys:

　　　　　　　　　　　　　　　　　　　*/s/ Theodore J. Folkman*

　　　　　　　　　　　　　　　　　　　Theodore J. Folkman (BBO No. 647642)
　　　　　　　　　　　　　　　　　　　Taylor M. Makson (BBO No. 697476)
　　　　　　　　　　　　　　　　　　　Elizabeth L. Gardon (BBO No. 711867)
　　　　　　　　　　　　　　　　　　　RUBIN AND RUDMAN LLP
　　　　　　　　　　　　　　　　　　　53 State Street
　　　　　　　　　　　　　　　　　　　Boston, Mass. 02109
　　　　　　　　　　　　　　　　　　　(617) 330-7000
　　　　　　　　　　　　　　　　　　　tfolkman@rubinrudman.com
　　　　　　　　　　　　　　　　　　　tmakson@rubinrudman.com
Dated: January 23, 2026　　　　　　　egardon@rubinrudman.com

1

## CERTIFICATE OF COMPLIANCE

I certify that I have complied with the requirements of Local Rules 7.1(a)(2) and 37.1(a).

*/s/ Theodore J. Folkman*