**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| MMAS RESEARCH LLC,<br><br>*Plaintiff*,<br><br>v.<br><br>THE CHILDREN'S HOSPITAL CORPORATION, *et al*.,<br><br>*Defendants*. | Case No. 1:24-cv-12108-DJC<br><br>**INITIAL DISCLOSURES OF PLAINTIFF** |

A. The following persons are likely to have discoverable information that Plaintiff may use to support its claims:

- Jacob Hartz, a pediatrician employed by Atrium Health in Charlotte, North Carolina

- Hannah Chiert, who is affiliated with the Boston Children's Hospital in Boston and the Department of Pediatrics, Harvard Medical School

- Sarah de Ferranti, Chief, Division of Ambulatory Cardiology at Boston Children's Hospital and an Associate Professor at Harvard Medical School

- Phillip Morisky, a manager of Morisky Medication Adherence Research (MMAR) LLC and a California resident

- Marty Morisky, a manager of Morisky Medication Adherence Research (MMAR) LLC and a California resident.

- Susan Morisky, the wife of Donald Morisky and a resident of Nevada.

- Christopher Austin, a lawyer and resident of California.

- Theodore Folkman, a lawyer and resident of Massachusetts

B. Plaintiff is aware of the following categories of documents, compilations and things that it may use to support its claims:

- Documents, compilations and things disclosed in the Initial Disclosures of any other party

- Agreements and communications among the parties concerning the facts alleged in the Complaint

- Documents produced or filed in related litigation in other jurisdictions involving parties to this Action that are may lead to the discovery of admissible evidence in this matter

- Any non-privileged agreements or communications among or between parties to this litigation whether filed before or after the filing of the action

C. Plaintiff's damages calculation is ongoing and will be supplemented following discovery.

D. Plaintiff does not have any insurance agreements for which it might be able to make a claim based on the counterclaim against it in this action.

Respectfully submitted,

MMAS RESEARCH LLC,
By its Attorneys,

/s/ *A. Neil Hartzell*
A. Neil Hartzell, BBO #544752
Freeman Mathis & Gary, LLP
One Boston Place
201 Washington Street, Suite 2200
Boston, MA 02108
Tel: (617) 963-5966
neil.hartzell@fmglaw.com

/s/ *Ronald D. Coleman*
Ronald D. Coleman (*pro hac vice*)
COLEMAN LAW FIRM, PC
50 Park Place, Suite 1105
Newark, NJ 07102
973-264-9611
rcoleman@colemanlaw-pc.com

*Attorneys for Plaintiff*
*MMAS Research LLC*

Dated: January 5, 2026

## CERTIFICATE OF SERVICE

      I hereby certify that on this 5th day of January 2026, I caused a true and correct copy of the foregoing to be served via electronic mail upon all counsel of record in this case.

                                /s/ *A. Neil Hartzell*
                                A. Neil Hartzell