

LIBRARY OF CONGRESS

Copyright Office
of the United States
WASHINGTON, D.C.

**THIS IS TO CERTIFY** that the attached photocopy is a true representation of the work entitled **MORISKY MEDICATION ADHERENCE SCALE (8-ITEM)** deposited in the Copyright Office with a claim of copyright registered under number **TX 8-632-533.**

**THIS IS TO CERTIFY ALSO**, that deposits submitted electronically bear no identifying marks.

**IN WITNESS WHEREOF,** the seal of this Office is affixed hereto on September 19, 2024.

Shira Perlmutter
United States Register of Copyrights and Director

By: Juletta Walls
Division Head
Records Research and Certification
Office of Copyright Records

Use of this material is governed by the U.S. copyright law 17 U.S.C. 101 et seq.

**Morisky Medication Adherence Scale™ (8-Item MMAS™ Instrument)**
Copyright 2006 Donald E. Morisky. All rights reserved.

You indicated that you are taking medication for your <health condition>. Individuals have identified several issues regarding their medication-taking behavior and we are interested in your experiences. There is no right or wrong answer. Please answer each question based on your personal experience with your <health condition> medication.

(Please check your response below)

| | No=1 | Yes=0 |
|---|---|---|
| 1. Do you sometimes forget to take your <health condition> pills? | | |
| 2. People sometimes miss taking their medications for reasons other than forgetting. Thinking over the past two weeks, were there any days when you did not take your <health condition> medicine? | | |
| 3. Have you ever cut back or stopped taking your medication without telling your doctor, because you felt worse when you took it? | | |
| 4. When you travel or leave home, do you sometimes forget to bring along your <health condition> medication? | | |
| 5. Did you take your <health condition> medicine yesterday? | | |
| 6. When you feel like your <health condition> is under control, do you sometimes stop taking your medicine? | | |
| 7. Taking medication everyday is a real inconvenience for some people. Do you ever feel hassled about sticking to your <health condition> treatment plan? | | |

8. How often do you have difficulty remembering to take all your medications?
(Please circle your response below)

Never/Rarely..................................................4
Once in a while...............................................3
Sometimes......................................................2
Usually...........................................................1
All the time.....................................................0

*MMAS*, *Morisky Medication Adherence Scale*, and *Morisky* are trademarks of Donald E. Morisky and may be used only with permission.