**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| MMAS RESEARCH LLC, a Washington limited liability company, | Case No. 1:24-cv-12108-DHC |
| Plaintiff, | |
| v. | |
| THE CHILDREN'S HOSPITAL CORPORATION, *et al.*, | |
| Defendants. | |

**PLAINTIFF'S MOTION FOR LEAVE TO FILE A SECOND AMENDED COMPLAINT**

Plaintiff MMAS Research LLC ("MMAS") hereby moves, for leave to file a Second Amended Complaint ("SAC") pursuant to Federal Rule of Civil Procedure 15(a)(2). The proposed amendment seeks to add Harvard Medical School and F. Christopher Austin as defendants, incorporate a defamation claim arising from statements published after the filing of the First Amended Complaint, and include additional factual allegations reflecting significant developments including the Ninth Circuit's March 2024 ruling affirming Plaintiff's copyright ownership, as more fully set forth in Plaintiff's accompanying Memorandum of Support of this Motion.

Respectfully submitted,

MMAS Research LLC,
By its Attorneys,

*/s/ A. Neil Hartzell*
A. Neil Hartzell, BBO #544752
Freeman Mathis & Gary, LLP
One Boston Place
201 Washington Street, Suite 2200
Boston, MA 02108
Tel: (617) 963-5966
neil.hartzell@fmglaw.com

/s/ *Ronald D. Coleman*
Ronald D. Coleman (*pro hac vice*)
COLEMAN LAW FIRM, PC
50 Park Place, Suite 1105
Newark, NJ 07102
973-264-9611
rcoleman@colemanlaw-pc.com

Dated: January 15, 2026

## CERTIFICATE OF SERVICE

I hereby certify that I caused a true and correct copy of the foregoing Plaintiff's Motion for Leave to File Second Amended Complaint to be served upon all counsel of record via the Electronic Case Filing system on the date of filing.

/s/ *A. Neil Hartzell*
A. Neil Hartzell

## CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 15.1

Pursuant to Local Rule 15.1, I hereby certify that I served a true and accurate copy of the foregoing Motion, together with a separate document stating the date on which the motion will be filed on Harvard Medical School and F. Christopher Austin in a manner contemplated by Fed. R. Civ. P. 5(b).

/s/ *A. Neil Hartzell*
A. Neil Hartzell

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MMAS RESEARCH LLC, a Washington limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>THE CHILDREN'S HOSPITAL CORPORATION, HARVARD MEDICAL SCHOOL, MORISKY MEDICATION ADHERENCE RESEARCH LLC, JACOB HARTZ, DONALD MORISKY, and F. CHRISTOPHER AUSTIN and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 1:24-cv-12108-DHC<br><br><br>**CERTIFICATE OF SERVICE**<br><br><br>**REGISTERED PARTIES** |

I hereby certify that on this date I caused the Proposed Second Amended Complaint, Motion for Leave to file the same and all supporting papers, to be served, via the Court's Electronic Case System, on all registered parties of record in this matter.

_____
Ronald D. Coleman (*pro hac vice*)

COLEMAN LAW FIRM, PC
50 Park Place, Suite 1105
Newark, NJ 07102 | 973-264-9611
rcoleman@colemanlaw-pc.com
Attorneys for Plaintiff MMAS Research, LLC

Dated:  February 10, 2026

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*: <br> Ronald D. Coleman <br> Coleman Law Firm, PC <br> 50 Park Place Suite 1105, Newark, NJ 07102 <br> TELEPHONE NO.: (973) 264-9611  FAX NO.  E-MAIL ADDRESS *(Optional)*: <br> ATTORNEY FOR *(Name)*: | FOR COURT USE ONLY |
|---|---|
| **UNITED STATES DISTRICT COURT** <br> STREET ADDRESS: 1 COURTHOUSE WAY, SUITE 2300 <br> MAILING ADDRESS: <br> CITY AND ZIP CODE: BOSTON, MA 02210 <br> BRANCH NAME: FOR THE DISTRICT OF MASSACHUSETTS | |
| PLAINTIFF: MMAS RESEARCH LLC, a Washington limited liability company <br> DEFENDANT: THE CHILDREN'S HOSPITAL CORPORATION, et al., | CASE NUMBER: <br> 1:24-cv-12108-DHC |
| **PROOF OF SERVICE** | Ref. No. or File No.: |

AT THE TIME OF SERVICE I WAS AT LEAST 18 YEARS OF AGE AND NOT A PARTY TO THIS ACTION
**I SERVED COPIES** OF THE FOLLOWING DOCUMENTS:

**MEMORANDUM OF LAW IN SUPPORT OF PLAINTIFF'S MOTION FOR LEAVE TO FILE A SECOND AMENDED COMPLAINT; LETTER; PROPOSED SECOND AMENDED COMPLAINT**

PARTY SERVED: **Harvard Medical School**

PERSON SERVED: **Lieutenant Chipman - Authorized to accept**

DATE & TIME OF DELIVERY: **1/27/2026**
**4:30 PM**

ADDRESS, CITY, AND STATE: **1033 Cambridge, Street, 4th Floor**
**Cambridge, MA 021383809**

PHYSICAL DESCRIPTION:
**Age: 50      Weight: 175      Hair: Brown**
**Sex: Male    Height: 5'8      Eyes:**
**Skin: Caucaisan   Marks:**

MANNER OF SERVICE:
Personal Service - By personally delivering copies.

WITNESS FEES:
**Were offered or demanded and paid: $ .00.**

Fee for Service: $ .00
County:
Registration No.:
Process Server One - EFile Expert LLC
13395 Voyager Parkway Suite 130
PMB 311
Colorado Springs, CO 80921
(855) 545-1303

I declare under penalty of perjury under the laws of the United States that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on **January 27, 2026**

Signature: *Cynthia Paris* (signature)
Cynthia Paris

**PROOF OF SERVICE**                                               DefaultProof/36420

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MMAS RESEARCH LLC, a Washington limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>THE CHILDREN'S HOSPITAL CORPORATION, HARVARD MEDICAL SCHOOL, MORISKY MEDICATION ADHERENCE RESEARCH LLC, JACOB HARTZ, DONALD MORISKY, and F. CHRISTOPHER AUSTIN and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 1:24-cv-12108-DHC<br><br><br>**CERTIFICATE OF SERVICE** |

I hereby certify that on January 14, 2026 I caused the Proposed Second Amended Complaint, motion seeking leave to amend and all supporting papers to be served, pursuant to stipulations as to acceptance of service by the respective counsel, on the following non-registered recipients by email, as indicated below:

- Defendant F. Christopher Austin – F. Christopher Austin, Esq.
- Defendant Jacob Hartz – Theodore Folkman, Esq.

_____
Ronald D. Coleman (*pro hac vice*)

COLEMAN LAW FIRM, PC
50 Park Place, Suite 1105
Newark, NJ 07102 | 973-264-9611
rcoleman@colemanlaw-pc.com
Attorneys for Plaintiff MMAS Research, LLC

Dated:  February 10, 2026