UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MMAS RESEARCH, LLC,<br><br>       Plaintiff,<br><br>vs.<br><br>THE CHILDREN'S HOSPITAL CORPORATION, et al.,<br><br>       Defendants | Civ. A. No. 1:24-cv-12108-DJC |

**HOSPITAL DEFENDANTS' OPPOSITION TO
PLAINTIFF'S MOTION FOR LEAVE TO FILE A SECOND AMENDED COMPLAINT**

      MMAS Research has re-filed its motion for leave to file a second amended complaint. It has done so, apparently, because it did not comply with L.R. 15.1, which requires service of such a motion on any new parties added by the amendment, before the deadline for motions to amend. So it filed the motion on the deadline and is filing it again, weeks later, presumably after serving the motion on the new defendants, to try to forestall an objection from them about lack of compliance with the Local Rule.

      The Hospital Defendants take no position on whether MMAS Research's maneuver can solve its L.R. 15.1 problem. They oppose the re-filed motion for the same reasons given in their memorandum in opposition to the motion as originally filed (ECF No. 103).

Respectfully submitted,

THE CHILDREN'S HOSPITAL
CORPORATION and DR. JACOB HARTZ

By their attorneys:

*/s/ Theodore J. Folkman*

Theodore J. Folkman (BBO No. 647642)
Elizabeth L. Gardon (BBO No. 711867)
RUBIN AND RUDMAN LLP
53 State St.
Boston, Mass. 02109
(617) 330-7000
tfolkman@rubinrudman.com
egardon@rubinrudman.com

Dated: February 11, 2026