# EXHIBIT 1

# EXHIBIT 1

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MMAS RESEARCH LLC,<br><br>        Plaintiff<br><br>    v.<br><br>THE CHILDREN'S HOSPITAL<br>CORPORATION, et. al.,<br><br>        Defendants. | Case No. 24-cv-12108-DJC |

### DECLARATION OF F. CHRISTOPHER AUSTIN

I, F. Christopher Austin, declare as follows:

1. I am an attorney admitted pro hac vice in this action and counsel for the Morisky Defendants. I submit this declaration based on my personal knowledge in support of the Morisky Defendants' Opposition to Plaintiff's Motion for Leave to File a Second Amended Complaint ECF No. 106) for Failure to Comply with L.R. 15.1(b) (Opposition).

2. On January 16, 2026, Plaintiff's counsel sent an email to my firm email address asking whether they could "deem" me as having been served as a "new party" in connection with Plaintiff's January 15, 2026, motion. A true and correct copy of this email is attached to the Opposition as Exhibit 2.

3. I did not respond to that January 16, 2026, email.

4. I did not sign or otherwise provide any written consent to accept service of process by email in this matter in my personal capacity.

5. I have never provided oral consent or written consent under Federal Rule of Civil Procedure 5(b)(2)(E) to accept service by email as a proposed new defendant in this case, nor do

1

2

I so consent.

6.	I have not executed any waiver of service with respect to any motion or pleading seeking to name me personally as a party.

8.	I did not and do not intend, by silence or otherwise, to consent to service by email or any other means.

9.	My registration as a CM/ECF user in this case was solely in my capacity as counsel of record for the Morisky Defendants and was not intended as consent to personal service if I were later named individually as a party.

I declare under penalty of perjury that the foregoing is true and correct. Executed on this 12th day of February 2026.

*/s/ F. Christopher Austin*