# EXHIBIT 2

# EXHIBIT 2

**Wednesday, February 11, 2026 at 3:23:41 PM Pacific Standard Time**

**Subject:** MMAS - SAC / motion for leave
**Date:** Friday, January 16, 2026 at 10:05:54 AM Pacific Standard Time
**From:** Ronald D. Coleman
**To:** Chris Austin
**Attachments:** Outlook-nuqyjv4k.png

**External Sender: Use caution with links and attachments.**

Hi, Chris.  Can we deem you as having been served as yourself as a "new party"?

**Ronald D. Coleman**
COLEMAN LAW FIRM, PC
50 Park Place, Suite 1105
Newark, NJ 07102
973-264-9611
*Admitted to practice in New Jersey and New York*

 Book time to meet with me