UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MMAS RESEARCH LLC, a Washington limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>THE CHILDREN'S HOSPITAL CORPORATION, HARVARD MEDICAL SCHOOL, MORISKY MEDICATION ADHERENCE RESEARCH LLC, JACOB HARTZ, DONALD MORISKY, and F. CHRISTOPHER AUSTIN and DOES 1 through 10, inclusive,<br><br>Defendants. | CASE NO. 1:24-cv-12108-DHC<br><br>**DECLARATION OF RONALD D. COLEMAN** |

RONALD D. COLEMAN, of full age, declares and says under penalties of perjury:

1

1. I am co-counsel for Plaintiff in this matter and admitted *pro hac vice* in this matter. I submit this Declaration in response to the Declaration of Christopher Austin dated February 12, 2026 (Document 109-1).

2. On January 14, 2026, counsel for the parties, including Mr. Austin and me, participated in a video conference to discuss certain pending motions pursuant to the meet and confer requirements. At the end of that conference, I asked Mr. Austin and the other defense counsel, Mr. Folkman, if they would accept service by email of the anticipated Second Amended Complaint – Mr. Austin on behalf of himself and Mr. Folkman on behalf of Dr. Hartz.

3. In response, Mr. Folkman agreed to accept service on behalf of Dr. Hartz, who had been associated with another defendant represented by Mr. Folkman.

4. My recollection, when I prepared the Certification of Service, was that Mr. Austin had also agreed to accept service on behalf of himself, considering the circumstances. Based on Mr. Austin's Declaration, it appears that I was mistaken.

5. Mr. Austin is also correct when he states that he ignored the January 16, 2026 email I sent to confirm this understanding. I did not expect that this request would simply be disregarded, considering both the potential cost

consequences of refusing to waive service under Federal Rule of Civil Procedure 4(d)(2) and as a matter of professionalism.

6. The error, ultimately, was mine, and I regret and withdraw my prior averment that Mr. Austin had agreed to accept service, which nonetheless was true to the best of my knowledge when made.

7. Plaintiff has arranged for personal service of these papers on Mr. Austin.

                                                              _____
                                                                     RONALD D. COLEMAN

Dated: February 15, 2026