UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MMAS RESEARCH LLC, a Washington limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>THE CHILDREN'S HOSPITAL CORPORATION, et al.,<br><br>Defendants. | CASE NO. 1:24-cv-12108-DJC<br><br>**AFFIDAVIT OF RONALD D. COLEMAN** |

RONALD D. COLEMAN, of full age, declares and says under penalties of perjury:

1. I am co-counsel for Plaintiff in this matter and admitted *pro hac vice* in this matter.

2. Attached as Exhibit 1 is a true and accurate copy of the Proof of Service on Harvard Medical School regarding Plaintiff's Motion for Leave to Amend the Complaint, Memorandum of Law in Support of Plaintiff's Motion for Leave to File a Second Amended Complaint, and Proposed Second Amended Complaint.

3. Attached as Exhibit 2 is a true and accurate copy of the Affidavit of Service on F. Christopher Austin Plaintiff's Motion for Leave to Amend the Complaint, Memorandum of Law in Support of Plaintiff's Motion for

1

2

Leave to File a Second Amended Complaint, and Proposed Second Amended Complaint.

/s/ Ronald D. Coleman
_____
RONALD D. COLEMAN

Dated: February 24, 2026