# EXHIBIT 1

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*: <br> Ronald D. Coleman <br> Coleman Law Firm, PC <br> 50 Park Place Suite 1105, Newark, NJ 07102 <br> TELEPHONE NO.: (973) 264-9611  FAX NO.  E-MAIL ADDRESS *(Optional)*: <br> ATTORNEY FOR *(Name)*: | FOR COURT USE ONLY |
|---|---|

| UNITED STATES DISTRICT COURT |
|---|
| STREET ADDRESS: 1 COURTHOUSE WAY, SUITE 2300 |
| MAILING ADDRESS: |
| CITY AND ZIP CODE: BOSTON, MA 02210 |
| BRANCH NAME: FOR THE DISTRICT OF MASSACHUSETTS |

| PLAINTIFF: MMAS RESEARCH LLC, a Washington limited liability company | CASE NUMBER: |
|---|---|
| DEFENDANT: THE CHILDREN'S HOSPITAL CORPORATION, et al., | 1:24-cv-12108-DHC |

| **PROOF OF SERVICE** | Ref. No. or File No.: |
|---|---|

AT THE TIME OF SERVICE I WAS AT LEAST 18 YEARS OF AGE AND NOT A PARTY TO THIS ACTION
**I SERVED COPIES** OF THE FOLLOWING DOCUMENTS:

**MEMORANDUM OF LAW IN SUPPORT OF PLAINTIFF'S MOTION FOR LEAVE TO FILE A SECOND AMENDED COMPLAINT; LETTER; PROPOSED SECOND AMENDED COMPLAINT**

| PARTY SERVED: | **Harvard Medical School** |
|---|---|
| PERSON SERVED: | **Lieutenant Chipman  - Authorized to accept** |
| DATE & TIME OF DELIVERY: | **1/27/2026** <br> **4:30 PM** |
| ADDRESS, CITY, AND STATE: | **1033 Cambridge, Street, 4th Floor** <br> **Cambridge, MA 021383809** |
| PHYSICAL DESCRIPTION: | **Age: 50    Weight: 175    Hair: Brown** <br> **Sex: Male   Height: 5'8     Eyes:** <br> **Skin: Caucaisan    Marks:** |

MANNER OF SERVICE:
Personal Service - By personally delivering copies.

WITNESS FEES:
**Were offered or demanded and paid: $ .00.**

Fee for Service: $ .00
County:
Registration No.:
```
Process Server One - EFile
Expert LLC
13395 Voyager Parkway Suite 130
PMB 311
Colorado Springs, CO 80921
(855) 545-1303
```

I declare under penalty of perjury under the laws of the United States that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on **January 27, 2026**

Signature: *[signature]*
Cynthia Paris