# EXHIBIT 2

## AFFIDAVIT OF SERVICE

UNITED STATES DISTRICT COURT
District of Massachusetts

Case Number: 1:24-CV-12108-DHC

Plaintiff:
**MMAS RESEARCH LLC, a Washington limited liability company**

vs.

Defendants:
**THE CHILDREN'S HOSPITAL CORPORATION, et al.**

Received by Rocky Mountain PS on the 13th day of February, 2026 at 12:25 pm to be served on **CHRISTOPHER AUSTIN, 11009 Edina Ct., Las Vegas, NV 89144**.

I, Anthony Spada, being duly sworn, depose and say that on the **16th day of February, 2026 at 1:17 pm, I:**

**INDIVIDUALLY/PERSONALLY** served by delivering a true copy of the *PLAINTIFF'S MOTION FOR LEAVE TO FILE A SECOND AMENDED COMPLAINT, REGISTERED PARTIES, PROOF OF SERVICE, CERTIFICATE OF SERVICE and SECOND AMENDED COMPLAINT* to: CHRISTOPHER AUSTIN at the address of: **11009 Edina Ct., Las Vegas, NV 89144.**

**Description** of Person Served: Age: 50, Sex: M, Race/Skin Color: WHITE, Height: 5'8", Weight: 170, Hair: BLONDE, Glasses: N

I certify that at all times herein Affiant was and is a citizen of the United States, over 18 years of age, and not a party to or interested in the proceeding in which this affidavit is made.

State of Nevada
County of Clark

Subscribed and Sworn to before me on the 18th day of February, 2026 by the affiant who is personally known to me.

_____
NOTARY PUBLIC

BERT LOTT
NOTARY PUBLIC
STATE OF NEVADA
APPT. NO. 07-4864-1
MY APPT. EXPIRES SEPTEMBER 14, 2027

_____
**Anthony Spada**
R-2018-06348

**Rocky Mountain PS**
13395 Voyager Pkwy., Ste. 130 PMB 311
Colorado Springs, CO 80921
(719) 648-4139

Our Job Serial Number: BRT-2026000421

Copyright © 1992-2026 DreamBuilt Software, LLC. - Process Server's Toolbox V9.0e