# EXHIBIT 5

# EXHIBIT 5

UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| MMAS RESEARCH LLC, | ) ) ) | |
| Plaintiff | ) ) | |
| v. | ) ) | Case No. 24-cv-12108-DJC |
| THE CHILDREN'S HOSPITAL CORPORATION, et. al., | ) ) ) ) | |
| Defendants. | ) ) | |

DECLARATION OF F. CHRISTOPHER AUSTIN

IN SUPPORT OF DEFENDANTS' OPPOSITION TO

PLAINTIFF'S MOTION TO DISQUALIFY

I, F. Christopher Austin, declare as follows under penalty of perjury pursuant to 28 U.S.C. § 1746:

1. I am an attorney licensed to practice law in the State of Nevada. I am the principal of Lex Tecnica Ltd, with offices at 10161 Park Run Dr., Ste. 150, Las Vegas, NV 89145. I was admitted *pro hac vice* in this action on March 18, 2024 (Dkt. 55). I am counsel of record for Defendants Donald E. Morisky, Ph.D. ("Dr. Morisky") and Morisky Medication Adherence Research LLC ("MMAR") (collectively, "Defendants").

2. I have represented Dr. Morisky and his interests for nearly a decade. During that time, I have served as counsel in multiple related proceedings, including litigation in the Western District of Washington (Case No. 2:21-cv-1301), this action in the District of Massachusetts, and other matters involving claims brought by or against Steven Trubow and MMAS Research LLC across various jurisdictions.

Declaration of F. Christopher Austin
ISO Morisky Defendants' Opposition
to Plaintiff's Motion to Disqualify

1

Lex Tecnica Ltd.
10161 Park Run Dr., Ste. 150
Las Vegas, NV 89145

3.  In the spring of 2022, MMAR asked me to prepare a letter that it could provide to colleagues who contacted it with concerns about Steven Trubow's communications.

4.  On April 21, 2022, I prepared the letter (the "Austin Letter") and provided it to MMAR. The letter was addressed "to the colleagues of Dr. Morisky."

5.  I did not distribute the Austin Letter to any person or entity other than my client, MMAR. I did not send, transmit, publish, or otherwise disseminate the letter to any of Dr. Morisky's colleagues, licensees, or any other third parties.

6.  I did not direct, instruct, or advise MMAR regarding the distribution of the letter to any specific individuals or entities. I was not involved in the decision to publish the letter on the moriskyscale.com website.

7.  I have no knowledge regarding the Austin Letter that is not reflected in the document itself or otherwise available from the existing record and from MMAR.

8.  If I were disqualified from this matter, Defendants would suffer substantial hardship. I possess extensive knowledge of this case and related disputes accumulated nearly a decade of representation. This includes familiarity with the parties, the dispute history, the CR2A settlement agreement, the copyright issues, and the procedural posture across multiple jurisdictions. Replacing lead counsel at this stage of the litigation would require significant continuances and would impose substantial costs on Defendants to bring new counsel up to speed on a complex intellectual property case with a multi-jurisdiction procedural history.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on March 6, 2026.


*/s/ F. Christopher Austin*
F. Christopher Austin, Esq.
Lex Tecnica Ltd
10161 Park Run Dr., Ste. 150
Las Vegas, NV 89145
(702) 518-5535

Declaration of F. Christopher Austin
ISO Morisky Defendants' Opposition
to Plaintiff's Motion to Disqualify

3

Lex Tecnica Ltd.
10161 Park Run Dr., Ste. 150
Las Vegas, NV 89145