# EXHIBIT 6

# EXHIBIT 6

# INTELLECTUAL PROPERTY ASSIGNMENT AGREEMENT

This *Intellectual Property Assignment Agreement* (the "**Agreement**"), is made and entered into as of June 8, 2023 (the "**Effective Date**"), by and between Donald E. Morisky, Ph.D., an individual ("**Assignor**"), in favor of Morisky Medication Adherence Research, LLC, a Nevada corporation ("**Assignee**").

**RECITALS**

**WHEREAS**, Assignor is the sole and exclusive owner of the entire right, title and interest in, to and under the United States and foreign patents, patent applications, trademark registrations, copyright registrations, copyright applications, trademark applications and domain names listed as follows, including any common law trademark, brand and name rights thereto (collectively, the "**Intellectual Property Assets**"):

| Property/Identifier | Issue/Registration Date | Category |
| --- | --- | --- |
| U.S. Reg. No. 5,837,273 | August 20, 2019 | Trade/Service Mark |
| U.S. Reg. No. TX-8-285-390 | June 12, 2016 | Copyright |
| U.S. Reg. No. TX-8-632-533 | September 21, 2018 | Copyright |

**WHEREAS**, Assignor hereby agrees to assign to Assignee all of Assignor's right, title and interest in and to the Intellectual Property Assets, including patents, patent applications, marks and domain names, together with the goodwill associated therewith (collectively, the "**Intellectual Property Asset Rights**").

**NOW, THEREFORE**, for good and valuable consideration paid by Assignee to Assignor, the receipt and sufficiency of which is hereby acknowledged, Assignor does hereby sell, assign, transfer and set over to Assignee, Assignor's entire right, title and interest in and to the Intellectual Property Assets, together with the goodwill of the Intellectual Property Assets, for the United States and for all foreign countries, including any issued patents, continuation, continuation-in-part, divisional patent applications, registrations, renewals or extensions, domain names, related domain names, derivative domain names, renewals or extensions thereof, that are or may be secured under the laws of the United States or foreign countries now or hereafter in effect and including the subject matter of all claims which may be obtained therefrom for its own use and enjoyment, and for the use and enjoyment of its successors, assigns or other legal representatives, as fully and entirely as the same would have been held and enjoyed by Assignor if this Assignment and sale had not been made; together with all income, royalties or payments due or payable as of the effective date of this Assignment or thereafter, including all claims for damages by reason of past, present or future infringement or other unauthorized use, with the right to sue for, and collect the same for its own use and enjoyment, and for the use and enjoyment of its successors, assigns, or other legal representatives.

Assignor also hereby authorizes and requests the Commissioner of Patents and Trademarks of the United States and similar officers of states and of foreign countries to issue patents, trademarks, other

evidence, and forms of intellectual property protection or applications to Assignee and its successors and assigns in accordance with the terms of this Intellectual Property Assignment Agreement.

Assignor hereby authorizes and requests that ICANN, registrars and private entities, administrative organizations and officials authorizing use, registering, issuing, managing, maintaining and enforcing domain names and rights, and similar responsible officers or authorities of states and of foreign countries, to authorize use, register, issue, manage, maintain and enforce domain names and rights to Assignee and its successors and assigns in accordance with the terms of this Intellectual Property Assignment Agreement.

Assignor will, at the reasonable request and expense of Assignee, do all things reasonably necessary, proper, or advisable, including without limitation the execution, acknowledgment, and recordation of specific assignments, oaths, declarations, powers of attorney and other documents on a country-by-country basis, to assist Assignee in obtaining, perfecting, sustaining, and/or enforcing the Intellectual Property Asset Rights.

This Intellectual Property Assignment Agreement may be executed in multiple counterparts, including facsimile or electronic counterparts, which together shall constitute one and the same document.

*IN WITNESS WHEREOF*, Assignor has caused this Intellectual Property Assignment Agreement to be executed by the signature as of the date provided below, and Assignee has caused this Intellectual Property Assignment Agreement to be executed by the signature of a duly authorized officer as of the date provided below.

| **ASSIGNOR:** | **ASSIGNEE:** |
|---|---|
| DONALD E. MORISKY, PH.D. | MORISKY MEDICATION |
| An Individual | ADHERENCE RESEARCH  LLC |
| 4292 Veraz St | A Nevada Corporation |
| Las Vegas, Nevada 89135 | 294 Lindura Court |
|  | Las Vegas, NV 89138-0132, US |
| By: *Donald E Morisky* (Signature) | By: *Philip Morisky (Jun 8, 2023 09:41 PDT)* (Signature) |
| NAME:  DONALD E. MORISKY, PH.D. | NAME: Philip Morisky |
| TITLE:  An Individual | TITLE:  Manager |
| DATE: Jun 8, 2023 | DATE: Jun 8, 2023 |

# fca-w-1583 - MORISKY - IP Assignment

Final Audit Report                                                                                       2023-06-08

| | |
|---|---|
| Created: | 2023-06-08 |
| By: | Philip Morisky (philm715@icloud.com) |
| Status: | Signed |
| Transaction ID: | CBJCHBCAABAAqUGexSHpiUueG89TRahhZvxYT9kbmh-s |

## "fca-w-1583 - MORISKY - IP Assignment" History

- Document created by Philip Morisky (philm715@icloud.com)
  2023-06-08 - 3:19:57 PM GMT- IP address: 35.131.98.154

- Document emailed to Donald Morisky (donald.morisky@moriskyscale.com) for signature
  2023-06-08 - 3:20:44 PM GMT

- Email viewed by Donald Morisky (donald.morisky@moriskyscale.com)
  2023-06-08 - 4:40:16 PM GMT- IP address: 66.249.84.79

- Document e-signed by Donald Morisky (donald.morisky@moriskyscale.com)
  Signature Date: 2023-06-08 - 4:40:31 PM GMT - Time Source: server- IP address: 35.131.98.154

- Document emailed to philip.morisky@medicationadherence.institute for signature
  2023-06-08 - 4:40:33 PM GMT

- Email viewed by philip.morisky@medicationadherence.institute
  2023-06-08 - 4:40:45 PM GMT- IP address: 35.131.98.154

- Signer philip.morisky@medicationadherence.institute entered name at signing as Philip Morisky
  2023-06-08 - 4:41:11 PM GMT- IP address: 35.131.98.154

- Document e-signed by Philip Morisky (philip.morisky@medicationadherence.institute)
  Signature Date: 2023-06-08 - 4:41:13 PM GMT - Time Source: server- IP address: 35.131.98.154

- Agreement completed.
  2023-06-08 - 4:41:13 PM GMT

Adobe Acrobat Sign