# EXHIBIT 7

# EXHIBIT 7

The Honorable Ricardo S. Martinez

# UNITED STATES DISTRICT COURT

# WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| DONALD E. MORISKY, an individual,<br><br>Plaintiff,<br><br>v.<br><br>MMAS RESEARCH, LLC, a Washington limited liability company, et al.,<br><br>Defendants. | Case No.: 2:21-cv-01301-RSM-DWC<br><br>**PLAINTIFF'S EX PARTE APPLICATION TO CONTINUE TRIAL DATE AND OUTSTANDING TRIAL-RELATED DUE DATES**<br><br>Noting Date: February 4, 2026<br><br>Trial Date: March 2, 2026 |

Plaintiff Donald Morisky hereby submits his Ex Parte Application to continue the current March 2, 2026, trial date to April 6, 2026, or as soon thereafter as possible, and to extend the outstanding trial-related dates set forth in the Court's October 28, 2026, Order (Dkt. 292). Given the urgency of this issue, Plaintiff respectfully requests the Court set a telephonic hearing on this request as soon as possible.

Plaintiff's request is based on the unexpected unavailability of Plaintiff's sole trial counsel, F. Christopher Austin, to prepare this case for trial during the month of January 2026 due to illness and the unexpected necessity to respond to numerous motions and filings by Defendants in this case

LEX TECNICA LTD.<br>10161 Park Run Drive, Suite 150<br>Las Vegas, Nevada 89145<br>(702) 518-5353

and several of the ten other related cases Defendants have brought against Plaintiff, its licensees, and Mr. Austin personally in California and Massachusetts.[1] Further, Mr. Austin is presently trial counsel in a two-week patent infringement matter before the Nevada Federal District Court (*Signify North America Corp. v. Lepro Innovations, Inc.*, No. 2:22-cv-02095-JAD-EJY) (the "Nevada Federal Action" or "Nevada Trial") that commenced February 2, 2026, in which his role in that matter was unexpectedly significantly expanded in late December 2025. As such, Plaintiff can foresee that it will not be possible to complete preparations that could not be completed prior to the Nevada Trial to be prepared for trial in this matter two weeks later.

## I.    INTRODUCTION AND FACTUAL BACKGROUND

Mr. Austin is presently a partner with Lex Tecnica LLC, a senior trial attorney, and head of the firm's intellectual property practice.[2]  Prior to joining Lex Tecnica last year, Mr. Austin was a partner with the intellectual property boutique firm of Weide & Miller, Ltd. for over 14 years, and was an intellectual property trial counsel for over 10 years with the firm of Greenberg Traurig before that. Plaintiff retained Mr. Austin's services in late 2018 in connection with Plaintiff's disputes with Defendants.[3]   As such, Mr. Austin has continuously served as Plaintiff's primary and nearly exclusive counsel prior to and throughout Plaintiff's dispute with Defendants in this action.[4]

Because of Mr. Austin's extensive understanding of the issues and evidence in this matter he is indispensable as Plaintiff's trial counsel in this action. Other counsel assist him, but because of Plaintiff's limited funds, Plaintiff cannot afford to employ a team of lawyers to represent him at trial.[5] Defendants have been emboldened by not having been required to pay the $82,142.42 in sanctions ordered by the Court. After refusing to pay those sanctions on the representation of lack of funds, Defendants have filed some ten other actions in several states variously against Plaintiff, Plaintiff's company Morisky Medication Adherence Research LLC (MMAR), Plaintiff's family

---

[1] These related suits (listed herein) were all filed by Defendants after this Court sanctioned Defendants in August 2024 by dismissing their counterclaims in this action for discovery abuses (Dkt. 255 & 257).
[2] Declaration of F. Christopher Austin in Support of Application to Continue Trial ("Austin Decl."), 1, filed herewith.
[3] *Id.* at ¶ 1-2.
[4] *Id.* at ¶ 2-4.
[5] *See*, Dkt. 214, awarding $36,345.92 and Dkt. 267, awarding $45,796.50, for a total of $82,142.42; *see also,* Dkt. 234 (Austin Declaration, detailing financial prejudice to Plaintiff from Defendants refusal to pay Court-ordered sanctions).

LEX TECNICA
LTD.
10161 Park Run Drive, Suite 150
Las Vegas, Nevada 89145
(702) 518-5353

members, Mr. Austin, his former firm and partners, and Plaintiff's licensees, further draining Plaintiff's financial resources in this matter and straining Mr. Austin's availability.[6]

Mr. Austin is also a member of the trial team in the Nevada Federal Action.[7] The rescheduling of this case after the extended federal government shutdown last Fall, resulted in this trial being set just two weeks after the Nevada Trial. Plaintiff pressed Mr. Austin to seek a trial date in this matter shortly after the Nevada Federal Action, reasonably believing Mr. Austin's role in that action would be in more of a supplemental and supportive capacity.[8] However, in late December 2026, Mr. Austin was tasked to prepare the cross examinations for the two opposing principal Chinese witnesses at trial on depositions he did not take. This unforeseen request dramatically increased Mr. Austin' role in that case in early January.[9]

Throughout mid to late January, Mr. Austin (along with members of his family and several neighbors) contracted a persistent flu that significantly limited his ability to effectively focus on and have the requisite energy needed to do more than attend to matters requiring immediate attention.[10]

Aside from final preparations for the Nevada trial, Mr. Austin was required throughout January to attend to an inordinate number of filings and motion practice initiated by Defendants both in this action and in one of the of the other ten Defendant suits.[11] As set forth in the chart below, immediately after this Court sanctioned Defendants by dismissing their counterclaims in this action, Defendants started filing suits in Massachusetts, California, and New York.[12] The licensees of Plaintiff or MMAR are defendants in all of them (excluding the present case).[13] The highlighted matters identify actions where Defendants sued Plaintiff and/or MMAR, and the underlined matters are those in which Plaintiff's family members, Mr. Austin and/or his firm were also sued, or Defendants are seeking leave to sue them.[14]

---

[6] *See,* Exhibits 1 through 10, attached hereto; Austin Decl. at ¶ 7.
[7] Austin Decl.
[8] *Id.* at ¶ 5.
[9] *Id.*
[10] *Id.* at ¶ 6.
[11] *Id.* at ¶ 7.
[12] *Id.; see,* Exhibits 1-10.
[13] Austin Decl. at ¶ 7.
[14] *Id.*.; Exhibits 1-10.

LEX TECNICA
LTD.
10161 Park Run Drive, Suite 150
Las Vegas, Nevada 89145
(702) 518-5353

| Exh | Filed | Caption | Case No. | District | Entries |
|---|---|---|---|---|---|
| | 9/24/21 | Morisky v. MMAS Research, LLC | 2:21-cv-01301 | W.D. Wash. | 18 |
| 1 | 8/15/24 | MMAS Research LLC, v. Boston Children Hospital et al | 1:24-cv-12108 | D. Mass. | 31 |
| 2 | 2/6/25 | MMAS Research LLC v. Johnson and Johnson Innovative Medicine et al | 2: 25-cv-01057 | C.D. Cal. | |
| 3 | 6/26/25 | MMAS Research LLC v. Morisky Medication Adhere Research LLC | 2:25-cv-05861 | C.D. Cal. | |
| 4 | 7/10/25 | MMAS Research LLC v. Charite Universitats medizin Berlin | 2:25-cv-06299 | C.D. Cal. | |
| 5 | 7/10/25 | MMAS Research LLC v. Karolinska Institutet et al | 2:25-cv-06309 | C.D. Cal. | |
| 6 | 7/10/25 | MMAS Research LLC v. University of Leeds et al | 2:25-cv-06314 | C.D. Cal. | |
| 7 | 7/10/25 | MMAS Research LLC v. JIMRO Co., Ltd. et al | 2:25-cv-06329 | C.D. Cal. | |
| 8 | 8/11/25 | MMAS Research LLC v. Novartis Pharma GmbH et al | 2:25-cv-07439 | C.D. Cal. | |
| 9 | 8/25/25 | MMAS Research LLC v. New York University et al | 1:25-cv-07026 | S.D.N.Y. | |
| 10 | 8/25/25 | MMAS Research LLC v. Dana Farber Cancer Institute et al | 1:25-cv-12356 | D. Mass. | |
| | 02/04/25 | | | | 49 |

The dockets for these matters (excluding the instant case) are attached hereto as Exhibits 1-10 as noted in the Chart for the Court's reference.[15]

Thus, instead of being able to focus on preparations for trial, subsequent to the entry of the October 28th Order, Plaintiff has had to attend to some 49 docket entries in just this case and the *MMAS Research LLC v. Boston Children's Hospital*, 1:24-cv-12108 ("BCH Case").[16] Rather than being able to prepare the maters needed for the Joint Pretrial Order in this case, Plaintiff had to prepare and file five motion briefs: three consolidated motions and a reply in support of the same to strike Defendants' improper motions-in-limine briefings (Dkts. 306 & 309), and one against Defendants impermissible Request to Take Judicial Notice (Dkt. 307).

During January, Plaintiff also had to file several unexpected briefs to oppose Defendants late efforts to amend their complaint in the BCH Case to significantly increase the number of claims against Plaintiff, to add additional claims against Plaintiff's licensees, add additional licensees, and

---

[15] Austin Decl., at 7.
[16] *Id.,* at ¶ 8; Exhibit 1.

LEX TECNICA
LTD.
10161 Park Run Drive, Sute 150
Las Vegas, Nevada 89145
(702) 518-5355

to add Mr. Austin as a party, charging him specifically with intentional interference and defamation arising from representing Plaintiff in this action and the BCH Case.[17] Notably, in making this claim against Austin and MMAR, Defendants admit in their Proposed Second Amended Complaint that contrary to their representations to this Court,[18] Defendants in fact received the $115,000 settlement from the Sanofi Settlement Agreement. They just had to agree to indemnify Sonafi against any claims Plaintiff might make to get it. Specifically, Defendants admitted that "in order to receive the $115,000 payment due MMAS Research, [MMAS Research] had to amend the settlement agreement with the condition that MMAS Research . . . indemnify and hold Sanofi harmless against any and all claims [that may be] asserted by Donald E. Morisky [et. al.]."[19]

Mr. Austin realized on the eve of the trial in the Nevada Federal Action that absent an extension, Plaintiff would be severely prejudiced.[20] By the time the Nevada Trial would conclude on February 13, 2026, there simply would not be enough time to finalize the Joint Pretrial Order, evidence lists and objections, deposition designations and objections, voir dire questions, jury instructions and challenges, and Trial Briefs, not to mention openings, closings, and witness examinations—though each of these were in process.[21]  Accordingly, on the first day of the Nevada Trial, Mr. Austin called and left a detailed voice message with the office of Defendants' lead trial counsel, Ron Coleman, requesting a stipulation to continue the trial date and proposing April 13, 2026, the date the Court had then indicated was the first available and requesting Mr. Coleman contact Mr. Austin.[22]  Mr. Austin followed that call with further calls that day confirming the request had been conveyed, and the next day, February 3rd, along with a follow-up email. Mr. Austin got no

---

[17] Austin Decl. at ¶ 7-10; Exh. 1.
[18] *Id.* at ¶ 11;.*See,* Dkt. 273, (Report & Recommend, denying sanctions) at 7, fn.2. (The Court denied the motion for case-ending sanctions on Defendants' representation that they did not have the funds to pay them despite having entered into a $115,000 settlement agreement with Sanofi just days prior to the December 23, 2024 deadline to pay the sanctions. In ruling against that motion, the Court found that the settlement "agreement cited to by Plaintiff is not sufficient to show Defendants received the funds").
[19] Austin Decl. at 11; Proposed Second Amended Compl. at 38 ¶147, 148 ¶243, *MMAS Research LLC v. Bos. Children's Hosp.*, No. 1:24-cv-12108-DJC (D. Mass. Jan. 15, 2026), ECF No. 98-2.
[20] Austin Decl. at ¶ 12.
[21] *Id.*
[22] *Id.* at¶ 13-14

LEX TECNICA
LTD.
10161 Park Run Drive, Suite 150
Las Vegas, Nevada 89145
(702) 518-5333

response.[23]

Instead of getting a response from Mr. Coleman, Plaintiff received a Rule 11 "Safe Harbor" Notice" ("Notice") from Defense counsel in the afternoon of February 3rd, copying Mr. Coleman, informing Plaintiff that Defendants intend to file a Motion for Sanctions on February 24th.[24] In direct contradiction of the purpose of a Rule 11 Letter, the Notice provides no opportunity to correct the allegedly sanctionable conduct. Fed. R. Civ. P. 11(c)(1)-(2). That motion requests the Court impose case dispositive sanctions against Plaintiff by preventing Plaintiff from calling any witnesses or presenting any evidence at trial because Plaintiff had not commenced the process of preparing a Joint Pretrial Order by giving Defendants Plaintiff's list of trial exhibits and witnesses, etc. by January 19, 2026, thirty days before the Joint Pretrial Order deadline, in violation of LCR 16(h).[25]

Neither the conduct alleged, nor the sanctions requested fall within the purview of Rule 11,[26] and the January 19th deadline to commence the process of preparing the Joint Pretrial Order was not missed intentionally.[27] It was not docketed in the firm's calendar, and given the context of what Mr. Austin was undertaking during the month of January, he simply did not notice the missing entry.[28] He did realize that he would need to get Plaintiff's exhibit lists, deposition designations, etc., to Defendants sufficiently prior to February 18th deadline to permit the parties to prepare a Joint Pretrial and had intended to provide that information prior to the Nevada Trial but did not realize there was a specific deadline.[29] It was specifically because Mr. Austin realized at the commencement of the Nevada Trial that these trial preparations could not be timely completed that he reached out to Mr. Colemen to seek to extend the trial date to avoid prejudicing either party, though Plaintiff was unaware of the missed LCR 16(h) deadline.

---

[23] *Id.*
[24] *Id.*
[25] A true and accurate copy of the "Safe Harbor Notice" is attached as Exhibit 11, and a copy of the Motion for Sanctions is attached as Exhibits 11 and 12.
[26] Rule 11 is a remedy to request a party withdraw a writing presented for an improper purpose, to harras, delay, or needlessly increase costs, that is frivolous, without evidentiary support, or not warranted by the facts. Fed.R.Civ.P 11(b), and then to impose a sanction "limited to what suffices to deter repetition" of the sanctionable writing. (c)(4)
[27] Austin Decl. at ¶ 15.
[28] *Id.*
[29] *Id.*

LEX TECNICA
LTD.
10161 Park Run Drive, Sute 150
Las Vegas, Nevada 89145
(702) 518-5353

Nevertheless, while Plaintiff has not completed its review of the exhibits and deposition designations it plans to use for trial because of Mr. Austin's illness and the unexpected briefing burden imposed on Plaintiff by Defendants' improper filings in both this case and the BCH case (as well as the increased responsibilities in the Nevada Federal Action), Plaintiff has consistently provided disclosures to Defendants during discovery of all potential exhibits and has consistently maintained its intention to call Dr. Morisky, Philip Morisky, and Steven Trubow as witnesses. Plaintiff does not believe Defendants have been or will be prejudiced.[30]

While it does not excuse Plaintiff's oversight, Defendants never sought to informally bring the missed LCR 16(h) deadline to Plaintiff's attention.[31] Defendants also failed to make any of their own LCR 16(i) disclosures which were technically due January 29, 2026.[32] Given the lack of any apparent concern regarding these disclosures by Defendants, it appears Defendants have laid in wait hoping Plaintiff would miss the deadline, so Defendants could improperly set Plaintiff up to use that error to petition the Court for case-ending sanctions, rather than work in good faith to prepare a Joint Pretrial Order and prepare for trial.

## II.    LEGAL STANDARD

District courts have inherent power to control their dockets. *Hamilton Copper & Steel Corp. v. Primary Steel, Inc.*, 898 F.2d 1428, 1429 (9th Cir. 1990); *Oliva v. Sullivan*, 958 F.2d 272, 273 (9th Cir. 1992). "A court may modify a schedule for good cause. Continuing… trial dates is within the discretion of the trial judge." *White v. Nw. Metal Fab & Pipe*, 2008 WL 3992769, at *2 (W.D. Wash. Aug. 22, 2008) [internal citations omitted]. Modification of the Court's Scheduling Order is governed by FRCP 16(b)(4) and LCR 16(b)(6), which provide that a Scheduling Order "may by modified only for good cause and with the judge's consent." "Rule 16(b)'s 'good cause' standard primarily considers the diligence of the party seeking amendment." *Johnson v. Mammoth Recreations, Inc.*, 975 F.2d 604, 609 (9th Cir. 1992).

---

[30] *Id.* at ¶ 15-16.
[31] *Id.* at ¶ 17.
[32] *Id.*

LEX TECNICA
LTD.
10161 Park Run Drive, Suite 150
Las Vegas, Nevada 89145
(702) 518-5535

"The 'good cause' standard of Rule 16(b)(4) is satisfied if the moving party demonstrates that the pretrial deadline at issue "cannot reasonably be met despite the diligence of the party seeking the extension." … The focus is on the moving party's reasons for failing to meet the deadline." *Lifelast, Inc. v. Charter Oak Fire Ins. Co*., 2015 U.S. Dist. LEXIS 184318, at *6-7 (W.D. Wash. July 6, 2015) [internal citations omitted]. "Parties must 'diligently attempt to adhere to that schedule throughout the subsequent course of the litigation.'… In part, the 'good cause' standard requires the parties to demonstrate that 'noncompliance with a Rule 16 deadline occurred or will occur, notwithstanding [the parties'] diligent efforts to comply, because of the development of matters which could not have been reasonably foreseen or anticipated at the time of the Rule 16 scheduling conference . . . .'" *Ogilvie v. Thrifty PayLess Inc*., 2020 U.S. Dist. LEXIS 83620, at *4-5 (W.D. Wash. May 12, 2020) [internal citations omitted].

Unavailability of trial counsel whether due to unanticipated other obligations or illness typically constitutes good cause for continuance of trial. *Tierney v. Carrington Mortgage Servs., LLC*, C20-1245RSM, 2021 WL 4267821, at *1 (W.D. Wash. Sept. 7, 2021); *see also, Dancy v. Scribner*, 2012 U.S. Dist. LEXIS 77213, at *3 (E.D. Cal. June 4, 2012). Request for continuance based on trial counsel's unavailability should be granted if it made in good faith and is not made for purposes of undue delay. *Peters v. Cox*, 2018 U.S. Dist. LEXIS 169614, at *3 (D. Nev. Oct. 1, 2018).

## III.    GOOD CAUSE EXISTS TO EXTEND THE TRIAL AND RELATED DATES

As set forth in the facts above good cause exists to warrant the requested continuance, and Defendants will not be prejudiced by extending the trial and related deadlines approximately one month.

### A.    Plaintiff Has Acted Diligently

Plaintiff has diligently sought to prepare this case for trial but has not been able to do so due to the unavailability of trial counsel to work on this matter because of unforeseen illness, a significant increase in responsibilities in the Nevada Federal Action, and the unreasonable volume of motion practice in which Plaintiff was required to engage because of Defendants' filings in this action and

LEX TECNICA
LTD.
10161 Park Run Drive, Sute 150
Las Vegas, Nevada 89145
(702) 518-5353

the BCH Case.[33]

Plaintiff had anticipated that much of the trial preparation for this case would have to occur in January given prior identified conflicts in November and December of 2025.  As noted in Plaintiff's Joint Status Report (Dkt. 281), Plaintiff identified the following conflicts of counsel that would impact Plaintiff's preparations after the October 28, 2025, Order Setting the Current trial date:

| 10/30/25 – 11/03/25 | Nevada State Holiday, pre-scheduled family vacation |
| 11/23/25 – 11/30/25 | Out of state in connection with Thanksgiving Holiday |
| 12/01/25 – 12/03/25 | Reserved for hearings, motion, and other work backlog consistently scheduled to just after the Thanksgiving Holiday |
| 12/23/25 – 01/05/26 | Out of state in connection with the Christmas and New Years Holidays |

Plaintiff's counsel anticipated that he would not be available for approximately two weeks in December and January primarily due to family holiday events and related out-of-state travel. Plaintiff's counsel, Mr. Austin, has two married daughters, and both were expected to and did give birth during this period: one in November and the other in December.[34] In both cases, Mr. Austin had previously committed to assist them with their other children for approximately two weeks each to give them an opportunity to adjust to the new baby.[35]

Here, the combination of Mr. Austin's illness, his expanded role in the Nevada Federal Action (which commenced February 2 and runs through February 13), and the unanticipated burden of responding to Defendants' improper motion practice constitute precisely the type of unforeseen circumstances warranting a brief continuance.

Thus, the unforeseen impact of illness, increased responsibilities for the Nevada Trial and the burden of responding to improper motions and filings by Defendants in this action and the BCH Case, effectively limited the availability of Plaintiff's trial counsel during the month of January in which those preparations were reasonably expected to be completed. There is good cause, therefore,

[33] Austin Decl. at ¶ 18.
[34] *Id.,* at ¶ 19-20.
[35] *Id.*

for the requested extension. A one-month extension will allow both parties to complete their pretrial preparations without prejudicing either side's ability to present their case fully and fairly at trial.

### B.   Defendants Will Not Be Prejudiced By the Requested Continuance

Defendants will not be prejudiced by the short one-month extension, while the denial of a continuance will substantially prejudice Plaintiff. *United States v. First Nat'l Bank of Circle*, 652 F.2d 882, 887 (9th Cir. 1981) (where the refusal to allow an extension would cause "no substantial injury to the opponent and no more than slight inconvenience to the court, modification should be allowed.").

The requested one-month continuance will not prevent or in any way hamper Defendants' ability to present evidence or put on witnesses.  If Defendants truly believed the pretrial preparation timeline was critical, they would have informally contacted Plaintiff to address the missed LCR 16(h) deadline rather than "laying in wait" to use Plaintiff's oversight as grounds for seeking to prevent Plaintiff from presenting any evidence or witnesses at trial, or from proceeding with their own LCR 16(i) disclosures. Further, Defendants would not wait until February 24th, just days before the current trial date to file a motion.  Defendants are not prejudiced by the continuance of a trial providing time to give Defendants the pretrial disclosures.  They are not deprived of any ability to put on witnesses or evidence.

To the contrary, the requested continuance will remove the prejudice both parties will fact by proceeding without having completed all such preparations, and it will permit the trial to proceed more efficiently, lessoning the burden on the parties, the Court and the jury.

### C.   Meet and Confer Compliance

In accordance with the requirements of LCR 16(j), counsel for Plaintiff made repeated efforts to communicate with his counterpart for Defendants.[36] Plaintiff's counsel received confirmation that his messages to Defense counsel had been delivered but never received a response. Given the urgency of having this matter heard, and the futility of continued efforts to meet and confer, Plaintiff

---

[36] Austin Decl. at ¶ 21.

LEX TECNICA
LTD.
10161 Park Run Drive, Suite 150
Las Vegas, Nevada  89145
(702) 518-5535

has reasonably sought to comply with the meet and confer obligations of LCR 16(j).[37]

## IV.   CONCLUSION

For the foregoing reasons, Plaintiff respectfully requests the Court continue the current trial date from March 2, 2026, to Monday, April 6, 2026, or as soon thereafter as available, and extend the related trial deadlines to avoid prejudice to the parties and the court.

DATED: February 4, 2026.

_s/ William J. Crowley_
William J. Crowley, WSBA No. 18499
CROWLEY LAW OFFICES, P.S.
600 University Street Suite 1901
Seattle, WA 98101
Tel. (206) 224-7069
will@crowleylawoffices.com

F. Christopher Austin, Esq.
_Pro Hac Vice_ (Nevada Bar No. 6559)
Scott T. Whitworth, Esq.
_Pro Hac Vice_ (Nevada Bar No. 15671)
LEX TECNICA, LTD.
10161 Park Run Drive, Suite 150
Las Vegas, Nevada 89145
Phone: (725) 239-8413
chris@lextecnica.com
scott@lextecnica.com

Amanda L. Bruss
BRUSS LEGAL PLLC
7550 E. 53rd Place #172464
Denver, CO 80217

_Attorneys for Plaintiff_

---

[37] _Id._

LEX TECNICA
LTD.
10161 Park Run Drive, Sute 150
Las Vegas, Nevada  89145
(702) 518-5555

**CERTIFICATE OF COMPLIANCE**

I certify that this memorandum contains <u>3,333</u> words, in compliance with the Local Civil Rules.

*s/ F. Christopher Austin*
F. Christopher Austin, Esq.
*Pro Hac Vice* (Nevada Bar No. 6559)
Scott T. Whitworth, Esq.
*Pro Hac Vice* (Nevada Bar No. 15671)
LEX TECNICA, LTD.
10161 Park Run Drive, Suite 150
Las Vegas, Nevada 89145
Phone: (725) 239-8413
chris@lextecnica.com
scott@lextecnica.com

**CERTIFICATE OF SERVICE**

I hereby certify that on February 4, 2026, I caused a true and correct copy of the foregoing to be filed via the cm/ecf system, which will serve a notice of electronic filing to all counsel of record.

*/s/ Brianna Show*
An employee of LEX TECNICA, LTD.

The Honorable Ricardo S. Martinez

# UNITED STATES DISTRICT COURT

# WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| DONALD E. MORISKY, an individual,<br><br>Plaintiff,<br><br>v.<br><br>MMAS RESEARCH, LLC, a Washington limited liability company, et al.,<br><br>Defendants. | Case No.: 2:21-cv-01301-RSM-DWC<br><br>**DECLARATION OF F. CHRISTOPHER AUSTIN IN SUPPORT OF PLAINTIFF'S EX PARTE APPLICATION TO CONTINUE TRIAL DATE AND OUTSTANDING TRIAL-RELATED DUE DATES**<br><br>Noting Date: February 4, 2026<br><br>Trial Date: March 2, 2026 |

I, F. Christopher Austin, hereby make the following declaration under penalty of perjury under the laws of the United States of America that the following is true and correct to the best of my knowledge and information.

1.     I am presently a partner with Lex Tecnica LLC, a senior trial attorney, and head of the firm's intellectual property practice.  Prior to joining Lex Tecnica last year, I was a partner with the intellectual property boutique firm of Weide & Miller, Ltd. for over 14 years, and was an

AUSTIN DECL IN SUPPORT OF
APP. CONTINUE TRIAL
Case No. 2:21-cv-01301-DWC

1

LEX TECNICA LTD.
10161 Park Run Dr., Ste 150
Las Vegas, NV 89145

LEX TECNICA
LTD.
10161 Park Run Drive, Sure 150
Las Vegas, Nevada  89145
(702) 518-5553

intellectual property trial counsel for over 10 years with the firm of Greenberg Traurig before that.

2.    Plaintiff, Donald Morisky, retained my services in late 2018 in connection with Plaintiff's disputes with Defendants. As such, I have continuously served as Plaintiff's primary and nearly exclusive counsel prior to and throughout Plaintiff's dispute with Defendants in this action.

3.    Other counsel assist me, but because of Plaintiff's limited funds, Plaintiff cannot afford to employ a team of lawyers to represent him at trial in this matter.

4.    It appears to me that Defendants in this action have been emboldened by not having been required to pay the $82,142.42 in sanctions ordered by the Court. After refusing to pay those sanctions on the representation of lack of funds, Defendants have filed some ten other actions in several states variously against Plaintiff, Plaintiff's company Morisky Medication Adherence Research LLC (MMAR), Plaintiff's family members, myself, my former firm and partners, and Plaintiff's licensees, further draining Plaintiff's financial resources in this matter and straining my availability.

5.    I am also a member of the trial team in a two-week patent infringement matter before the Nevada Federal District Court (*Signify North America Corp. v. Lepro Innovations, Inc*., No. 2:22-cv-02095-JAD-EJY) (the "Nevada Federal Action" or "Nevada Trial") that commenced February 2, 2026.  The rescheduling of this case after the extended federal government shutdown last Fall, resulted in this trial being set just two weeks after the Nevada Trial.  Plaintiff pressed to seek a trial date in this matter shortly after the Nevada Federal Action, on my reasonable belief that my role in that action would be in more of a supplemental and supportive capacity.  However, in late December 2026, I was tasked to prepare the cross examinations for the two opposing principal Chinese witnesses at trial on depositions I did not take. This unforeseen request dramatically increased my role in that case in early January.

6.    Throughout mid to late January, I (along with members of his family and several neighbors) contracted a persistent flu that significantly limited my ability to effectively focus on and have the requisite energy needed to do more than attend to matters requiring immediate attention.

7.    Aside from final preparations for the Nevada trial, I was required throughout January to attend to an inordinate number of filings and motion practice initiated by Defendants both in this

LEX TECNICA
LTD.
10161 Park Run Drive, Suite 150
Las Vegas, Nevada 89145
(702) 518-5353

AUSTIN DECL IN SUPPORT OF
APP. CONTINUE TRIAL
Case No. 2:21-cv-01301-DWC

2

LEX TECNICA LTD.
10161 Park Run Dr., Ste 150
Las Vegas, NV 89145

action and in one of the of the other ten Defendant suits. As set forth in the chart below, immediately after this Court sanctioned Defendants by dismissing their counterclaims in this action, Defendants started filing suits in Massachusetts, California, and New York. I am informed and believe that licensees of Plaintiff or MMAR are defendants in all of them except the present action. The highlighted matters identify actions where Defendants sued Plaintiff and/or MMAR, and the underlined matters are those in which Plaintiff's family members, myself and/or my firm were also sued, or Defendants are seeking leave to sue us.

| Exh | Filed | Caption | Case No. | District | Entries |
|-----|-------|---------|----------|----------|---------|
| | 9/24/21 | Morisky v. MMAS Research, LLC | 2:21-cv-01301 | W.D. Wash. | 18 |
| 1 | 8/15/24 | MMAS Research LLC, v. Boston Children Hospital et al | 1:24-cv-12108 | D. Mass. | 31 |
| 2 | 2/6/25 | MMAS Research LLC v. Johnson and Johnson Innovative Medicine et al | 2: 25-cv-01057 | C.D. Cal. | |
| 3 | 6/26/25 | MMAS Research LLC v. Morisky Medication Adhere Research LLC | 2:25-cv-05861 | C.D. Cal. | |
| 4 | 7/10/25 | MMAS Research LLC v. Charite Universitats medizin Berlin | 2:25-cv-06299 | C.D. Cal. | |
| 5 | 7/10/25 | MMAS Research LLC v. Karolinska Institutet et al | 2:25-cv-06309 | C.D. Cal. | |
| 6 | 7/10/25 | MMAS Research LLC v. University of Leeds et al | 2:25-cv-06314 | C.D. Cal. | |
| 7 | 7/10/25 | MMAS Research LLC v. JIMRO Co., Ltd. et al | 2:25-cv-06329 | C.D. Cal. | |
| 8 | 8/11/25 | MMAS Research LLC v. Novartis Pharma GmbH et al | 2:25-cv-07439 | C.D. Cal. | |
| 9 | 8/25/25 | MMAS Research LLC v. New York University et al | 1:25-cv-07026 | S.D.N.Y. | |
| 10 | 8/25/25 | MMAS Research LLC v. Dana Farber Cancer Institute et al | 1:25-cv-12356 | D. Mass. | |
| | 02/04/25 | | | | 49 |

Attached as Exhibits 1-10 to the Application to Continue Trial are true and accurate copies of the docket entries for these matters (excluding the instant case).

8.      Instead of being able to focus on preparations for trial, subsequent to the entry of the October 28th Order, I on behalf of Plaintiff have had to attend to some 49 docket entries in just this case and the *MMAS Research LLC v. Boston Children's Hospital*, 1:24-cv-12108 ("BCH Case").

9.      Rather than being able to prepare the maters needed for the Joint Pretrial Order in this case, I have had to prepare and file five motion briefs: three consolidated motions and a reply in support of the same to strike Defendants' improper motions-in-limine briefings (Dkts. 306 & 309),

AUSTIN DECL IN SUPPORT OF
APP. CONTINUE TRIAL
Case No. 2:21-cv-01301-DWC

3

LEX TECNICA LTD.
10161 Park Run Dr., Ste 150
Las Vegas, NV 89145

LEX TECNICA
LTD.
10161 Park Run Drive, Suite 150
Las Vegas, Nevada 89145
(702) 518-5353

and one against Defendants impermissible Request to Take Judicial Notice (Dkt. 307).

10. During January, on behalf of Plaintiff I also had to file several unexpected briefs to oppose Defendants late efforts to amend their complaint in the BCH Case to significantly increase the number of claims against Plaintiff, to add additional claims against Plaintiff's licensees, add additional licensees, and to add myself as a party, charging me specifically with intentional interference and defamation arising from representing Plaintiff in this action and the BCH Case.

11. Notably, in making this claim against me and MMAR, Defendants admit in their Proposed Second Amended Complaint that contrary to their representations to this Court, Defendants in fact received the $115,000 settlement from the Sanofi Settlement Agreement. They just had to agree to indemnify Sanofi against any claims Plaintiff might make to get it.

12. I realized on the eve of the trial in the Nevada Federal Action that absent an extension, Plaintiff would be severely prejudiced. By the time the Nevada Trial would conclude on February 13, 2026, there simply would not be enough time to finalize the Joint Pretrial Order, evidence lists and objections, deposition designations and objections, voir dire questions, jury instructions and challenges, and Trial Briefs, not to mention openings, closings, and witness examinations—though each of these were in process.

13. Accordingly, on the first day of the Nevada Trial, I called and left a detailed voice message with the office of Defendants' lead trial counsel, Ron Coleman, requesting a stipulation to continue the trial date and proposing April 13, 2026, the date the Court had then indicated to my assistant was the first available and requesting Mr. Coleman contact me. I followed that call with further calls that day confirming the request had been conveyed, and the next day, February 3rd, along with a follow-up email. I got no response.

14. Instead of getting a response from Mr. Coleman, I received a Rule 11 "Safe Harbor" Notice ("Notice") from Defense counsel in the afternoon of February 3rd, copying Mr. Coleman, informing Plaintiff that Defendants intend to file a Motion for Sanctions on February 24th. That motion requests the Court impose case dispositive sanctions against Plaintiff by preventing Plaintiff from calling any witnesses or presenting any evidence at trial because Plaintiff had not commenced the process of preparing a Joint Pretrial Order by giving Defendants Plaintiff's list of trial exhibits

AUSTIN DECL IN SUPPORT OF
APP. CONTINUE TRIAL
Case No. 2:21-cv-01301-DWC

4

LEX TECNICA LTD.
10161 Park Run Dr., Ste 150
Las Vegas, NV 89145

LEX TECNICA
LTD.
10161 Park Run Drive, Suite 150
Las Vegas, Nevada 89145
(702) 518-5333

and witnesses, etc. by January 19, 2026, thirty days before the Joint Pretrial Order deadline, in violation of LCR 16(h). Attached as Exhibits 11 and 12 to the Application for Continuance are true and correct copies of the Notice and the Motion for Sanctions emailed to me.

15. We did not miss the January 19th deadline to commence the process of preparing the Joint Pretrial Order intentionally. It was not docketed in the firm's calendar, and given the context of what I was undertaking during the month of January, I did not notice the missing entry. I did realize that we would need to get Plaintiff's exhibit lists, deposition designations, etc., to Defendants sufficiently prior to February 18th deadline to permit the parties to prepare a Joint Pretrial and I had intended to provide that information prior to the Nevada Trial but did not realize there was a specific deadline to do so. It was specifically because I realized at the commencement of the Nevada Trial that these trial preparations could not be timely completed that he reached out to Mr. Colemen to seek to extend the trial date to avoid prejudicing either party, though Plaintiff was unaware of the missed LCR 16(h) deadline.

16. While I have not completed our review of the exhibits and deposition designations for trial on behalf of Plaintiff because of Mr. Austin's illness and the unexpected briefing burden imposed on Plaintiff by Defendants' improper filings in both this case and the BCH case (as well as the my increased responsibilities in the Nevada Federal Action), Plaintiff has consistently provided disclosures to Defendants during discovery of all potential exhibits and has consistently maintained its intention to call Dr. Morisky, Philip Morisky, and Steven Trubow as witnesses.

17. Defendants have never sought to informally bring the missed LCR 16(h) deadline to my attention. Defendants also failed to make any of their own LCR 16(i) disclosures which were technically due January 29, 2026.

18. On behalf of Plaintiff I have diligently sought to prepare this case for trial but have not been able to do so due to my unavailability to work on this matter because of unforeseen illness, a significant increase in responsibilities in the Nevada Federal Action, and the unreasonable volume of motion practice in which Plaintiff was required to engage because of Defendants' filings in this action and the BCH Case.

19. I had anticipated that much of the trial preparation for this case would have to occur

AUSTIN DECL IN SUPPORT OF
APP. CONTINUE TRIAL
Case No. 2:21-cv-01301-DWC

5

LEX TECNICA LTD.
10161 Park Run Dr., Ste 150
Las Vegas, NV 89145

LEX TECNICA
LTD.
10161 Park Run Drive, Suite 150
Las Vegas, Nevada 89145
(702) 518-5353

in January given prior identified conflicts in November and December of 2025.  As noted in Plaintiff's Joint Status Report (Dkt. 281), I identified the following conflicts of counsel that would impact Plaintiff's preparations after the October 28, 2025, Order Setting the Current trial date:

| 10/30/25 – 11/03/25 | Nevada State Holiday, pre-scheduled family vacation |
|---|---|
| 11/23/25 – 11/30/25 | Out of state in connection with Thanksgiving Holiday |
| 12/01/25 – 12/03/25 | Reserved for hearings, motion, and other work backlog consistently scheduled to just after the Thanksgiving Holiday |
| 12/23/25 – 01/05/26 | Out of state in connection with the Christmas and New Years Holidays |

20.     I anticipated that I would not be available for approximately two weeks in December and January primarily due to family holiday events and related out-of-state travel.  I have two married daughters, and both were expected to and did give birth during this period: one in November and the other in December. In both cases, my wife and I had previously committed to assist them with their other children for approximately two weeks each to give them an opportunity to adjust to the new baby.

21.     In accordance with the requirements of LCR 16(j), I made repeated efforts to communicate with my counterpart for Defendants. I received confirmation that my messages to Defense counsel had been delivered but never received a response. Given the urgency of having this matter heard, and the futility of continued efforts to meet and confer, I believe I have reasonably sought to comply with the meet and confer obligations of LCR 16(j).

DATED: February 4, 2026.

s/ F. Christopher Austin
F. Christopher Austin, Esq.
*Pro Hac Vice* (Nevada Bar No. 6559)
LEX TECNICA, LTD.
10161 Park Run Drive, Suite 150
Las Vegas, Nevada 89145

AUSTIN DECL IN SUPPORT OF
APP. CONTINUE TRIAL
Case No. 2:21-cv-01301-DWC

6

LEX TECNICA LTD.
10161 Park Run Dr., Ste 150
Las Vegas, NV 89145

LEX TECNICA
LTD.
10161 Park Run Drive, Suite 150
Las Vegas, Nevada  89145
(702) 518-5355

# EXHIBIT 1

# EXHIBIT 1

# United States District Court
## District of Massachusetts (Boston)
## CIVIL DOCKET FOR CASE #: 1:24-cv-12108-DJC

MMAS Research LLC, v. Boston Children Hospital et al
Assigned to: Chief District Judge Denise J. Casper
related Case: 1:25-cv-12356-DJC
Cause: 28:1331 Fed. Question: Breach of Contract

Date Filed: 08/15/2024
Jury Demand: Both
Nature of Suit: 190 Contract: Other
Jurisdiction: Federal Question

**Plaintiff**

**MMAS Research LLC,**
*A Washington Limited Liability Company*

represented by **Ashkon Roozbehani**
Persepolis Law, PLLC
809 Washington St.
Suite A
Newton, MA 02460
617-431-4329
Email: persepolaw@gmail.com
*TERMINATED: 10/23/2025*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ronald D Coleman**
Coleman Law Firm , PC
50 Park Place
Suite 1105
Newark, NJ 07102
973-264-9611
Email: rcoleman@colemanlaw-pc.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Andrew Neil Hartzell**
Freeman Mathis & Gary, LLP
One Boston Place
201 Washington Street
Suite 2200
Boston, MA 02108
617-963-5966
Email: nhartzell@fmglaw.com
*ATTORNEY TO BE NOTICED*

**Anthony Joseph Fusaro , Jr.**
Dhillon Law Group Inc
50 Park Place
Suite 1105
Newark, NJ 07102
408-343-8349
Email: afusaro@dhillonlaw.com
*TERMINATED: 11/21/2024*
*ATTORNEY TO BE NOTICED*

**Nitoj Singh**

Dhillon Law Group, Inc.
177 Post St.
Ste #700
San Francisco, CA 94108
415-433-1700
Email: nsingh@dhillonlaw.com
*TERMINATED: 11/21/2024*
*ATTORNEY TO BE NOTICED*

**Patricia L. Ray**
211 Yacht Club Way
Ste 138
Redondo Beach, CA 90277
215-908-6810
Email: raypatricia@yahoo.com
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**MMAR LLC**                    represented by  **Ronald D Coleman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Steven Trubow**

V.

**Defendant**

**The Children's Hospital Corporation**       represented by  **Elizabeth Louise Gardon**
Rubin Rudman LLP
53 State Street
15th Floor
Boston, MA 02109
617-330-7031
Email: egardon@rubinrudman.com
*ATTORNEY TO BE NOTICED*

**Taylor Makson**
Rubin and Rudman LLP
53 State Street
Ste 15th Floor
Boston, MA 02109
617-330-7173
Email: tmakson@rubinrudman.com
*ATTORNEY TO BE NOTICED*

**Theodore J. Folkman**
Rubin & Rudman LLP
53 State Street, 15th Flr.
Boston, MA 02109
617-330-7135

Email: tfolkman@rubinrudman.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Jacob Hartz**        represented by   **Elizabeth Louise Gardon**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Theodore J. Folkman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Hannah Palfrey**        represented by   **Elizabeth Louise Gardon**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Theodore J. Folkman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Sarah D de Ferranti**        represented by   **Theodore J. Folkman**
*TERMINATED: 10/24/2024*                    (See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Donald Morisky**        represented by   **F. Christopher Austin**
Lex Tecnica, Ltd.
10161 Park Run Drive
Suite 150
Las Vegas, NV 89145
702-610-9094
Fax: 702-784-5200
Email: chris@lextecnica.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jeremy P. Oczek**
Bond, Schoeneck & King, PLLC
Avant Building, Suite 900
200 Delaware Avenue
Buffalo, NY 14202
716-416-7037
Email: jpoczek@bsk.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Does 1-10 Inclusive**

**Defendant**

**Morisky Medication Adherence Research**        represented by   **F. Christopher Austin**
**LLC**                                         (See above for address)

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jeremy P. Oczek**
(See above for address)
*ATTORNEY TO BE NOTICED*

**ThirdParty Plaintiff**

**Donald Morisky**      represented by    **F. Christopher Austin**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jeremy P. Oczek**
(See above for address)
*ATTORNEY TO BE NOTICED*

**ThirdParty Plaintiff**

**Morisky Medication Adherence Research LLC**      represented by    **F. Christopher Austin**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jeremy P. Oczek**
(See above for address)
*ATTORNEY TO BE NOTICED*

V.

**ThirdParty Defendant**

**MMAS Research LLC,**
*A Washington Limited Liability Company*      represented by    **Ashkon Roozbehani**
(See above for address)
*TERMINATED: 10/23/2025*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ronald D Coleman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Andrew Neil Hartzell**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Anthony Joseph Fusaro , Jr.**
(See above for address)
*TERMINATED: 11/21/2024*
*ATTORNEY TO BE NOTICED*

**Nitoj Singh**
(See above for address)
*TERMINATED: 11/21/2024*

ATTORNEY TO BE NOTICED

**Patricia L. Ray**
(See above for address)
*ATTORNEY TO BE NOTICED*

<u>**Counter Claimant**</u>

**Donald Morisky**                    represented by   **F. Christopher Austin**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jeremy P. Oczek**
(See above for address)
*ATTORNEY TO BE NOTICED*

<u>**Counter Claimant**</u>

**Morisky Medication Adherence Research**    represented by   **F. Christopher Austin**
**LLC**                                                      (See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jeremy P. Oczek**
(See above for address)
*ATTORNEY TO BE NOTICED*

V.

<u>**Counter Defendant**</u>

**MMAS Research LLC,**                    represented by   **Ashkon Roozbehani**
*A Washington Limited Liability Company*                   (See above for address)
*TERMINATED: 10/23/2025*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ronald D Coleman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Andrew Neil Hartzell**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Anthony Joseph Fusaro , Jr.**
(See above for address)
*TERMINATED: 11/21/2024*
*ATTORNEY TO BE NOTICED*

**Nitoj Singh**
(See above for address)
*TERMINATED: 11/21/2024*
*ATTORNEY TO BE NOTICED*

|  |  | Patricia L. Ray |
|--|--|--|
|  |  | (See above for address) |
|  |  | *ATTORNEY TO BE NOTICED* |

**ThirdParty Plaintiff**

| Morisky Medication Adherence Research LLC | represented by | **F. Christopher Austin** |
|--|--|--|
|  |  | (See above for address) |
|  |  | *LEAD ATTORNEY* |
|  |  | *ATTORNEY TO BE NOTICED* |
|  |  |  |
|  |  | **Jeremy P. Oczek** |
|  |  | (See above for address) |
|  |  | *ATTORNEY TO BE NOTICED* |

V.

**ThirdParty Defendant**

| Morisky Medication Adherence Research LLC | represented by | **F. Christopher Austin** |
|--|--|--|
|  |  | (See above for address) |
|  |  | *LEAD ATTORNEY* |
|  |  | *ATTORNEY TO BE NOTICED* |
|  |  |  |
|  |  | **Jeremy P. Oczek** |
|  |  | (See above for address) |
|  |  | *ATTORNEY TO BE NOTICED* |

**Counter Claimant**

| Morisky Medication Adherence Research LLC | represented by | **F. Christopher Austin** |
|--|--|--|
|  |  | (See above for address) |
|  |  | *LEAD ATTORNEY* |
|  |  | *ATTORNEY TO BE NOTICED* |
|  |  |  |
|  |  | **Jeremy P. Oczek** |
|  |  | (See above for address) |
|  |  | *ATTORNEY TO BE NOTICED* |

V.

**Counter Defendant**

| MMAR LLC | represented by | **Ronald D Coleman** |
|--|--|--|
|  |  | (See above for address) |
|  |  | *LEAD ATTORNEY* |
|  |  | *ATTORNEY TO BE NOTICED* |

**Counter Defendant**

| MMAS Research LLC, *A Washington Limited Liability Company* | represented by | **Ashkon Roozbehani** |
|--|--|--|
|  |  | (See above for address) |
|  |  | *TERMINATED: 10/23/2025* |
|  |  | *LEAD ATTORNEY* |
|  |  | *ATTORNEY TO BE NOTICED* |

**Ronald D Coleman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Andrew Neil Hartzell**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Anthony Joseph Fusaro , Jr.**
(See above for address)
*TERMINATED: 11/21/2024*
*ATTORNEY TO BE NOTICED*

**Nitoj Singh**
(See above for address)
*TERMINATED: 11/21/2024*
*ATTORNEY TO BE NOTICED*

**Patricia L. Ray**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Counter Defendant**

**Steven Trubow**

| Date Filed | # | Docket Text |
|---|---|---|
| 08/15/2024 | 1 | COMPLAINT against MMAS Research LLC, a Washington Limited Liability Company Filing fee: $ 405, receipt number AMADC-10556676 (Fee Status: Filing Fee paid), filed by MMAS Research LLC, a Washington Limited Liability Company. (Attachments: # 1 Exhibit, # 2 Exhibit, # 3 Exhibit , # 4 Exhibit, # 5 Exhibit, # 6 Exhibit, # 7 Exhibit, # 8 Exhibit, # 9 Exhibit, # 10 Exhibit, # 11 Exhibit, # 12 Exhibit, # 13 Exhibit, # 14 Exhibit, # 15 Exhibit, # 16 Exhibit, # 17 Exhibit, # 18 Exhibit, # 19 Exhibit, # 20 Exhibit, # 21 Exhibit, # 22 Exhibit)(Roozbehani, Ashkon). (Entered: 08/15/2024) |
| 08/15/2024 | 2 | NOTICE **ELECTRONIC NOTICE TO COUNSEL:** Counsel shall complete and file in PDF format a Local Category Form. The form can be found on the court's website under Resources/Forms. Counsel will use the event under Other Documents- Civil Cover Sheet & Category Sheet. (Barbosa, Nilsa) (Entered: 08/15/2024) |
| 08/16/2024 | 3 | Civil Cover Sheet & Category Sheet re 1 Complaint,, by MMAS Research LLC,. (Roozbehani, Ashkon) (Entered: 08/16/2024) |
| 08/16/2024 | 4 | Civil Cover Sheet & Category Sheet re 1 Complaint,, by MMAS Research LLC,. (Roozbehani, Ashkon) (Entered: 08/16/2024) |
| 08/19/2024 | 5 | ELECTRONIC NOTICE of Case Assignment. Judge Denise J. Casper assigned to case. If the trial Judge issues an Order of Reference of any matter in this case to a Magistrate Judge, the matter will be transmitted to Magistrate Judge Jessica D. Hedges. (Cook, Savannah) (Entered: 08/19/2024) |
| 08/19/2024 | 6 | Summons Issued as to All Defendants. **Counsel receiving this notice electronically should download this summons, complete one for each defendant and serve it in accordance with Fed.R.Civ.P. 4 and LR 4.1. Summons will be mailed to plaintiff(s)** |

| | | |
|---|---|---|
| | | **not receiving notice electronically for completion of service.** (Barbosa, Nilsa) (Entered: 08/19/2024) |
| 09/05/2024 | [7](#) | NOTICE of Appearance by Theodore J. Folkman on behalf of Boston Children Hospital (Folkman, Theodore) (Entered: 09/05/2024) |
| 09/05/2024 | [8](#) | CORPORATE DISCLOSURE STATEMENT by Boston Children Hospital. (Folkman, Theodore) (Entered: 09/05/2024) |
| 09/05/2024 | [9](#) | Assented to MOTION for Extension of Time to File Answer re [1](#) Complaint,, by Boston Children Hospital, Jacob Hartz, Hannah Palfrey, Sarah D de Ferranti.(Folkman, Theodore) (Entered: 09/05/2024) |
| 09/06/2024 | 10 | Judge Denise J. Casper: ELECTRONIC ORDER entered granting [9](#) Assented to MOTION for Extension of Time to File Answer re [1](#) Complaint, Boston Children Hospital answer due 10/1/2024; Jacob Hartz answer due 10/1/2024; Hannah Palfrey answer due 10/1/2024; Sarah D de Ferranti answer due 10/1/2024. (Hourihan, Lisa) (Entered: 09/06/2024) |
| 09/20/2024 | [11](#) | AFFIDAVIT OF SERVICE Executed by MMAS Research LLC,. Boston Children Hospital served on 8/26/2024, answer due 10/1/2024. Acknowledgement filed by MMAS Research LLC,. (Roozbehani, Ashkon) (Entered: 09/20/2024) |
| 09/20/2024 | [12](#) | WAIVER OF SERVICE Returned Executed by MMAS Research LLC,. Hannah Palfrey waiver sent on 9/13/2024, answer due 11/12/2024. (Roozbehani, Ashkon) (Entered: 09/20/2024) |
| 09/20/2024 | [13](#) | MOTION for Leave to Appear Pro Hac Vice for admission of Nitoj P. Singh and Anthony Fusaro Filing fee: $ 250, receipt number AMADC-10611156 by MMAS Research LLC,. (Attachments: # [1](#) Affidavit of Ashkon Roozbehani, # [2](#) Affidavit of Nitoj P. Singh, # [3](#) Affidavit of Anthony Fusaro, # [4](#) Text of Proposed Order)(Roozbehani, Ashkon) (Entered: 09/20/2024) |
| 09/20/2024 | [14](#) | WAIVER OF SERVICE Returned Executed by MMAS Research LLC,. Jacob Hartz waiver sent on 9/13/2024, answer due 11/12/2024. (Roozbehani, Ashkon) (Entered: 09/20/2024) |
| 09/20/2024 | [15](#) | WAIVER OF SERVICE Returned Executed by MMAS Research LLC,. Sarah D de Ferranti waiver sent on 9/13/2024, answer due 11/12/2024. (Roozbehani, Ashkon) (Entered: 09/20/2024) |
| 09/20/2024 | [16](#) | AFFIDAVIT OF SERVICE Executed by MMAS Research LLC,. MMAR LLC served on 8/27/2024, answer due 9/17/2024. Acknowledgement filed by MMAS Research LLC,. (Roozbehani, Ashkon) (Entered: 09/20/2024) |
| 09/21/2024 | [17](#) | CORPORATE DISCLOSURE STATEMENT by MMAS Research LLC,. (Roozbehani, Ashkon) (Entered: 09/21/2024) |
| 09/21/2024 | [18](#) | CORPORATE DISCLOSURE STATEMENT by MMAS Research LLC,. (Roozbehani, Ashkon) (Entered: 09/21/2024) |
| 09/23/2024 | 19 | Judge Denise J. Casper: ELECTRONIC ORDER entered granting [13](#) Motion for Leave to Appear Pro Hac Vice Added Nitoj Singh and Anthony Fusaro. <br><br> **Attorneys admitted Pro Hac Vice must have an individual PACER account, not a shared firm account, to electronically file in the District of Massachusetts. To register for a PACER account, go the Pacer website at https://pacer.uscourts.gov/register-account. You must put the docket number under ADDITIONAL FILER INFORMATION on your form when registering or it will be rejected.** |

| | | Pro Hac Vice Admission Request Instructions https://www.mad.uscourts.gov/caseinfo/nextgen-pro-hac-vice.htm. |
| | | A Notice of Appearance must be entered on the docket by the newly admitted attorneys. |
| | | (Cook, Savannah) (Entered: 09/23/2024) |
| 10/01/2024 | 20 | MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM by Boston Children Hospital, Jacob Hartz, Hannah Palfrey, Sarah D de Ferranti.(Folkman, Theodore) (Entered: 10/01/2024) |
| 10/01/2024 | 21 | MEMORANDUM in Support re 20 MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM filed by Boston Children Hospital, Jacob Hartz, Hannah Palfrey, Sarah D de Ferranti. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2)(Folkman, Theodore) (Entered: 10/01/2024) |
| 10/02/2024 | 22 | NOTICE of Appearance by Nitoj Singh on behalf of MMAS Research LLC, (Singh, Nitoj) (Entered: 10/02/2024) |
| 10/02/2024 | 23 | NOTICE of Appearance by Anthony Joseph Fusaro, Jr on behalf of MMAS Research LLC, (Fusaro, Anthony) (Entered: 10/02/2024) |
| 10/21/2024 | 24 | AMENDED COMPLAINT against Donald Morisky, Does 1-10 Inclusive, Jacob Hartz, Hannah Palfrey, Sarah D de Ferranti, The Children's Hospital Corporation, Morisky Medication Adherence Research LLC, filed by MMAS Research LLC,. (Attachments: # 1 Exhibit)(Roozbehani, Ashkon) (Entered: 10/21/2024) |
| 11/04/2024 | 25 | MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM *in Amended Complaint* by Jacob Hartz, Hannah Palfrey, The Children's Hospital Corporation.(Folkman, Theodore) (Entered: 11/04/2024) |
| 11/04/2024 | 26 | MEMORANDUM in Support re 25 MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM *in Amended Complaint* filed by Jacob Hartz, Hannah Palfrey, The Children's Hospital Corporation. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5)(Folkman, Theodore) (Entered: 11/04/2024) |
| 11/12/2024 | 27 | Judge Denise J. Casper: ELECTRONIC ORDER entered denying as moot 20 Motion to Dismiss for Failure to State a Claim in light of the filing of the amended complaint and now a Motion to Dismiss re amended complaint. (Hourihan, Lisa) (Entered: 11/12/2024) |
| 11/18/2024 | 28 | MEMORANDUM in Opposition re 25 MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM *in Amended Complaint* filed by MMAS Research LLC,. (Attachments: # 1 Affidavit)(Roozbehani, Ashkon) (Entered: 11/18/2024) |
| 11/18/2024 | 29 | EXHIBIT re 28 Memorandum in Opposition to Motion *to Dismiss* by MMAS Research LLC,. (Roozbehani, Ashkon) (Entered: 11/18/2024) |
| 11/20/2024 | 30 | MOTION for Leave to Appear Pro Hac Vice for admission of Patricia Ray Filing fee: $ 125, receipt number BMADC-10706960 by MMAS Research LLC,. (Attachments: # 1 Affidavit, # 2 Affidavit, # 3 Text of Proposed Order)(Roozbehani, Ashkon) (Entered: 11/20/2024) |
| 11/20/2024 | 31 | MOTION to Withdraw as Attorney *FOR PLAINTIFF MMAS RESEARCH, LLC* by MMAS Research LLC,.(Singh, Nitoj) (Entered: 11/20/2024) |
| 11/21/2024 | 32 | Judge Denise J. Casper: ELECTRONIC ORDER entered granting 30 Unopposed Motion for Leave to Appear Pro Hac Vice of Patricia Ray. |

| | | |
|---|---|---|
| | | **Attorneys admitted Pro Hac Vice must have an individual PACER account, not a shared firm account, to electronically file in the District of Massachusetts. To register for a PACER account, go the Pacer website at https://pacer.uscourts.gov/register-account. You must put the docket number under ADDITIONAL FILER INFORMATION on your form when registering or it will be rejected.**<br><br>Pro Hac Vice Admission Request Instructions https://www.mad.uscourts.gov/caseinfo/nextgen-pro-hac-vice.htm.<br><br>A Notice of Appearance must be entered on the docket by the newly admitted attorney.<br><br>(McManus, Caetlin) (Entered: 11/21/2024) |
| 11/21/2024 | 33 | Judge Denise J. Casper: ELECTRONIC ORDER entered granting 31 Motion to Withdraw as Attorney. Attorney Anthony Joseph Fusaro, Jr and Nitoj Singh terminated (Hourihan, Lisa) (Entered: 11/21/2024) |
| 11/25/2024 | 34 | Assented to MOTION for Leave to File *Reply Brief* by The Children's Hospital Corporation, Jacob Hartz, Hannah Palfrey. (Attachments: # 1 Exhibit 1)(Folkman, Theodore) (Entered: 11/25/2024) |
| 11/26/2024 | 35 | Judge Denise J. Casper: ELECTRONIC ORDER entered granting 34 Motion for Leave to File Reply Brief by The Children's Hospital Corporation, Jacob Hartz, Hannah Palfrey; Counsel using the Electronic Case Filing System should now file the document for which leave to file has been granted in accordance with the CM/ECF Administrative Procedures. Counsel must include - Leave to file granted on (date of order)- in the caption of the document. (Hourihan, Lisa) (Entered: 11/26/2024) |
| 11/26/2024 | 36 | REPLY to Response to 25 MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM *in Amended Complaint* filed by The Children's Hospital Corporation, Jacob Hartz, Hannah Palfrey. (Folkman, Theodore) (Entered: 11/26/2024) |
| 11/26/2024 | 37 | ELECTRONIC NOTICE Setting Hearing on Motion 25 MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM in Amended Complaint: Motion Hearing set for 2/20/2025 02:00 PM in Courtroom 11 (In person only) before Judge Denise J. Casper. (Hourihan, Lisa) (Entered: 11/26/2024) |
| 12/12/2024 | 38 | NOTICE of Appearance by Patricia L. Ray on behalf of MMAS Research LLC, (Ray, Patricia) (Entered: 12/12/2024) |
| 12/18/2024 | 39 | MOTION for Service by Publication by MMAS Research LLC,.(Roozbehani, Ashkon) (Entered: 12/18/2024) |
| 12/18/2024 | 40 | MEMORANDUM in Support re 39 MOTION for Service by Publication filed by MMAS Research LLC,. (Attachments: # 1 Exhibit)(Roozbehani, Ashkon) (Entered: 12/18/2024) |
| 12/30/2024 | 41 | Notice of Supplemental Authorities re 25 MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM *in Amended Complaint* (Attachments: # 1 Exhibit 1)(Folkman, Theodore) (Entered: 12/30/2024) |
| 01/28/2025 | 42 | Judge Denise J. Casper: ELECTRONIC ORDER entered granting 39 Motion for Service by Publication (LMH) (Entered: 01/28/2025) |
| 01/30/2025 | 43 | AFFIDAVIT OF SERVICE Executed by MMAS Research LLC,. Donald Morisky served on 1/29/2025, answer due 2/19/2025; Morisky Medication Adherence Research LLC served on 1/29/2025, answer due 2/19/2025. Acknowledgement filed by MMAS Research LLC,. (Attachments: # 1 Exhibit)(Roozbehani, Ashkon) (Entered: 01/30/2025) |

| 02/07/2025 | [44](#) | MOTION for Leave to Appear Pro Hac Vice for admission of Ronald D. Coleman Filing fee: $ 125, receipt number AMADC-10830787 by MMAS Research LLC,. (Attachments: # [1](#) Affidavit, # [2](#) Affidavit, # [3](#) Text of Proposed Order)(Roozbehani, Ashkon) (Entered: 02/07/2025) |
|---|---|---|
| 02/10/2025 | 45 | Judge Denise J. Casper: ELECTRONIC ORDER entered granting [44](#) Motion for Leave to Appear Pro Hac Vice Added Ronald D. Coleman. |
| | | **Attorneys admitted Pro Hac Vice must have an individual PACER account, not a shared firm account, to electronically file in the District of Massachusetts. To register for a PACER account, go the Pacer website at https://pacer.uscourts.gov/register-account. You must put the docket number under ADDITIONAL FILER INFORMATION on your form when registering or it will be rejected.** |
| | | Pro Hac Vice Admission Request Instructions https://www.mad.uscourts.gov/caseinfo/nextgen-pro-hac-vice.htm. |
| | | A Notice of Appearance must be entered on the docket by the newly admitted attorney. |
| | | (SEC) (Entered: 02/10/2025) |
| 02/20/2025 | 46 | Electronic Clerk's Notes for proceedings held before Judge Denise J. Casper: Motion Hearing held on 2/20/2025 re [25](#) MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM *in Amended Complaint* filed by Hannah Palfrey, The Children's Hospital Corporation, Jacob Hartz. Arguments. Court takes under advisement [25](#) Motion to Dismiss for Failure to State a Claim. (Court Reporter: Debra Kane at debrakane0711@gmail.com.)(Attorneys present: Ronald Coleman and Ashkon Roozbehani for the plaintiff. Theodore Folkman for the defendants.) (LMH) (Entered: 02/20/2025) |
| 02/24/2025 | [47](#) | REQUEST for Entry of Default as to Donald Morisky and Morisky Medication Adherence Research LLC by MMAS Research LLC,.(Roozbehani, Ashkon) Modified event type on 2/24/2025 (SEC). (Entered: 02/24/2025) |
| 02/24/2025 | [48](#) | NOTICE of Appearance by Jeremy P. Oczek on behalf of Donald Morisky, Morisky Medication Adherence Research LLC (Oczek, Jeremy) (Entered: 02/24/2025) |
| 02/26/2025 | [49](#) | MOTION for Extension of Time to File Answer re [24](#) Amended Complaint, [43](#) Affidavit of Service, *(MOTION FOR EXTENSION OF TIME (NUNC PRO TUNC) TO ANSWER OR OTHERWISE RESPOND TO THE FIRST AMENDED COMPLAINT)* by Donald Morisky, Morisky Medication Adherence Research LLC. (Attachments: # [1](#) Affidavit, # [2](#) Exhibit 1, # [3](#) Exhibit 2)(Oczek, Jeremy) (Entered: 02/26/2025) |
| 02/26/2025 | [50](#) | MOTION for Leave to Appear Pro Hac Vice for admission of F. Christopher Austin Filing fee: $ 125, receipt number AMADC-10860519 by Donald Morisky, Morisky Medication Adherence Research LLC. (Attachments: # [1](#) Affidavit, # [2](#) Affidavit)(Oczek, Jeremy) (Entered: 02/26/2025) |
| 02/27/2025 | [51](#) | Transcript of Motion Hearing held on February 20, 2025, before Judge Denise J. Casper. The Transcript may be purchased through the Court Reporter, viewed at the public terminal, or viewed through PACER after it is released. Court Reporter Name and Contact Information: Debra Kane at debrakane0711@gmail.com. Redaction Request due 3/20/2025. Redacted Transcript Deadline set for 3/31/2025. Release of Transcript Restriction set for 5/28/2025. (DRK) (Entered: 02/27/2025) |
| 02/27/2025 | 52 | NOTICE is hereby given that an official transcript of a proceeding has been filed by the court reporter in the above-captioned matter. Counsel are referred to the Court's Transcript |

| | | Redaction Policy, available on the court website at https://www.mad.uscourts.gov/caseinfo/transcripts.htm (DRK) (Entered: 02/27/2025) |
|---|---|---|
| 03/05/2025 | 53 | MEMORANDUM in Opposition re 49 MOTION for Extension of Time to File Answer re 24 Amended Complaint, 43 Affidavit of Service, *(MOTION FOR EXTENSION OF TIME (NUNC PRO TUNC) TO ANSWER OR OTHERWISE RESPOND TO THE FIRST AMENDED COMPLAINT)* filed by MMAS Research LLC,. (Attachments: # 1 Affidavit, # 2 Exhibit)(Roozbehani, Ashkon) (Entered: 03/05/2025) |
| 03/06/2025 | 54 | MOTION to Dismiss for Lack of Jurisdiction by Donald Morisky, Morisky Medication Adherence Research LLC. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5)(Oczek, Jeremy) (Entered: 03/06/2025) |
| 03/18/2025 | 55 | Judge Denise J. Casper: ELECTRONIC ORDER entered granting 50 Motion for Leave to Appear Pro Hac Vice Added F. Christopher Austin.<br><br>**Attorneys admitted Pro Hac Vice must have an individual PACER account, not a shared firm account, to electronically file in the District of Massachusetts. To register for a PACER account, go the Pacer website at https://pacer.uscourts.gov/register-account. You must put the docket number under ADDITIONAL FILER INFORMATION on your form when registering or it will be rejected.**<br><br>Pro Hac Vice Admission Request Instructions https://www.mad.uscourts.gov/caseinfo/nextgen-pro-hac-vice.htm.<br><br>A Notice of Appearance must be entered on the docket by the newly admitted attorney.<br><br>(SEC) (Entered: 03/18/2025) |
| 03/19/2025 | 56 | RESPONSE to Motion re 54 MOTION to Dismiss for Lack of Jurisdiction filed by The Children's Hospital Corporation, Jacob Hartz, Hannah Palfrey. (Folkman, Theodore) (Entered: 03/19/2025) |
| 04/01/2025 | 57 | ~~NOTICE of Appearance by F. Christopher Austin on behalf of MMAS Research LLC, (Austin, F. Christopher)~~ **Entry filed in error. Please see D. 58** (SEC). (Entered: 04/01/2025) |
| 04/01/2025 | 58 | NOTICE of Appearance by F. Christopher Austin on behalf of Donald Morisky, Morisky Medication Adherence Research LLC (Austin, F. Christopher) (Entered: 04/01/2025) |
| 04/09/2025 | 59 | NOTICE by The Children's Hospital Corporation, Jacob Hartz, Hannah Palfrey re 56 Response to Motion *(Withdrawal)* (Folkman, Theodore) (Entered: 04/09/2025) |
| 04/11/2025 | 60 | NOTICE by MMAS Research LLC, *Supplemental Filing* (Attachments: # 1 Exhibit) (Roozbehani, Ashkon) (Entered: 04/11/2025) |
| 04/15/2025 | 61 | Response by The Children's Hospital Corporation, Jacob Hartz, Hannah Palfrey to 60 Notice (Other) . (Folkman, Theodore) (Entered: 04/15/2025) |
| 05/29/2025 | 62 | Judge Denise J. Casper: ELECTRONIC ORDER entered re: 49 Motion for Extension of Time. Having considered Morisky Defendants' motion for extension of time, D. 49, and Plaintiff MMAS's opposition, D. 53, the Court ALLOWS the motion and will allow the pending motion to dismiss by the Morisky Defendants, D. 54, to stand. Plaintiff shall have until June 12, 2025 to file a response to the motion to dismiss, D. 54. (LMH) (Entered: 05/29/2025) |

| 06/12/2025 | 63 | MEMORANDUM in Opposition re 54 MOTION to Dismiss for Lack of Jurisdiction filed by MMAS Research LLC,. (Attachments: # 1 Exhibit, # 2 Exhibit)(Roozbehani, Ashkon) (Entered: 06/12/2025) |
|---|---|---|
| 08/12/2025 | 64 | Chief District Judge Denise J. Casper: ORDER entered. MEMORANDUM AND ORDER - The Court ALLOWS the BCH Defendants' motion to dismiss in part, D. 25, and dismisses Counts I (breach of contract claim) as Hartz and Palfrey, Counts II and V (as to the BCH Defendants) of the amended complaint, D. 24. It DENIES the motion as to Count I (breach of contract claim) against BCH and, accordingly, this claim remains. (LMH) (Entered: 08/12/2025) |
| 08/12/2025 | 65 | ELECTRONIC NOTICE Setting Hearing on Motion 54 MOTION to Dismiss for Lack of Jurisdiction : Motion Hearing set for 10/23/2025 02:00 PM in Courtroom 11 (In person only) before Chief District Judge Denise J. Casper. (LMH) (Entered: 08/12/2025) |
| 08/12/2025 | 66 | NOTICE of Scheduling Conference Scheduling Conference set for 10/23/2025 02:00 PM in Courtroom 11 (In person only) before Chief District Judge Denise J. Casper. (LMH) (Entered: 08/12/2025) |
| 08/12/2025 | 67 | Chief District Judge Denise J. Casper: ORDER entered. Standing Order Re: Courtroom Opportunities for Relatively Inexperienced Attorneys(LMH) (Entered: 08/12/2025) |
| 08/20/2025 | 68 | MOTION to Continue Scheduling Conference to the week of 10/23 or the week of 11/3 by The Children's Hospital Corporation. (Attachments: # 1 Exhibit 1)(Folkman, Theodore) (Entered: 08/20/2025) |
| 08/25/2025 | 69 | ANSWER to 24 Amended Complaint, by The Children's Hospital Corporation.(Folkman, Theodore) (Entered: 08/25/2025) |
| 09/15/2025 | 70 | Chief District Judge Denise J. Casper: ELECTRONIC ORDER entered granting 68 Motion to Continue Scheduling Conference. Scheduling Conference set for 11/3/2025 02:30 PM in Courtroom 10 (Remote only) before Chief District Judge Denise J. Casper. This hearing will be conducted by video conference. Counsel of record will receive a video conference invite at the email registered in CM/ECF. If you have technical or compatibility issues with the technology, please notify the courtroom deputy of the session as soon as possible. Audio access to the hearing may be available to the media and public. Please check the Court schedule. In order to gain access to the hearing, you must sign up at the following address: https://forms.mad.uscourts.gov/courtlist.html. For questions regarding access to hearings, you may refer to the general orders and public notices of the Court available on www.mad.uscourts.gov or contact the session here. (LMH) (Entered: 09/15/2025) |
| 09/15/2025 | 71 | NOTICE of Appearance by Taylor Makson on behalf of The Children's Hospital Corporation (Makson, Taylor) (Entered: 09/15/2025) |
| 10/03/2025 | 72 | NOTICE of Appearance by Andrew Neil Hartzell on behalf of MMAS Research LLC, (Hartzell, Andrew) (Entered: 10/03/2025) |
| 10/10/2025 | 73 | NOTICE of Appearance by Ronald D Coleman on behalf of MMAR LLC, MMAS Research LLC, (Coleman, Ronald) (Entered: 10/10/2025) |
| 10/21/2025 | 74 | MOTION to Withdraw as Attorney Ashkon Roozbehani by MMAS Research LLC,. (Roozbehani, Ashkon) (Entered: 10/21/2025) |

| 10/23/2025 | 75 | Chief District Judge Denise J. Casper: ELECTRONIC ORDER entered granting 74 Motion to Withdraw as Attorney. Attorney Ashkon Roozbehani terminated (LMH) (Entered: 10/24/2025) |
|---|---|---|
| 10/24/2025 | 76 | Electronic Clerk's Notes for proceedings held before Chief District Judge Denise J. Casper: Motion Hearing held on 10/24/2025 re 54 MOTION to Dismiss for Lack of Jurisdiction filed by Donald Morisky, Morisky Medication Adherence Research LLC. Arguments. Court takes under advisement 54 Motion to Dismiss for Lack of Jurisdiction. (Court Reporter: Debra Kane at debrakane0711@gmail.com.)(Attorneys present: Ronald Coleman and Andrew Hartzell for the plaintiff. Christopher Austin, Theodore Folkman and Taylor Makson for the defendants.) (LMH) (Entered: 10/24/2025) |
| 10/28/2025 | 77 | Supplemental MOTION to Dismiss for Lack of Jurisdiction by Donald Morisky, Morisky Medication Adherence Research LLC. (Attachments: # 1 Exhibit A, # 2 Exhibit B) (Austin, F. Christopher) (Entered: 10/28/2025) |
| 10/31/2025 | 78 | CERTIFICATION pursuant to Local Rule 16.1 by The Children's Hospital Corporation. (Folkman, Theodore) (Entered: 10/31/2025) |
| 11/03/2025 | 79 | ELECTRONIC NOTICE OF RESCHEDULING. Given that the Court has the Morisky defendants motion to dismiss under advisement, the Court resets the Scheduling Conference for 12/15/2025 03:15 PM in Courtroom 10 (Remote only) before Chief District Judge Denise J. Casper.<br><br>This hearing will be conducted by video conference. Counsel of record will receive a video conference invite at the email registered in CM/ECF. If you have technical or compatibility issues with the technology, please notify the courtroom deputy of the session as soon as possible.<br><br>Audio access to the hearing may be available to the media and public. Please check the Court schedule. In order to gain access to the hearing, you must sign up at the following address: https://forms.mad.uscourts.gov/courtlist.html.<br><br>For questions regarding access to hearings, you may refer to the general orders and public notices of the Court available on www.mad.uscourts.gov or contact the session here.<br><br>(LMH) (Entered: 11/03/2025) |
| 11/03/2025 | 80 | RESPONSE to Motion re 77 Supplemental MOTION to Dismiss for Lack of Jurisdiction *Response to Defendants' Supplemental Brief* filed by MMAS Research LLC,. (Hartzell, Andrew) (Entered: 11/03/2025) |
| 12/03/2025 | 81 | Chief District Judge Denise J. Casper: ORDER entered. MEMORANDUM AND ORDER - The Court DENIES the Morisky Defendants' motion to dismiss for lack of personal jurisdiction. D. 54. (LMH) (Entered: 12/04/2025) |
| 12/08/2025 | 82 | JOINT SUBMISSION pursuant to Local Rule 16.1 by The Children's Hospital Corporation.(Folkman, Theodore) (Entered: 12/08/2025) |
| 12/15/2025 | 83 | NOTICE of Appearance by Elizabeth Louise Gardon on behalf of Jacob Hartz, Hannah Palfrey, The Children's Hospital Corporation (Gardon, Elizabeth) (Entered: 12/15/2025) |
| 12/15/2025 | 85 | Electronic Clerk's Notes for proceedings held before Chief District Judge Denise J. Casper: Scheduling Conference held on 12/15/2025 by video conference. Counsel will seek mediation by 5/22/26. Counsel should notify the clerk by February, 2026 if they want referral. Initial disclosures due by 1/5/26. Amended Pleadings due by 1/15/2026. Fact discovery to be completed by 5/8/2026 Motions for Summary Judgment to be filed by 7/10/2026 with opposition due 21 days after service.Status Conference set for |

5/11/2026 02:00 PM in Courtroom 10 (Remote only) before Chief District Judge Denise J. Casper.

This hearing will be conducted by video conference. Counsel of record will receive a video conference invite at the email registered in CM/ECF. If you have technical or compatibility issues with the technology, please notify the courtroom deputy of the session as soon as possible.

Access to the hearing will be made available to the media and public. In order to gain access to the hearing, you must sign up at the following address: https://forms.mad.uscourts.gov/courtlist.html.

For questions regarding access to hearings, you may refer to the general orders and public notices of the Court available on www.mad.uscourts.gov or contact the session here.

(Court Reporter: Debra Kane at debrakane0711@gmail.com.)(Attorneys present: Neil Hartzell and Ronald Coleman for the plaintiff. Theodore Folkman and Christopher Austin for the defendants.) (LMH) (Entered: 12/17/2025)

| | | |
|---|---|---|
| 12/16/2025 | 84 | Request for Judicial Notice by MMAS Research LLC,. (Attachments: # 1 Exhibit 1) (Hartzell, Andrew) (Entered: 12/16/2025) |
| 12/17/2025 | 86 | Chief District Judge Denise J. Casper: ORDER entered. SCHEDULING ORDER.(LMH) (Entered: 12/17/2025) |
| 12/18/2025 | 87 | ANSWER to 24 Amended Complaint, , THIRD PARTY COMPLAINT against MMAS Research LLC,, COUNTERCLAIM against MMAS Research LLC, by Donald Morisky, Morisky Medication Adherence Research LLC.(Austin, F. Christopher) (Entered: 12/19/2025) |
| 12/19/2025 | 88 | Response by The Children's Hospital Corporation to 84 Request for Judicial Notice . (Folkman, Theodore) (Entered: 12/19/2025) |
| 01/02/2026 | 89 | MOTION for Extension of Time to Answer 87 Answer to Amended Complaint,, Third Party Complaint,, Counterclaim, - *Answer to Counterclaim Pending Plaintiff's Motion to File an Amended Complaint* by MMAS Research LLC,. (Attachments: # 1 Affidavit, # 2 Text of Proposed Order)(Coleman, Ronald) Modified on 1/20/2026 (SEC). (Entered: 01/02/2026) |
| 01/09/2026 | 90 | Transcript of Scheduling Conference via videoconference held on December 15, 2025, before Chief Judge Denise J. Casper. The Transcript may be purchased through the Court Reporter, viewed at the public terminal, or viewed through PACER after it is released. Court Reporter Name and Contact Information: Debra Kane at debrakane0711@gmail.com. Redaction Request due 1/30/2026. Redacted Transcript Deadline set for 2/9/2026. Release of Transcript Restriction set for 4/9/2026. (DRK) (Entered: 01/09/2026) |
| 01/09/2026 | 91 | NOTICE is hereby given that an official transcript of a proceeding has been filed by the court reporter in the above-captioned matter. Counsel are referred to the Court's Transcript Redaction Policy, available on the court website at https://www.mad.uscourts.gov/caseinfo/transcripts.htm (DRK) (Entered: 01/09/2026) |
| 01/13/2026 | 92 | Letter Requesting - *Clarification regarding deadline to amend pleadings in light of Local Rule 15.1*. (Coleman, Ronald) Modified on 1/14/2026 (SEC). (Entered: 01/13/2026) |
| 01/14/2026 | 93 | Response by The Children's Hospital Corporation to 92 Letter/request (non-motion) . (Folkman, Theodore) (Entered: 01/14/2026) |

| 01/14/2026 | 94 | DECLARATION re 93 Response by The Children's Hospital Corporation. (Attachments: # 1 Exhibit 1)(Folkman, Theodore) (Entered: 01/14/2026) |
|---|---|---|
| 01/14/2026 | 95 | Emergency MOTION for Extension of Time to Amend 92 Letter/request (non-motion), 85 Scheduling Conference,,,,,, Set Scheduling Order Deadlines,,,,,, by MMAS Research LLC,.(Coleman, Ronald) (Entered: 01/14/2026) |
| 01/15/2026 | 96 | Opposition re 95 Emergency MOTION for Extension of Time to Amend 92 Letter/request (non-motion), 85 Scheduling Conference,,,,,, Set Scheduling Order Deadlines,,,,,, filed by The Children's Hospital Corporation. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3)(Folkman, Theodore) (Entered: 01/15/2026) |
| 01/15/2026 | 97 | Opposition re 95 Emergency MOTION for Extension of Time to Amend 92 Letter/request (non-motion), 85 Scheduling Conference,,,,,, Set Scheduling Order Deadlines,,,,,, filed by Donald Morisky, Morisky Medication Adherence Research LLC. (Austin, F. Christopher) (Entered: 01/15/2026) |
| 01/15/2026 | 98 | MOTION to Amend 24 Amended Complaint, 92 Letter/request (non-motion) by MMAS Research LLC,. (Attachments: # 1 Memorandum of Law, # 2 Proposed Second Amended Complaint)(Coleman, Ronald) Modified on 1/21/2026 to file Memorandum as own entry (SEC). (Entered: 01/15/2026) |
| 01/15/2026 | 99 | *FIRST AMENDED* ANSWER to 24 Amended Complaint, , Amended THIRD PARTY COMPLAINT against Morisky Medication Adherence Research LLC, Amended COUNTERCLAIM against All Plaintiffs by Morisky Medication Adherence Research LLC.(Austin, F. Christopher) (Entered: 01/15/2026) |
| 01/15/2026 | 100 | MEMORANDUM in Support re 98 MOTION to Amend 24 Amended Complaint, 92 Letter/request (non-motion) filed by MMAS Research LLC,. (SEC) (Entered: 01/21/2026) |
| 01/23/2026 | 101 | MOTION to Compel by The Children's Hospital Corporation.(Folkman, Theodore) (Entered: 01/23/2026) |
| 01/23/2026 | 102 | MEMORANDUM in Support re 101 MOTION to Compel filed by The Children's Hospital Corporation. (Attachments: # 1 Exhibit 1)(Folkman, Theodore) (Entered: 01/23/2026) |
| 01/29/2026 | 103 | Opposition re 98 MOTION to Amend 24 Amended Complaint, 92 Letter/request (non-motion) filed by Jacob Hartz, The Children's Hospital Corporation. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2)(Folkman, Theodore) (Entered: 01/29/2026) |
| 01/29/2026 | 104 | DECLARATION re 98 MOTION to Amend 24 Amended Complaint, 92 Letter/request (non-motion) by Jacob Hartz, The Children's Hospital Corporation. (Attachments: # 1 Exhibit 1)(Folkman, Theodore) (Entered: 01/29/2026) |
| 01/29/2026 | 105 | Opposition re 98 MOTION to Amend 24 Amended Complaint, 92 Letter/request (non-motion) filed by Donald Morisky, Morisky Medication Adherence Research LLC. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D)(Austin, F. Christopher) (Entered: 01/29/2026) |

**PACER Service Center**

**Transaction Receipt**

02/03/2026 23:20:28

| PACER Login: | caustin6559 | Client Code: | MMAR.2L |
|---|---|---|---|
| Description: | Docket Report | Search Criteria: | 1:24-cv-12108-DJM |

https://ecf.mad.uscourts.gov/cgi-bin/DktRpt.pl?252106381508013-L_1_0-1    16/17

| Billable Pages: | 15 | Cost: | 1.50 |

# EXHIBIT 2

# EXHIBIT 2

ACCO,(SKx),<span style="color:orange">CLOSED</span>,DISCOVERY,MANADR

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA (Western Division - Los Angeles)
### CIVIL DOCKET FOR CASE #: 2:25-cv-01057-RGK-SK

| | |
|---|---|
| MMAS Research LLC v. Johnson and Johnson Innovative Medicine et al | Date Filed: 02/06/2025 |
| Assigned to: Judge R. Gary Klausner | Date Terminated: 01/26/2026 |
| Referred to: Magistrate Judge Steve Kim | Jury Demand: Plaintiff |
| Demand: $9,999,000 | Nature of Suit: 820 Copyright |
| Cause: 17:501 Copyright Infringement | Jurisdiction: Federal Question |

**Plaintiff**

**MMAS Research LLC**
*a Washington limited liability company*

represented by **Michael Navid Cohen**
Cohen IP Law Group APC
9025 Wilshire Boulevard Suite 301
Beverly Hills, CA 90211
310-288-4500
Fax: 310-246-9980
Email: mcohen@cohenip.com
*TERMINATED: 06/27/2025*
*LEAD ATTORNEY*

**Elodie Marie Bardon**
Hankin Patent Law, APC
11414 Thurston Circle
Los Angeles, CA 90049
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
Fax: 310-979-3603
Email: Elodie@hpl.law
*TERMINATED: 01/20/2026*

**Marc E Hankin**
Hankin Patent Law APC
11414 Thurston Circle
Los Angeles, CA 90049
310-979-3600
Fax: 310-979-3603
Email: marc@hpl.law
*ATTORNEY TO BE NOTICED*

**Patricia L Ray**
Patricia Ray Law Offices
5 Old Mill Road
Freeport, PA 16229
215-908-6810
Email: raypatricia@yahoo.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Ronald D. Coleman**
Coleman Law Firm, PC
50 Park Place, Suite 1105
Newark, NJ 07102
973-264-9611
Email: rcoleman@colemanlaw-pc.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Vikram Amritraj**
Lowe and Associates
8383 Wilshire Blvd, Suite 1038
Beverly Hills, CA 90211
310-477-5811
Email: vikramamritraj@gmail.com
*TERMINATED: 06/27/2025*

V.

**Defendant**

**Johnson and Johnson Innovative Medicine**
*TERMINATED: 03/26/2025*

represented by **Allison Schall Blanco**
Latham and Watkins LLP
650 Town Center Drive 20th Floor
Costa Mesa, CA 92626-1925
714-540-1235
Fax: 714-755-8290
Email: allison.blanco@lw.com
*TERMINATED: 07/07/2025*

**Defendant**

**Janssen Japan KK Corporation**
*TERMINATED: 03/26/2025*

**Defendant**

**Janssen Holding GmBh Actelion**
*TERMINATED: 03/26/2025*

**Defendant**

**Janssen Cilag Italy**
*TERMINATED: 03/26/2025*

**Defendant**

**Janssen Cilag Germany**
*TERMINATED: 03/26/2025*

**Defendant**

**MediNeos/IQVIA Holdings Company**
*TERMINATED: 05/13/2025*

**Defendant**

**Morisky Medication Adherence Research LLC**

represented by **Amanda Leigh Bruss**
Trestle Law APC

7904 Broadway
Lemon Grove, CA 91945
619-289-8939
Email: amanda@brusslegal.com
*ATTORNEY TO BE NOTICED*

**James Timothy Ryan**
Annigian Ryan LLP
333 North Indian Hill Boulevard
Claremont, CA 91711
909-981-0475
Fax: 909-981-0113
Email: jr@arllp.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Weide and Miller LTD**
*TERMINATED: 05/13/2025*

**Defendant**

**Donald Morisky**
*TERMINATED: 08/25/2025*

represented by **Amanda Leigh Bruss**
(See above for address)
*ATTORNEY TO BE NOTICED*

**James Timothy Ryan**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Susan Morisky**
*TERMINATED: 08/25/2025*

represented by **Amanda Leigh Bruss**
(See above for address)
*ATTORNEY TO BE NOTICED*

**James Timothy Ryan**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Phillip Morisky**
*TERMINATED: 08/25/2025*

represented by **Amanda Leigh Bruss**
(See above for address)
*ATTORNEY TO BE NOTICED*

**James Timothy Ryan**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Christopher Austin**
*TERMINATED: 08/25/2025*

represented by **Amanda Leigh Bruss**
(See above for address)
*ATTORNEY TO BE NOTICED*

**James Timothy Ryan**

(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

Does
*1 through 10, inclusive*

**Defendant**

**IQVIA Holdings Company**
*TERMINATED: 09/19/2025*

**Defendant**

**Daiichi Sankyo UK Limited**          represented by   **Michael L. Turrill**
*TERMINATED: 09/22/2025*                               Hogan Lovells US LLP
                                                       1999 Avenue of the Stars Suite 1400
                                                       Los Angeles, CA 90067
                                                       310-785-4600
                                                       Fax: 310-785-4601
                                                       Email: michael.turrill@hoganlovells.com
                                                       *ATTORNEY TO BE NOTICED*

**Defendant**

**Lifespan Hospitals (Brown University
Health)**
*TERMINATED: 09/04/2025*

**Defendant**

**University Ontario University**
*TERMINATED: 06/11/2025*

**Defendant**

**R. Scott Weide**                     represented by   **Amanda Leigh Bruss**
*TERMINATED: 08/25/2025*                               (See above for address)
                                                       *ATTORNEY TO BE NOTICED*

                                                       **James Timothy Ryan**
                                                       (See above for address)
                                                       *ATTORNEY TO BE NOTICED*

**Defendant**

**Chad W. Miller**                     represented by   **Amanda Leigh Bruss**
*TERMINATED: 08/25/2025*                               (See above for address)
                                                       *ATTORNEY TO BE NOTICED*

                                                       **James Timothy Ryan**
                                                       (See above for address)
                                                       *ATTORNEY TO BE NOTICED*

**Defendant**

**Mark Zimmerman**                     represented by   **Edwin F. McPherson**
                                                       McPherson LLP
                                                       1900 Avenue of the Stars 25th Floor
                                                       Los Angeles, CA 90067-4506

310-553-8833
Fax: 310-553-9233
Email: emcpherson@mcpherson-llp.com
*ATTORNEY TO BE NOTICED*

**Gabriel Henriquez**
McPherson LLP
1900 Avenue of the Stars, 25th Floor
Los Angeles, CA 90067
310-553-8833
Fax: 310-553-9233
Email: ghenriquez@mcpherson-llp.com
*ATTORNEY TO BE NOTICED*

<u>**Defendant**</u>

**Western Ontario University**
*TERMINATED: 01/08/2026*

represented by **Ramsey M Al-Salam**
Perkins Coie LLP
1301 Second Avenue, Suite 4200
Seattle, WA 98101
206-359-6385
Fax: 206-359-9000
Email: RAlsalam@perkinscoie.com
*ATTORNEY TO BE NOTICED*

**Katherine M. Dugdale**
Perkins Coie LLP
1888 Century Park East Suite 1700
Los Angeles, CA 90067-1721
310-788-9900
Fax: 310-788-3399
Email: kdugdale@perkinscoie.com
*ATTORNEY TO BE NOTICED*

<u>**Defendant**</u>

**University of British Columbia**
*TERMINATED: 01/08/2026*

represented by **Ramsey M Al-Salam**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Katherine M. Dugdale**
(See above for address)
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 02/06/2025 | 1 | COMPLAINT Receipt No: ACACDC-39061144 - Fee: $405, filed by Plaintiff MMAS Research LLC. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8, # 9 Exhibit 9, # 10 Exhibit 10, # 11 Exhibit 11, # 12 Exhibit 12, # 13 Exhibit 13, # 14 Exhibit 14, # 15 Exhibit 15, # 16 Exhibit 16, # 17 Exhibit 17, # 18 Exhibit 18, # 19 Exhibit 19, # 20 Exhibit 20, # 21 Exhibit 22, # 22 Exhibit 23, # 23 Exhibit 24, # 24 Exhibit 25, # 25 Exhibit 27, # 26 Exhibit 28, # 27 Exhibit 29, # 28 Exhibit 30, # 29 Exhibit 31, # 30 Exhibit 32) (Attorney Michael Navid Cohen added to party MMAS Research LLC(pty:pla))(Cohen, Michael) (Entered: 02/06/2025) |

| 02/07/2025 | 2 | NOTICE OF ASSIGNMENT to District Judge R. Gary Klausner and Magistrate Judge Douglas F. McCormick. (et) (Entered: 02/07/2025) |
| 02/07/2025 | 3 | NOTICE TO PARTIES OF COURT-DIRECTED ADR PROGRAM filed. (et) (Entered: 02/07/2025) |
| 02/07/2025 | 4 | Notice to Counsel Re Consent to Proceed Before a United States Magistrate Judge. (et) (Entered: 02/07/2025) |
| 02/07/2025 | 5 | STANDING ORDER REGARDING NEWLY ASSIGNED CASES by Judge R. Gary Klausner. (jre) (Entered: 02/07/2025) |
| 02/07/2025 | 6 | NOTICE OF PRO HAC VICE APPLICATION DUE for Non-Resident Attorney Ronald D. Coleman on behalf of Plaintiff. A document recently filed in this case lists you as an out-of-state attorney of record. However, the Court has not been able to locate any record that you are admitted to the Bar of this Court, and you have not filed an application to appear Pro Hac Vice in this case. Accordingly, within 5 business days of the date of this notice, you must either (1) have your local counsel file an application to appear Pro Hac Vice (Form G-64) and pay the applicable fee, or (2) complete the next section of this form and return it to the court at cacd_attyadm@cacd.uscourts.gov. You have been removed as counsel of record from the docket in this case, and you will not be added back to the docket until your Pro Hac Vice status has been resolved. (et) (Entered: 02/07/2025) |
| 02/07/2025 | 7 | NOTICE OF PRO HAC VICE APPLICATION DUE for Non-Resident Attorney Patricia L. Ray on behalf of Plaintiff. A document recently filed in this case lists you as an out-of-state attorney of record. However, the Court has not been able to locate any record that you are admitted to the Bar of this Court, and you have not filed an application to appear Pro Hac Vice in this case. Accordingly, within 5 business days of the date of this notice, you must either (1) have your local counsel file an application to appear Pro Hac Vice (Form G-64) and pay the applicable fee, or (2) complete the next section of this form and return it to the court at cacd_attyadm@cacd.uscourts.gov. You have been removed as counsel of record from the docket in this case, and you will not be added back to the docket until your Pro Hac Vice status has been resolved. (et) (Entered: 02/07/2025) |
| 02/07/2025 | 8 | NOTICE OF DEFICIENCIES in Attorney Case Opening RE: Complaint (Attorney Civil Case Opening) 1 . The following error(s) was found: The Civil Cover Sheet (CV-71)is missing or incomplete. All civil actions presented for filing must be accompanied by a completed Civil Cover Sheet. See Local Rule 3-1. Counsel must file a completed Civil Cover Sheet immediately. Failure to do so may be addressed by judicial action, including sanctions. See Local Rule 83-7. No Notice of Interested Parties has been filed. A Notice of Interested Parties must be filed with every partys first appearance. See Local Rule 7.1-1. Counsel must file a Notice of Interested Parties immediately. Failure to do so may be addressed by judicial action, including sanctions. See Local Rule 83-7. (et) (Entered: 02/07/2025) |
| 02/07/2025 | 9 | NOTICE TO COUNSEL RE: Copyright, Patent and Trademark Reporting Requirements. Counsel shall file the appropriate AO-120 and/or AO-121 form with the Clerk within 10 days. (et) (Entered: 02/07/2025) |
| 02/07/2025 | 10 | RESPONSE BY THE COURT TO NOTICE TO FILER OF DEFICIENCIES IN FILED DOCUMENT by Judge R. Gary Klausner. Plaintiff shall file the requisite Civil Cover Sheet and Notice of Interested Parties within 5 days of this order. Failure to do so may lead to the imposition of sanctions including dismissal of this action. (jre) (Entered: 02/07/2025) |
| 02/07/2025 | 11 | CERTIFICATE of Interested Parties filed by Plaintiff MMAS Research LLC, (Cohen, Michael) (Entered: 02/07/2025) |

| 02/07/2025 | 12 | CIVIL COVER SHEET filed by Plaintiff MMAS Research LLC. (Cohen, Michael) (Entered: 02/07/2025) |
|---|---|---|
| 02/07/2025 | 13 | APPLICATION of Non-Resident Attorney Patricia L. Ray to Appear Pro Hac Vice on behalf of Plaintiff MMAS Research LLC (Pro Hac Vice Fee - $500 Fee Paid, Receipt No. ACACDC-39069819) filed by plaintiff MMAS Research LLC. Application set for hearing on 2/12/2025 at 09:00 AM before Judge R. Gary Klausner. (Cohen, Michael) (Entered: 02/07/2025) |
| 02/07/2025 | 14 | Request for Clerk to Issue Summons on Complaint (Attorney Civil Case Opening),, 1 filed by plaintiff MMAS Research LLC. (Cohen, Michael) (Entered: 02/07/2025) |
| 02/07/2025 | 15 | Request for Clerk to Issue Summons on Complaint (Attorney Civil Case Opening),, 1 filed by plaintiff MMAS Research LLC. (Cohen, Michael) (Entered: 02/07/2025) |
| 02/07/2025 | 16 | Request for Clerk to Issue Summons on Complaint (Attorney Civil Case Opening),, 1 filed by plaintiff MMAS Research LLC. (Cohen, Michael) (Entered: 02/07/2025) |
| 02/07/2025 | 17 | Request for Clerk to Issue Summons on Complaint (Attorney Civil Case Opening),, 1 filed by plaintiff MMAS Research LLC. (Cohen, Michael) (Entered: 02/07/2025) |
| 02/07/2025 | 18 | Request for Clerk to Issue Summons on Complaint (Attorney Civil Case Opening),, 1 filed by plaintiff MMAS Research LLC. (Cohen, Michael) (Entered: 02/07/2025) |
| 02/07/2025 | 19 | Request for Clerk to Issue Summons on Complaint (Attorney Civil Case Opening),, 1 filed by plaintiff MMAS Research LLC. (Cohen, Michael) (Entered: 02/07/2025) |
| 02/07/2025 | 20 | Request for Clerk to Issue Summons on Complaint (Attorney Civil Case Opening),, 1 filed by plaintiff MMAS Research LLC. (Cohen, Michael) (Entered: 02/07/2025) |
| 02/07/2025 | 21 | Request for Clerk to Issue Summons on Complaint (Attorney Civil Case Opening),, 1 filed by plaintiff MMAS Research LLC. (Cohen, Michael) (Entered: 02/07/2025) |
| 02/07/2025 | 22 | Request for Clerk to Issue Summons on Complaint (Attorney Civil Case Opening),, 1 filed by plaintiff MMAS Research LLC. (Cohen, Michael) (Entered: 02/07/2025) |
| 02/10/2025 | 23 | NOTICE OF DEFICIENCIES in Request to Issue Summons RE: Summons Request 14 , Summons Request 15 , Summons Request 16 , Summons Request 17 , Summons Request 18 , Summons Request 19 , Summons Request 20 , Summons Request 21 , Summons Request 22 . The following error(s) was found: The case number and/or judge(s)initials are incorrect. The caption of the summons must match the caption of the complaint verbatim. If the caption is too large to fit in the space provided, enter the name of the first party and then write see attached.Next, attach a face page of the complaint or a second page addendum to the Summons. Summons is not directed to the defendant(s). The defendants name must appear in the To:section of the summons. CLARIFICATION OF THE ABOVE: No et als permitted on the caption. 2) due to et al not all defendants in the" TO" area appear on the Caption; 3) Do not add extra parts to name that do NOT appear on the caption, i.e. " (MMAR)". THE OFFICIAL CASE number is to have identifying assigned Judge and Magistrate's initials as: 2: 25-cv-1047-RJK(DFMx). The summons cannot be issued until this defect has been corrected. Please correct the defect and re-file your request. (lc) (Entered: 02/10/2025) |
| 02/12/2025 | 24 | ORDER by Judge R. Gary Klausner: granting 13 Non-Resident Attorney Patricia L. Ray APPLICATION to Appear Pro Hac Vice on behalf of plaintiff MMAS Research LLC, designating Michael Cohen as local counsel. THERE IS NO PDF DOCUMENT ASSOCIATED WITH THIS ENTRY (ak) (Entered: 02/12/2025) |
| 02/13/2025 | 25 | Request for Clerk to Issue Summons on Summons Request 14 , Complaint (Attorney Civil Case Opening),, 1 filed by plaintiff MMAS Research LLC. (Cohen, Michael) |

| | | (Entered: 02/13/2025) |
|---|---|---|
| 02/13/2025 | 26 | Request for Clerk to Issue Summons on Complaint (Attorney Civil Case Opening),, 1 , Summons Request 15 filed by plaintiff MMAS Research LLC. (Cohen, Michael) (Entered: 02/13/2025) |
| 02/13/2025 | 27 | Request for Clerk to Issue Summons on Summons Request 16 , Complaint (Attorney Civil Case Opening),, 1 filed by plaintiff MMAS Research LLC. (Cohen, Michael) (Entered: 02/13/2025) |
| 02/14/2025 | 28 | Request for Clerk to Issue Summons on Complaint (Attorney Civil Case Opening),, 1 , Summons Request 17 filed by plaintiff MMAS Research LLC. (Cohen, Michael) (Entered: 02/14/2025) |
| 02/14/2025 | 29 | Request for Clerk to Issue Summons on Summons Request 18 , Complaint (Attorney Civil Case Opening),, 1 filed by plaintiff MMAS Research LLC. (Cohen, Michael) (Entered: 02/14/2025) |
| 02/14/2025 | 30 | Request for Clerk to Issue Summons on Summons Request 20 , Complaint (Attorney Civil Case Opening),, 1 filed by plaintiff MMAS Research LLC. (Cohen, Michael) (Entered: 02/14/2025) |
| 02/14/2025 | 31 | Request for Clerk to Issue Summons on Summons Request 20 , Complaint (Attorney Civil Case Opening),, 1 filed by plaintiff MMAS Research LLC. (Cohen, Michael) (Entered: 02/14/2025) |
| 02/14/2025 | 32 | Request for Clerk to Issue Summons on Summons Request 21 , Complaint (Attorney Civil Case Opening),, 1 filed by plaintiff MMAS Research LLC. (Cohen, Michael) (Entered: 02/14/2025) |
| 02/14/2025 | 33 | Request for Clerk to Issue Summons on Summons Request 22 , Complaint (Attorney Civil Case Opening),, 1 filed by plaintiff MMAS Research LLC. (Cohen, Michael) (Entered: 02/14/2025) |
| 02/14/2025 | 34 | (STRICKEN PER ORDER 49 ) - REPORT ON THE FILING OF AN ACTION regarding a copyright (Initial Notification) filed by MMAS Research LLC. (Cohen, Michael) Modified on 2/18/2025 (jre). (Entered: 02/14/2025) |
| 02/14/2025 | 35 | NOTICE OF CLERICAL ERROR: Due to clerical error Re: Notice of Deficiency in Request to Issue Summons 23 Clerk erroneously had a typographical error in. The CORRECT CASE NUMBER IS 2:25-cv-1057-RJK(DFMx). As a result filer used the erroneous case number on resubmitted summons. Since it was due to Clerk's misinformation...Clerk has corrected ONLY the case number on the all the summons and will be issued forthwith. Please Note: Filer used incorrect case number on his copyright report. Clerk is not authorized to correct that filing. (lc) (Entered: 02/14/2025) |
| 02/14/2025 | 36 | NOTICE TO FILER OF DEFICIENCIES in Electronic Filed Document RE: Report on Filing of Copyright Action (Initial Notification) 34 . The following error(s) was/were found: Case number incorrect as " !l 25-cv-1047-RJK (DFMx" Correct case number is : 2:25-cv-1057-RJK (DFMx) In response to this notice, the Court may: (1) order an amended or correct document to be filed; (2) order the document stricken; or (3) take other action as the Court deems appropriate. You need not take any action in response to this notice unless and until the Court directs you to do so. (lc) (Entered: 02/14/2025) |
| 02/14/2025 | 37 | 21 DAY Summons Issued re Complaint (Attorney Civil Case Opening),, 1 as to defendant Weide and Miller LTD. (c/o Christopher Austin) (lc) (Entered: 02/14/2025) |
| 02/14/2025 | 38 | 21 DAY Summons Issued re Complaint (Attorney Civil Case Opening),, 1 as to defendant Weide and Miller LTD. ( c/o Chad William Miller) (lc) (Entered: 02/14/2025) |

| 02/14/2025 | 39 | 21 DAY Summons Issued re Complaint (Attorney Civil Case Opening),, 1 as to defendant Donald Morisky. (lc) (Entered: 02/14/2025) |
|---|---|---|
| 02/14/2025 | 40 | 21 DAY Summons Issued re Complaint (Attorney Civil Case Opening),, 1 as to defendant Johnson and Johnson Innovative Medicine. (lc) (Entered: 02/14/2025) |
| 02/14/2025 | 41 | 21 DAY Summons Issued re Complaint (Attorney Civil Case Opening),, 1 as to defendant MediNeos/IQVIA Holdings Company. (lc) (Entered: 02/14/2025) |
| 02/14/2025 | 42 | 21 DAY Summons Issued re Complaint (Attorney Civil Case Opening),, 1 as to defendant Morisky Medication Adherence Research LLC. (lc) (Entered: 02/14/2025) |
| 02/14/2025 | 43 | 21 DAY Summons Issued re Complaint (Attorney Civil Case Opening),, 1 as to defendant Phillip Morisky. (lc) (Entered: 02/14/2025) |
| 02/14/2025 | 44 | 21 DAY Summons Issued re Complaint (Attorney Civil Case Opening),, 1 as to defendant Steve Miller. (lc) Modified on 2/21/2025 (lc). (Entered: 02/14/2025) |
| 02/14/2025 | 45 | NOTICE OF DEFICIENCIES in Request to Issue Summons RE: Summons Request 32 . The following error(s) was found: Summons is not directed to the defendant(s). The defendants name must appear in the To:section of the summons. The "TO:" area Names "STEVE MILLER". This individual is NOT a Named defendant in the complaint, thus does not appear on its caption or summons caption. Therefore this summons cannot be issued. The summons cannot be issued until this defect has been corrected. Please correct the defect and re-file your request. (lc) (Entered: 02/14/2025) |
| 02/18/2025 | 46 | Request for Clerk to Issue Summons on Summons Issued 44 , Complaint (Attorney Civil Case Opening),, 1 filed by plaintiff MMAS Research LLC. (Cohen, Michael) (Entered: 02/18/2025) |
| 02/18/2025 | 47 | Request for Clerk to Issue Summons on Notice of Deficiency in Request to Issue Summons,, 45 , Complaint (Attorney Civil Case Opening),, 1 filed by plaintiff MMAS Research LLC. (Cohen, Michael) (Entered: 02/18/2025) |
| 02/18/2025 | 48 | REPORT ON THE FILING OF AN ACTION regarding a copyright (Initial Notification) filed by MMAS Research LLC. (Cohen, Michael) (Entered: 02/18/2025) |
| 02/18/2025 | 49 | ORDER by Judge R. Gary Klausner re Report on Filing of Copyright Action (Initial Notification) 34 . The following document(s) be STRICKEN for failure to comply with the Local Rules, General Order and/or the Courts Case Management Order for the following reason(s): Other error(s) with document(s): Document stricken for the reasons indicated in the Notice to Filer of Deficiencies 36 . Counsel shall refile the document with the correct case number. (jre) (Entered: 02/18/2025) |
| 02/21/2025 | 50 | APPLICATION of Non-Resident Attorney Ronald D. Coleman to Appear Pro Hac Vice on behalf of Plaintiff MMAS Research LLC (Pro Hac Vice Fee - $500.00 Previously Paid on 2/7/2025, Receipt No. 39069819) filed by plaintiff MMAS Research LLC. (Cohen, Michael) (Entered: 02/21/2025) |
| 02/21/2025 | 51 | 21 DAY Summons Issued re Complaint (Attorney Civil Case Opening),, 1 as to defendant Susan Morisky. (lc) (Entered: 02/21/2025) |
| 02/21/2025 | 52 | 21 DAY Summons Issued re Complaint (Attorney Civil Case Opening) 1 as to defendant Weide and Miller LTD. (addressed :Steve Miller1700 S Pavillion Center Dr #700;Las Vegas, Nevada 89135) (lc) (Entered: 02/21/2025) |
| 02/25/2025 | 53 | NOTICE of Deficiency in Electronically Filed Pro Hac Vice Application RE: APPLICATION of Non-Resident Attorney Ronald D. Coleman to Appear Pro Hac Vice on behalf of Plaintiff MMAS Research LLC (Pro Hac Vice Fee - $500.00 Previously Paid |

| | | |
|---|---|---|
| | | on 2/7/2025, Receipt No. 39069819) [50](#) . The following error(s) was/were found: Local Rule 83-2.1.3.3(d) Attached Certificate of Good Standing not issued within 30 days prior to filing of the application. Local Rule 83-2.1.3.3(b) Proposed order not attached. (ak) (Entered: 02/25/2025) |
| 02/26/2025 | [54](#) | Request for Clerk to Issue Summons on Complaint (Attorney Civil Case Opening),, [1](#) filed by plaintiff MMAS Research LLC. (Cohen, Michael) (Entered: 02/26/2025) |
| 02/26/2025 | [55](#) | Request for Clerk to Issue Summons on Complaint (Attorney Civil Case Opening),, [1](#) filed by plaintiff MMAS Research LLC. (Cohen, Michael) (Entered: 02/26/2025) |
| 02/26/2025 | [56](#) | Request for Clerk to Issue Summons on Complaint (Attorney Civil Case Opening),, [1](#) filed by plaintiff MMAS Research LLC. (Cohen, Michael) (Entered: 02/26/2025) |
| 02/26/2025 | [57](#) | Request for Clerk to Issue Summons on Complaint (Attorney Civil Case Opening),, [1](#) filed by plaintiff MMAS Research LLC. (Cohen, Michael) (Entered: 02/26/2025) |
| 02/26/2025 | 58 | (IN CHAMBERS) ORDER by Judge R. Gary Klausner: The APPLICATION of Non-Resident Attorney Ronald D. Coleman to Appear Pro Hac Vice on behalf of Plaintiff MMAS Research LLC [50](#) is hereby DENIED pursuant to the deficiencies indicated in the Notice of Deficiency [53](#) issued on 2/25/2025. IT IS SO ORDERED. THERE IS NO PDF DOCUMENT ASSOCIATED WITH THIS ENTRY. (jre) TEXT ONLY ENTRY (Entered: 02/26/2025) |
| 02/27/2025 | [59](#) | APPLICATION of Non-Resident Attorney Ronald D. Coleman to Appear Pro Hac Vice on behalf of Plaintiff MMAS Research LLC (Pro Hac Vice Fee - $500 Previously Paid on 2/7/2025, Receipt No. 39069819) filed by plaintiff MMAS Research LLC. (Attachments: # [1](#) Proposed Order) (Cohen, Michael) (Entered: 02/27/2025) |
| 02/27/2025 | 60 | ORDER by Judge R. Gary Klausner: granting [59](#) Non-Resident Attorney Ronald D. Coleman APPLICATION to Appear Pro Hac Vice on behalf of plaintiff MMAS Research LLC, designating Michael N. Cohen as local counsel. THERE IS NO PDF DOCUMENT ASSOCIATED WITH THIS ENTRY (ak) (Entered: 02/27/2025) |
| 02/28/2025 | [61](#) | 21 DAY Summons Issued re Complaint (Attorney Civil Case Opening),, [1](#) as to defendant Janssen Japan KK Corporation. (lc) (Entered: 02/28/2025) |
| 02/28/2025 | [62](#) | 21 DAY Summons Issued re Complaint (Attorney Civil Case Opening),, [1](#) as to defendant Janssen Cilag Germany. (lc) (Entered: 02/28/2025) |
| 02/28/2025 | [63](#) | 21 DAY Summons Issued re Complaint (Attorney Civil Case Opening),, [1](#) as to defendant Janssen Cilag Italy. (lc) (Entered: 02/28/2025) |
| 02/28/2025 | [64](#) | 21 DAY Summons Issued re Complaint (Attorney Civil Case Opening),, [1](#) as to defendant Janssen Holding GmBh Actelion. (lc) (Entered: 02/28/2025) |
| 03/13/2025 | [65](#) | Notice of Appearance or Withdrawal of Counsel: for attorney Allison Schall Blanco counsel for Defendant Johnson and Johnson Innovative Medicine. Adding Defendant as counsel of record for Johnson & Johnson Services, Inc. (erroneously sued as "Johnson and Johnson Innovative Medicine") for the reason indicated in the G-123 Notice. Filed by Defendant Johnson & Johnson Services, Inc. (erroneously sued as "Johnson and Johnson Innovative Medicine"). (Attorney Allison Schall Blanco added to party Johnson and Johnson Innovative Medicine(pty:dft))(Blanco, Allison) (Entered: 03/13/2025) |
| 03/13/2025 | [66](#) | EX PARTE APPLICATION to Extend Time to File Answer to 4/17/2025 re Complaint (Attorney Civil Case Opening),, [1](#) filed by Defendant Johnson and Johnson Innovative Medicine. (Attachments: # [1](#) Declaration of Elana Nightingale Dawson, # [2](#) Exhibit A Complaint Served Feb. 25, 2025, # [3](#) Exhibit B March 12, 2025 Email, # [4](#) Proposed Order) (Blanco, Allison) (Entered: 03/13/2025) |

| 03/13/2025 | 67 | PROOF OF SERVICE filed by Defendant Johnson and Johnson Innovative Medicine, re EX PARTE APPLICATION to Extend Time to File Answer to 4/17/2025 re Complaint (Attorney Civil Case Opening),, 1 66 served on March 13, 2025. (Blanco, Allison) (Entered: 03/13/2025) |
|---|---|---|
| 03/13/2025 | 68 | NOTICE of Interested Parties filed by Defendant Johnson and Johnson Innovative Medicine, identifying Johnson & Johnson. (Blanco, Allison) (Entered: 03/13/2025) |
| 03/14/2025 | 69 | ORDER GRANTING DEFENDANT JOHNSON and JOHNSON SERVICES, INC.'S EX PARTE APPLICATION FOR AN ORDER EXTENDING THE TIME TO ANSWER OR OTHERWISE RESPOND TO THE COMPLAINT 66 by Judge R. Gary Klausner Granting 66 EX PARTE APPLICATION: 1. Good cause having been shown, the Ex Parte Application is GRANTED. Defendant Johnson and Johnson Inovative Medicine's deadline to respond to the Complaint is April 17, 2025. (bm) (Entered: 03/18/2025) |
| 03/26/2025 | 70 | NOTICE OF DISMISSAL filed by plaintiff MMAS Research LLC pursuant to FRCP 41a(1) as to Janssen Cilag Germany, Janssen Cilag Italy, Janssen Holding GmBh Actelion, Janssen Japan KK Corporation, Johnson and Johnson Innovative Medicine. (Cohen, Michael) (Entered: 03/26/2025) |
| 05/07/2025 | 71 | (IN CHAMBERS) ORDER TO SHOW CAUSE RE: LACK OF PROSECUTION by Judge R. Gary Klausner. Response to Order to Show Cause due by 5/9/2025. (POS ON ALL REMAINING DEFENDANTS) (jre) (Entered: 05/07/2025) |
| 05/12/2025 | 72 | First EX PARTE APPLICATION for Order to Show Cause re: lack of prosecution filed by plaintiff MMAS Research LLC. (Attachments: # 1 Exhibit Exhibit 1, # 2 Exhibit Exhibit 2, # 3 Exhibit Exhibit 3, # 4 Exhibit Exhibit 4, # 5 Exhibit Exhibit 5, # 6 Exhibit Exhibit 6, # 7 Exhibit Exhibit 7, # 8 Exhibit Exhibit 8) (Cohen, Michael) (Entered: 05/12/2025) |
| 05/13/2025 | 73 | NOTICE TO FILER OF DEFICIENCIES in Electronic Filed Document RE: Plaintiff's First EX PARTE APPLICATION for Order to Show Cause re: lack of prosecution 72 . The following error(s) was/were found: Incorrect event selected. Correct event to be used is: Response. Filing is NOT an EX PARTE APPLICATION... but a Response to OSC. Other error(s) with document(s): Note: To assist in a search for correct events, please use the "SEARCH" option for a "key word" to narrow the selection process. In response to this notice, the Court may: (1) order an amended or correct document to be filed; (2) order the document stricken; or (3) take other action as the Court deems appropriate. You need not take any action in response to this notice unless and until the Court directs you to do so. (lc) (Entered: 05/13/2025) |
| 05/13/2025 | 74 | TEXT ONLY ENTRY AND (IN CHAMBERS) ORDER by Judge R. Gary Klausner: The Court construes the First EX PARTE APPLICATION 72 as a response to the Order to Show Cause 71 issued on 05/07/2025. Defendants MediNeos/IQVIA Holdings Company, Phillip Morisky, and Weide and Miller LTD are hereby dismissed for lack of prosecution. The Order to Show Cause 71 is hereby discharged. IT IS SO ORDERED. THERE IS NO PDF DOCUMENT ASSOCIATED WITH THIS ENTRY. (mal) TEXT ONLY ENTRY (Entered: 05/13/2025) |
| 05/16/2025 | 75 | NOTICE OF CLERICAL ERROR:Text Only Entry. Due to a clerical error, the case was assigned to Magistrate Judge Douglas F. McCormick. The case is returned for random reassignment to Magistrate Judge Steve Kim for all further proceedings. The case will now reflect the initials of the transferee Judge 2:25-cv-01057-RGK-SKx.THERE IS NO PDF DOCUMENT ASSOCIATED WITH THIS ENTRY. (rolm) (Entered: 05/16/2025) |
| 05/21/2025 | 76 | (STRICKEN PER ORDER 78 ) First APPLICATION for Default Judgment against defendant Donald Morisky, Susan Morisky, Morisky Medication Adherence Research LLC, Christopher Austin filed by plaintiff MMAS Research LLC. Application set for |

| | | |
|---|---|---|
| | | hearing on 5/30/2025 at 10:00 AM before Judge R. Gary Klausner. (Cohen, Michael) Modified on 5/22/2025 (mal). (Entered: 05/21/2025) |
| 05/21/2025 | 77 | (STRICKEN PER ORDER 78 ) First APPLICATION for Default Judgment against defendant Donald Morisky, Susan Morisky, Morisky Medication Adherence Research LLC, Christopher Austin filed by plaintiff MMAS Research LLC. Application set for hearing on 5/30/2025 at 10:00 AM before Judge R. Gary Klausner. (Cohen, Michael) Modified on 5/22/2025 (mal). (Entered: 05/21/2025) |
| 05/22/2025 | 78 | ORDER by Judge R. Gary Klausner re First APPLICATION for Default Judgment against defendant Donald Morisky, Susan Morisky, Morisky Medication Adherence Research LLC, Christopher Austin 76 77 . The following document(s) be STRICKEN for failure to comply with the Local Rules, General Order and/or the Courts Case Management Order for the following reason(s): Other error(s) with document(s): Under Rule 55(a), the plaintiff must first request entry of default by the Clerk of Court before seeking a default judgment. (mal) (Entered: 05/22/2025) |
| 05/27/2025 | 79 | (STRICKEN PER ORDER 81 ) NOTICE OF MOTION AND MOTION to Dismiss for Lack of Jurisdiction filed by Defendants Christopher Austin, Donald Morisky, Phillip Morisky, Susan Morisky, Morisky Medication Adherence Research LLC. (Attachments: # 1 Exhibit 1. Letter, # 2 Proposed Order, # 3 Declaration of Susan Morisky, # 4 Declaration of Christopher Austin, # 5 Declaration of Philip Morisky, # 6 Declaration of Donald Morisky) (Attorney Amanda Leigh Bruss added to party Christopher Austin(pty:dft), Attorney Amanda Leigh Bruss added to party Donald Morisky(pty:dft), Attorney Amanda Leigh Bruss added to party Phillip Morisky(pty:dft), Attorney Amanda Leigh Bruss added to party Susan Morisky(pty:dft), Attorney Amanda Leigh Bruss added to party Morisky Medication Adherence Research LLC(pty:dft)) (Bruss, Amanda) Modified on 5/27/2025 (mal). (Entered: 05/27/2025) |
| 05/27/2025 | 80 | DECLARATION of Susan Morisky in support of NOTICE OF MOTION AND MOTION to Dismiss for Lack of Jurisdiction 79 , *corrected declaration* filed by Defendants Donald Morisky, Phillip Morisky, Susan Morisky, Morisky Medication Adherence Research LLC. (Bruss, Amanda) (Entered: 05/27/2025) |
| 05/27/2025 | 81 | ORDER by Judge R. Gary Klausner re NOTICE OF MOTION AND MOTION to Dismiss for Lack of Jurisdiction 79 . The following document(s) be STRICKEN for failure to comply with the Local Rules, General Order and/or the Courts Case Management Order for the following reason(s): Other error(s) with document(s): When filing a motion, the notice of motion must include the date and time of the hearing. Document lacks word count certification in violation of L.R. 11-6.2. Document lacks meet and confer certification in violation of L.R. 7-3. A memorandum that exceeds 10 pages must include a table of contents and a table of authorities. Counsel shall file a corrected motion and related documents within 1 day from the date of this order. (mal) (Entered: 05/27/2025) |
| 05/27/2025 | 82 | Notice of Withdrawal of Motion to Dismiss for Lack of Jurisdiction,,, 79 filed by Defendants Christopher Austin, Donald Morisky, Phillip Morisky, Susan Morisky, Morisky Medication Adherence Research LLC. (Bruss, Amanda) (Entered: 05/27/2025) |

| 05/30/2025 | [83](#) | NOTICE OF MOTION AND MOTION to Dismiss for Lack of Jurisdiction , *Personal Jurisdiction* filed by Defendants Christopher Austin, Donald Morisky, Susan Morisky. Motion set for hearing on 6/30/2025 at 09:00 AM before Judge R. Gary Klausner. (Attachments: # [1](#) Declaration of Amanda Bruss, # [2](#) Exhibit A. to Bruss Declaration, Correspondence, # [3](#) Exhibit B. to Bruss Declaration, Order in MMAS v. Wolverhampton, # [4](#) Declaration of Christopher Austin, # [5](#) Exhibit 1 to Austin Declaration, Austin Letter, # [6](#) Declaration of Susan Morisky, # [7](#) Declaration of Donald Morisky, # [8](#) Proposed Order) (Bruss, Amanda) (Entered: 05/30/2025) |
|---|---|---|
| 05/30/2025 | [84](#) | NOTICE OF MOTION AND MOTION to Dismiss for Lack of Jurisdiction , *Subject Matter Jurisdiction* filed by Defendants Christopher Austin, Donald Morisky, Phillip Morisky, Susan Morisky, Morisky Medication Adherence Research LLC. Motion set for hearing on 6/30/2025 at 09:00 AM before Judge R. Gary Klausner. (Attachments: # [1](#) Declaration of Amanda Bruss, # [2](#) Exhibit A to Bruss Decl. WD Washinton 2nd Amended Counterclaim, # [3](#) Exhibit B. to Bruss Decl. WD Washington Report and Recommentation, # [4](#) Exhibit C. to Bruss Decl. WD Wash. Order, # [5](#) Exhibit D. to Bruss Decl. Wolverhampton Order, # [6](#) Exhibit E. to Bruss Decl. Correspondence with counsel, # [7](#) Proposed Order) (Bruss, Amanda) (Entered: 05/30/2025) |
| 06/02/2025 | [85](#) | NOTICE TO FILER OF DEFICIENCIES in Electronic Filed Document RE: Defendants Christopher Austin, Donald Morisky, Susan Morisky's NOTICE OF MOTION AND MOTION to Dismiss for Lack of Jurisdiction , *Personal Jurisdiction* [83](#) . The following error(s) was/were found: Local Rule 7.1-1 no notice of interested parties. In response to this notice, the Court may: (1) order an amended or correct document to be filed; (2) order the document stricken; or (3) take other action as the Court deems appropriate. You need not take any action in response to this notice unless and until the Court directs you to do so. (lc) (Entered: 06/02/2025) |
| 06/02/2025 | [86](#) | CERTIFICATE of Interested Parties filed by Defendant Christopher Austin, Donald Morisky, Susan Morisky, Morisky Medication Adherence Research LLC, identifying No Corporate Parent or Affiliate, Marty and Philip Morisky are the managing members and owners of Defendant MMAR LLC. (Bruss, Amanda) (Entered: 06/02/2025) |
| 06/11/2025 | [87](#) | FIRST AMENDED COMPLAINT against Defendant All Defendants amending Complaint (Attorney Civil Case Opening),, [1](#) , filed by plaintiff MMAS Research LLC(Cohen, Michael) (Entered: 06/11/2025) |
| 06/16/2025 | 88 | (IN CHAMBERS) ORDER by Judge R. Gary Klausner: The Court is in receipt of Plaintiff's First Amended Complaint [87](#) filed on June 11, 2025. The Court hereby ORDERS the parties each submit a brief, no longer than 3 pages in length, addressing whether the filing of the First Amended Complaint moots Defendants Christopher Austin, Donald Morisky, Phillip Morisky, Susan Morisky, and Morisky Medication Adherence Research LLCs: (1) Motion to Dismiss for Lack of Personal Jurisdiction [DE 83] and (2) Motion to Dismiss for Lack of Subject Matter Jurisdiction [DE 84]. The parties briefs are due by 9:00 AM on June 18, 2025. THERE IS NO PDF DOCUMENT ASSOCIATED WITH THIS ENTRY. (jre) TEXT ONLY ENTRY (Entered: 06/16/2025) |
| 06/17/2025 | [89](#) | RESPONSE filed by Plaintiff MMAS Research LLCto Text Only Scheduling Notice,, 88 (Cohen, Michael) (Entered: 06/17/2025) |
| 06/18/2025 | [90](#) | RESPONSE filed by Defendants Christopher Austin, Donald Morisky, Phillip Morisky, Susan Morisky, Morisky Medication Adherence Research LLCto Text Only Scheduling Notice,, 88 (Attachments: # [1](#) Exhibit A. Summary of Changes)(Bruss, Amanda) (Entered: 06/18/2025) |
| 06/18/2025 | 91 | (IN CHAMBERS) ORDER by Judge R. Gary Klausner: The Motions to Dismiss [83](#) and [84](#) are hereby DENIED AS MOOT. IT IS SO ORDERED. THERE IS NO PDF |

| | | DOCUMENT ASSOCIATED WITH THIS ENTRY. (jre) TEXT ONLY ENTRY (Entered: 06/18/2025) |
|---|---|---|
| 06/24/2025 | 92 | REQUEST TO SUBSTITUTE ATTORNEY Marc E. Hankin and Elodie Marie Bardon in place of attorney Michael Navid Cohen filed by Plaintiff MMAS Research LLC. (Attachments: # 1 Proposed Order) (Attorney Marc E Hankin added to party MMAS Research LLC(pty:pla)) (Hankin, Marc) (Entered: 06/24/2025) |
| 06/27/2025 | 93 | ORDER GRANTING REQUEST TO SUBSTITUTE ATTORNEY Marc E. Hankin and Elodie Marie Bardon in place of attorney Michael Navid Cohen for Plaintiff MMAS Research LLC 92 by Judge R. Gary Klausner. (lc) (Entered: 06/27/2025) |
| 07/01/2025 | 94 | *AMENDED* NOTICE of Interested Parties filed by Plaintiff MMAS Research LLC, identifying MMAS RESEARCH LLC; Morisky Medication Adherence Research LLC; Donald Morisky; Susan Morisky; Phillip Morisky; F. Christopher Austin; Daiichi Sankyo UK Limited; Lifespan Hospitals (Brown University Health); University of British Columbia; Western Ontario University; R. Scott Weide; Chad W. Miller; Mark Zimmerman; IQVIA Holdings Company. (Attachments: # 1 Additional sheet)(Hankin, Marc) (Entered: 07/01/2025) |
| 07/01/2025 | 95 | Request for Clerk to Issue Summons on Amended Complaint/Petition 87 filed by Plaintiff MMAS Research LLC. (Hankin, Marc) (Entered: 07/01/2025) |
| 07/01/2025 | 96 | Request for Clerk to Issue Summons on Amended Complaint/Petition 87 filed by Plaintiff MMAS Research LLC. (Hankin, Marc) (Entered: 07/01/2025) |
| 07/01/2025 | 97 | Request for Clerk to Issue Summons on Amended Complaint/Petition 87 filed by Plaintiff MMAS Research LLC. (Hankin, Marc) (Entered: 07/01/2025) |
| 07/01/2025 | 98 | Request for Clerk to Issue Summons on Amended Complaint/Petition 87 filed by Plaintiff MMAS Research LLC. (Hankin, Marc) (Entered: 07/01/2025) |
| 07/01/2025 | 99 | Request for Clerk to Issue Summons on Amended Complaint/Petition 87 filed by Plaintiff MMAS Research LLC. (Hankin, Marc) (Entered: 07/01/2025) |
| 07/01/2025 | 100 | Request for Clerk to Issue Summons on Amended Complaint/Petition 87 filed by Plaintiff MMAS Research LLC. (Hankin, Marc) (Entered: 07/01/2025) |
| 07/01/2025 | 101 | Request for Clerk to Issue Summons on Amended Complaint/Petition 87 filed by Plaintiff MMAS Research LLC. (Hankin, Marc) (Entered: 07/01/2025) |
| 07/01/2025 | 102 | Request for Clerk to Issue Summons on Amended Complaint/Petition 87 filed by Plaintiff MMAS Research LLC. (Hankin, Marc) (Entered: 07/01/2025) |
| 07/02/2025 | 103 | NOTICE OF DEFICIENCIES in Request to Issue Summons RE: Summons Request 99 , Summons Request 97 , Summons Request 95 , Summons Request 100 , Summons Request 98 , Summons Request 96 , Summons Request 102 , Summons Request 101 . The following error(s) was found: The caption of the summons must match the caption of the complaint verbatim. If the caption is too large to fit in the space provided, enter the name of the first party and then write see attached.Next, attach a face page of the complaint or a second page addendum to the Summons. Summons is not directed to the defendant(s). The defendants name must appear in the To:section of the summons. CLARIFICATION OF THE ABOVE: 1) NO ET ALS PERMITTED ON CAPTION. Caption MUST match the FIRST AMENDED COMPLAINT (to conform to the change/correction of defendants. Please add near the summons title " ON THE FIRST AMENDED COMPLAINT".. The summons cannot be issued until this defect has been corrected. Please correct the defect and re-file your request. (lc) (Entered: 07/02/2025) |

| 07/02/2025 | [104] | Request for Clerk to Issue Summons on Amended Complaint/Petition [87] filed by Plaintiff MMAS Research LLC. (Hankin, Marc) (Entered: 07/02/2025) |
| 07/02/2025 | [105] | Request for Clerk to Issue Summons on Amended Complaint/Petition [87] filed by Plaintiff MMAS Research LLC. (Hankin, Marc) (Entered: 07/02/2025) |
| 07/02/2025 | [106] | Request for Clerk to Issue Summons on Amended Complaint/Petition [87] filed by Plaintiff MMAS Research LLC. (Hankin, Marc) (Entered: 07/02/2025) |
| 07/02/2025 | [107] | Request for Clerk to Issue Summons on Amended Complaint/Petition [87] filed by Plaintiff MMAS Research LLC. (Hankin, Marc) (Entered: 07/02/2025) |
| 07/02/2025 | [108] | Request for Clerk to Issue Summons on Amended Complaint/Petition [87] filed by Plaintiff MMAS Research LLC. (Hankin, Marc) (Entered: 07/02/2025) |
| 07/02/2025 | [109] | Request for Clerk to Issue Summons on Amended Complaint/Petition [87] filed by Plaintiff MMAS Research LLC. (Hankin, Marc) (Entered: 07/02/2025) |
| 07/02/2025 | [110] | Request for Clerk to Issue Summons on Amended Complaint/Petition [87] filed by Plaintiff MMAS Research LLC. (Hankin, Marc) (Entered: 07/02/2025) |
| 07/02/2025 | [111] | Request for Clerk to Issue Summons on Amended Complaint/Petition [87] filed by Plaintiff MMAS Research LLC. (Hankin, Marc) (Entered: 07/02/2025) |
| 07/07/2025 | [112] | 21 DAY Summons Issued re First Amended Complaint/Petition [87] as to defendant IQVIA Holdings Company. (lc) Modified on 7/7/2025 (lc). (Entered: 07/07/2025) |
| 07/07/2025 | [113] | 21 DAY Summons Issued re First Amended Complaint/Petition [87] as to defendant Daiichi Sankyo UK Limited. (lc) (Entered: 07/07/2025) |
| 07/07/2025 | [114] | 21 DAY Summons Issued re First Amended Complaint/Petition [87] as to defendant Lifespan Hospitals (Brown University Health). (lc) (Entered: 07/07/2025) |
| 07/07/2025 | [115] | 21 DAY Summons Issued re First Amended Complaint/Petition [87] as to defendant Mark Zimmerman. (lc) (Entered: 07/07/2025) |
| 07/07/2025 | [116] | 21 DAY Summons Issued re First Amended Complaint/Petition [87] as to defendant R. Scott Weide. (lc) (Entered: 07/07/2025) |
| 07/07/2025 | [117] | 21 DAY Summons Issued re First Amended Complaint/Petition [87] as to defendant University of British Columbia. (lc) (Entered: 07/07/2025) |
| 07/07/2025 | [118] | 21 DAY Summons Issued re First Amended Complaint/Petition [87] as to defendant Western Ontario University. (lc) (Entered: 07/07/2025) |
| 07/07/2025 | [119] | 21 DAY Summons Issued re First Amended Complaint/Petition [87] as to defendant Chad W. Miller. (lc) (Entered: 07/07/2025) |
| 07/07/2025 | [120] | Notice of Appearance or Withdrawal of Counsel: for attorney Allison Schall Blanco counsel for Defendant Johnson and Johnson Innovative Medicine. Allison S. Blanco will no longer receive service of documents from the Clerks Office for the reason indicated in the G-123 Notice. Filed by Defendant Johnson & Johnson Services, Inc. (erroneously sued as "Johnson and Johnson Innovative Medicine"). (Blanco, Allison) (Entered: 07/07/2025) |
| 07/07/2025 | [121] | (STRICKEN PER ORDER [127] ) - Second NOTICE OF MOTION AND MOTION to Dismiss for Lack of Jurisdiction filed by Defendants Christopher Austin, Chad W. Miller, Donald Morisky, Susan Morisky, R. Scott Weide. Motion set for hearing on 8/4/2025 at 09:00 AM before Judge R. Gary Klausner. (Attachments: # [1] Memorandum, # [2] Declaration of R. Scott Weide, # [3] Declaration of Chad Miller, # [4] Declaration of Amanda |

| | | Bruss, # 5 Proposed Order) (Attorney Amanda Leigh Bruss added to party Chad W. Miller(pty:dft), Attorney Amanda Leigh Bruss added to party R. Scott Weide(pty:dft)) (Bruss, Amanda) Modified on 7/11/2025 (jre). (Entered: 07/07/2025) |
|---|---|---|
| 07/07/2025 | 122 | (STRICKEN PER ORDER 127 ) - Second NOTICE OF MOTION AND MOTION to Dismiss Case filed by Defendants Christopher Austin, Chad W. Miller, Donald Morisky, Phillip Morisky, Susan Morisky, Morisky Medication Adherence Research LLC, R. Scott Weide. Motion set for hearing on 8/4/2025 at 09:00 AM before Judge R. Gary Klausner. (Attachments: # 1 Memorandum, # 2 Exhibit 1, # 3 Exhibit 2, # 4 Exhibit 3, # 5 Exhibit 4, # 6 Exhibit 5, # 7 Exhibit 6, # 8 Exhibit 7, # 9 Proposed Order) (Bruss, Amanda) Modified on 7/11/2025 (jre). (Entered: 07/07/2025) |
| 07/09/2025 | 123 | (STRICKEN PER ORDER 127 ) - NOTICE OF ERRATA filed by Defendants Christopher Austin, Chad W. Miller, Donald Morisky, Susan Morisky, R. Scott Weide. correcting Second NOTICE OF MOTION AND MOTION to Dismiss for Lack of Jurisdiction 121 (Attachments: # 1 Corrected Notice of Motion and Motion, # 2 Corrected Memorandum)(Bruss, Amanda) Modified on 7/11/2025 (jre). (Entered: 07/09/2025) |
| 07/09/2025 | 124 | (STRICKEN PER ORDER 127 ) - NOTICE OF ERRATA filed by Defendants Christopher Austin, Chad W. Miller, Donald Morisky, Phillip Morisky, Susan Morisky, Morisky Medication Adherence Research LLC, R. Scott Weide. correcting Second NOTICE OF MOTION AND MOTION to Dismiss Case 122 (Attachments: # 1 Corrected Notice of Motion and Motion, # 2 Corrected Memorandum)(Bruss, Amanda) Modified on 7/11/2025 (jre). (Entered: 07/09/2025) |
| 07/09/2025 | 125 | (STRICKEN PER ORDER 127 ) - DECLARATION of Amanda L. Bruss in support of Second NOTICE OF MOTION AND MOTION to Dismiss Case 122 , Second NOTICE OF MOTION AND MOTION to Dismiss for Lack of Jurisdiction 121 , *Further Declaration Re: L.R. 7-3 Conference of Counsel Prior to Filing of Motions* filed by Defendants Christopher Austin, Chad W. Miller, Donald Morisky, Phillip Morisky, Susan Morisky, Morisky Medication Adherence Research LLC, R. Scott Weide. (Bruss, Amanda) Modified on 7/11/2025 (jre). (Entered: 07/09/2025) |
| 07/09/2025 | 126 | REQUEST for Extension of Time to File Motions to Dismiss filed by Defendants Christopher Austin, Chad W. Miller, Donald Morisky, Phillip Morisky, Susan Morisky, Morisky Medication Adherence Research LLC, R. Scott Weide. (Attachments: # 1 Proposed Order) (Bruss, Amanda) (Entered: 07/09/2025) |
| 07/10/2025 | 127 | ORDER by Judge R. Gary Klausner re Second NOTICE OF MOTION AND MOTION to Dismiss Case 122 , Errata, 124 , Second NOTICE OF MOTION AND MOTION to Dismiss for Lack of Jurisdiction 121 , Errata, 123 , Declaration (Motion related), 125 . The following document(s) be STRICKEN for failure to comply with the Local Rules, General Order and/or the Courts Case Management Order for the following reason(s): Other error(s) with document(s): Motions at 121 and 122 contain incorrect information regarding Judge's location, counsel's phone number. Memorandums to motions contain single spaced text in violation of L.R. 11-3.6. Motions lack compliance with L.R. 7-3. 123 & 124 - Notice of Errata improper medium for filing of amended or corrected motions; 125 - Declaration stricken as moot. (jre) (Entered: 07/11/2025) |
| 07/11/2025 | 128 | (IN CHAMBERS) ORDER by Judge R. Gary Klausner: The Request for Extension of Time to File Motions to Dissmiss 126 is DENIED as moot. THERE IS NO PDF DOCUMENT ASSOCIATED WITH THIS ENTRY. (jre) TEXT ONLY ENTRY (Entered: 07/11/2025) |
| 07/14/2025 | 129 | Renewed NOTICE OF MOTION AND MOTION to Dismiss for Lack of Jurisdiction *Pursuant to Rule 12(b)(2)* filed by Defendants Christopher Austin, Chad W. Miller, Donald Morisky, Susan Morisky, R. Scott Weide. Motion set for hearing on 8/18/2025 at |

| | | 09:00 AM before Judge R. Gary Klausner. (Attachments: # 1 Memorandum, # 2 Declaration of Donald Morisky, # 3 Declaration of Susan Morisky, # 4 Declaration of R. Scott Weide, # 5 Declaration of Chad Miller, # 6 Declaration of F. Christopher Austin, # 7 Exhibit 1. to Declaration of C. Austin, Austin Letter, # 8 Declaration of Amanda Bruss, # 9 Exhibit A. to Bruss Decl. 2nd Amended Answer and Counterclaim in Morisky v. MMAS Research LLC, Case No. 2:21-cv-01301 (W.D. Washington)., # 10 Exhibit B. to Bruss Decl. Report and Recommendation in Morisky v. MMAS Research LLC, Case No. 2:21-cv-01301, # 11 Exhibit C. to Bruss Decl. Order Adopting Report and Recommendation in Morisky v. MMAS Research LLC, Case No. 2:21-cv-01301, # 12 Exhibit D. to Bruss Decl. Correspondence with Counsel, # 13 Exhibit E. to Bruss Decl. Order Granting Motion to Dismiss in MMAS Research LLC v. University of Wolverhampton, # 14 Proposed Order) (Bruss, Amanda) (Entered: 07/14/2025) |
|---|---|---|
| 07/14/2025 | 130 | NOTICE OF MOTION AND MOTION to Dismiss for Lack of Jurisdiction *Pursuant to Rule 12(b)(6)* filed by Defendants Christopher Austin, Chad W. Miller, Donald Morisky, Phillip Morisky, Susan Morisky, Morisky Medication Adherence Research LLC, R. Scott Weide. Motion set for hearing on 8/18/2025 at 09:00 AM before Judge R. Gary Klausner. (Attachments: # 1 Memorandum, # 2 Exhibit 1. CR2A, # 3 Exhibit 2. Austin Letter, # 4 Exhibit 3. 2nd Amended Answer and Counterclaim in Morisky v. MMAS Research LLC, Case No. 2:21-cv-01301 (W.D. Washington), # 5 Exhibit 4. Rept. and Rec. in Morisky v. MMAS Research LLC, Case No. 2:21-cv-01301 (W.D. Washington), # 6 Exhibit 5. Order Granting Rept. and Rec. in Morisky v. MMAS Research LLC, Case No. 2:21-cv-01301 (W.D. Washington), # 7 Exhibit 6. Second Amended Complaint in Morisky v. MMAS Research LLC, Case No. 2:21-cv-01301 (W.D. Washington), # 8 Exhibit 7. Order in MMAS Research LLC v. University of Wolverhampton, # 9 Proposed Order) (Bruss, Amanda) (Entered: 07/14/2025) |
| 07/14/2025 | 131 | NOTICE OF MOTION AND MOTION for Extension of Time to File Motions to Dismiss Pursuant to Rules 12(b)(2) and 12(b)(6) filed by Defendants Christopher Austin, Chad W. Miller, Donald Morisky, Phillip Morisky, Susan Morisky, Morisky Medication Adherence Research LLC, R. Scott Weide. Motion set for hearing on 8/18/2025 at 09:00 AM before Judge R. Gary Klausner. (Attachments: # 1 Proposed Order) (Bruss, Amanda) (Entered: 07/14/2025) |
| 07/15/2025 | 132 | NOTICE TO FILER OF DEFICIENCIES in Electronic Filed Document RE: Proposed Order ONLY to the NOTICE OF MOTION AND MOTION for Extension of Time to File Motions to Dismiss Pursuant to Rules 12(b)(2) and 12(b)(6)[131-1]. The following error(s) was/were found: L.R. 58-10 at least 2 lines of text must accompany the Signature Line for Signature of Judge on a last page of proposed order In response to this notice, the Court may: (1) order an amended or correct document to be filed; (2) order the document stricken; or (3) take other action as the Court deems appropriate. You need not take any action in response to this notice unless and until the Court directs you to do so. (lc) (Entered: 07/15/2025) |
| 07/18/2025 | 133 | ORDER SETTING SCHEDULING CONFERENCE by Judge R. Gary Klausner. Rule 26 Meeting Report due by 8/18/2025. Scheduling Conference set for 8/25/2025 at 09:00 AM before Judge R. Gary Klausner. (jre) (Entered: 07/18/2025) |
| 07/28/2025 | 134 | MEMORANDUM in Opposition to NOTICE OF MOTION AND MOTION for Extension of Time to File Motions to Dismiss Pursuant to Rules 12(b)(2) and 12(b)(6) 131 filed by Plaintiff MMAS Research LLC. (Attachments: # 1 Declaration of Marc E. Hankin)(Hankin, Marc) (Entered: 07/28/2025) |
| 07/28/2025 | 135 | MEMORANDUM in Opposition to Renewed NOTICE OF MOTION AND MOTION to Dismiss for Lack of Jurisdiction *Pursuant to Rule 12(b)(2)* 129 filed by Plaintiff MMAS Research LLC. (Attachments: # 1 Declaration of Patricia L. Ray, # 2 Declaration of Marc |

| | | E. Hankin, # 3 Exhibit 1. Randal Scott Weide # 155998 - Attorney Licensee Search, # 4 Exhibit 2. Chad William Miller # 185889 - Attorney Licensee Search, # 5 Exhibit 3. Docket for Lightside Technologies LLC v. Westinghouse Electronics LLC, # 6 Exhibit 4. Docket for Solarflare Communications Inc v. Solarflare Networks Inc et al, # 7 Exhibit 5. Kings College Dismissal and Stipulation, # 8 Exhibit 6. Susan Morisky Email)(Hankin, Marc) (Entered: 07/28/2025) |
|---|---|---|
| 07/28/2025 | 136 | MEMORANDUM in Opposition to NOTICE OF MOTION AND MOTION to Dismiss for Lack of Jurisdiction *Pursuant to Rule 12(b)(6)* 130 filed by Plaintiff MMAS Research LLC. (Attachments: # 1 Declaration of Patricia L. Ray)(Hankin, Marc) (Entered: 07/28/2025) |
| 07/30/2025 | 137 | PROOF OF SERVICE Executed by Plaintiff MMAS Research LLC, upon Defendant Daiichi Sankyo UK Limited served on 7/25/2025, answer due 8/15/2025. Service of the Summons and Complaint were executed upon Renate Hassell, Receptionist in compliance with Federal Rules of Civil Procedure by service on a domestic corporation, unincorporated association, or public entity (Hankin, Marc) (Entered: 07/30/2025) |
| 07/30/2025 | 138 | PROOF OF SERVICE Executed by Plaintiff MMAS Research LLC, upon Defendant Western Ontario University served on 7/28/2025, answer due 8/18/2025. Service of the Summons and Complaint were executed upon Sarah Richardson - Employee - authorized to Accept in compliance with Federal Rules of Civil Procedure by service on a domestic corporation, unincorporated association, or public entity (Hankin, Marc) (Entered: 07/30/2025) |
| 08/04/2025 | 139 | REPLY in support of NOTICE OF MOTION AND MOTION for Extension of Time to File Motions to Dismiss Pursuant to Rules 12(b)(2) and 12(b)(6) 131 filed by Defendants Christopher Austin, Chad W. Miller, Donald Morisky, Phillip Morisky, Susan Morisky, Morisky Medication Adherence Research LLC, R. Scott Weide. (Bruss, Amanda) (Entered: 08/04/2025) |
| 08/04/2025 | 140 | REPLY in support of Renewed NOTICE OF MOTION AND MOTION to Dismiss for Lack of Jurisdiction *Pursuant to Rule 12(b)(2)* 129 filed by Defendants Christopher Austin, Chad W. Miller, Donald Morisky, Susan Morisky, R. Scott Weide. (Bruss, Amanda) (Entered: 08/04/2025) |
| 08/04/2025 | 141 | REPLY in support of NOTICE OF MOTION AND MOTION to Dismiss for Lack of Jurisdiction *Pursuant to Rule 12(b)(6)* 130 filed by Defendants Christopher Austin, Chad W. Miller, Donald Morisky, Phillip Morisky, Susan Morisky, Morisky Medication Adherence Research LLC, R. Scott Weide. (Bruss, Amanda) (Entered: 08/04/2025) |
| 08/05/2025 | 142 | ORDER RE TRANSFER to this Court's General Order in the Matter of Assignment of Cases and Duties to the District Judges. (Related Case) filed. Transfer of case declined by Judge Andre Birotte Jr, for the reasons set forth on this order. Related Case No. 2:22-cv-05141 AB (JCx) (lh) (Entered: 08/05/2025) |
| 08/06/2025 | 143 | PROOF OF SERVICE Executed by Plaintiff MMAS Research LLC, upon Defendant Mark Zimmerman served on 8/5/2025, answer due 8/26/2025. Service of the Summons and Complaint were executed upon Jane Doe - refused name - Receptionist in compliance with Federal Rules of Civil Procedure by personal service (Hankin, Marc) (Entered: 08/06/2025) |
| 08/06/2025 | 144 | Notice of Appearance or Withdrawal of Counsel: for attorney Ramsey M Al-Salam counsel for Defendants University of British Columbia, Western Ontario University. Adding Ramsey Al-Salam as counsel of record for Defendants University of British Columbia and Western Ontario University for the reason indicated in the G-123 Notice. Filed by Defendants University of British Columbia and Western Ontario University. (Attorney Ramsey M Al-Salam added to party University of British Columbia(pty:dft), |

| | | Attorney Ramsey M Al-Salam added to party Western Ontario University(pty:dft))(Al-Salam, Ramsey) (Entered: 08/06/2025) |
|---|---|---|
| 08/06/2025 | 145 | STIPULATION Extending Time to Answer the complaint as to Western Ontario University answer now due 9/8/2025; University of British Columbia answer now due 9/8/2025, re Amended Complaint/Petition 87 , STIPULATION for Extension of Time to File Answer to 09/08/2025 re Amended Complaint/Petition 87 filed by defendants Western Ontario University; University of British Columbia. (Attachments: # 1 Proposed Order, # 2 Declaration of Ramsey Al-Salam)(Attorney Katherine M. Dugdale added to party University of British Columbia(pty:dft), Attorney Katherine M. Dugdale added to party Western Ontario University(pty:dft))(Dugdale, Katherine) (Entered: 08/06/2025) |
| 08/07/2025 | 146 | STIPULATION Extending Time to Answer the complaint as to Daiichi Sankyo UK Limited answer now due 9/15/2025, re Complaint (Attorney Civil Case Opening),, 1 filed by Defendant Daiichi Sankyo UK Limited.(Attorney Michael L. Turrill added to party Daiichi Sankyo UK Limited(pty:dft))(Turrill, Michael) (Entered: 08/07/2025) |
| 08/07/2025 | 147 | PROOF OF SERVICE Executed by Plaintiff MMAS Research LLC, upon Defendant University of British Columbia served on 7/29/2025, answer due 9/8/2025. Service of the Summons and Complaint were executed upon Selin Ozbay - Admin Assistant in compliance with Federal Rules of Civil Procedure by service on a domestic corporation, unincorporated association, or public entity (Hankin, Marc) (Entered: 08/07/2025) |
| 08/12/2025 | 148 | ORDER RE STIPULATION TO EXTEND TIME TO RESPOND TO FIRST AMENDED COMPLAINT 145 by Judge R. Gary Klausner: The deadline for Defendants University of British Columbia and Western Ontario University to respond to the First Amended Complaint is continued to September 8, 2025. (lc) (Entered: 08/12/2025) |
| 08/14/2025 | 149 | SCHEDULING NOTICE TO ALL PARTIES AND ORDER (IN CHAMBERS) by Judge R. Gary Klausner: The Motion to Extend Time 131 ; Rule 12(b)(2) Motion to Dismiss 129 ; and Rule 12(b)(6) MOTION to Dismiss for Lack of Jurisdiction Pursuant to 130 , calendared for hearing on 8/18/2025, have been taken under submission and off the motion calendar. No appearances by counsel are necessary. The Court will issue a ruling after full consideration of properly submitted pleadings. THERE IS NO PDF DOCUMENT ASSOCIATED WITH THIS ENTRY. (jre) TEXT ONLY ENTRY (Entered: 08/14/2025) |
| 08/18/2025 | 150 | JOINT REPORT Rule 26(f) Discovery Plan ; estimated length of trial 4 to 8 days, filed by Plaintiff MMAS Research LLC.. (Hankin, Marc) (Entered: 08/18/2025) |
| 08/25/2025 | 151 | Notice of Appearance or Withdrawal of Counsel: for attorney James Timothy Ryan counsel for Defendants Christopher Austin, Chad W. Miller, Donald Morisky, Phillip Morisky, Susan Morisky, Morisky Medication Adherence Research LLC, R. Scott Weide. Adding James T. Ryan as counsel of record for Defendants Dr. Donald Morisky, Morisky Medication Adherence Research LLC, Susan Morisky, Philip Morisky, F. Christopher Austin, R. Scott Weide, Chad W. Miller for the reason indicated in the G-123 Notice. Filed by Defendants Dr. Donald Morisky, Morisky Medication Adherence Research LLC, Susan Morisky, Philip Morisky, F. Christopher Austin, R. Scott Weide, Chad W. Miller. (Attorney James Timothy Ryan added to party Christopher Austin(pty:dft), Attorney James Timothy Ryan added to party Chad W. Miller(pty:dft), Attorney James Timothy Ryan added to party Donald Morisky(pty:dft), Attorney James Timothy Ryan added to party Phillip Morisky(pty:dft), Attorney James Timothy Ryan added to party Susan Morisky(pty:dft), Attorney James Timothy Ryan added to party Morisky Medication Adherence Research LLC(pty:dft), Attorney James Timothy Ryan added to party R. Scott Weide(pty:dft))(Ryan, James) (Entered: 08/25/2025) |

| 08/25/2025 | 152 | ORDER FOR JURY TRIAL by Judge R. Gary Klausner. Pretrial Conference set for 3/23/2026 09:00 AM before Judge R. Gary Klausner. Jury Trial set for 4/7/2026 09:00 AM before Judge R. Gary Klausner. (jre) (Entered: 08/25/2025) |
| 08/25/2025 | 153 | ORDER/REFERRAL to ADR Procedure No 1 by Judge R. Gary Klausner. Case ordered to Magistrate Judge Steve Kim for Settlement Conference. ADR Proceeding to be held no later than February 6, 2026. (jre) (Entered: 08/25/2025) |
| 08/25/2025 | 154 | MINUTES OF Scheduling Conference held before Judge R. Gary Klausner. The Court sets the following dates: Jury Trial - April 7, 2026, at 9:00 a.m.;Pretrial Conference: March 23, 2026, at 9:00 a.m.; Motion Cut-Off Date (last day to file): January 23, 2026; Discovery Cut-Off Date: January 9, 2026; Last day to amend the complaint or add parties is September 20, 2025. The parties shallparticipate in ADR Settlement Procedure No. 1. Defendant Daiichi Sankyo UK Limited's motion for an extension of time to provide initial disclosures is denied. Court Reporter: Marea Woolrich. (lc) (Entered: 08/25/2025) |
| 08/25/2025 | 155 | Notice of Appearance or Withdrawal of Counsel: for attorney Michael L. Turrill counsel for Defendant Daiichi Sankyo UK Limited. Adding Theresa Luk as counsel of record for Daiichi Sankyo UK Limited for the reason indicated in the G-123 Notice. Filed by Defendant Daiichi Sankyo UK Limited. (Turrill, Michael) (Entered: 08/25/2025) |
| 08/25/2025 | 156 | MINUTES (IN CHAMBERS) by Judge R. Gary Klausner: Order Re: Defendants Christopher Austin, Chad W. Miller, Donald Morisky, Susan Morisky, and R. Scott Weide's Motion to Dismiss for Lack of Jurisdiction Pursuant to Rule 12(b)(2) 129 ; Defendants Christopher Austin, Chad W. Miller, Donald Morisky, PhillipMorisky, Susan Morisky, Morisky Medication Adherence Research LLC, and R. Scott Weide's Motion to Dismiss for Lack of Jurisdiction Pursuant to Rule 12(b)(6) 130 ; Defendants Christopher Austin, Chad W. Miller, Donald Morisky, Phillip Morisky, Susan Morisky, Morisky Medication Adherence Research LLC, and R. Scott Weide's Motion for Extension of Time to File Motions to Dismiss Pursuant to Rules 12(b)(2) and 12(b)(6) 131 . The Court GRANTS Defendants' Motion for Extension of Time to File Motions to Dismiss and considers the Motions to Dismiss as timely. The Court GRANTS Defendants' Motion to Dismiss Pursuant to Rule 12(b)(6), and DISMISSES Plaintiff's claims against Defendants Christopher Austin, Chad W. Miller, Donald Morisky, Phillip Morisky, Susan Morisky, Morisky Medication Adherence Research LLC, and R. Scott Weide without prejudice. The Court DENIES Defendants' Motion to Dismiss Pursuant to Rule 12(b)(2) as moot. (lc) (Entered: 08/26/2025) |
| 08/27/2025 | 157 | (IN CHAMBERS) ORDER TO SHOW CAUSE RE: LACK OF PROSECUTION by Judge R. Gary Klausner. Response to Order to Show Cause due by 8/29/2025. (Proper Service of Mark Zimmerman) (jre) (Entered: 08/27/2025) |
| 08/29/2025 | 158 | REQUEST for Clerk to Enter Default against Defendant Mark Zimmerman filed by Plaintiff MMAS Research LLC. (Attachments: # 1 Declaration of Marc E. Hankin, Exhibits 1 and 2) (Hankin, Marc) (Entered: 08/29/2025) |
| 08/29/2025 | 159 | NOTICE OF MOTION AND MOTION for Order for Alternative Service Of Process Upon Defendant IQVIA Holdings Company filed by Plaintiff MMAS Research LLC. Motion set for hearing on 9/29/2025 at 09:00 AM before Judge R. Gary Klausner. (Attachments: # 1 Memorandum, # 2 Declaration of Marc E. Hankin and Exhibits 1-4, # 3 Proposed Order) (Hankin, Marc) (Entered: 08/29/2025) |
| 09/02/2025 | 160 | (VACATED PER 12/2/2025 ORDER DOCKET NO.181).DEFAULT BY CLERK F.R.Civ.P.55(a) as to Mark Zimmerman, on the First Amended Complaint (lc) Modified on 12/3/2025 (lc). (Entered: 09/02/2025) |

| 09/04/2025 | [161] | NOTICE OF DISMISSAL filed by Plaintiff MMAS Research LLC pursuant to FRCP 41a(1) as to Lifespan Hospitals (Brown University Health). (Hankin, Marc) (Entered: 09/04/2025) |
| 09/08/2025 | [162] | ANSWER to Amended Complaint/Petition [87] *University of British Columbia's Answer and Defenses to First Amended Complaint* filed by Defendant University of British Columbia.(Al-Salam, Ramsey) (Entered: 09/08/2025) |
| 09/08/2025 | [163] | ANSWER to Amended Complaint/Petition [87] *University of Western Ontario's Answer and Defenses to First Amended Complaint* filed by Defendant Western Ontario University. (Al-Salam, Ramsey) (Entered: 09/08/2025) |
| 09/09/2025 | [164] | CERTIFICATE of Interested Parties filed by Defendant University of British Columbia, identifying None. (Al-Salam, Ramsey) (Entered: 09/09/2025) |
| 09/09/2025 | [165] | CERTIFICATE of Interested Parties filed by Defendant Western Ontario University, identifying None. (Al-Salam, Ramsey) (Entered: 09/09/2025) |
| 09/15/2025 | [166] | (STRICKEN PER ORDER [169] ) - NOTICE OF MOTION AND MOTION to Dismiss Case filed by Defendant Daiichi Sankyo UK Limited. Motion set for hearing on 10/27/2025 at 09:00 AM before Judge R. Gary Klausner. (Attachments: # [1] Proposed Order) (Turrill, Michael) Modified on 9/17/2025 (jre). (Entered: 09/15/2025) |
| 09/16/2025 | [167] | NOTICE TO FILER OF DEFICIENCIES in Electronic Filed Document RE: Daiichi Sankyo UK Limited's NOTICE OF MOTION AND MOTION to Dismiss Case [166] . The following error(s) was/were found: Local Rule 7.1-1 no notice of interested parties. In response to this notice, the Court may: (1) order an amended or correct document to be filed; (2) order the document stricken; or (3) take other action as the Court deems appropriate. You need not take any action in response to this notice unless and until the Court directs you to do so. (lc) (Entered: 09/16/2025) |
| 09/16/2025 | [168] | RESPONSE BY THE COURT TO NOTICE TO FILER OF DEFICIENCIES IN MOTION to Dismiss Case [166] by Judge R. Gary Klausner. A notice of interested parties shall be filed no later than 5 days from entry of this Order. (jre) (Entered: 09/16/2025) |
| 09/17/2025 | [169] | ORDER by Judge R. Gary Klausner re NOTICE OF MOTION AND MOTION to Dismiss Case [166] . The following document(s) be STRICKEN for failure to comply with the Local Rules, General Order and/or the Courts Case Management Order for the following reason(s): Other error(s) with document(s): Memorandum contains single spaced text in violation of L.R. 11-3.6. Counsel shall have 1 day from the date of this order to file a corrected motion and associated documents. (jre) (Entered: 09/17/2025) |
| 09/17/2025 | [170] | *CERTIFICATION AND* NOTICE of Interested Parties filed by Defendant Daiichi Sankyo UK Limited, identifying Daiichi Sankyo Northern Europe GmbH, Daiichi Sankyo Europe GmbH, Daiichi Sankyo Company Ltd. Japan. (Turrill, Michael) (Entered: 09/17/2025) |
| 09/18/2025 | [171] | NOTICE OF MOTION AND MOTION to Dismiss First Amended Complaint filed by Defendant Daiichi Sankyo UK Limited. Motion set for hearing on 10/20/2025 at 09:00 AM before Judge R. Gary Klausner. (Turrill, Michael) (Entered: 09/18/2025) |
| 09/19/2025 | [172] | NOTICE OF DISMISSAL filed by Plaintiff MMAS Research LLC pursuant to FRCP 41a(1) as to IQVIA Holdings Company. (Hankin, Marc) (Entered: 09/20/2025) |
| 09/22/2025 | [173] | NOTICE OF DISMISSAL filed by Plaintiff MMAS Research LLC pursuant to FRCP 41a(1) as to Daiichi Sankyo UK Limited. (Hankin, Marc) (Entered: 09/22/2025) |
| 10/20/2025 | [174] | NOTICE OF MOTION AND MOTION to Set Aside Default Re: Clerks Entry of Default (CV-37) - optional html form [160] . filed by Defendant Mark Zimmerman. Motion set for hearing on 11/24/2025 at 09:00 AM before Judge R. Gary Klausner. (Attachments: # [1] |

| | | Declaration Of Edwin F. McPherson In Support Of Motion Of Defendant Mark Zimmerman To Set Aside Entry Of Default, # 2 Exhibit A to Declaration of Edwin F. McPherson, # 3 Exhibit B to Declaration of Edwin F. McPherson, # 4 Exhibit C to Declaration of Edwin F. McPherson, # 5 Exhibit D to Declaration of Edwin F. McPherson, # 6 Exhibit E to Declaration of Edwin F. McPherson, # 7 Exhibit F to Declaration of Edwin F. McPherson, # 8 Declaration of Mark Zimmerman In Support Of Motion Of Defendant Mark Zimmerman To Set Aside Entry Of Default, # 9 Exhibit G to Declaration of Mark Zimmerman, # 10 Exhibit H to Declaration of Mark Zimmerman, # 11 Proposed Order Granting Motion Of Defendant Mark Zimmerman To Set Aside Entry Of Default) (Attorney Edwin F. McPherson added to party Mark Zimmerman(pty:dft)) (McPherson, Edwin) (Entered: 10/20/2025) |
|---|---|---|
| 10/20/2025 | 175 | *CERTIFICATION AND* NOTICE of Interested Parties filed by Defendant Mark Zimmerman, (McPherson, Edwin) (Entered: 10/20/2025) |
| 11/12/2025 | 176 | (STRICKEN PER ORDER 178 ) - NOTICE OF MOTION AND MOTION for Order for Alternative Service Of Process Upon Defendant Mark Zimmerman filed by Plaintiff MMAS Research LLC. Motion set for hearing on 12/15/2025 at 09:00 AM before Judge R. Gary Klausner. (Attachments: # 1 Memorandum, # 2 Declaration of Marc E. Hankin and Exhibits 1 to 3, # 3 Proposed Order) (Hankin, Marc) Modified on 11/13/2025 (jre). (Entered: 11/12/2025) |
| 11/12/2025 | 177 | NOTICE OF NON-OPPOSITION to NOTICE OF MOTION AND MOTION to Set Aside Default Re: Clerks Entry of Default (CV-37) - optional html form 160 . 174 filed by Plaintiff MMAS Research LLC. (Hankin, Marc) (Entered: 11/12/2025) |
| 11/13/2025 | 178 | ORDER by Judge R. Gary Klausner re NOTICE OF MOTION AND MOTION for Order for Alternative Service Of Process Upon Defendant Mark Zimmerman 176 . The following document(s) be STRICKEN for failure to comply with the Local Rules, General Order and/or the Courts Case Management Order for the following reason(s): Other error(s) with document(s): Motion premature. Defendant in default. Default has not been set aside. Motion to set aside default pending. (jre) (Entered: 11/13/2025) |
| 11/20/2025 | 179 | SCHEDULING NOTICE TO ALL PARTIES AND ORDER (IN CHAMBERS) by Judge R. Gary Klausner: Defendant Mark Zimmerman's Motion to Set Aside Clerk's Entry of Default 174 , calendared for hearing on 11/24/2025, has been taken under submission and off the motion calendar. No appearances by counsel are necessary. The Court will issue a ruling after full consideration of properly submitted pleadings. THERE IS NO PDF DOCUMENT ASSOCIATED WITH THIS ENTRY. (jre) TEXT ONLY ENTRY (Entered: 11/20/2025) |
| 11/24/2025 | 180 | NOTICE OF MOTION AND MOTION to Dismiss for Lack of Jurisdiction *or in the Alternative to Dismiss or Stay Under the First-to-File Rule* filed by Defendant University of Western Ontario Western Ontario University. Motion set for hearing on 12/22/2025 at 09:00 AM before Judge R. Gary Klausner. (Attachments: # 1 Memorandum iso Motion to Dismiss or Stay, # 2 Declaration of Ramsey Al-Salam, # 3 Declaration of Paul Eluchok, # 4 Proposed Order) (Al-Salam, Ramsey) (Entered: 11/24/2025) |
| 12/02/2025 | 181 | ORDER GRANTING MOTION OF DEFENDANT MARK ZIMMERMAN TO SET ASIDE ENTRY OF DEFAULT AND THAT DEFENDANT FILE A RESPONSIVE PLEADING TO THE FIRST AMENDED COMPLAINT BY DECEMBER 12, 2025 174 by Judge R. Gary Klausner. (lc) (Entered: 12/03/2025) |
| 12/03/2025 | 182 | MEMORANDUM in Opposition to NOTICE OF MOTION AND MOTION to Dismiss for Lack of Jurisdiction *or in the Alternative to Dismiss or Stay Under the First-to-File Rule* 180 filed by Plaintiff MMAS Research LLC. (Attachments: # 1 Declaration of Marc |

| | | E. Hankin, # 2 Exhibit 001 - Email correspondence between counsel, # 3 Exhibit 002 - Notice CMECF)(Hankin, Marc) (Entered: 12/03/2025) |
|---|---|---|
| 12/03/2025 | 183 | NOTICE OF MOTION AND MOTION for Extension of Time to File Opposition to Motion to Dismiss filed by Plaintiff MMAS Research LLC. Motion set for hearing on 1/5/2026 at 09:00 AM before Judge R. Gary Klausner. (Attachments: # 1 Proposed Order) (Hankin, Marc) (Entered: 12/03/2025) |
| 12/04/2025 | 184 | SCHEDULING NOTICE TO ALL PARTIES AND ORDER (IN CHAMBERS) by Judge R. Gary Klausner: The MOTION for Extension of Time to File Opposition to Motion to Dismiss 183 should have been filed as an ex parte application. Construed as such, defendant has until 12/5/2025, at 10:00 a.m., to file an opposition. THERE IS NO PDF DOCUMENT ASSOCIATED WITH THIS ENTRY. (jre) TEXT ONLY ENTRY (Entered: 12/04/2025) |
| 12/04/2025 | 185 | NOTICE OF NON-OPPOSITION to NOTICE OF MOTION AND MOTION for Extension of Time to File Opposition to Motion to Dismiss 183 filed by Defendant Western Ontario University. (Al-Salam, Ramsey) (Entered: 12/04/2025) |
| 12/05/2025 | 186 | REPLY in support NOTICE OF MOTION AND MOTION to Dismiss for Lack of Jurisdiction *or in the Alternative to Dismiss or Stay Under the First-to-File Rule* 180 filed by Defendant Western Ontario University. (Attachments: # 1 Declaration of James E. Calvin, Jr.)(Al-Salam, Ramsey) (Entered: 12/05/2025) |
| 12/05/2025 | 187 | ORDER GRANTING PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO FILE OPPOSITION TO MOTION TO DISMISS 183 by Judge R. Gary Klausner: 1. Plaintiffs Motion is GRANTED. 2. The Opposition to Motion to Dismiss filed at Dkt. No. 182 is deemed timely filed. (lc) (Entered: 12/05/2025) |
| 12/08/2025 | 188 | NOTICE OF MOTION AND MOTION to Dismiss Case *or in the Alternative, Stay Under the First-to-File Rule* filed by defendant University of British Columbia. Motion set for hearing on 1/5/2026 at 09:00 AM before Judge R. Gary Klausner. (Attachments: # 1 Memorandum in Support of Defendant University of British Columbia's Motion to Dismiss or in the Alternative Stay Under the First-to-File Rule, # 2 Declaration of Ramsey Al-Salam, # 3 Proposed Order) (Al-Salam, Ramsey) (Entered: 12/08/2025) |
| 12/11/2025 | 189 | REQUEST FOR JUDICIAL NOTICE *OF RECENT DECISIONS IN RELATED CASES* filed by Plaintiff MMAS Research LLC. (Hankin, Marc) (Entered: 12/11/2025) |
| 12/12/2025 | 190 | NOTICE OF MOTION AND MOTION to Dismiss for Lack of Jurisdiction *and the First-Filed Rule* filed by Defendant Mark Zimmerman. Motion set for hearing on 1/20/2026 at 09:00 AM before Judge R. Gary Klausner. (Attachments: # 1 Declaration of Gabriel Henriquez, # 2 Declaration of Mark Zimmerman, M.D., # 3 Proposed Order) (McPherson, Edwin) (Entered: 12/12/2025) |
| 12/12/2025 | 191 | REQUEST FOR JUDICIAL NOTICE re NOTICE OF MOTION AND MOTION to Dismiss for Lack of Jurisdiction *and the First-Filed Rule* 190 filed by Defendant Mark Zimmerman. (Attachments: # 1 Exhibit 1 - Complaint In Western District of Washington Action, # 2 Exhibit 2 - Revised Order Setting Trial)(McPherson, Edwin) (Entered: 12/12/2025) |
| 12/12/2025 | 192 | Notice of Appearance or Withdrawal of Counsel: for attorney Gabriel Henriquez counsel for Defendant Mark Zimmerman. Adding Gabriel Henriquez as counsel of record for Mark Zimmerman for the reason indicated in the G-123 Notice. Filed by Defendant Mark Zimmerman. (Attorney Gabriel Henriquez added to party Mark Zimmerman(pty:dft)) (Henriquez, Gabriel) (Entered: 12/12/2025) |

| 12/15/2025 | 193 | MEMORANDUM in Opposition to NOTICE OF MOTION AND MOTION to Dismiss Case *or in the Alternative, Stay Under the First-to-File Rule* 188 filed by Plaintiff MMAS Research LLC. (Hankin, Marc) (Entered: 12/15/2025) |
| --- | --- | --- |
| 12/17/2025 | 194 | SCHEDULING NOTICE TO ALL PARTIES AND ORDER (IN CHAMBERS) by Judge R. Gary Klausner: Defendant University of Western Ontario's Motion to Dismiss for Lack of Jurisdiction or in the Alternative to Dismiss or Stay Under the First-to-File Rule 180 , calendared for hearing on 12/22/2025, has been taken under submission and off the motion calendar. No appearances by counsel are necessary. The Court will issue a ruling after full consideration of properly submitted pleadings. THERE IS NO PDF DOCUMENT ASSOCIATED WITH THIS ENTRY. (jre) TEXT ONLY ENTRY (Entered: 12/17/2025) |
| 12/18/2025 | 195 | REPLY in support NOTICE OF MOTION AND MOTION to Dismiss Case *or in the Alternative, Stay Under the First-to-File Rule* 188 filed by Defendant University of British Columbia. (Al-Salam, Ramsey) (Entered: 12/18/2025) |
| 12/23/2025 | 196 | SCHEDULING NOTICE TO ALL PARTIES AND ORDER (IN CHAMBERS) by Judge R. Gary Klausner: Defendant University of British Columbia's Motion to Dismiss Case 188 , calendared for hearing on 01/05/2026, has been taken under submission and off the motion calendar. No appearances by counsel are necessary. The Court will issue a ruling after full consideration of properly submitted pleadings. THERE IS NO PDF DOCUMENT ASSOCIATED WITH THIS ENTRY. (jre) TEXT ONLY ENTRY (Entered: 12/23/2025) |
| 12/30/2025 | 197 | MEMORANDUM in Opposition to NOTICE OF MOTION AND MOTION to Dismiss for Lack of Jurisdiction *and the First-Filed Rule* 190 filed by Plaintiff MMAS Research LLC. (Attachments: # 1 Declaration of Marc E. Hankin, # 2 Declaration of Elodie Bardon)(Hankin, Marc) (Entered: 12/30/2025) |
| 01/05/2026 | 198 | REPLY IN SUPPORT OF NOTICE OF MOTION AND MOTION to Dismiss for Lack of Jurisdiction *and the First-Filed Rule* 190 filed by Defendant Mark Zimmerman. (McPherson, Edwin) (Entered: 01/05/2026) |
| 01/08/2026 | 199 | IN CHAMBERS ORDER by Judge R. Gary Klausner: Order Re: Defendant Western Ontario University's Motion to Dismiss 180 . Presently before the Court is Western Ontario's Motion to Dismiss for Lack of Jurisdiction or, in the alternative, to Dismiss or Stay Under the First-to-File Rule. The CourtGRANTS the Motion to Dismiss (SEE DOCUMENT FOR SPECIFICS AS DISCUSSED HEREIN). (lc) (Entered: 01/08/2026) |
| 01/08/2026 | 200 | IN CHAMBERS ORDER by Judge R. Gary Klausner: Order Re: Defendant University of British Columbia's Motion to Dismiss 188 . The Court GRANTS UBC' s Motion to Dismiss and DISMISSES Plaintiff's claims against UBC without prejudice (SEE DOCUMENT FOR SPECIFICS AS DISCUSSED HEREIN). (lc) (Entered: 01/08/2026) |
| 01/08/2026 | 201 | IN CHAMBERS ORDER by Judge R. Gary Klausner:Order Re: Order to Show Cause Why First-To-File Doctrine Does Not Apply.On February 6, 2025, MMAS Research LLC ("Plaintiff") initiated this action. (ECF No. 1.) On June 11, 2025, Plaintiff filed the operative First Amended Complaint ("FAC") against MoriskyMedication Adherence Reseaich LLC, R. Scott Weide, Chad W. Miller, F. Christopher Austin, Donald Morisky, Susan Morisky, Phillip Morisky, Mark Zirmnennan, IQVIA Holdings Inc., Daiichi Sankyo UK Limited, Lifespan Hospitals, University of British Columbia, Jaines E. Calvin, and Western OntarioUniversity (collectively, "Defendants"). (ECF No. 87.) Plaintiff asserts five causes of action: (1) breach of contract; (2) violation of the Digital Millenium Copyright Act ("DMCA"); (3) trade secret misappropriation under the Defend Trade Secrets Act ("DTSA"); (4) willful statuto1y copyright infringement; and (5) intentional interference with contractual relations and business expectancy.Since then, the |

| | | Comi has dismissed several Defendants from this action, finding that the first-to-file doctrine applied. (See, e.g., ECF No. 156.) Accordingly, the Court ORDERS Plaintiff to SHOW CAUSE, in writing, why the case should not be dismissed entirely under the first-to-file rule. Such a response shall not exceed five pages and must be submitted within seven days of this Order'sissuance. (lc) (Entered: 01/08/2026) |
|---|---|---|
| 01/15/2026 | 202 | RESPONSE filed by Plaintiff MMAS Research LLCto Minutes of In Chambers Order/Directive - no proceeding held,,,,, 201 *RESPONSE TO THE COURT S ORDER TO SHOW CAUSE WHY THE FIRST-TO-FILE DOCTRINE DOES NOT APPLY* (Hankin, Marc) (Entered: 01/15/2026) |
| 01/16/2026 | 203 | SCHEDULING NOTICE TO ALL PARTIES AND ORDER (IN CHAMBERS) by Judge R. Gary Klausner: Defendant Mark Zimmerman's Motion to Dismiss 190 , calendared for hearing on 01/20/2026, has been taken under submission and off the motion calendar. No appearances by counsel are necessary. The Court will issue a ruling after full consideration of properly submitted pleadings. THERE IS NO PDF DOCUMENT ASSOCIATED WITH THIS ENTRY. (jre) TEXT ONLY ENTRY (Entered: 01/16/2026) |
| 01/20/2026 | 204 | Notice of Appearance or Withdrawal of Counsel: for attorney Marc E Hankin counsel for Plaintiff MMAS Research LLC. Elodie Marie Bardon is no longer counsel of record for the aforementioned party in this case for the reason indicated in the G-123 Notice. Filed by Plaintiff MMAS Research LLC. (Hankin, Marc) (Entered: 01/20/2026) |
| 01/26/2026 | 205 | IN CHAMBERS ORDER by Judge R. Gary Klausner: ORDER RE ORDER TO SHOW CAUSE WHY FIRST-TO0FILE DOCTRINE DOES NOT APPLY 201 . The Court finds that the first-to-file doctrine applies to this action in its entirety. Thus, the Court DISMISSES the action without prejudice. Accordingly, the Court DENIES Zimmennan's Motion to Dismiss as moot 190 . All remaining dates and hearings are vacated. The clerk shall close this action.(Made JS-6. Case Terminated.) (lc) (Entered: 01/26/2026) |
| 01/26/2026 | 206 | REPORT ON THE DETERMINATION OF AN ACTION Regarding a Copyright. (Closing) (lc) (Entered: 01/26/2026) |

| PACER Service Center | | |
|---|---|---|
| **Transaction Receipt** | | |
| 02/03/2026 20:02:07 | | |
| **PACER Login:** | caustin6559 | **Client Code:** | MMAR.2L |
| **Description:** | Docket Report | **Search Criteria:** | 2:25-cv-01057-RGK-SK End date: 2/3/2026 |
| **Billable Pages:** | 23 | **Cost:** | 2.30 |

# EXHIBIT 3

# EXHIBIT 3

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA (Western Division - Los Angeles)
### CIVIL DOCKET FOR CASE #: 2:25-cv-05861-MCS-JC

| | |
|---|---|
| MMAS Research LLC v. Morisky Medication Adhere Research LLC et al | Date Filed: 06/26/2025 |
| Assigned to: Judge Mark C. Scarsi | Date Terminated: 01/12/2026 |
| Referred to: Magistrate Judge Jacqueline Chooljian | Jury Demand: Plaintiff |
| Cause: 17:501 Copyright Infringement | Nature of Suit: 820 Copyright |
| | Jurisdiction: Federal Question |

**Plaintiff**

**MMAS Research LLC**
*a Washington limited liability company*

represented by **Marc E Hankin**
Hankin Patent Law APC
11414 Thurston Circle
Los Angeles, CA 90049
310-979-3600
Fax: 310-979-3603
Email: marc@hpl.law
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Elodie Marie Bardon**
Hankin Patent Law, APC
11414 Thurston Circle
Los Angeles, CA 90049
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
Fax: 310-979-3603
Email: Elodie@hpl.law
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Morisky Medication Adhere Research LLC**
*TERMINATED: 12/02/2025*

**Defendant**

**Elpen Pharmaceutical Co. Inc.**

**Defendant**

**King Faisal Specialist Hospital and Research Center**

**Defendant**

**Does**
*1 through 10, inclusive*

| Date Filed | # | Docket Text |
|------------|-----|-------------|
| 06/26/2025 | 1 | COMPLAINT Receipt No: ACACDC-39986123 - Fee: $405, filed by Plaintiff MMAS Research LLC. (Attorney Marc E Hankin added to party MMAS Research LLC(pty:pla)) (Hankin, Marc) (Entered: 06/26/2025) |
| 06/27/2025 | 2 | CIVIL COVER SHEET filed by Plaintiff MMAS Research LLC. (Hankin, Marc) (Entered: 06/27/2025) |
| 06/27/2025 | 3 | NOTICE of Interested Parties filed by Plaintiff MMAS Research LLC, identifying MMAS RESEARCH LLC; MORISKY MEDICATION ADHERENCE RESEARCH LLC; ELPEN PHARMACEUTICAL CO. INC.; KING FAISAL SPECIALIST HOSPITAL AND RESEARCH CENTER. (Hankin, Marc) (Entered: 06/27/2025) |
| 06/27/2025 | 4 | REPORT ON THE FILING OF AN ACTION regarding a copyright (Initial Notification) filed by MMAS Research LLC. (Hankin, Marc) (Entered: 06/27/2025) |
| 06/27/2025 | 5 | Request for Clerk to Issue Summons on Complaint (Attorney Civil Case Opening) 1 filed by Plaintiff MMAS Research LLC. (Hankin, Marc) (Entered: 06/27/2025) |
| 06/27/2025 | 6 | Request for Clerk to Issue Summons on Complaint (Attorney Civil Case Opening) 1 filed by Plaintiff MMAS Research LLC. (Hankin, Marc) (Entered: 06/27/2025) |
| 06/27/2025 | 7 | Request for Clerk to Issue Summons on Complaint (Attorney Civil Case Opening) 1 filed by Plaintiff MMAS Research LLC. (Hankin, Marc) (Entered: 06/27/2025) |
| 06/27/2025 | 8 | NOTICE OF ASSIGNMENT to District Judge Mark C. Scarsi and Magistrate Judge Jacqueline Chooljian. (et) (Entered: 06/27/2025) |
| 06/27/2025 | 9 | NOTICE TO PARTIES OF COURT-DIRECTED ADR PROGRAM filed. (et) (Entered: 06/27/2025) |
| 06/27/2025 | 10 | Notice to Counsel Re Consent to Proceed Before a United States Magistrate Judge. (et) (Entered: 06/27/2025) |
| 06/27/2025 | 11 | 21 DAY Summons Issued re Complaint (Attorney Civil Case Opening) 1 as to Defendant Morisky Medication Adhere Research LLC. (et) (Entered: 06/27/2025) |
| 06/27/2025 | 12 | 21 DAY Summons Issued re Complaint (Attorney Civil Case Opening) 1 as to Defendant Elpen Pharmaceutical Co. Inc. (et) (Entered: 06/27/2025) |
| 06/27/2025 | 13 | 21 DAY Summons Issued re Complaint (Attorney Civil Case Opening) 1 as to Defendant King Faisal Specialist Hospital and Research Center. (et) (Entered: 06/27/2025) |
| 06/30/2025 | 14 | INITIAL STANDING ORDER FOR CIVIL CASES ASSIGNED TO JUDGE MARK C. SCARSI upon filing of the complaint by Judge Mark C. Scarsi. (smo) (Entered: 06/30/2025) |
| 07/17/2025 | 15 | PROOF OF SERVICE Executed by Plaintiff MMAS Research LLC, upon Defendant Elpen Pharmaceutical Co. Inc. served on 7/14/2025, answer due 8/4/2025. Service of the Summons and Complaint were executed upon Konstantinos Stavropoulos - Front Desk officer in compliance with Federal Rules of Civil Procedure by service on a domestic corporation, unincorporated association, or public entity (Hankin, Marc) (Entered: 07/17/2025) |

| 07/18/2025 | 16 | PROOF OF SERVICE Executed by Plaintiff MMAS Research LLC, upon Defendant King Faisal Specialist Hospital and Research Center served on 7/14/2025, answer due 8/4/2025. Service of the Summons and Complaint were executed upon Zaher Mohammed Al-Dabal - authorized to accept in compliance with Federal Rules of Civil Procedure by service on a domestic corporation, unincorporated association, or public entity (Hankin, Marc) (Entered: 07/18/2025) |
| --- | --- | --- |
| 08/08/2025 | 17 | REQUEST for Clerk to Enter Default against Defendants Elpen Pharmaceutical Co. Inc., King Faisal Specialist Hospital and Research Center filed by Plaintiff MMAS Research LLC. (Attachments: # 1 Declaration of Marc E. Hankin, # 2 Exhibit A) (Hankin, Marc) (Entered: 08/08/2025) |
| 08/11/2025 | 18 | NOTICE OF DEFICIENCY Re: REQUEST for Clerk to Enter Default against Defendants Elpen Pharmaceutical Co. Inc., King Faisal Specialist Hospital and Research Center 17 . The Clerk cannot enter the requested relief as: Request for Entry of Default has been forwarded to the assigned Judge. Service of Process was made in a Foreign County : Greece as to defendant Elpen Pharmaceutical Co. Inc. and Saudi Arabia as to defendant King Faisal Specialist Hospital and Research Center. Per Clerk's Office procedures clerk is not authorized to determine propriety of foreign service and as such is required to forward the Requests to the Judge. (lc) (Entered: 08/11/2025) |
| 08/15/2025 | 19 | MINUTE ORDER IN CHAMBERS by Judge Mark C. Scarsi: ORDER REQUIRING FURTHER BRIEFING RE: REQUEST FOR ENTRY OF DEFAULT 17 . Plaintiff MMAS Research LLC requests entry of default against Defendants Elpen Pharmaceutical Co. Inc. and King Faisal Specialist Hospital and Research Center. Because service was made in a foreign country, the Clerk referred the request to the Court. (Notice of Deficiency, ECF No. 18.). Neither proof of service evinces compliance with the Hague Convention, to which both Greece and Saudi Arabia are signatories.The Court lacks expertise about the laws of service of Greece and Saudi Arabia sufficient to ascertain whether the purported service complies with Rule 4(f)(2). And the Court has not authorized service "by other means not prohibited by international agreement. Fed. R. Civ. P. 4(f)(3). The Court orders Plaintiff to file within 14 days a memorandum explaining how its service of Elpen Pharmaceutical in Greece and of King Faisal in Saudi Arabia complied with Rule 4. If Plaintiff concedes service was ineffective, Plaintiff instead may withdraw its request and proofs of service and provide an expected date by which it intends to complete service of all defendants located abroad in compliance with Rule 4. (SEE DOCUMENT FOR ALL SPECIFICS). (lc) (Entered: 08/15/2025) |
| 08/27/2025 | 20 | MEMORANDUM REGARDING SERVICE OF PROCESS ON DEFENDANT KING FAISAL SPECIALIST HOSPITAL AND RESEARCH CENTER, AND STATUS OF SERVICE ON DEFENDANT ELPEN PHARMACEUTICAL CO. INC. filed by Plaintiff MMAS Research LLC re: Minutes of In Chambers Order/Directive - no proceeding held,,,,, 19 (Attachments: # 1 Exhibit 1 and 2)(Hankin, Marc) (Entered: 08/27/2025) |
| 11/04/2025 | 21 | MINUTES (IN CHAMBERS) by Judge Mark C. Scarsi: ORDER DENYING REQUEST FOR ENTRY OF DEFAULT 17 , SETTING DEADLINE FOR FOREIGN SERVICE, AND REQUIRING PLAINTIFF TO SHOW CAUSE RE: RULE 4(M) SERVICE. As for Elpen Pharmaceutical, the Court denies the request for entry of default pursuant to Plaintiffs concession that service was ineffective. (Resp. 1.) The Court accordingly denies the request for entry of default in its entirety. Plaintiff did not respond to the Court's invitation to state when it expected to complete service of the foreign entities. As for Morisky Medication, Plaintiff has not proven timely service of the entity. The Court orders Plaintiff to show cause why the claims against Morisky Medication should not be dismissed without prejudice under Federal Rule of Civil Procedure 4(m). Plaintiff shall file within 14 days either a proof of service indicating it served Morisky Medication within 90 |

| | | days of the filing of the complaint or a written response demonstrating good cause to reopen or extend the service deadline. (lc) (Entered: 11/04/2025) |
|---|---|---|
| 11/10/2025 | 22 | DECLARATION of Andria Beauvais *regarding service on ELPEN PHARMACEUTICAL CO. INC*. filed by Plaintiff MMAS Research LLC. (Hankin, Marc) (Entered: 11/10/2025) |
| 11/10/2025 | 23 | NOTICE OF MOTION AND MOTION for Order for Alternative Service Of Process Upon Defendant Morisky Medication Adherence Research LLC filed by Plaintiff MMAS Research LLC. Motion set for hearing on 12/8/2025 at 09:00 AM before Judge Mark C. Scarsi. (Attachments: # 1 Memorandum, # 2 Declaration of Marc E. Hankin and Exhibits 1 to 4, # 3 Proposed Order) (Hankin, Marc) (Entered: 11/10/2025) |
| 11/25/2025 | 24 | TEXT ONLY ENTRY (IN CHAMBERS) ORDER TAKING MOTION (ECF No. 23 ) UNDER SUBMISSION by Judge Mark C. Scarsi: The Court has considered the matters raised with respect to the Motion for Order for Alternative Service of Process Upon Defendant Morisky Medication Adherence Research LLC (ECF No. 23 ) and has concluded that pursuant to Local Rule 7.15, the matter can be decided without oral argument. The Court advises counsel that the Motion(s), noticed for hearing on December 8, 2025, has been taken under submission and off its motion calendar. No appearance by counsel is necessary. THERE IS NO PDF DOCUMENT ASSOCIATED WITH THIS ENTRY. (smo) (Entered: 11/25/2025) |
| 12/02/2025 | 25 | MINUTES (IN CHAMBERS) by Judge Mark C. Scarsi: ORDER DISMISSING DEFENDANT AND DENYING MOTION 23 . The Court ordered Plaintiff MMAS Research LLC to show cause why its claims against Defendant Morisky Medication Adhere Research LLC should not be dismissed for failure to timely complete service pursuant to Federal Rule of Civil Procedure 4(m). (OSC 3, ECF No. 21.) The Court invited Plaintiff to respond by filing "either a proof of service indicating it served Morisky Medication within 90 days of the filing of the complaint or a written response demonstrating good cause to reopen or extend the service deadline." (Jd.) Plaintiff did not submit a timely responsive filing.By failing to respond to the Courts order to show cause, Plaintiff concedes there is no good cause to extend the deadline to complete service. Before its deadline to respond to the order to show cause, Plaintiff filed a motion for an order authorizing alternative service of process upon Morisky Medication. (Mot., ECF No. 23-1.) The Court dismisses the claims against Morisky Medication Adhere Research LLC without prejudice pursuant to Federal Rule of Civil Procedure 4(m). Plaintiffsmotion for alternative service is denied as moot (SEE DOCUMENT FOR ALL SPECIFICS). (lc) (Entered: 12/02/2025) |
| 01/12/2026 | 26 | MINUTE ORDER IN CHAMBERS by Judge Mark C. Scarsi: ORDER OF DISMISSAL. The Court ordered that service of process of Defendants El pen PharmaceuticalCo. Inc. and King Faisal Specialist Hospital and Research Center, entities who were to be served outside the United States, be completed by January 5, 2026, over six months after Plaintiff MMAS Research LLC initiated suit. Plaintiff has not requested an extension of time to complete service of either Defendant or provided any assurance that it has endeavored to serve King Faisal/ Plaintiff's claims against Elpen Pharmaceutical and King Faisal are dismissed without prejudice for failure to prosecute. Because the Court previously dismissed the only other named defendant, (Order Dismissing Defendant, ECF No. 25), the case is dismissed in its entirety. This Order shall constitute notice of entry of judgment pursuant to Federal Rule of Civil Procedure 58. Pursuant to Local Rule 58-6, the Court orders the Clerk to treat this order, and its entry on the docket, as an entry of judgment. (Made JS-6. Case Terminated.) (lc) (Entered: 01/13/2026) |
| 01/12/2026 | 27 | REPORT ON THE DETERMINATION OF AN ACTION Regarding a Copyright. (Closing) (lc) (Entered: 01/13/2026) |

| PACER Service Center | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 02/03/2026 19:56:17 | | | |
| **PACER Login:** | caustin6559 | **Client Code:** | MMAR.2L |
| **Description:** | Docket Report | **Search Criteria:** | 2:25-cv-05861-MCS-JC End date: 2/3/2026 |
| **Billable Pages:** | 5 | **Cost:** | 0.50 |

# EXHIBIT 4

# EXHIBIT 4

ACCO,(MARx),AO121,CLOSED,DISCOVERY,MJDAP_OUT,RELATED-G,STAYED

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA (Western Division - Los Angeles)
### CIVIL DOCKET FOR CASE #: 2:25-cv-06299-MWF-MAR

MMAS Research LLC v. Charite Universitatsmedizin Berlin et al
Assigned to: Judge Michael W. Fitzgerald
Referred to: Magistrate Judge Margo A. Rocconi
Related Case: 2:20-cv-08313-MWF-JPR
Cause: 17:501 Copyright Infringement

Date Filed: 07/10/2025
Date Terminated: 01/13/2026
Jury Demand: Plaintiff
Nature of Suit: 820 Copyright
Jurisdiction: Federal Question

**Plaintiff**

**MMAS Research LLC**
*a Washington limited liability company*

represented by **Marc E Hankin**
Hankin Patent Law APC
11414 Thurston Circle
Los Angeles, CA 90049
310-979-3600
Fax: 310-979-3603
Email: marc@hpl.law
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Elodie Marie Bardon**
Hankin Patent Law, APC
11414 Thurston Circle
Los Angeles, CA 90049
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
Fax: 310-979-3603
Email: Elodie@hpl.law
*TERMINATED: 01/20/2026*

V.

**Defendant**

**Charite Universitatsmedizin Berlin**

represented by **John D Fowler**
Kibler Fowler and Cave LLP
11100 Santa Monica Boulevard, Suite 500
Los Angeles, CA 90025
310-409-0400
Fax: 310-409-0401
Email: jfowler@kfc.law
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jesse Mentz**
Kibler Fowler and Cave LLP
11100 Santa Monica Boulevard, Suite 500
Los Angeles, CA 90025

310-974-8710
Email: jmentz@kfc.law
*ATTORNEY TO BE NOTICED*

**Kevin John Cammiso**
Kibler Fowler and Cave LLP
11100 Santa Monica Boulevard, Suite 500
Los Angeles, CA 90025
310-409-0400
Fax: 310-409-0401
Email: kcammiso@kfc.law
*ATTORNEY TO BE NOTICED*

**Defendant**

| | | |
|---|---|---|
| **Centro Nacional de Investigaciones Cardiovasculares** | represented by | **John D Fowler** (See above for address) *LEAD ATTORNEY* *ATTORNEY TO BE NOTICED* |
| | | **Jesse Mentz** (See above for address) *ATTORNEY TO BE NOTICED* |
| | | **Kevin John Cammiso** (See above for address) *ATTORNEY TO BE NOTICED* |

**Defendant**

**Brigham and Womens Hospital**
*TERMINATED: 08/26/2025*

**Defendant**

**Harvard Medical School**
*TERMINATED: 08/26/2025*

**Defendant**

**The Mount Sinai Hospital**
*TERMINATED: 08/26/2025*

**Defendant**

**Does**
*1 through 10 inclusive*

| Date Filed | # | Docket Text |
|---|---|---|
| 07/10/2025 | 1 | COMPLAINT Receipt No: ACACDC-40069884 - Fee: $405, filed by Plaintiff MMAS RESEARCH LLC. (Attorney Marc E Hankin added to party MMAS RESEARCH LLC(pty:pla))(Hankin, Marc) (Entered: 07/10/2025) |
| 07/10/2025 | 2 | CIVIL COVER SHEET filed by Plaintiff MMAS RESEARCH LLC. (Hankin, Marc) (Entered: 07/10/2025) |

| 07/10/2025 | 3 | NOTICE of Interested Parties filed by Plaintiff MMAS RESEARCH LLC, identifying MMAS RESEARCH LLC; Charite Universitatsmedizin Berlin; Centro Nacional de Investigaciones Cardiovasculares; Brigham and Womens Hospital; Harvard Medical School; The Mount Sinai Hospital. (Hankin, Marc) (Entered: 07/10/2025) |
|---|---|---|
| 07/10/2025 | 4 | REPORT ON THE FILING OF AN ACTION regarding a copyright (Initial Notification) filed by MMAS RESEARCH LLC. (Hankin, Marc) (Entered: 07/10/2025) |
| 07/10/2025 | 5 | Request for Clerk to Issue Summons on Complaint (Attorney Civil Case Opening) 1 filed by Plaintiff MMAS RESEARCH LLC. (Hankin, Marc) (Entered: 07/10/2025) |
| 07/10/2025 | 6 | Request for Clerk to Issue Summons on Complaint (Attorney Civil Case Opening) 1 filed by Plaintiff MMAS RESEARCH LLC. (Hankin, Marc) (Entered: 07/10/2025) |
| 07/10/2025 | 7 | Request for Clerk to Issue Summons on Complaint (Attorney Civil Case Opening) 1 filed by Plaintiff MMAS RESEARCH LLC. (Hankin, Marc) (Entered: 07/10/2025) |
| 07/10/2025 | 8 | Request for Clerk to Issue Summons on Complaint (Attorney Civil Case Opening) 1 filed by Plaintiff MMAS RESEARCH LLC. (Hankin, Marc) (Entered: 07/10/2025) |
| 07/10/2025 | 9 | Request for Clerk to Issue Summons on Complaint (Attorney Civil Case Opening) 1 filed by Plaintiff MMAS RESEARCH LLC. (Hankin, Marc) (Entered: 07/10/2025) |
| 07/15/2025 | 10 | NOTICE OF ASSIGNMENT to a U.S. Magistrate Judge and Declination of Consent. This case has been randomly assigned to Magistrate Judge Alka Sagar. (sh) (Entered: 07/15/2025) |
| 07/15/2025 | 11 | 21 DAY Summons Issued re Complaint (Attorney Civil Case Opening) 1 as to Defendant Brigham and Womens Hospital. (sh) (Entered: 07/15/2025) |
| 07/15/2025 | 12 | 21 DAY Summons Issued re Complaint (Attorney Civil Case Opening) 1 as to Defendant Centro Nacional de Investigaciones Cardiovasculares. (sh) (Entered: 07/15/2025) |
| 07/15/2025 | 13 | 21 DAY Summons Issued re Complaint (Attorney Civil Case Opening) 1 as to Defendant Charit Universittsmedizin Berlin. (sh) (Entered: 07/15/2025) |
| 07/15/2025 | 14 | 21 DAY Summons Issued re Complaint (Attorney Civil Case Opening) 1 as to Defendant Harvard Medical School. (sh) (Entered: 07/15/2025) |
| 07/15/2025 | 15 | 21 DAY Summons Issued re Complaint (Attorney Civil Case Opening) 1 as to Defendant The Mount Sinai Hospital. (sh) (Entered: 07/15/2025) |
| 08/26/2025 | 16 | NOTICE OF DISMISSAL filed by Plaintiff MMAS Research LLC pursuant to FRCP 41a(1) as to Brigham and Womens Hospital, Harvard Medical School, The Mount Sinai Hospital. (Hankin, Marc) (Entered: 08/26/2025) |
| 08/29/2025 | 17 | PROOF OF SERVICE Executed by Plaintiff MMAS Research LLC, upon Defendant Centro Nacional de Investigaciones Cardiovasculares served on 7/24/2025, answer due 8/14/2025. Service of the Summons and Complaint were executed upon Jane Doe - Authorized to accept in compliance with Federal Rules of Civil Procedure by service on a domestic corporation, unincorporated association, or public entity (Hankin, Marc) (Entered: 08/29/2025) |
| 10/21/2025 | 18 | REQUEST for Clerk to Enter Default against Defendant Centro Nacional de Investigaciones Cardiovasculares filed by Plaintiff MMAS Research LLC. (Attachments: # 1 Declaration of Marc E. Hankin and Exhibit 1) (Hankin, Marc) (Entered: 10/21/2025) |
| 10/24/2025 | 19 | NOTICE OF DEFICIENCY Re: REQUEST for Clerk to Enter Default against Defendant Centro Nacional de Investigaciones Cardiovasculares 18 . The Clerk cannot enter the requested relief as: Any requests for entry of default against a party served outside the |

| | | United States must be referred to the assigned judge for determination. Request for Entry of Default has been forwarded to the assigned Judge. (hr) (Entered: 10/24/2025) |
|---|---|---|
| 11/14/2025 | 20 | NOTICE OF REASSIGNMENT of MJDAP case from Magistrate Judge Alka Sagar to Judge George H Wu for all further proceedings. Any discovery matters that may be referred to a Magistrate Judge are assigned to U.S. Magistrate Judge Margo A. Rocconi. The case number will now reflect the initials of the transferee Judges 2:25-cv-06299-GW-MARx. (lh) (Entered: 11/14/2025) |
| 11/18/2025 | 21 | STANDING ORDER RE FINAL PRE-TRIAL CONFERENCES FOR CIVIL JURY TRIALS BEFORE JUDGE GEORGE H. WU by Judge George H Wu. You are instructed to read and to follow (unless otherwise superseded herein) the Central District of California Local Rules (henceforth "Local Rules") 16-1 through 16-15 regarding pre-trial requirements. (See document for further details). (aco) (Entered: 11/18/2025) |
| 11/18/2025 | 23 | MINUTES IN CHAMBERS - ORDER RE REQUEST FOR ENTRY OF DEFAULT 18 by Judge George H Wu. The Court has reviewed the docket and the Declaration of Marc E. Hankin and finds that the requirements for an entry of default as per Fed. R. Civ. P. 55(a) have been met. In light of the above, the Court orders that an entry of default be forthwith entered against Defendant CNIC. (See document for further details).; granting 18 REQUEST for Clerk to Enter Default (aco) (Entered: 11/19/2025) |
| 11/18/2025 | 24 | DEFAULT BY CLERK F.R.Civ.P.55(a) as to Centro Nacional de Investigaciones Cardiovasculares, (Per 11/18/2025 Minutes). (aco) (Entered: 11/19/2025) |
| 11/19/2025 | 22 | TEXT-ENTRY ONLY - IN CHAMBERS by Judge George H Wu: The Court sets a STATUS CONFERENCE for December 22, 2025 at 08:30 AM before Judge George H Wu. Plaintiff is to file a status report by noon on December 18, 2025. THERE IS NO PDF DOCUMENT ASSOCIATED WITH THIS ENTRY. (jag) TEXT ONLY ENTRY (Entered: 11/19/2025) |
| 12/18/2025 | 25 | STATUS REPORT filed by Plaintiff MMAS Research LLC. (Hankin, Marc) (Entered: 12/18/2025) |
| 12/18/2025 | 26 | TEXT-ONLY ENTRY - IN CHAMBERS: by Senior District Judge George H. Wu: The time to appear at the STATUS CONFERENCE set for December 22, 2025 is moved from 8:30 a.m. to 10:30 a.m. Counsel may appear telephonically by contacting the court clerk at javier_gonzalez@cacd.uscourts.gov for dial-in information. *The Court recommends counsel use a landline without the use of the speakerphone when appearing by telephone due to sound reception. If a cellular phone is used and it causes interference or interruptions, the Court will stop the proceeding and require counsel to appear in person.* THERE IS NO PDF DOCUMENT ASSOCIATED WITH THIS ENTRY. (jag) TEXT ONLY ENTRY (Entered: 12/18/2025) |
| 12/18/2025 | 27 | Notice of Appearance or Withdrawal of Counsel: for attorney John D Fowler counsel for Defendants Centro Nacional de Investigaciones Cardiovasculares, Charite Universitatsmedizin Berlin. Adding John D. Fowler as counsel of record for Specially Appearing Defendants Charite - Universitatsmedizin Berlin and Centro Nacional de Investigaciones Cardiovasculares for the reason indicated in the G-123 Notice. Filed by Defendants Specially Appearing Defendants Charite - Universitatsmedizin Berlin and Centro Nacional de Investigaciones Cardiovasculares. (Attorney John D Fowler added to party Centro Nacional de Investigaciones Cardiovasculares(pty:dft), Attorney John D Fowler added to party Charite Universitatsmedizin Berlin(pty:dft))(Fowler, John) (Entered: 12/18/2025) |
| 12/18/2025 | 28 | Notice of Appearance or Withdrawal of Counsel: for attorney Kevin John Cammiso counsel for Defendants Centro Nacional de Investigaciones Cardiovasculares, Charite Universitatsmedizin Berlin. Adding Kevin J. Cammiso as counsel of record for Specially |

| | | Appearing Defendants Charite - Universitatsmedizin Berlin and Centro Nacional de Investigaciones Cardiovasculares for the reason indicated in the G-123 Notice. Filed by Specially Appearing Defendants Charite - Universitatsmedizin Berlin and Centro Nacional de Investigaciones Cardiovasculares. (Attorney Kevin John Cammiso added to party Centro Nacional de Investigaciones Cardiovasculares(pty:dft), Attorney Kevin John Cammiso added to party Charite Universitatsmedizin Berlin(pty:dft))(Cammiso, Kevin) (Entered: 12/18/2025) |
|---|---|---|
| 12/18/2025 | 29 | Notice of Appearance or Withdrawal of Counsel: for attorney Jesse Mentz counsel for Defendants Centro Nacional de Investigaciones Cardiovasculares, Charite Universitatsmedizin Berlin. Adding Jesse Mentz as counsel of record for Specially Appearing Defendants Charite - Universitatsmedizin Berlin and Centro Nacional de Investigaciones Cardiovasculares for the reason indicated in the G-123 Notice. Filed by Specially Appearing Defendants Charite - Universitatsmedizin Berlin and Centro Nacional de Investigaciones Cardiovasculares. (Attorney Jesse Mentz added to party Centro Nacional de Investigaciones Cardiovasculares(pty:dft), Attorney Jesse Mentz added to party Charite Universitatsmedizin Berlin(pty:dft))(Mentz, Jesse) (Entered: 12/18/2025) |
| 12/22/2025 | 30 | MINUTES OF TELEPHONIC STATUS CONFERENCE held before Judge George H Wu. Court and counsel confer. For reasons stated on the record, the status conference is continued to January 15, 2026 at 8:30 a.m. The parties are to file a joint report by noon on January 13, 2026. Court Reporter: Laura Elias. (aco) (Entered: 12/22/2025) |
| 12/23/2025 | 31 | ORDER RE TRANSFER PURSUANT to this Court's General Order in the Matter of Assignment of Cases and Duties to the District Judges. Related Case- filed. Related Case No: 2:20-cv-08313-MWF-JPRx. Case transferred from Judge George H Wu to Judge Michael W. Fitzgerald for all further proceedings. The case number will now reflect the initials of the transferee Judge 2:20-cv-08313-MWF-MARx. Signed by Judge Michael W. Fitzgerald (lh) (Entered: 12/23/2025) |
| 12/29/2025 | 32 | SCHEDULING NOTICE and ORDER by Judge Michael W. Fitzgerald. On the Court's motion, the Status Conference set for 1/15/26 is vacated. The Court will re-set the Status Conference, if necessary, after reviewing the status report. IT IS SO ORDERED. THERE IS NO PDF DOCUMENT ASSOCIATED WITH THIS ENTRY. (rs) TEXT ONLY ENTRY (Entered: 12/29/2025) |
| 01/12/2026 | 33 | STIPULATION to Stay Case pending Resolution of the Morisky Action, Morisky v. MMAS Research LLC, et al., Case No. 2:21-cv-01301-RSM filed by Defendants Centro Nacional de Investigaciones Cardiovasculares, Charite Universitatsmedizin Berlin. (Attachments: # 1 Proposed Order)(Fowler, John) (Entered: 01/12/2026) |
| 01/13/2026 | 34 | STATUS REPORT (Joint) filed by Defendants Centro Nacional de Investigaciones Cardiovasculares, Charite Universitatsmedizin Berlin. (Fowler, John) (Entered: 01/13/2026) |
| 01/13/2026 | 35 | ORDER GRANTING STIPULATION TO STAY CASE 33 by Judge Michael W. Fitzgerald. This action and all claims and proceedings therein, including discovery, are hereby stayed in their entirety until the resolution of the lawsuit currently pending in the United States District Court for the Western District of Washington, styled Morisky v. MMAS Research LLC, et al., Case No. 2:21-cv-01301-RSM, and the exhaustion of all rights to appeal therein. (MD JS-6. Case Terminated) (iv) (Entered: 01/14/2026) |
| 01/20/2026 | 36 | Notice of Appearance or Withdrawal of Counsel: for attorney Marc E Hankin counsel for Plaintiff MMAS Research LLC. Elodie Marie Bardon is no longer counsel of record for the aforementioned party in this case for the reason indicated in the G-123 Notice. Filed by Plaintiff MMAS Research LLC. (Hankin, Marc) (Entered: 01/20/2026) |

| PACER Service Center | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 02/03/2026 19:57:52 | | | |
| **PACER Login:** | caustin6559 | **Client Code:** | MMAR.2L |
| **Description:** | Docket Report | **Search Criteria:** | 2:25-cv-06299-MWF-MAR End date: 2/3/2026 |
| **Billable Pages:** | 6 | **Cost:** | 0.60 |

# EXHIBIT 5

# EXHIBIT 5

Query    Reports    Utilities    Help    Log Out

ACCO,(AGRx),CLOSED,DISCOVERY,MJDAP_OUT

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA (Western Division - Los Angeles)
# CIVIL DOCKET FOR CASE #: 2:25-cv-06309-ODW-AGR

MMAS Research LLC v. Karolinska Institutet et al
Assigned to: Judge Otis D. Wright, II
Referred to: Magistrate Judge Alicia G. Rosenberg
Cause: 17:501 Copyright Infringement

Date Filed: 07/10/2025
Date Terminated: 11/07/2025
Jury Demand: Plaintiff
Nature of Suit: 820 Copyright
Jurisdiction: Federal Question

**Plaintiff**

**MMAS Research LLC**
*a Washington limited liability company*

represented by **Marc E Hankin**
Hankin Patent Law APC
11414 Thurston Circle
Los Angeles, CA 90049
310-979-3600
Fax: 310-979-3603
Email: marc@hpl.law
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Elodie Marie Bardon**
Hankin Patent Law, APC
11414 Thurston Circle
Los Angeles, CA 90049
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
Fax: 310-979-3603
Email: Elodie@hpl.law
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Karolinska Institutet**

represented by **Ali Mojibi Yazdi**
Covington and Burling LLP
1999 Avenue of the Stars
Los Angeles, CA 90067
424-383-4800
Fax: 424-332-4749
Email: amojibi@cov.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**New York University**
*TERMINATED: 08/26/2025*

**Defendant**

**University of Pennsylvania**          represented by **Amy J. Longo**
*TERMINATED: 09/29/2025*                              Ropes and Gray LLP
                                                      10250 Constellation Boulevard
                                                      Los Angeles, CA 90067
                                                      310-975-3269
                                                      Email: amy.longo@ropesgray.com
                                                      *ATTORNEY TO BE NOTICED*

                                                      **Evan Gourvitz**
                                                      Ropes and Gray LLP
                                                      1211 Avenue of the Americas
                                                      New York, NY 10036
                                                      212-596-9639
                                                      Fax: 212-596-9090
                                                      Email: evan.gourvitz@ropesgray.com
                                                      *PRO HAC VICE*
                                                      *ATTORNEY TO BE NOTICED*

                                                      **Peter M. Brody**
                                                      Ropes and Gray LLP
                                                      2099 Pennsylvania Avenue NW
                                                      Washington, DC 20006
                                                      202-508-4600
                                                      Fax: 202-508-4650
                                                      Email: peter.brody@ropesgray.com
                                                      *PRO HAC VICE*
                                                      *ATTORNEY TO BE NOTICED*

**Defendant**

**Does**
*1 through 10, inclusive*

| Date Filed | # | Docket Text |
|---|---|---|
| 07/10/2025 | 1 | COMPLAINT Receipt No: ACACDC-40071149 - Fee: $405, filed by Plaintiff MMAS RESEARCH LLC. (Attorney Marc E Hankin added to party MMAS RESEARCH LLC(pty:pla))(Hankin, Marc) (Entered: 07/10/2025) |
| 07/10/2025 | 2 | CIVIL COVER SHEET filed by Plaintiff MMAS RESEARCH LLC. (Hankin, Marc) (Entered: 07/10/2025) |
| 07/10/2025 | 3 | NOTICE of Interested Parties filed by Plaintiff MMAS RESEARCH LLC, identifying MMAS RESEARCH LLC; Karolinska Institutet; New York University; University of Pennsylvania. (Hankin, Marc) (Entered: 07/10/2025) |
| 07/10/2025 | 4 | REPORT ON THE FILING OF AN ACTION regarding a copyright (Initial Notification) filed by MMAS RESEARCH LLC. (Hankin, Marc) (Entered: 07/10/2025) |
| 07/10/2025 | 5 | Request for Clerk to Issue Summons on Complaint (Attorney Civil Case Opening) 1 filed by Plaintiff MMAS RESEARCH LLC. (Hankin, Marc) (Entered: 07/10/2025) |
| 07/10/2025 | 6 | Request for Clerk to Issue Summons on Complaint (Attorney Civil Case Opening) 1 filed by Plaintiff MMAS RESEARCH LLC. (Hankin, Marc) (Entered: 07/10/2025) |

| 07/10/2025 | 7 | Request for Clerk to Issue Summons on Complaint (Attorney Civil Case Opening) 1 filed by Plaintiff MMAS RESEARCH LLC. (Hankin, Marc) (Entered: 07/10/2025) |
| --- | --- | --- |
| 07/15/2025 | 8 | NOTICE OF ASSIGNMENT to a U.S. Magistrate Judge and Declination of Consent. This case has been randomly assigned to Magistrate Judge Stephanie S. Christensen. (sh) (Entered: 07/15/2025) |
| 07/15/2025 | 9 | 21 DAY Summons Issued re Complaint (Attorney Civil Case Opening) 1 as to Defendant University of Pennsylvania. (sh) (Entered: 07/15/2025) |
| 07/15/2025 | 10 | 21 DAY Summons Issued re Complaint (Attorney Civil Case Opening) 1 as to Defendant New York University. (sh) (Entered: 07/15/2025) |
| 07/15/2025 | 11 | 21 DAY Summons Issued re Complaint (Attorney Civil Case Opening) 1 as to Defendant Karolinska Institutet. (sh) (Entered: 07/15/2025) |
| 08/26/2025 | 12 | NOTICE OF DISMISSAL filed by Plaintiff MMAS Research LLC pursuant to FRCP 41a(1) as to New York University. (Hankin, Marc) (Entered: 08/26/2025) |
| 08/26/2025 | 13 | PROOF OF SERVICE Executed by Plaintiff MMAS Research LLC, upon Defendant Karolinska Institutet served on 8/18/2025, answer due 9/8/2025. Service of the Summons and Complaint were executed upon Betina Weissman - authorized to accept in compliance with Federal Rules of Civil Procedure by service on a domestic corporation, unincorporated association, or public entity (Hankin, Marc) (Entered: 08/26/2025) |
| 09/15/2025 | 14 | NOTICE of Appearance filed by attorney Amy J. Longo on behalf of Defendant University of Pennsylvania (Attorney Amy J. Longo added to party University of Pennsylvania(pty:dft))(Longo, Amy) (Entered: 09/15/2025) |
| 09/15/2025 | 15 | Declination of Consent form received on September 15, 2025 was submitted within deadline set forth in L.R. 73-2.1. THERE IS NO PDF DOCUMENT ASSOCIATED WITH THIS ENTRY. (tsn) TEXT ONLY ENTRY (Entered: 09/15/2025) |
| 09/16/2025 | 16 | APPLICATION of Non-Resident Attorney Peter M. Brody to Appear Pro Hac Vice on behalf of Defendant University of Pennsylvania (Pro Hac Vice Fee - $500 Fee Paid, Receipt No. ACACDC-40507344) filed by Defendant University of Pennsylvania. (Attachments: # 1 District of Columbia Certificate of Good Standing, # 2 Maryland Certificate of Good Standing, # 3 Proposed Order) (Longo, Amy) (Entered: 09/16/2025) |
| 09/16/2025 | 17 | NOTICE OF REASSIGNMENT of MJDAP case from Magistrate Judge Stephanie S. Christensen to Judge Otis D. Wright, II for all further proceedings. Any discovery matters that may be referred to a Magistrate Judge are assigned to U.S. Magistrate Judge Alicia G. Rosenberg. The case number will now reflect the initials of the transferee Judges 2:25-cv-06309 ODW (AGRx). (lh) (Entered: 09/16/2025) |
| 09/17/2025 | 18 | ORDER by Judge Otis D. Wright, II: granting 16 Non-Resident Attorney Peter M. Brody APPLICATION to Appear Pro Hac Vice on behalf of Defendant University of Pennsylvania, designating Amy Longo as local counsel. THERE IS NO PDF ASSOCIATED WITH THIS ENTRY (aus) (Entered: 09/17/2025) |
| 09/17/2025 | 19 | APPLICATION of Non-Resident Attorney Evan Gourvitz to Appear Pro Hac Vice on behalf of Defendant University of Pennsylvania (Pro Hac Vice Fee - $500 Fee Paid, Receipt No. ACACDC-40517635) filed by Defendant University of Pennsylvania. (Attachments: # 1 New York Certificate of Good Standing, # 2 Proposed Order) (Longo, Amy) (Entered: 09/17/2025) |
| 09/18/2025 | 20 | ORDER by Judge Otis D. Wright, II: granting 19 Non-Resident Attorney Evan Gourvitz APPLICATION to Appear Pro Hac Vice on behalf of Defendant University of |

| | | Pennsylvania, designating Amy Longo as local counsel. THERE IS NO PDF ASSOCIATED WITH THIS ENTRY(aus) (Entered: 09/18/2025) |
|---|---|---|
| 09/26/2025 | 21 | NOTICE OF DISMISSAL filed by Plaintiff MMAS Research LLC pursuant to FRCP 41a(1) as to University of Pennsylvania. (Hankin, Marc) (Entered: 09/26/2025) |
| 09/29/2025 | 22 | MINUTE (IN CHAMBERS) by Judge Otis D. Wright, II: The Court is in receipt of Plaintiff's Notice of Voluntary Dismissal as to Defendant University of Pennsylvania, (ECF No. 21 ), indicating that Plaintiff dismisses the case pursuant to Federal Rule of Civil Procedure 41 as to Defendant University of Pennsylvania only. Accordingly, Defendant University of Pennsylvania is DISMISSED from this action WITHOUT PREJUDICE. (chk) (Entered: 09/29/2025) |
| 10/10/2025 | 23 | Plaintiff is ordered to SHOW CAUSE in writing NO LATER THAN October 17, 2025, why this action should not be dismissed for lack of prosecution. The Court will consider the filing of the following, as an appropriate response to this OSC, on or before the above date: (1) Plaintiffs request for entry of default as to the defendant(s), or (2) Answer by the defendant(s). In the event both documents are filed before the above date, the answer will take precedence. In accordance with Rule 78 of the Federal Rules of Civil Procedure and Local Rule 7-15, no oral argument on this Order to Show Cause will be heard unless ordered by the Court. The Order will stand submitted upon the filing of the response to the Order to Show Cause. Failure to respond to the Court's Order may result in the dismissal of the action.THERE IS NO PDF DOCUMENT ASSOCIATED WITH THIS ENTRY. (sce) TEXT ONLY ENTRY (Entered: 10/10/2025) |
| 10/13/2025 | 24 | REQUEST for Clerk to Enter Default against Defendant Karolinska Institutet filed by Plaintiff MMAS Research LLC. (Attachments: # 1 Declaration of Marc E. Hankin) (Hankin, Marc) (Entered: 10/13/2025) |
| 10/14/2025 | 25 | NOTICE OF DEFICIENCY Re: REQUEST for Clerk to Enter Default against Defendant Karolinska Institutet 24 . The Clerk cannot enter the requested relief as: Request for Entry of Default has been forwarded to the assigned Judge. Service indicates Personal Service on athorized agent of the foreign corporation, and cites communication with defendant attorney refer to proof docket no. 13, and declaration docket no. 24-1. (lc) (Entered: 10/14/2025) |
| 10/15/2025 | 26 | NOTICE of Appearance filed by attorney Ali Mojibi Yazdi on behalf of Defendant Karolinska Institutet (Attorney Ali Mojibi Yazdi added to party Karolinska Institutet(pty:dft))(Yazdi, Ali) (Entered: 10/15/2025) |
| 10/15/2025 | 27 | Letter filed by Defendant Karolinska Institutet (Yazdi, Ali) (Entered: 10/15/2025) |
| 10/16/2025 | 28 | NOTICE TO FILER OF DEFICIENCIES in Electronic Filed Document RE: "LETTER" under event Miscellaneous Document 27 by Defendant Karolinska Institutet. The following error(s) was/were found: Local Rule 83-2.5 no letters to the Judge. Local Rule 11-3.8 title page is missing, incomplete, or incorrect. Other error(s) with document(s): All filings to be filed in proper pleading format with required case information and case no. etc as cited above. In response to this notice, the Court may: (1) order an amended or correct document to be filed; (2) order the document stricken; or (3) take other action as the Court deems appropriate. You need not take any action in response to this notice unless and until the Court directs you to do so. (lc) (Entered: 10/16/2025) |
| 10/17/2025 | 29 | Notice of Settlement in Principle Under Local Rule 40-2 and Stipulation to Stay Future Deadlines filed by Plaintiff MMAS Research LLC. (Attachments: # 1 Proposed Order Granting Joint Stipulation to Stay Future Deadlines)(Hankin, Marc) (Entered: 10/17/2025) |
| 10/20/2025 | 30 | MINUTE ORDER IN CHAMBERS by Judge Otis D. Wright, II: In light of the parties' Notice of Settlement 29 , indicating that the parties have reached a settlement, this action is |

| | | placed on inactive status. By November 20, 2025, the parties shall file a dismissal that complies with Federal Rule of Civil Procedure 41. All other dates and deadlines in this action are VACATED and taken off calendar. (lc) (Entered: 10/20/2025) |
|---|---|---|
| 11/06/2025 | 31 | NOTICE of Voluntary Dismissal filed by Plaintiff MMAS Research LLC. Dismissal is with prejudice. (Hankin, Marc) (Entered: 11/06/2025) |
| 11/07/2025 | 32 | MINUTES (IN CHAMBERS) by Judge Otis D. Wright, II: Pursuant to Plaintiffs Notice of Voluntary Dismissal 31 , and Federal Rule of Civil Procedure 41(a)(1): IT IS HEREBY ORDERED that: 1. The entire action and all claims asserted therein are hereby DISMISSED WITH PREJUDICE; and 2. All dates and deadlines in this action are VACATED and taken off calendar 24 . The Clerk of the Court shall close this case.(Made JS-6. Case Terminated.) (lc) (Entered: 11/07/2025) |
| 11/07/2025 | 33 | REPORT ON THE DETERMINATION OF AN ACTION Regarding a Copyright. (Closing) (lc) (Entered: 11/07/2025) |

| PACER Service Center | | |
|---|---|---|
| **Transaction Receipt** | | |
| 02/03/2026 19:58:44 | | |
| **PACER Login:** | caustin6559 | **Client Code:** | MMAR.2L |
| **Description:** | Docket Report | **Search Criteria:** | 2:25-cv-06309-ODW-AGR End date: 2/3/2026 |
| **Billable Pages:** | 5 | **Cost:** | 0.50 |

# EXHIBIT 6

# EXHIBIT 6

Query    Reports    Utilities    Help    Log Out

ACCO,(Ex),AO121,DISCOVERY,MANADR

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA (Western Division - Los Angeles)
# CIVIL DOCKET FOR CASE #: 2:25-cv-06314-WLH-E

| | |
|---|---|
| MMAS Research LLC v. University of Leeds et al | Date Filed: 07/10/2025 |
| Assigned to: Judge Wesley L. Hsu | Jury Demand: Plaintiff |
| Referred to: Magistrate Judge Charles F. Eick | Nature of Suit: 820 Copyright |
| Cause: 17:501 Copyright Infringement | Jurisdiction: Federal Question |

**Plaintiff**

**MMAS Research LLC**
*a Washington limited liability company*

represented by **Marc E Hankin**
Hankin Patent Law APC
11414 Thurston Circle
Los Angeles, CA 90049
310-979-3600
Email: marc@hpl.law
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Elodie Marie Bardon**
Hankin Patent Law, APC
11414 Thurston Circle
Los Angeles, CA 90049
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
Fax: 310-979-3603
Email: Elodie@hpl.law
*TERMINATED: 01/20/2026*

V.

**Defendant**

**University of Leeds**
*TERMINATED: 12/18/2025*

represented by **Erik Matthew Kowalewsky**
Kennedys CMK LLP
455 Market Street Suite 1900
San Francisco, CA 94105
415-323-4462
Fax: 415-323-4445
Email: erik.kowalewsky@kennedyslaw.com
*ATTORNEY TO BE NOTICED*

**Gordon Smith**
Kennedys CMK LLP
455 Market Street Suite 1900
San Francisco, CA 94105
415-323-4460
Fax: 415-323-4445

Email: gordon.smith@kennedyslaw.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**University College London**        represented by   **Mark D Kachner**
Knobbe Martens Olson and Bear LLP
1925 Century Park East Suite 600
Los Angeles, CA 90067
310-551-3450
Fax: 310-601-1263
Email: mark.kachner@knobbe.com
*ATTORNEY TO BE NOTICED*

**Matthew Petersen**
Knobbe Martens Olson and Bear LLP
1925 Century Park East, Suite 400
Los Angeles, CA 90067
310-551-3450
Fax: 310-601-1263
Email: 2map@knobbe.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Michigan State University**        represented by   **John D Fowler**
*TERMINATED: 10/23/2025*
Kibler Fowler and Cave LLP
11100 Santa Monica Boulevard, Suite 500
Los Angeles, CA 90025
310-409-0400
Email: jfowler@kfc.law
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kevin John Cammiso**
Kibler Fowler and Cave LLP
11100 Santa Monica Boulevard, Suite 500
Los Angeles, CA 90025
310-409-0400
Fax: 310-409-0401
Email: kcammiso@kfc.law
*ATTORNEY TO BE NOTICED*

**Tracy B Rane**
Kibler Fowler and Cave LLP
11100 Santa Monica Boulevard, Suite 500
Los Angeles, CA 90025
310-409-0400
Fax: 310-409-0401
Email: trane@kfc.law
*ATTORNEY TO BE NOTICED*

**Zien M Halwani**
Kibler Fowler and Cave LLP
11100 Santa Monica Boulevard, Suite 500
Los Angeles, CA 90025

310-409-0400
Fax: 310-409-0401
Email: zhalwani@kfc.law
*ATTORNEY TO BE NOTICED*

**Defendant**

**Betsi Cadwaladr University Health Board**
*TERMINATED: 11/14/2025*

**Defendant**

**East and North Hertfordshire NHS Trust**
*TERMINATED: 10/17/2025*

**Defendant**

**Does**
*1 through 10, inclusive*

**Defendant**

**Kings College London**

| Date Filed | # | Docket Text |
|---|---|---|
| 07/10/2025 | 1 | COMPLAINT Receipt No: ACACDC-40071836 - Fee: $405, filed by Plaintiff MMAS RESEARCH LLC. (Attorney Marc E Hankin added to party MMAS RESEARCH LLC(pty:pla))(Hankin, Marc) (Entered: 07/10/2025) |
| 07/10/2025 | 2 | CIVIL COVER SHEET filed by Plaintiff MMAS RESEARCH LLC. (Hankin, Marc) (Entered: 07/10/2025) |
| 07/10/2025 | 3 | NOTICE of Interested Parties filed by Plaintiff MMAS RESEARCH LLC, identifying MMAS RESEARCH LLC; University of Leeds; University College London; Michigan State University; Betsi Cadwaladr University Health Board; East and North Hertfordshire NHS Trust. (Hankin, Marc) (Entered: 07/10/2025) |
| 07/10/2025 | 4 | REPORT ON THE FILING OF AN ACTION regarding a copyright (Initial Notification) filed by MMAS RESEARCH LLC. (Hankin, Marc) (Entered: 07/10/2025) |
| 07/10/2025 | 5 | Request for Clerk to Issue Summons on Complaint (Attorney Civil Case Opening) 1 filed by Plaintiff MMAS RESEARCH LLC. (Hankin, Marc) (Entered: 07/10/2025) |
| 07/10/2025 | 6 | Request for Clerk to Issue Summons on Complaint (Attorney Civil Case Opening) 1 filed by Plaintiff MMAS RESEARCH LLC. (Hankin, Marc) (Entered: 07/10/2025) |
| 07/10/2025 | 7 | Request for Clerk to Issue Summons on Complaint (Attorney Civil Case Opening) 1 filed by Plaintiff MMAS RESEARCH LLC. (Hankin, Marc) (Entered: 07/10/2025) |
| 07/10/2025 | 8 | Request for Clerk to Issue Summons on Complaint (Attorney Civil Case Opening) 1 filed by Plaintiff MMAS RESEARCH LLC. (Hankin, Marc) (Entered: 07/10/2025) |
| 07/10/2025 | 9 | Request for Clerk to Issue Summons on Complaint (Attorney Civil Case Opening) 1 filed by Plaintiff MMAS RESEARCH LLC. (Hankin, Marc) (Entered: 07/10/2025) |
| 07/16/2025 | 10 | NOTICE OF ASSIGNMENT to District Judge Wesley L. Hsu and Magistrate Judge Charles F. Eick. (ghap) (Entered: 07/16/2025) |

| 07/16/2025 | 11 | NOTICE TO PARTIES OF COURT-DIRECTED ADR PROGRAM filed. (ghap) (Entered: 07/16/2025) |
| --- | --- | --- |
| 07/16/2025 | 12 | Notice to Counsel Re Consent to Proceed Before a United States Magistrate Judge. (ghap) (Entered: 07/16/2025) |
| 07/16/2025 | 13 | NOTICE OF DEFICIENCIES in Request to Issue Summons RE: Summons Request 5 , Summons Request 9 , Summons Request 6 , Summons Request 8 , Summons Request 7 . The following error(s) was found: The date and signature line must be left blank. The summons can not be issued until this defect has been corrected. Please correct the defect and re-file your request. (ghap) (Entered: 07/16/2025) |
| 07/16/2025 | 14 | Request for Clerk to Issue Summons on Complaint (Attorney Civil Case Opening) 1 filed by Plaintiff MMAS Resarch LLC. (Hankin, Marc) (Entered: 07/16/2025) |
| 07/16/2025 | 15 | Request for Clerk to Issue Summons on Complaint (Attorney Civil Case Opening) 1 filed by Plaintiff MMAS Resarch LLC. (Hankin, Marc) (Entered: 07/16/2025) |
| 07/16/2025 | 16 | Request for Clerk to Issue Summons on Complaint (Attorney Civil Case Opening) 1 filed by Plaintiff MMAS Resarch LLC. (Hankin, Marc) (Entered: 07/16/2025) |
| 07/16/2025 | 17 | Request for Clerk to Issue Summons on Complaint (Attorney Civil Case Opening) 1 filed by Plaintiff MMAS Resarch LLC. (Hankin, Marc) (Entered: 07/16/2025) |
| 07/16/2025 | 18 | Request for Clerk to Issue Summons on Complaint (Attorney Civil Case Opening) 1 filed by Plaintiff MMAS Resarch LLC. (Hankin, Marc) (Entered: 07/16/2025) |
| 07/17/2025 | 19 | 21 DAY Summons Issued re Complaint 1 as to Defendant Betsi Cadwaladr University Health Board. (lom) (Entered: 07/17/2025) |
| 07/17/2025 | 20 | 21 DAY Summons Issued re Complaint 1 as to Defendant East and North Hertfordshire NHS Trust. (lom) (Entered: 07/17/2025) |
| 07/17/2025 | 21 | 21 DAY Summons Issued re Complaint 1 as to Defendant Michigan State University. (lom) (Entered: 07/17/2025) |
| 07/17/2025 | 22 | 21 DAY Summons Issued re Complaint 1 as to Defendant University College London. (lom) (Entered: 07/17/2025) |
| 07/17/2025 | 23 | 21 DAY Summons Issued re Complaint 1 as to Defendant University of Leeds. (lom) (Entered: 07/17/2025) |
| 07/18/2025 | 24 | STANDING ORDER FOR CASES ASSIGNED TO Judge Wesley L. Hsu. (hc) (Entered: 07/18/2025) |
| 07/28/2025 | 25 | PROOF OF SERVICE Executed by Plaintiff MMAS Resarch LLC, upon Defendant Michigan State University served on 7/25/2025, answer due 8/15/2025. Service of the Summons and Complaint were executed upon Heidi Quintero - EVPA Office Coordinator in compliance with Federal Rules of Civil Procedure by personal service (Hankin, Marc) (Entered: 07/28/2025) |
| 08/06/2025 | 26 | PROOF OF SERVICE Executed by Plaintiff MMAS Research LLC, upon Defendant University College London served on 8/4/2025, answer due 8/25/2025. Service of the Summons and Complaint were executed upon Amanda Felton - Reception authorized to accept in compliance with Federal Rules of Civil Procedure by service on a domestic corporation, unincorporated association, or public entity (Hankin, Marc) (Entered: 08/06/2025) |
| 08/14/2025 | 27 | Joint STIPULATION for Extension of Time to File Answer to September 19, 2025 re Complaint (Attorney Civil Case Opening) 1 filed by Defendant Michigan State University. |

| | | |
|---|---|---|
| | | (Attachments: # 1 Proposed Order)(Attorney John D Fowler added to party Michigan State University(pty:dft))(Fowler, John) (Entered: 08/14/2025) |
| 08/15/2025 | 28 | ORDER RE STIPULATION TO EXTEND DEFENDANT MICHIGAN STATE UNIVERSITY'S TIME TO RESPOND TO INITIAL COMPLAINT 27 by Judge Wesley L. Hsu. The Court hereby extends Defendant Michigan state University's deadline to respond to Plaintiff MMAS Research LLC's complaint from August 15, 2025 to September 19, 2025. (chk) (Entered: 08/18/2025) |
| 08/22/2025 | 29 | STIPULATION Extending Time to Answer the complaint as to University College London answer now due 9/24/2025, re Complaint (Attorney Civil Case Opening) 1 filed by Plaintiff MMAS Research LLC. (Attachments: # 1 Proposed Order)(Hankin, Marc) (Entered: 08/22/2025) |
| 08/22/2025 | 30 | STIPULATION for Extension of Time to File Answer to 10/08/2025 re Complaint (Attorney Civil Case Opening) 1 filed by Defendant University of Leeds. (Attachments: # 1 Proposed Order)(Attorney Erik Matthew Kowalewsky added to party University of Leeds(pty:dft))(Kowalewsky, Erik) (Entered: 08/22/2025) |
| 08/26/2025 | 31 | PROOF OF SERVICE Executed by Plaintiff MMAS Research LLC, upon Defendant East and North Hertfordshire NHS Trust served on 8/7/2025, answer due 8/28/2025. Service of the Summons and Complaint were executed upon Eilidh Murray - authorized to accept in compliance with Federal Rules of Civil Procedure by service on a domestic corporation, unincorporated association, or public entity (Hankin, Marc) (Entered: 08/26/2025) |
| 08/29/2025 | 32 | Notice of Appearance or Withdrawal of Counsel: for attorney Tracy B Rane counsel for Defendant Michigan State University. Adding Tracy B. Rane as counsel of record for Michigan State University for the reason indicated in the G-123 Notice. Filed by Defendant Michigan State University. (Attorney Tracy B Rane added to party Michigan State University(pty:dft))(Rane, Tracy) (Entered: 08/29/2025) |
| 08/29/2025 | 33 | Notice of Appearance or Withdrawal of Counsel: for attorney Kevin John Cammiso counsel for Defendant Michigan State University. Adding Kevin J. Cammiso as counsel of record for Michigan State University for the reason indicated in the G-123 Notice. Filed by Defendant Michigan State University. (Attorney Kevin John Cammiso added to party Michigan State University(pty:dft))(Cammiso, Kevin) (Entered: 08/29/2025) |
| 08/29/2025 | 34 | Notice of Appearance or Withdrawal of Counsel: for attorney Zien M Halwani counsel for Defendant Michigan State University. Adding Zien Halwani as counsel of record for Michigan State University for the reason indicated in the G-123 Notice. Filed by Defendant Michigan State University. (Attorney Zien M Halwani added to party Michigan State University(pty:dft))(Halwani, Zien) (Entered: 08/29/2025) |
| 08/29/2025 | 35 | ORDER RE UNILATERAL STIPULATION TO EXTEND DEFENDANT UNIVERSITY COLLEGE LONDON'S TIME TO RESPOND TO THE COMPLAINT BY NOT MORE THAN THIRTY (30) DAYS 29 by Judge Wesley L. Hsu. The Court Court hereby orders that UCL's deadline to respond to MMAS's Complaint is extended until September 24, 2025. (lom) (Entered: 08/29/2025) |
| 08/29/2025 | 36 | ORDER RE STIPULATION TO EXTEND DEFENDANT UNIVERSITY OF LEEDS' TIME TO RESPOND TO COMPLAINT 30 by Judge Wesley L. Hsu. The Court hereby orders that Leeds' deadline to respond to MMAS's complaint is October 8, 2025. (lom) (Entered: 08/29/2025) |
| 09/16/2025 | 37 | STIPULATION for Leave to File First Amended Complaint filed by Defendant Michigan State University. (Attachments: # 1 Proposed Order, # 2 Exhibit Certificate of Service) (Fowler, John) (Entered: 09/16/2025) |

| 09/18/2025 | 38 | ORDER RE STIPULATION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT 37 by Judge Wesley L. Hsu. The Court hereby ORDERS as follows: 1. MMAS shall withdraw its copyright and trade secret claims against MSU and file a first amended complaint on or before October 17, 2025; 2. MSU shall respond to the first amended complaint within 14 days after service of the amended pleading. (lom) (Entered: 09/18/2025) |
|---|---|---|
| 10/14/2025 | 39 | REQUEST for Clerk to Enter Default against Defendant East and North Hertfordshire NHS Trust filed by Plaintiff MMAS Research LLC. (Attachments: # 1 Declaration of Marc E. Hankin) (Hankin, Marc) (Entered: 10/14/2025) |
| 10/15/2025 | 40 | STIPULATION for Extension of Time to File Response to First Amended Complaint filed by Defendant University College London. (Attachments: # 1 Proposed Order)(Attorney Mark D Kachner added to party University College London(pty:dft))(Kachner, Mark) (Entered: 10/15/2025) |
| 10/17/2025 | 41 | FIRST AMENDED COMPLAINT against Defendants Betsi Cadwaladr University Health Board, Michigan State University, University College London, University of Leeds, Kings College London amending Complaint (Attorney Civil Case Opening) 1 , filed by Plaintiff MMAS Research LLC (Attachments: # 1 Exhibit 1 to 26)(Hankin, Marc) (Entered: 10/17/2025) |
| 10/17/2025 | 42 | AMENDED CIVIL COVER SHEET filed by Plaintiff MMAS Research LLC. (Hankin, Marc) (Entered: 10/17/2025) |
| 10/17/2025 | 43 | *AMENDED* NOTICE of Interested Parties filed by Plaintiff MMAS Research LLC, identifying MMAS RESEARCH LLC; University of Leeds; University College London; Michigan State University; Betsi Cadwaladr University Health Board; Kings College London. (Hankin, Marc) (Entered: 10/17/2025) |
| 10/17/2025 | 44 | Request for Clerk to Issue Summons on Amended Complaint/Petition, 41 filed by Plaintiff MMAS Research LLC. (Hankin, Marc) (Entered: 10/17/2025) |
| 10/17/2025 | 45 | Request for Clerk to Issue Summons on Amended Complaint/Petition, 41 filed by Plaintiff MMAS Research LLC. (Hankin, Marc) (Entered: 10/17/2025) |
| 10/17/2025 | 46 | ORDER GRANTING STIPULATION FOR LEAVE TO EXTEND TIME TO RESPOND TO FIRST AMENDED COMPLAINT 40 by Judge Wesley L. Hsu. The Court HEREBY ORDERS: Defendant's deadline to respond to the operative complaint is December 1, 2025. (lom) (Entered: 10/20/2025) |
| 10/20/2025 | 47 | NOTICE OF DEFICIENCY Re: REQUEST for Clerk to Enter Default against Defendant East and North Hertfordshire NHS Trust 39 . The Clerk cannot enter the requested relief as: The Clerk cannot enter the requested relief as: Since filing of the First Amended Complaint, Defendant East and North Hertfordshire NHS Trust is not named as a defendant. (lom) (Entered: 10/20/2025) |
| 10/20/2025 | 48 | 21 DAY Summons Issued re First Amended Complaint 41 as to Defendant Betsi Cadwaladr University Health Board. (lom) (Entered: 10/20/2025) |
| 10/20/2025 | 49 | 21 DAY Summons Issued re First Amended Complaint 41 as to Defendant Kings College London. (lom) (Entered: 10/20/2025) |
| 10/23/2025 | 50 | NOTICE OF DISMISSAL filed by Plaintiff MMAS Research LLC pursuant to FRCP 41a(1) *Without Prejudice* as to Michigan State University. (Hankin, Marc) (Entered: 10/23/2025) |
| 10/30/2025 | 51 | STIPULATION for Extension of Time to File Answer to 12/15/2025 re Amended Complaint/Petition, 41 filed by Defendant University of Leeds. (Attachments: # 1 Proposed Order)(Kowalewsky, Erik) (Entered: 10/30/2025) |

| 11/04/2025 | [52] | ORDER GRANTING STIPULATION TO EXTEND DEFENDANT UNIVERSITY OF LEEDS'S TIME TO RESPOND TO FIRST AMENDED COMPLAINT [51] by Judge Wesley L. Hsu. The Court hereby orders that Leeds's deadline to respond to the FAC is December 15, 2025. (lom) (Entered: 11/05/2025) |
| --- | --- | --- |
| 11/06/2025 | [53] | PROOF OF SERVICE Executed by Plaintiff MMAS Research LLC, upon Defendant Betsi Cadwaladr University Health Board served on 10/30/2025, answer due 11/20/2025. Service of the Summons and Complaint were executed upon Sian Owen - employee of the BCUHB in the General Office in compliance with Federal Rules of Civil Procedure by service on a domestic corporation, unincorporated association, or public entity (Hankin, Marc) (Entered: 11/06/2025) |
| 11/10/2025 | [54] | PROOF OF SERVICE Executed by Plaintiff MMAS Research LLC, upon Defendant Kings College London served on 11/4/2025, answer due 11/25/2025. Service of the Summons and Complaint were executed upon Nizar Kano - Legal Coordinator in compliance with Federal Rules of Civil Procedure by service on a domestic corporation, unincorporated association, or public entity (Hankin, Marc) (Entered: 11/10/2025) |
| 11/14/2025 | [55] | NOTICE OF DISMISSAL filed by Plaintiff MMAS Research LLC pursuant to FRCP 41a(1) as to Betsi Cadwaladr University Health Board. (Hankin, Marc) (Entered: 11/14/2025) |
| 12/01/2025 | [56] | NOTICE OF MOTION AND MOTION to Dismiss Case filed by Defendant University College London. Motion set for hearing on 1/9/2026 at 01:30 PM before Judge Wesley L. Hsu. (Attachments: # [1] Proposed Order) (Kachner, Mark) (Entered: 12/01/2025) |
| 12/01/2025 | [57] | MEMORANDUM in Support of NOTICE OF MOTION AND MOTION to Dismiss Case [56] filed by Defendant University College London. (Kachner, Mark) (Entered: 12/01/2025) |
| 12/01/2025 | [58] | DECLARATION of Mark D. Kachner in Support of NOTICE OF MOTION AND MOTION to Dismiss Case [56] filed by Defendant University College London. (Attachments: # [1] Exhibit 1-13)(Kachner, Mark) (Entered: 12/01/2025) |
| 12/05/2025 | [59] | NOTICE TO FILER OF DEFICIENCIES in Electronic Filed Document RE: MOTION to Dismiss Case [56] . The following error(s) was/were found: Local Rule 7.1-1 no notice of interested parties. In response to this notice, the Court may: (1) order an amended or correct document to be filed; (2) order the document stricken; or (3) take other action as the Court deems appropriate. You need not take any action in response to this notice unless and until the Court directs you to do so. (lom) (Entered: 12/05/2025) |
| 12/08/2025 | [60] | NOTICE of Interested Parties filed by Defendant University College London, (Kachner, Mark) (Entered: 12/08/2025) |
| 12/15/2025 | [61] | CERTIFICATE of Interested Parties filed by Defendant University of Leeds, (Kowalewsky, Erik) (Entered: 12/15/2025) |
| 12/15/2025 | [62] | CORPORATE DISCLOSURE STATEMENT filed by Defendant University of Leeds (Kowalewsky, Erik) (Entered: 12/15/2025) |
| 12/15/2025 | [63] | NOTICE OF MOTION AND MOTION to Dismiss First Amended Complaint by Unitversity of Leeds filed by Defendant University of Leeds. Motion set for hearing on 1/16/2026 at 01:30 PM before Judge Wesley L. Hsu. (Attachments: # [1] Memorandum, # [2] Supplement Request for Judicial Notice, # [3] Declaration Smith, # [4] Declaration Coulsey, # [5] Proposed Order) (Kowalewsky, Erik) (Entered: 12/15/2025) |
| 12/18/2025 | [64] | NOTICE OF DISMISSAL filed by Plaintiff MMAS Research LLC pursuant to FRCP 41a(1) as to University of Leeds. (Hankin, Marc) (Entered: 12/18/2025) |

| 12/19/2025 | 65 | MEMORANDUM in Opposition to NOTICE OF MOTION AND MOTION to Dismiss Case 56 filed by Plaintiff MMAS Research LLC. (Attachments: # 1 Declaration of Steven Trubow and Exhibits 1 to 3)(Hankin, Marc) (Entered: 12/19/2025) |
|---|---|---|
| 12/26/2025 | 66 | REPLY in Support of NOTICE OF MOTION AND MOTION to Dismiss Case 56 filed by Defendant University College London. (Kachner, Mark) (Entered: 12/26/2025) |
| 12/26/2025 | 67 | DECLARATION of Mark D. Kachner in Support of NOTICE OF MOTION AND MOTION to Dismiss Case 56 filed by Defendant University College London. (Attachments: # 1 Exhibit 14)(Kachner, Mark) (Entered: 12/26/2025) |
| 01/02/2026 | 68 | (IN CHAMBERS) ORDER CONTINUING Defendant University of Leeds' Motion to Dismiss First Amended Complaint (DKT. 63 ) by Judge Wesley L. Hsu: The court on its own motion, continues the MOTION HEARING to January 30, 2026 at 1:30 p.m. Counsel shall refer to the court's Standing Order with respect to the briefing schedule of motions. The precise time of the hearing may change upon the issuance of the final calendar for that date. The hearing will proceed in-person at the First Street Courthouse, Courtroom 9B.THERE IS NO PDF DOCUMENT ASSOCIATED WITH THIS ENTRY. (lca) TEXT ONLY ENTRY (Entered: 01/03/2026) |
| 01/05/2026 | 69 | REQUEST for Entry of Default against Defendant Kings College London filed by Plaintiff MMAS Research LLC. (Attachments: # 1 Declaration of Marc E. Hankin and Exhibits 1; 2) (Hankin, Marc) (Entered: 01/05/2026) |
| 01/06/2026 | 70 | NOTICE OF DEFICIENCY Re: REQUEST for Entry of Default against Defendant Kings College London 69 . The Clerk cannot enter the requested relief as: Request for Entry of Default has been forwarded to the assigned Judge. Because the Clerk is unable to Enter Default on a foreign entity, request is forward to the Judge for review. (lom) (Entered: 01/06/2026) |
| 01/08/2026 | 71 | (IN CHAMBERS) ORDER CONTINUING Defendant's University College London's Motion to Dismiss (DKT. 56 ) by Judge Wesley L. Hsu: The court on its own motion, continues the MOTION HEARING to January 30, 2026 at 1:30 p.m. Counsel shall refer to the court's Standing Order with respect to the briefing schedule of motions. The precise time of the hearing may change upon the issuance of the final calendar for that date. The hearing will proceed in-person at the First Street Courthouse, Courtroom 9B. THERE IS NO PDF DOCUMENT ASSOCIATED WITH THIS ENTRY. (lca) TEXT ONLY ENTRY Modified on 1/8/2026 (lca). (Entered: 01/08/2026) |
| 01/08/2026 | 72 | MINUTES (IN CHAMBERS) ORDER RE PLAINTIFF'S REQUEST FOR ENTRY OF DEFAULT AGAINST DEFENDANT KING'S COLLEGE LONDON 69 by Judge Wesley L. Hsu. The Court DENIES the Request. Plaintiff MMS Research LLC is ORDERED to effect service of a summons and complaint upon Defendant King's College London consistent with this Order within thirty (30), and to file a proof of service of such process within 45 days of this Order. (lom) (Entered: 01/09/2026) |
| 01/09/2026 | 73 | (IN CHAMBERS) ORDER DEEMING DEFENDANTS UNIVERSITY OF LEEDS' MOTION AS MOOT (DKT. 63 ) by Judge Wesley L. Hsu: Following Defendant University of Leeds' dismissal (Dkt. 64 ), the Motion is found to be MOOT, and the hearing set for January 30, 2026 at 1:30 p.m. is vacated. No appearances are necessary.THERE IS NO PDF DOCUMENT ASSOCIATED WITH THIS ENTRY. (lca) TEXT ONLY ENTRY (Entered: 01/09/2026) |
| 01/20/2026 | 74 | Notice of Appearance or Withdrawal of Counsel: for attorney Marc E Hankin counsel for Plaintiff MMAS Research LLC. Elodie Marie Bardon is no longer counsel of record for the aforementioned party in this case for the reason indicated in the G-123 Notice. Filed by Plaintiff MMAS Research LLC. (Hankin, Marc) (Entered: 01/20/2026) |

| 01/27/2026 | 75 | (IN CHAMBERS) ORDER TAKING MOTION OFF CALENDAR AND UNDER SUBMISSION by Judge Wesley L. Hsu. The Court, on its own motion, takes the Defendant University College London's Motion to Dismiss Case 56 set for January 30, 2026 off calendar and under submission. The Court will set a new hearing date if it decides oral argument would be helpful. A written order will follow. THERE IS NO PDF DOCUMENT ASSOCIATED WITH THIS ENTRY. (lca) TEXT ONLY ENTRY (Entered: 01/27/2026) |
|---|---|---|

## PACER Service Center

### Transaction Receipt

#### 02/03/2026 19:59:35

| PACER Login: | caustin6559 | Client Code: | MMAR.2L |
|---|---|---|---|
| Description: | Docket Report | Search Criteria: | 2:25-cv-06314-WLH-E End date: 2/3/2026 |
| Billable Pages: | 8 | Cost: | 0.80 |

# EXHIBIT 7

# EXHIBIT 7

Query    Reports    Utilities    Help    Log Out

ACCO,(AJRx),AO121,DISCOVERY,MANADR

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA (Western Division - Los Angeles)
### CIVIL DOCKET FOR CASE #: 2:25-cv-06329-CV-AJR

MMAS Research LLC v. JIMRO Co., Ltd. et al
Assigned to: Judge Cynthia Valenzuela
Referred to: Magistrate Judge A. Joel Richlin
Cause: 17:501 Copyright Infringement

Date Filed: 07/10/2025
Jury Demand: Plaintiff
Nature of Suit: 820 Copyright
Jurisdiction: Federal Question

**Plaintiff**

**MMAS Research LLC**
*a Washington limited liability company*

represented by **Marc E Hankin**
Hankin Patent Law APC
11414 Thurston Circle
Los Angeles, CA 90049
310-979-3600
Fax: 310-979-3603
Email: marc@hpl.law
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Elodie Marie Bardon**
Hankin Patent Law, APC
11414 Thurston Circle
Los Angeles, CA 90049
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
Fax: 310-979-3603
Email: Elodie@hpl.law
*TERMINATED: 01/20/2026*

V.

**Defendant**

**JIMRO Co., Ltd.**

**Defendant**

**Medical Corporation Tesshokai Japan**

**Defendant**

**University of Tokyo**

**Defendant**

**Nihon University School of Medicine**

**Defendant**

**Mitsubishi Tanabe Pharma Corporation**

**Defendant**

**Does**
*1 through 10, inclusive*

| Date Filed | # | Docket Text |
|------------|---|-------------|
| 07/10/2025 | 1 | COMPLAINT Receipt No: ACACDC-40073077 - Fee: $405, filed by Plaintiff MMAS RESEARCH LLC. (Attorney Marc E Hankin added to party MMAS RESEARCH LLC(pty:pla))(Hankin, Marc) (Entered: 07/10/2025) |
| 07/10/2025 | 2 | CIVIL COVER SHEET filed by Plaintiff MMAS RESEARCH LLC. (Hankin, Marc) (Entered: 07/10/2025) |
| 07/10/2025 | 3 | NOTICE of Interested Parties filed by Plaintiff MMAS RESEARCH LLC, identifying MMAS RESEARCH LLC; JIMRO Co., Ltd.; Medical Corporation Tesshokai Japan; University of Tokyo; Nihon University School of Medicine; Mitsubishi Tanabe Pharma Corporation. (Hankin, Marc) (Entered: 07/10/2025) |
| 07/10/2025 | 4 | REPORT ON THE FILING OF AN ACTION regarding a copyright (Initial Notification) filed by MMAS RESEARCH LLC. (Hankin, Marc) (Entered: 07/10/2025) |
| 07/10/2025 | 5 | Request for Clerk to Issue Summons on Complaint (Attorney Civil Case Opening) 1 filed by Plaintiff MMAS RESEARCH LLC. (Hankin, Marc) (Entered: 07/10/2025) |
| 07/10/2025 | 6 | Request for Clerk to Issue Summons on Complaint (Attorney Civil Case Opening) 1 filed by Plaintiff MMAS RESEARCH LLC. (Hankin, Marc) (Entered: 07/10/2025) |
| 07/10/2025 | 7 | Request for Clerk to Issue Summons on Complaint (Attorney Civil Case Opening) 1 filed by Plaintiff MMAS RESEARCH LLC. (Hankin, Marc) (Entered: 07/10/2025) |
| 07/10/2025 | 8 | Request for Clerk to Issue Summons on Complaint (Attorney Civil Case Opening) 1 filed by Plaintiff MMAS RESEARCH LLC. (Hankin, Marc) (Entered: 07/10/2025) |
| 07/10/2025 | 9 | Request for Clerk to Issue Summons on Complaint (Attorney Civil Case Opening) 1 filed by Plaintiff MMAS RESEARCH LLC. (Hankin, Marc) (Entered: 07/10/2025) |
| 07/17/2025 | 10 | NOTICE OF ASSIGNMENT to District Judge George H. Wu and Magistrate Judge A. Joel Richlin. (lh) (Entered: 07/17/2025) |
| 07/17/2025 | 11 | NOTICE TO PARTIES OF COURT-DIRECTED ADR PROGRAM filed. (lh) (Entered: 07/17/2025) |
| 07/17/2025 | 12 | Notice to Counsel Re Consent to Proceed Before a United States Magistrate Judge. (lh) (Entered: 07/17/2025) |
| 07/17/2025 | 13 | 21 DAY Summons Issued re Complaint (Attorney Civil Case Opening) 1 as to Defendants JIMRO Co., Ltd., Medical Corporation Tesshokai Japan, Mitsubishi Tanabe Pharma Corporation, Nihon University School of Medicine, University of Tokyo. (Attachments: # 1 Summons as to Defendant Medical Corporation Tesshokai Japan, # 2 Summons as to Defendant University of Tokyo, # 3 Summons as to Defendant Nihon University School of Medicine, # 4 Summons as to Defendant Mitsubishi Tanabe Pharma Corporation) (lh) (Entered: 07/17/2025) |
| 07/22/2025 | 14 | ORDER RETURNING CASE FOR REASSIGNMENT by Judge George H Wu. ORDER case returned to the Clerk for random reassignment pursuant to General Order 23-05. Case randomly reassigned from Judge George H Wu to Judge Cynthia Valenzuela for all further proceedings. The case number will now reflect the initials of the transferee Judge 2:25-cv-06329-CV (AJRx). (et) (Entered: 07/22/2025) |

| 07/23/2025 | 15 | STANDING ORDER For Civil Cases upon filing of the complaint by Judge Cynthia Valenzuela. (jec) (Entered: 07/23/2025) |
| 07/23/2025 | 16 | ORDER RE MOTIONS FOR SUMMARY JUDGMENT by Judge Cynthia Valenzuela. (jec) (Entered: 07/23/2025) |
| 12/18/2025 | 17 | MINUTES (IN CHAMBERS) ORDER TO SHOW CAUSE RE: DISMISSAL FOR LACK OF PROSECUTION by Judge Cynthia Valenzuela: Plaintiff is ordered to show cause, in writing, no later than 12/31/2025, why this action should not be dismissed for lack of prosecution. The Order will stand submitted upon the filing of the response to the Order to Show Cause. Failure to respond to the Order to Show Cause will result in the dismissal of this action. Court Reporter: Not Reported. (gk) (Entered: 12/18/2025) |
| 12/30/2025 | 18 | RESPONSE filed by Plaintiff MMAS Research LLCto Minutes of In Chambers Order/Directive - no proceeding held,, Set/Reset Deadlines, 17 *RESPONSE TO ORDER TO SHOW CAUSE REGARDING LACK OF PROSECUTION* (Attachments: # 1 Declaration of Andria Beauvais)(Hankin, Marc) (Entered: 12/30/2025) |
| 01/20/2026 | 19 | Notice of Appearance or Withdrawal of Counsel: for attorney Marc E Hankin counsel for Plaintiff MMAS Research LLC. Elodie Marie Bardon is no longer counsel of record for the aforementioned party in this case for the reason indicated in the G-123 Notice. Filed by Plaintiff MMAS Research LLC. (Hankin, Marc) (Entered: 01/20/2026) |

| **PACER Service Center** | | |
| --- | --- | --- |
| **Transaction Receipt** | | |
| 02/03/2026 20:22:23 | | |
| **PACER Login:** | caustin6559 | **Client Code:** | MMAR.2L |
| **Description:** | Docket Report | **Search Criteria:** | 2:25-cv-06329-CV-AJR End date: 2/3/2026 |
| **Billable Pages:** | 3 | **Cost:** | 0.30 |

# EXHIBIT 8

# EXHIBIT 8

Query    Reports    Utilities    Help    Log Out

ACCO,(PDx),AO121,DISCOVERY,MANADR

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA (Western Division - Los Angeles)
### CIVIL DOCKET FOR CASE #: 2:25-cv-07439-MWC-PD

| | |
|---|---|
| MMAS RESEARCH LLC v. Novartis Pharma GmbH et al | Date Filed: 08/11/2025 |
| Assigned to: Judge Michelle Williams Court | Jury Demand: Plaintiff |
| Referred to: Magistrate Judge Patricia Donahue | Nature of Suit: 820 Copyright |
| Cause: 17:501 Copyright Infringement | Jurisdiction: Federal Question |

**Plaintiff**

**MMAS RESEARCH LLC**
*a Washington limited liability company*

represented by **Marc E Hankin**
Hankin Patent Law APC
11414 Thurston Circle
Los Angeles, CA 90049
310-979-3600
Fax: 310-979-3603
Email: marc@hpl.law
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Elodie Marie Bardon**
Hankin Patent Law, APC
11414 Thurston Circle
Los Angeles, CA 90049
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
Fax: 310-979-3603
Email: Elodie@hpl.law
*TERMINATED: 01/20/2026*

V.

**Defendant**

**Novartis Pharma GmbH**
*TERMINATED: 12/30/2025*

represented by **Paul C Llewellyn**
Arnold and Porter Kaye Scholer LLP
250 West 55th Street
New York, NY 10019-9710
212-836-7828
Email: paul.llewellyn@arnoldporter.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Oscar Ramallo**
Arnold and Porter Kaye Scholer LLP
777 South Figueroa Street 44th Floor
Los Angeles, CA 90017-5844
213-243-4290

Fax: 213-243-4199
Email: oscar.ramallo@arnoldporter.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Albert Einstein College of Medicine**                represented by **Katherine M. Dugdale**
Perkins Coie LLP
1888 Century Park East Suite 1700
Los Angeles, CA 90067-1721
310-788-9900
Fax: 310-788-3399
Email: kdugdale@perkinscoie.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Lara J Dueppen**
Perkins Coie LLP
1888 Century Park East Suite 1700
Los Angeles, CA 90067-1721
310-788-9900
Fax: 310-788-3399
Email: ldueppen@perkinscoie.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**University of Naples Federico II**                represented by **University of Naples Federico II**
*TERMINATED: 12/17/2025*                University Degli Studi di Napoli Federico II
Corso Umberto I 40
Napoli
Italy
PRO SE

**Defendant**

**St. Olavs Hospital**                represented by **Jessica Megan Leano**
*TERMINATED: 12/30/2025*                Dorsey and Whitney LLP
600 Anton Boulevard, Suite 2000
Costa Mesa, CA 92626
714-800-1474
Fax: 714-800-1499
Email: leano.jessica@dorsey.com
*ATTORNEY TO BE NOTICED*

**Gregory S Tamkin**
Dorsey & Whitney LLP
1400 Wewatta Street Suite 400
Denver, CO 80202-5549
303-629-3400
Fax: 303-629-3450
Email: tamkin.greg@dorsey.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Yale University**
*TERMINATED: 09/04/2025*

**Defendant**

**Morisky Medication Adherence Research LLC**
*TERMINATED: 01/27/2026*

**Defendant**

**Cardinale Giovanni Panico General Hospital**
*TERMINATED: 12/12/2025*

**Defendant**

**Universita di Pavia**
*TERMINATED: 12/17/2025*

**Defendant**

**Maastricht University Medical Center**

**Defendant**

**Does**
*1 through 10, inclusive*

**Interested Party**

**Ambra Natalie**

| Date Filed | # | Docket Text |
|---|---|---|
| 08/11/2025 | 1 | COMPLAINT Receipt No: ACACDC-40278718 - Fee: $405, filed by Plaintiff MMAS RESEARCH LLC. (Attachments: # 1 Exhibit 1 and 2) (Attorney Marc E Hankin added to party MMAS RESEARCH LLC(pty:pla))(Hankin, Marc) (Entered: 08/11/2025) |
| 08/11/2025 | 2 | CIVIL COVER SHEET filed by Plaintiff MMAS RESEARCH LLC. (Hankin, Marc) (Entered: 08/11/2025) |
| 08/11/2025 | 3 | NOTICE of Interested Parties filed by Plaintiff MMAS RESEARCH LLC, identifying MMAS RESEARCH LLC; Novartis Pharma GmbH; Albert Einstein College of Medicine; University of Naples Federico II; St. Olavs Hospital; Yale University; Morisky Medication Adherence Research LLC; Cardinale Giovanni Panico General Hospital; Universita di Pavia; Maastricht University Medical Center. (Hankin, Marc) (Entered: 08/11/2025) |
| 08/11/2025 | 4 | REPORT ON THE FILING OF AN ACTION regarding a copyright (Initial Notification) filed by MMAS RESEARCH LLC. (Hankin, Marc) (Entered: 08/11/2025) |
| 08/11/2025 | 5 | Request for Clerk to Issue Summons on Complaint (Attorney Civil Case Opening) 1 filed by Plaintiff MMAS RESEARCH LLC. (Hankin, Marc) (Entered: 08/11/2025) |
| 08/11/2025 | 6 | Request for Clerk to Issue Summons on Complaint (Attorney Civil Case Opening) 1 filed by Plaintiff MMAS RESEARCH LLC. (Hankin, Marc) (Entered: 08/11/2025) |
| 08/11/2025 | 7 | Request for Clerk to Issue Summons on Complaint (Attorney Civil Case Opening) 1 filed by Plaintiff MMAS RESEARCH LLC. (Hankin, Marc) (Entered: 08/11/2025) |

| 08/11/2025 | 8 | Request for Clerk to Issue Summons on Complaint (Attorney Civil Case Opening) 1 filed by Plaintiff MMAS RESEARCH LLC. (Hankin, Marc) (Entered: 08/11/2025) |
| 08/11/2025 | 9 | Request for Clerk to Issue Summons on Complaint (Attorney Civil Case Opening) 1 filed by Plaintiff MMAS RESEARCH LLC. (Hankin, Marc) (Entered: 08/11/2025) |
| 08/11/2025 | 10 | Request for Clerk to Issue Summons on Complaint (Attorney Civil Case Opening) 1 filed by Plaintiff MMAS RESEARCH LLC. (Hankin, Marc) (Entered: 08/11/2025) |
| 08/11/2025 | 11 | Request for Clerk to Issue Summons on Complaint (Attorney Civil Case Opening) 1 filed by Plaintiff MMAS RESEARCH LLC. (Hankin, Marc) (Entered: 08/11/2025) |
| 08/11/2025 | 12 | Request for Clerk to Issue Summons on Complaint (Attorney Civil Case Opening) 1 filed by Plaintiff MMAS RESEARCH LLC. (Hankin, Marc) (Entered: 08/11/2025) |
| 08/11/2025 | 13 | Request for Clerk to Issue Summons on Complaint (Attorney Civil Case Opening) 1 filed by Plaintiff MMAS RESEARCH LLC. (Hankin, Marc) (Entered: 08/11/2025) |
| 08/14/2025 | 14 | NOTICE OF ASSIGNMENT to District Judge Michelle Williams Court and Magistrate Judge Patricia Donahue. (et) (Entered: 08/14/2025) |
| 08/14/2025 | 15 | NOTICE TO PARTIES OF COURT-DIRECTED ADR PROGRAM filed. (et) (Entered: 08/14/2025) |
| 08/14/2025 | 16 | Notice to Counsel Re Consent to Proceed Before a United States Magistrate Judge. (et) (Entered: 08/14/2025) |
| 08/14/2025 | 17 | 21 DAY Summons Issued re Complaint (Attorney Civil Case Opening) 1 as to Defendant Novartis Pharma GmbH. (et) (Entered: 08/14/2025) |
| 08/14/2025 | 18 | 21 DAY Summons Issued re Complaint (Attorney Civil Case Opening) 1 as to Defendant Albert Einstein College of Medicine. (et) (Entered: 08/14/2025) |
| 08/14/2025 | 19 | 21 DAY Summons Issued re Complaint (Attorney Civil Case Opening) 1 as to Defendant University of Naples Federico II. (et) (Entered: 08/14/2025) |
| 08/14/2025 | 20 | 21 DAY Summons Issued re Complaint (Attorney Civil Case Opening) 1 as to Defendant Yale University. (et) (Entered: 08/14/2025) |
| 08/14/2025 | 21 | 21 DAY Summons Issued re Complaint (Attorney Civil Case Opening) 1 as to Defendant Morisky Medication Adherence Research LLC. (et) (Entered: 08/14/2025) |
| 08/14/2025 | 22 | 21 DAY Summons Issued re Complaint (Attorney Civil Case Opening) 1 as to Defendant Cardinale Giovanni Panico General Hospital. (et) (Entered: 08/14/2025) |
| 08/14/2025 | 23 | 21 DAY Summons Issued re Complaint (Attorney Civil Case Opening) 1 as to Defendant Universita di Pavia. (et) (Entered: 08/14/2025) |
| 08/14/2025 | 24 | 21 DAY Summons Issued re Complaint (Attorney Civil Case Opening) 1 as to Defendant Maastricht University Medical Center. (et) (Entered: 08/14/2025) |
| 08/14/2025 | 25 | STANDING ORDER REGARDING NEWLY ASSIGNED CASES by Judge Michelle Williams Court. (ji) (Entered: 08/14/2025) |
| 08/14/2025 | 26 | 21 DAY Summons Issued re Complaint (Attorney Civil Case Opening) 1 as to Defendant St. Olavs Hospital. (et) (Entered: 08/14/2025) |
| 08/19/2025 | 27 | (ISSUED IN ERROR PER DKT. 28 ) ORDER SETTING SCHEDULING CONFERENCE by Judge Michelle Williams Court. Rule 26 Meeting Report due by 10/10/2025. Scheduling Conference set for 10/24/2025 at 01:30 PM before Judge Michelle Williams Court. (tj) Modified on 8/19/2025 (tj). (Entered: 08/19/2025) |

| 08/19/2025 | 28 | NOTICE OF CLERICAL ERROR by T. Jackson, Courtroom Deputy Clerk to Judge Michelle Williams Court: You are hereby notified that due to a clerical error the Order Setting Scheduling Conference (Dkt. 27 ) was issued in error. Please disregard. THERE IS NO PDF DOCUMENT ASSOCIATED WITH THIS ENTRY. (tj) TEXT ONLY ENTRY (Entered: 08/19/2025) |
|---|---|---|
| 08/21/2025 | 29 | Request for Clerk to Issue Summons on Complaint (Attorney Civil Case Opening) 1 filed by Plaintiff MMAS RESEARCH LLC. (Hankin, Marc) (Entered: 08/21/2025) |
| 08/25/2025 | 30 | 21 DAY Summons Issued re Complaint (Attorney Civil Case Opening) 1 as to Defendant University of Naples Federico II. (es) (Entered: 08/25/2025) |
| 09/04/2025 | 31 | NOTICE OF DISMISSAL filed by Plaintiff MMAS RESEARCH LLC pursuant to FRCP 41a(1) as to Yale University. (Hankin, Marc) (Entered: 09/04/2025) |
| 09/30/2025 | 32 | First STIPULATION Extending Time to Answer the complaint as to Albert Einstein College of Medicine answer now due 10/27/2025, re Complaint (Attorney Civil Case Opening) 1 filed by Defendant Albert Einstein College of Medicine.(Attorney Lara J Dueppen added to party Albert Einstein College of Medicine(pty:dft))(Dueppen, Lara) (Entered: 09/30/2025) |
| 10/28/2025 | 33 | PROOF OF SERVICE Executed by Plaintiff MMAS RESEARCH LLC, upon Defendant St. Olavs Hospital served on 10/14/2025, answer due 11/4/2025. Service of the Summons and Complaint were executed upon Styrets leder Ola Henrik Strand in compliance with Federal Rules of Civil Procedure by service on a domestic corporation, unincorporated association, or public entity (Hankin, Marc) (Entered: 10/28/2025) |
| 11/04/2025 | 34 | STIPULATION Extending Time to Answer the complaint as to St. Olavs Hospital answer now due 12/4/2025, re Complaint (Attorney Civil Case Opening) 1 filed by defendant St. Olavs Hospital.(Attorney Gregory S Tamkin added to party St. Olavs Hospital(pty:dft)) (Tamkin, Gregory) (Entered: 11/04/2025) |
| 11/05/2025 | 35 | Notice of Appearance or Withdrawal of Counsel: for attorney Jessica Megan Leano counsel for Defendant St. Olavs Hospital. Adding Jessica M. Leano as counsel of record for Defendant St. Olavs Hospital for the reason indicated in the G-123 Notice. Filed by Defendant St. Olavs Hospital Jessica M. Leano. (Attorney Jessica Megan Leano added to party St. Olavs Hospital(pty:dft))(Leano, Jessica) (Entered: 11/05/2025) |
| 11/06/2025 | 36 | PROOF OF SERVICE Executed by Plaintiff MMAS RESEARCH LLC, upon Defendant Cardinale Giovanni Panico General Hospital served on 9/2/2025, answer due 9/23/2025. Service of the Summons and Complaint were executed upon John Doe - Authorized Staff in compliance with Federal Rules of Civil Procedure by service on a domestic corporation, unincorporated association, or public entity (Hankin, Marc) (Entered: 11/06/2025) |
| 11/06/2025 | 37 | PROOF OF SERVICE Executed by Plaintiff MMAS RESEARCH LLC, upon Defendant University of Naples Federico II served on 9/2/2025, answer due 9/23/2025. in compliance with Federal Rules of Civil Procedure by service on a domestic corporation, unincorporated association, or public entity (Hankin, Marc) (Entered: 11/06/2025) |
| 11/06/2025 | 38 | PROOF OF SERVICE Executed by Plaintiff MMAS RESEARCH LLC, upon Defendant Universita di Pavia served on 9/5/2025, answer due 9/26/2025. Service of the Summons and Complaint were executed upon John Doe - Authorized Staff in compliance with Federal Rules of Civil Procedure by service on a domestic corporation, unincorporated association, or public entity (Hankin, Marc) (Entered: 11/06/2025) |
| 11/06/2025 | 39 | MINUTE (IN CHAMBERS) ORDER TO SHOW CAUSE RE DISMISSAL FOR LACK OF PROSECUTION AS TO ALBERT EINSTEIN COLLEGE OF MEDICINE by Judge Michelle Williams Court.The Court, on its own motion, orders Plaintiff to show cause in |

| | | writing no later than November 13, 2025, why this action should not be dismissed for lack of prosecution regarding overdue responses as to Albert Einstein College of Medicine. (SEE DOCUMENT FOR FURTHER DETAILS) (chk) (Entered: 11/07/2025) |
|---|---|---|
| 11/07/2025 | 41 | (IN CHAMBERS) ORDER TO SHOW CAUSE RE DISMISSAL FOR LACK OF PROSECUTION AS TO CARDINALE GIOVANNI PANICO GENERAL HOSPITAL; UNIVERSITY OF NAPLES FEDERICO II; and UNIVERSITA DI PAVIA by Judge Michelle Williams Court. The Court, on its own motion, orders Plaintiff to show cause in writing no later than November 14, 2025, why this action should not be dismissed for lack of prosecution regarding overdue responses as to Cardinale Giovanni Panico General Hospital, University of Naples Federico II, and Universita di Pavia. The Order to Show Cause will stand submitted upon the filing of an appropriate response. No oral argument will be heard unless otherwise ordered by the Court. Failure to respond will result in the dismissal of this matter. (See document for further details) (yl) (Entered: 11/12/2025) |
| 11/10/2025 | 40 | PROOF OF SERVICE Executed by Plaintiff MMAS RESEARCH LLC, upon Defendant Albert Einstein College of Medicine served on 9/5/2025, answer due 10/27/2025. Service of the Summons and Complaint were executed upon Shannon Henderson, Esq. - Associate Council in compliance with Federal Rules of Civil Procedure by personal service (Hankin, Marc) (Entered: 11/10/2025) |
| 11/12/2025 | 42 | ANSWER to Complaint (Attorney Civil Case Opening) 1 filed by defendant Albert Einstein College of Medicine.(Attorney Katherine M. Dugdale added to party Albert Einstein College of Medicine(pty:dft))(Dugdale, Katherine) (Entered: 11/12/2025) |
| 11/12/2025 | 43 | *Corporate Disclosure Statement and* NOTICE of Interested Parties filed by defendant Albert Einstein College of Medicine, identifying MMAS Research LLC; Novartis Pharma Gmbh; Albert Einstein College of Medicine; University of Naples Federico II; St. Olavs Hospital; Yale University; Morisky Medication Adherence Research LLC; Cardinale Giovanni Panico General Hospital; Universita Di Pavi; Maastricht University Medical Center; Does 1 through 10. (Dugdale, Katherine) (Entered: 11/12/2025) |
| 11/13/2025 | 44 | (STRICKEN PER DKT. NO. 51 ) REQUEST for Clerk to Enter Default against Defendant Cardinale Giovanni Panico General Hospital filed by Plaintiff MMAS RESEARCH LLC. (Attachments: # 1 Declaration of Marc E. Hankin and Exhibits 1-2) (Hankin, Marc) Modified on 11/19/2025 (tj). (Entered: 11/13/2025) |
| 11/13/2025 | 45 | REQUEST for Clerk to Enter Default against Defendant University of Naples Federico II filed by Plaintiff MMAS RESEARCH LLC. (Attachments: # 1 Declaration of Marc E. Hankin and Exhibits 1 to 3) (Hankin, Marc) (Entered: 11/13/2025) |
| 11/13/2025 | 46 | (STRICKEN PER DKT. NO. 52 ) REQUEST for Clerk to Enter Default against Defendant Universita di Pavia filed by Plaintiff MMAS RESEARCH LLC. (Attachments: # 1 Declaration of Marc E. Hankin and Exhibits 1 to 5) (Hankin, Marc) Modified on 11/19/2025 (tj). (Entered: 11/13/2025) |
| 11/14/2025 | 47 | NOTICE OF DEFICIENCY Re: REQUEST for Clerk to Enter Default against Defendant Cardinale Giovanni Panico General Hospital 44 . The Clerk cannot enter the requested relief as: Proof of Service is lacking required information. The person served (John Doe) was not named as the authorized person to accept service on behalf of defendant. (yl) (Entered: 11/14/2025) |
| 11/14/2025 | 48 | DEFAULT BY CLERK F.R.Civ.P.55(a) as to UNIVERSITY OF NAPLES FEDERICO II (yl) (Entered: 11/14/2025) |
| 11/14/2025 | 49 | (IN CHAMBERS) ORDER TO SHOW CAUSE REGARDING DISMISSAL FOR Lack of Personal Jurisdiction and/or Improper Venue by Judge Michelle Williams Court. IT IS HEREBY ORDERED that Plaintiff file, on or before December 1, 2025, a response to this |

| | | |
|---|---|---|
| | | Order and show cause why this action shall not be dismissed for lack of personal jurisdiction and improper venue. Failure to file a satisfactory response with the Court by the deadline set forth above shall either: (1) be deemed as consent to the dismissal of the action for lack of personal jurisdiction or improper venue; and/or (2) result in the action being dismissed for failure to prosecute and/or to comply with a court order. (See document for further details) (yl) (Entered: 11/14/2025) |
| 11/14/2025 | 50 | NOTICE OF DEFICIENCY Re: REQUEST for Clerk to Enter Default against Defendant Universita di Pavia 46 . The Clerk cannot enter the requested relief as: Proof of Service is lacking required information. The person served (John Doe) is not named as the authorized person to accept service on behalf of defendant. (yl) (Entered: 11/14/2025) |
| 11/14/2025 | 53 | NOTICE OF MOTION AND MOTION to Dismiss Pursuant to Fed. R. Civ. P. 12(b)(2), 12(b)(5), and 12(b)(6); Disposition Without Oral Argument filed by defendant Universita di Pavia. Motion set for hearing on 1/9/2026 at 01:30 PM before Judge Michelle Williams Court. (yl) (Entered: 11/20/2025) |
| 11/14/2025 | 54 | PROOF OF SERVICE BY MAIL filed by interested party Ambra Natalie. (yl) (Entered: 11/20/2025) |
| 11/19/2025 | 51 | RESPONSE BY THE COURT TO NOTICE TO FILER OF DEFICIENCIES IN FILED DOCUMENT RE: REQUEST for Clerk to Enter Default against Defendant Cardinale Giovanni Panico General Hospital 44 by Judge Michelle Williams Court: The request is stricken. Plaintiff is directed to correct the deficiencies noted in Dkt. no. 47 , no later than December 1, 2025. (tj) (Entered: 11/19/2025) |
| 11/19/2025 | 52 | RESPONSE BY THE COURT TO NOTICE TO FILER OF DEFICIENCIES IN FILED DOCUMENT RE: REQUEST for Clerk to Enter Default against Defendant Universita di Pavia 46 by Judge Michelle Williams Court: The request is stricken. Plaintiff is directed to correct the deficiencies noted in Dkt. no. 50 , no later than December 1, 2025. (tj) (Additional attachment(s) added on 11/20/2025: # 1 Proposed Order) (yl). (Entered: 11/19/2025) |
| 11/20/2025 | 56 | NOTICE OF MOTION AND MOTION TO DISMISS filed by defendant University of Naples Federico II. Motion set for hearing on 1/6/2026 at 01:30 PM before Judge Michelle Williams Court. (Attachments: # 1 Proposed Order) (yl) (Entered: 11/24/2025) |
| 11/20/2025 | 57 | MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION 56 filed by Defendant University of Naples Federico II. (yl) (Entered: 11/24/2025) |
| 11/20/2025 | 58 | DECLARATION 56 filed by Defendant University of Naples Federico II. (yl) (Entered: 11/24/2025) |
| 11/20/2025 | 59 | PROOF OF SERVICE filed by Plaintiff University of Naples Federico II. The Motion to Dismiss, Memorandum in Support of Motion, and Declaration was mailed on 11/13/2025 (yl) (Entered: 11/24/2025) |
| 11/21/2025 | 55 | (IN CHAMBERS) ORDER CONTINUING HEARING ON UNIVERSITA DEGLI STUDI DI PAVIA'S MOTION TO DISMISS (DKT. 53 ) by Judge Michelle Williams Court: Defendant has set the motion for a day the Court's calendar is full and, therefore, closed. Defendant is directed to refer to the Motion Calendar under this Court's Procedures and Schedules found on the website for the United States District Court. The Court, on its own motion, continues the Motion from January 9, 2026 to January 16, 2026, at 1:30 p.m. Counsel shall refer to the Court's Standing Order with respect to the briefing schedule of motions.THERE IS NO PDF DOCUMENT ASSOCIATED WITH THIS ENTRY. (tj) TEXT ONLY ENTRY (Entered: 11/21/2025) |

| 11/25/2025 | 60 | (IN CHAMBERS) ORDER CONTINUING HEARING ON UNIVERSITY OF NAPLES FEDERICO II'S MOTION TO DISMISS (DKT. 56 ) by Judge Michelle Williams Court: Defendant has set the motion for a day the Court's calendar is full and, therefore, closed. Defendant is directed to refer to the Motion Calendar under this Court's Procedures and Schedules found on the website for the United States District Court. The Court, on its own motion, continues the Motion from January 6, 2026 to January 16, 2026, at 1:30 p.m. Counsel shall refer to the Court's Standing Order with respect to the briefing schedule of motions. THERE IS NO PDF DOCUMENT ASSOCIATED WITH THIS ENTRY. (tj) TEXT ONLY ENTRY (Entered: 11/25/2025) |
|---|---|---|
| 11/26/2025 | 61 | (STRICKEN PER DKT. NO. 70 ) FIRST AMENDED COMPLAINT against Defendants Albert Einstein College of Medicine, Cardinale Giovanni Panico General Hospital, Does, Maastricht University Medical Center, Morisky Medication Adherence Research LLC, Novartis Pharma GmbH, St. Olavs Hospital, Universita di Pavia, University of Naples Federico II amending Complaint (Attorney Civil Case Opening) 1 , filed by Plaintiff MMAS RESEARCH LLC (Attachments: # 1 Exhibit 1 to 34)(Hankin, Marc) Modified on 12/2/2025 (tj). (Entered: 11/26/2025) |
| 11/26/2025 | 62 | AMENDED CIVIL COVER SHEET filed by Plaintiff MMAS RESEARCH LLC. (Hankin, Marc) (Entered: 11/26/2025) |
| 11/26/2025 | 63 | *AMENDED* NOTICE of Interested Parties filed by Plaintiff MMAS RESEARCH LLC, identifying MMAS RESEARCH LLC, Novartis Pharma GmbH, Albert Einstein College of Medicine, University of Naples Federico II, St. Olavs Hospital, Morisky Medication Adherence Research LLC, Cardinale Giovanni Panico General Hospital, Universita di Pavia, Maastricht University Medical Center. (Hankin, Marc) (Entered: 11/26/2025) |
| 11/26/2025 | 64 | Request for Clerk to Issue Summons on Amended Complaint/Petition, 61 filed by Plaintiff MMAS RESEARCH LLC. (Hankin, Marc) (Entered: 11/26/2025) |
| 11/26/2025 | 65 | Request for Clerk to Issue Summons on Amended Complaint/Petition, 61 filed by Plaintiff MMAS RESEARCH LLC. (Hankin, Marc) (Entered: 11/26/2025) |
| 11/26/2025 | 66 | Request for Clerk to Issue Summons on Amended Complaint/Petition, 61 filed by Plaintiff MMAS RESEARCH LLC. (Hankin, Marc) (Entered: 11/26/2025) |
| 11/26/2025 | 67 | Request for Clerk to Issue Summons on Amended Complaint/Petition, 61 filed by Plaintiff MMAS RESEARCH LLC. (Hankin, Marc) (Entered: 11/26/2025) |
| 11/26/2025 | 68 | Request for Clerk to Issue Summons on Amended Complaint/Petition, 61 filed by Plaintiff MMAS RESEARCH LLC. (Hankin, Marc) (Entered: 11/26/2025) |
| 12/01/2025 | 69 | 21 DAY Summons Issued on Amended Complaint 61 as to Defendant Morisky Medication Adherence Research LLC. (yl) (Entered: 12/01/2025) |

| 12/02/2025 | 70 | (IN CHAMBERS) ORDER STRIKING FIRST AMENDED COMPLAINT (DKT. 61 ): On November 14, 2025, the Court issued an order to show cause re personal jurisdiction and venue as to all defendants. Dkt. 49 . On November 26, 2025, Plaintiff filed an amended complaint. Dkt. 61 . However, defendant Albert Einstein College of Medicine has answered the original complaint. Dkt. 42 . Because Plaintiff purports to amend the complaint with regard to all defendants, including a defendant that has filed a responsive pleading, Plaintiff may not amend its complaint without either the consent of the opposing parties or leave of the court. Fed. R. Civ. P. 15(a)(2); see Aldini AG v. Silvaco, Inc., 2022 WL 20016826, at *2 n.3 (N.D. Cal. Aug. 3, 2022). Because the amended complaint was filed without proper leave, the Court hereby STRIKES Plaintiff's filing at Dkt. 61 . The OSC re dismissal for lack of personal jurisdiction and venue is CONTINUED to December 9, 2025. THERE IS NO PDF DOCUMENT ASSOCIATED WITH THIS ENTRY. (tj) TEXT ONLY ENTRY (Entered: 12/02/2025) |
| 12/04/2025 | 71 | STIPULATION Extending Time to Answer the complaint as to St. Olavs Hospital answer now due 12/18/2025, re Complaint (Attorney Civil Case Opening) 1 filed by defendant St. Olavs Hospital. (Attachments: # 1 Proposed Order)(Tamkin, Gregory) (Entered: 12/04/2025) |
| 12/04/2025 | 72 | ORDER GRANTING STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT 71 by Judge Michelle Williams Court. The Court, having reviewed the Parties' Stipulation to Extend Responsive Pleading Deadline, and good cause appearing, hereby orders that Defendant St. Olavs Hospital's deadline to respond to the Complaint, whether by answer, motion, or otherwise, and without waiving any defenses, is hereby extended by fourteen (14) days, up to and including December 18, 2025. IT SO ORDERED (yl) Modified on 12/10/2025 (tj). (Entered: 12/05/2025) |
| 12/09/2025 | 73 | RESPONSE filed by Plaintiff MMAS RESEARCH LLCto Minutes of In Chambers Order/Directive - no proceeding held,,, Set/Reset Deadlines,, 49 *RESPONSE TO ORDER TO SHOW CAUSE REGARDING PERSONAL JURISDICTION AND/OR VENUE* (Attachments: # 1 Declaration of S. Trubow and Exhibits 1 to 13)(Hankin, Marc) (Entered: 12/09/2025) |
| 12/11/2025 | 74 | REQUEST FOR JUDICIAL NOTICE *OF RECENT DECISIONS IN RELATED CASES* filed by Plaintiff MMAS RESEARCH LLC. (Hankin, Marc) (Entered: 12/11/2025) |
| 12/12/2025 | 75 | Joint STIPULATION for Extension of Time to File Answer to January 9, 2026 re Complaint (Attorney Civil Case Opening) 1 filed by Defendant Novartis Pharma GmbH. (Attachments: # 1 Proposed Order)(Attorney Oscar Ramallo added to party Novartis Pharma GmbH(pty:dft))(Ramallo, Oscar) (Entered: 12/12/2025) |
| 12/12/2025 | 76 | (IN CHAMBERS) ORDER REGARDING JURISDICTION by Judge Michelle Williams Court: The Court has received and considered Plaintiff's Response to the Court's Order to Show Cause ("OSC") re personal jurisdiction and venue (Dkt. 73 ). Without ruling on the issues of whether the Court has jurisdiction over all defendants in this case or whether venue is proper, the Court VACATES the OSC (Dkt. 49 ). THERE IS NO PDF DOCUMENT ASSOCIATED WITH THIS ENTRY. (tj) TEXT ONLY ENTRY (Entered: 12/12/2025) |
| 12/12/2025 | 77 | (IN CHAMBERS) ORDER DISMISSING DEFENDANT CARDINALE GIOVANNI PANICO GENERAL HOSPITAL by Judge Michelle Williams Court. An Order to Show Cause re Dismissal for Lack of Prosecution as to Cardinale Giovanni Panico General Hospital was issued on November 7, 2025 (Dkt. 41 ), ordering Plaintiff to respond in writing no later than November 14, 2025, as to why Defendant Cardinale Giovanni Panico General Hospital should not be dismissed for lack of prosecution. A Request for Entry of Default was filed on November 13, 2025 (Dkt. 44 ). A Notice of Deficiency |

| | | Default/Default Judgment was issued November 14, 2025 (Dkt. 47), noting the Proof of Service is "lacking required information." An Order in Response to Notice to Filer of Deficiencies was issued on November 19, 2025 (Dkt. 51), directed plaintiff to correct the deficiency no later than December 1, 2025. As of date, no correction has been filed indicating correct service on Cardinale Giovanni Panico General Hospital. Therefore, the Court DISMISSES defendant Cardinale Giovanni Panico General Hospital. Cardinale Giovanni Panico General Hospital terminated. (yl) Modified on 12/12/2025 (yl). (Entered: 12/12/2025) |
|---|---|---|
| 12/12/2025 | 78 | ORDER GRANTING STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT (DKT. 75) by Judge Michelle Williams Court. The Court GRANTS the stipulation and hereby ORDERS that Novartis's deadline to respond to the initial Complaint, whether by answer, motion, or otherwise, and without waiving any defenses, is hereby extended up to and including January 9, 2026. If an Amended Complaint is filed before Novartis responds to the initial Complaint, then the deadline for Novartis to respond to the Amended Complaint, whether by answer, motion, or otherwise, and without waiving any defenses, is hereby extended up to and including the later of January 9, 2026 or 21 days after the filing of the Amended Complaint. IT IS SO ORDERED. (yl) (Entered: 12/12/2025) |
| 12/12/2025 | 79 | (IN CHAMBERS) ORDER TO SHOW CAUSE RE DISMISSAL FOR LACK OF PROSECUTION AS TO MORISKY MEDICATION ADHERENCE RESEARCH LLC and MAASTRICHT UNIVERSITY MEDICAL CENTER by Judge Michelle Williams Court. The Court, on its own motion, orders Plaintiff to show cause in writing no later than December 19, 2025, why this action should not be dismissed for lack of prosecution. In the absence of showing good cause, an action shall be dismissed if the summons and complaint have not been served within 90 days after the filing of the complaint pursuant to Fed. R. Civ. P. 4(m). In light of the filing date of August 11, 2025, proof(s) of service were due by November 11, 2025. An action may also be dismissed prior to such time if the Plaintiff fails diligently to prosecute the action. The Order to Show Cause will stand submitted upon the filing of an appropriate response. No oral argument will be heard unless otherwise ordered by the Court. Plaintiff is advised that the Court will consider the filing of a responsive pleading to the complaint and/or proof(s) of service, which indicates proper service in full compliance with the federal rules, on or before the date upon which the response is due, as a satisfactory response to the Order to Show Cause. (yl) Modified on 12/12/2025 (yl). (Entered: 12/12/2025) |
| 12/15/2025 | 80 | Third STIPULATION Extending Time to Answer the complaint as to St. Olavs Hospital answer now due 1/9/2026, re Complaint (Attorney Civil Case Opening) 1 filed by defendant St. Olavs Hospital. (Attachments: # 1 Proposed Order)(Tamkin, Gregory) (Entered: 12/15/2025) |
| 12/16/2025 | 84 | ORDER GRANTING STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT (DKT. 80) by Judge Michelle Williams Court. The Court, having reviewed the Parties' Stipulation to Extend Responsive Pleading Deadline, and good cause appearing, hereby orders that Defendant St. Olavs Hospital's deadline to respond to the Complaint, whether by answer, motion, or otherwise, and without waiving any defenses, is hereby extended up to and including the later of January 9, 2026 or 21 days after the filing of any new Amended Complaint. IT SO ORDERED. (yl) (Entered: 12/18/2025) |
| 12/17/2025 | 81 | APPLICATION of Non-Resident Attorney Paul C. Llewellyn to Appear Pro Hac Vice on behalf of Defendant Novartis Pharma GmbH (Pro Hac Vice Fee - $450 Fee Paid, Receipt No. ACACDC-41120593) filed by defendant Novartis Pharma GmbH. (Attachments: # 1 Proposed Order) (Ramallo, Oscar) (Entered: 12/17/2025) |

| 12/17/2025 | 82 | NOTICE OF DISMISSAL filed by Plaintiff MMAS RESEARCH LLC pursuant to FRCP 41a(1) as to Universita di Pavia. (Hankin, Marc) (Entered: 12/17/2025) |
| 12/17/2025 | 83 | NOTICE OF DISMISSAL filed by Plaintiff MMAS RESEARCH LLC pursuant to FRCP 41a(1) as to University of Naples Federico II. (Hankin, Marc) (Entered: 12/17/2025) |
| 12/18/2025 | 85 | ORDER by Judge Michelle Williams Court: granting 81 Non-Resident Attorney Paul C. Llewellyn APPLICATION to Appear Pro Hac Vice on behalf of Defendant Novartis Pharma GmbH, designating Oscar Ramallo as local counsel. THERE IS NO PDF ASSOCIATED WITH THIS ENTRY(aus) (Entered: 12/18/2025) |
| 12/18/2025 | 86 | (IN CHAMBERS) THE COURT DENIES AS MOOT Defendant University Di Pavia's Motion to Dismiss 53 and DENIES AS MOOT Defendant University of Naples Federico II's Motion to Dismiss 56 by Judge Michelle Williams Court. In light of Plaintiff's notices of dismissal as to Defendants University di Pavia, Dkt. # 82, and University of Naples Federico II, Dkt. # 83, filed on December 17, 2025 pursuant to Federal Rule of Civil Procedure 41(a)(1), the Court hereby DENIES as MOOT the Motions to Dismiss filed by Defendants University di Pavia, Dkt. # 53, and University of Naples Federico II, Dkt. # 56. IT IS SO ORDERED. (yl) (Entered: 12/19/2025) |
| 12/19/2025 | 87 | RESPONSE filed by Plaintiff MMAS RESEARCH LLCto Minutes of In Chambers Order/Directive - no proceeding held,,,,,, Set/Reset Deadlines,,,,, 79 *RESPONSE TO ORDER TO SHOW CAUSE REGARDING LACK OF PROSECUTION* (Attachments: # 1 Declaration of Marc E. Hankin and Exhibits 1 to 3, # 2 Declaration of Andria Beauvais) (Hankin, Marc) (Entered: 12/19/2025) |
| 12/30/2025 | 88 | NOTICE OF DISMISSAL filed by Plaintiff MMAS RESEARCH LLC pursuant to FRCP 41a(1) as to Novartis Pharma GmbH. (Hankin, Marc) (Entered: 12/30/2025) |
| 12/30/2025 | 89 | NOTICE OF DISMISSAL filed by Plaintiff MMAS RESEARCH LLC pursuant to FRCP 41a(1) as to St. Olavs Hospital. (Hankin, Marc) (Entered: 12/30/2025) |
| 01/20/2026 | 90 | (IN CHAMBERS) ORDER DISCHARGING ORDER TO SHOW CAUSE (DKT. 79 ) by Judge Michelle Williams Court: The Court has read and reviewed Plaintiff's response (Dkt. 87 ) to its Order to Show Cause re dismissal for lack of prosecution as to Morisky Medication Adherence Research LLC ("MMAR") and Maastricht University Medical Center (Dkt. 79 ). The Order to Show Cause is DISCHARGED. The Court DIRECTS Plaintiff to file either a motion for leave to file an amended complaint, an amended complaint pursuant to stipulation of the parties, a motion for alternative service on the original complaint as to MMAR, or other necessary motion, within 7 days. Failure to file such a motion may result in MMAR being dismissed from this action for lack of prosecution without further notice. THERE IS NO PDF DOCUMENT ASSOCIATED WITH THIS ENTRY. (tj) TEXT ONLY ENTRY (Entered: 01/20/2026) |
| 01/20/2026 | 91 | Notice of Appearance or Withdrawal of Counsel: for attorney Marc E Hankin counsel for Plaintiff MMAS RESEARCH LLC. Elodie Marie Bardon is no longer counsel of record for the aforementioned party in this case for the reason indicated in the G-123 Notice. Filed by Plaintiff MMAS Research LLC. (Hankin, Marc) (Entered: 01/20/2026) |
| 01/27/2026 | 92 | NOTICE OF DISMISSAL filed by Plaintiff MMAS RESEARCH LLC pursuant to FRCP 41a(1) *Without Prejudice* as to Albert Einstein College of Medicine, Morisky Medication Adherence Research LLC. (Hankin, Marc) (Entered: 01/27/2026) |
| 01/28/2026 | 93 | NOTICE TO FILER OF DEFICIENCIES in Electronic Filed Document RE: Notice of Voluntary Dismissal of Party(ies) (Pursuant to FRCP 41a(1)) 92 . The following error(s) was/were found: A stipulation is needed. An answer is on file for Albert Einstein College of Medicine In response to this notice, the Court may: (1) order an amended or correct document to be filed; (2) order the document stricken; or (3) take other action as the Court |

| | | deems appropriate. You need not take any action in response to this notice unless and until the Court directs you to do so. (yl) (Entered: 01/28/2026) |
| --- | --- | --- |
| 01/28/2026 | 94 | RESPONSE BY THE COURT TO NOTICE TO FILER OF DEFICIENCIES IN FILED DOCUMENT RE: Notice of Voluntary Dismissal of Party as to Albert Einstein College of Medicine 92 by Judge Michelle Williams Court: Counsel shall file a stipulation of dismissal as to Albert Einstein College of Medicine no later than February 4, 2026. (tj) (Entered: 01/28/2026) |
| 02/03/2026 | 95 | (IN CHAMBERS) ORDER TO SHOW CAUSE RE DISMISSAL AS TO MAASTRICHT UNIVERSITY MEDICAL CENTER by Judge Michelle Williams Court: In light of Plaintiff's representations that service in the Netherlands through the Hague Convention can take six to eight months (Dkt. 87 ), and that Plaintiff placed an order to serve Maastricht University Medical Center ("Maastricht") on August 21, 2025, the Court, on its own motion, sets an Order to Show Cause re dismissal for lack of prosecution as to Maastricht for March 6, 2026. The Order to Show Cause will stand submitted upon the filing of an appropriate response. No oral argument will be heard unless otherwise ordered by the Court. Plaintiff is advised that the Court will consider the filing of a responsive pleading to the complaint and/or proof(s) of service, which indicates proper service in full compliance with the federal rules, on or before the date upon which the response is due, as a satisfactory response to the Order to Show Cause. THERE IS NO PDF DOCUMENT ASSOCIATED WITH THIS ENTRY. (tj) TEXT ONLY ENTRY (Entered: 02/03/2026) |

| PACER Service Center | | | |
| --- | --- | --- | --- |
| Transaction Receipt | | | |
| 02/03/2026 20:01:11 | | | |
| **PACER Login:** | caustin6559 | **Client Code:** | MMAR.2L |
| **Description:** | Docket Report | **Search Criteria:** | 2:25-cv-07439-MWC-PD End date: 2/3/2026 |
| **Billable Pages:** | 11 | **Cost:** | 1.10 |

# EXHIBIT 9

# EXHIBIT 9

<span style="color:red">STAYED</span>,ECF

# U.S. District Court
## Southern District of New York (Foley Square)
## CIVIL DOCKET FOR CASE #: 1:25-cv-07026-LJL

MMAS Research LLC v. New York University et al

Assigned to: Judge Lewis J. Liman

Cause: 17:501 Copyright Infringement

Date Filed: 08/25/2025

Jury Demand: Plaintiff

Nature of Suit: 820 Copyright

Jurisdiction: Federal Question

**Plaintiff**

**MMAS Research LLC**
*a Washington limited liability company*

represented by   **Marc E. Hankin**
Hankin Patent Law, APC
11414 Thurston Circle
Los Angeles, CA 90049
310-892-1613
Email: marc@hpl.law
*ATTORNEY TO BE NOTICED*

**Alice Denenberg**
Hankin Patent Law, APC
11414 Thurston Circle
Los Angeles, CA 90049
310-928-8083
Email: alice@hpl.law
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**New York University**

represented by   **Jodyann Galvin**
Hodgson Russ LLP
140 Pearl Street
Buffalo, NY 14202
(716)-848-1520
Fax: (716)-819-4671
Email: jgalvin@hodgsonruss.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James Zawodzinski , Jr**
Hodgson Russ LLP
140 Pearl Street
Suite 100
Buffalo, NY 14202
716-848-1595
Email: jzawodzi@hodgsonruss.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Pfizer Inc.**                               represented by   **Paul C. Llewellyn**
Arnold & Porter Kaye Scholer LLP
250 West 55th Street
New York, NY 10019-9710
212-836-7828
Email: Paul.Llewellyn@arnoldporter.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Catherine Langhans**
Arnold & Porter Kaye Scholer LLP
250 West 55th Street
NewYork, NY 10019-9710
212-836-7975
Email:
catherine.langhans@arnoldporter.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Icahn School of Medicine at Mount Sinai**   represented by   **Daniel Joseph Stujenske**
Kibler Fowler & Cave LLP
270 Madison Ave
Suite 1410
New York, NY 10016
917-909-6350
Fax: 917-909-6357
Email: dstujenske@kfc.law
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kevin Cammiso**
Kibler Fowler & Cave LLP
11100 Santa Monica Boulevard
Suite 500
Los Angeles, CA 90025
310-409-0400
Email: kcammiso@kfc.law
*ATTORNEY TO BE NOTICED*

**Defendant**

**Does 1 through 10, inclusive**

**Defendant**

**Valentin Fuster**                           represented by   **Daniel Joseph Stujenske**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|------------|---|-------------|

| 08/25/2025 | 1 | COMPLAINT against DOES 1 through 10, inclusive, ICAHN SCHOOL OF MEDICINE AT MOUNT SINAI, NEW YORK UNIVERSITY, PFIZER INC.. (Filing Fee $ 405.00, Receipt Number ANYSDC-31612929)Document filed by MMAS RESEARCH LLC. (Attachments: # 1 Exhibit 1).(Denenberg, Alice) (Entered: 08/25/2025) |
|---|---|---|
| 08/25/2025 | 2 | CIVIL COVER SHEET filed..(Denenberg, Alice) (Entered: 08/25/2025) |
| 08/25/2025 | 3 | AO 121 FORM COPYRIGHT - NOTICE OF SUBMISSION BY ATTORNEY. AO 121 Form Copyright for case opening submitted to court for review..(Denenberg, Alice) (Entered: 08/25/2025) |
| 08/25/2025 | 4 | RULE 7.1 CORPORATE DISCLOSURE STATEMENT. No Corporate Parent. Document filed by MMAS RESEARCH LLC..(Denenberg, Alice) (Entered: 08/25/2025) |
| 08/25/2025 | 5 | REQUEST FOR ISSUANCE OF SUMMONS as to ICAHN SCHOOL OF MEDICINE AT MOUNT SINAI, re: 1 Complaint,. Document filed by MMAS RESEARCH LLC.. (Denenberg, Alice) (Entered: 08/25/2025) |
| 08/25/2025 | 6 | REQUEST FOR ISSUANCE OF SUMMONS as to NEW YORK UNIVERSITY, re: 1 Complaint,. Document filed by MMAS RESEARCH LLC..(Denenberg, Alice) (Entered: 08/25/2025) |
| 08/25/2025 | 7 | REQUEST FOR ISSUANCE OF SUMMONS as to Pfizer Inc., re: 1 Complaint,. Document filed by MMAS RESEARCH LLC..(Denenberg, Alice) (Entered: 08/25/2025) |
| 08/26/2025 |  | ***NOTICE TO ATTORNEY REGARDING PARTY MODIFICATION. Notice to attorney Alice Denenberg. The party information for the following party/parties has been modified: DOES 1 through 10, inclusive, ICAHN SCHOOL OF MEDICINE AT MOUNT SINAI, NEW YORK UNIVERSITY, PFIZER INC., MMAS RESEARCH LLC. The information for the party/parties has been modified for the following reason/reasons: party name was entered in all caps; party text was omitted. (vf) (Entered: 08/26/2025) |
| 08/26/2025 |  | ***NOTICE TO ATTORNEY REGARDING CIVIL. CASE OPENING STATISTICAL ERROR CORRECTION: Notice to attorney Alice Denenberg. The following case opening statistical information was erroneously selected/entered: County code New York. The following correction(s) have been made to your case entry: the County code has been modified to XX Out of State. (vf) (Entered: 08/26/2025) |
| 08/26/2025 |  | CASE OPENING INITIAL ASSIGNMENT NOTICE: The above-entitled action is assigned to Judge Lewis J. Liman. Please download and review the Individual Practices of the assigned District Judge, located at https://nysd.uscourts.gov/judges/district-judges. Attorneys are responsible for providing courtesy copies to judges where their Individual Practices require such. Please download and review the ECF Rules and Instructions, located at https://nysd.uscourts.gov/rules/ecf-related-instructions..(vf) (Entered: 08/26/2025) |
| 08/26/2025 |  | Magistrate Judge Robyn F. Tarnofsky is designated to handle matters that may be referred in this case. Pursuant to 28 U.S.C. Section 636(c) and Fed. R. Civ. P. 73(b)(1) parties are notified that they may consent to proceed before a United States Magistrate Judge. Parties who wish to consent may access the necessary form at the following link: https://nysd.uscourts.gov/sites/default/files/2018-06/AO-3.pdf. (vf) (Entered: 08/26/2025) |
| 08/26/2025 |  | Case Designated ECF. (vf) (Entered: 08/26/2025) |
| 08/26/2025 | 8 | ELECTRONIC SUMMONS ISSUED as to Icahn School of Medicine at Mount Sinai. (vf) (Entered: 08/26/2025) |

| 08/26/2025 | 9 | ELECTRONIC SUMMONS ISSUED as to New York University..(vf) (Entered: 08/26/2025) |
|---|---|---|
| 08/26/2025 | 10 | ELECTRONIC SUMMONS ISSUED as to Pfizer Inc.. (vf) (Entered: 08/26/2025) |
| 08/26/2025 | 11 | AO 121 FORM COPYRIGHT - CASE OPENING - SUBMITTED. In compliance with the provisions of 17 U.S.C. 508, the Register of Copyrights is hereby advised that a court action has been filed on the following copyright(s) in the U.S. District Court Southern District of New York. Form e-mailed to Register of Copyrights. (vf) (Entered: 08/26/2025) |
| 08/29/2025 | 12 | **FILING ERROR - DEFICIENT DOCKET ENTRY -** MOTION for Marc E. Hankin to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC-31639792. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by MMAS Research LLC. (Attachments: # 1 Exhibit California Cert of Good Standing, # 2 Exhibit New Jersey Cert of Good Standing, # 3 Proposed Order for Admission, # 4 Affidavit of Marc Hankin).(Denenberg, Alice) Modified on 8/29/2025 (rju). (Entered: 08/29/2025) |
| 08/29/2025 | | **>>>NOTICE REGARDING DEFICIENT MOTION TO APPEAR PRO HAC VICE. Notice to RE-FILE Document No. 12 MOTION for Marc E. Hankin to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC-31639792. Motion and supporting papers to be reviewed by Clerk's Office staff... The filing is deficient for the following reason(s): missing Certificate of Good Standing from Supreme Court of California; Motion must have a wet signature if filing using another individual's Pacer account;. Re-file the motion as a Motion to Appear Pro Hac Vice - attach the correct signed PDF - select the correct named filer/filers - attach valid Certificates of Good Standing issued within the past 30 days - attach Proposed Order..** (rju) (Entered: 08/29/2025) |
| 09/05/2025 | 13 | MOTION for Marc E. Hankin to Appear Pro Hac Vice . **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by MMAS Research LLC. (Attachments: # 1 Affidavit of Marc Hankin, # 2 Exhibit New Jersey Cert of Good Standing, # 3 Exhibit California Supreme Court Cert Of Good Standing, # 4 Exhibit California Cert of Good Standing, # 5 Proposed Order for admission).(Denenberg, Alice) (Entered: 09/05/2025) |
| 09/05/2025 | | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. 13 MOTION for Marc E. Hankin to Appear Pro Hac Vice . Motion and supporting papers to be reviewed by Clerk's Office staff.. The document has been reviewed and there are no deficiencies.** (bc) (Entered: 09/05/2025) |
| 09/08/2025 | 14 | ORDER granting 13 Motion for Marc E. Hankin to Appear Pro Hac Vice (HEREBY ORDERED by Judge Lewis J. Liman)(Text Only Order) (WM) (Entered: 09/08/2025) |
| 09/08/2025 | 15 | SUMMONS RETURNED EXECUTED Summons and Complaint, served. Icahn School of Medicine at Mount Sinai served on 9/3/2025, answer due 9/24/2025. Service was accepted by Brandon Marmol - Project Coordinator. Document filed by MMAS Research LLC.. (Denenberg, Alice) (Entered: 09/08/2025) |
| 09/16/2025 | 16 | NOTICE OF APPEARANCE by Jodyann Galvin on behalf of New York University.. (Galvin, Jodyann) (Entered: 09/16/2025) |
| 09/22/2025 | 17 | NOTICE OF APPEARANCE by Daniel Joseph Stujenske on behalf of Icahn School of Medicine at Mount Sinai..(Stujenske, Daniel) (Entered: 09/22/2025) |
| 09/22/2025 | 18 | RULE 7.1 CORPORATE DISCLOSURE STATEMENT. No Corporate Parent. Document filed by Icahn School of Medicine at Mount Sinai..(Stujenske, Daniel) (Entered: 09/22/2025) |

| 09/22/2025 | [19] | LETTER MOTION for Extension of Time to File Response/Reply as to [1] Complaint, addressed to Judge Lewis J. Liman from Daniel J. Stujenske dated September 22, 2025. Document filed by Icahn School of Medicine at Mount Sinai. Return Date set for 10/15/2025 at 11:59 PM. (Attachments: # [1] Proposed Order Stipulation to Continue Responsive Pleading Deadline).(Stujenske, Daniel) (Entered: 09/22/2025) |
|---|---|---|
| 09/23/2025 | [20] | STIPULATION TO CONTINUE RESPONSIVE PLEADING DEADLINE: IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for Plaintiff MMAS Research LLC ("Plaintiff") and Defendant Icahn School of Medicine at Mount Sinai ("Mount Sinai") (collectively, the "Parties"), through their respective counsel of record, as follows: 1. The deadline for Mount Sinai to answer, move, or otherwise respond to Plaintiff's Complaint is extended from September 24, 2025, to October 15, 2025. 2. This is the first request for an extension of this deadline. 3. This stipulation does not alter any other scheduled deadlines in this case. NOW THEREFORE, the Parties respectfully request that the Court enter an Order approving this Stipulation. SO STIPULATED. SO ORDERED, Motions terminated: [19] LETTER MOTION for Extension of Time to File Response/Reply as to [1] Complaint, addressed to Judge Lewis J. Liman from Daniel J. Stujenske dated September 22, 2025. filed by Icahn School of Medicine at Mount Sinai., (Signed by Judge Lewis J. Liman on 9/23/2025) Icahn School of Medicine at Mount Sinai answer due 10/15/2025. (ks) (Entered: 09/23/2025) |
| 09/26/2025 | [21] | NOTICE OF APPEARANCE by Paul C. Llewellyn on behalf of Pfizer Inc...(Llewellyn, Paul) (Entered: 09/26/2025) |
| 09/26/2025 | [22] | NOTICE OF APPEARANCE by Catherine Langhans on behalf of Pfizer Inc...(Langhans, Catherine) (Entered: 09/26/2025) |
| 09/26/2025 | [23] | RULE 7.1 CORPORATE DISCLOSURE STATEMENT. No Corporate Parent. Document filed by Pfizer Inc...(Llewellyn, Paul) (Entered: 09/26/2025) |
| 09/26/2025 | [24] | MOTION to Dismiss *Complaint*. Document filed by Pfizer Inc...(Llewellyn, Paul) (Entered: 09/26/2025) |
| 09/26/2025 | [25] | MEMORANDUM OF LAW in Support re: [24] MOTION to Dismiss *Complaint*. . Document filed by Pfizer Inc...(Llewellyn, Paul) (Entered: 09/26/2025) |
| 09/26/2025 | [26] | DECLARATION of Paul C. Llewellyn in Support re: [24] MOTION to Dismiss *Complaint*.. Document filed by Pfizer Inc.. (Attachments: # [1] Exhibit Registration certificate for United States Copyright Registration No. TX 8-816-517, # [2] Exhibit Registration certificate for United States Copyright Registration No. TX-8-285-390, # [3] Exhibit Registration certificate for United States Copyright Registration No. TX-8-632-533, # [4] Exhibit Order dated August 5, 2025 in Morisky v. MMAS Research LLC et al., No. 2:21-cv-01301 (W. D. Wash.), # [5] Exhibit Report and Recommendation dated August 20, 2024 in Morisky v. MMAS Research LLC et al., No. 2:21-cv-01301 (W. D. Wash.), # [6] Exhibit Order dated September 10, 2024 in Morisky v. MMAS Research LLC et al., No. 2:21-cv-01301 (W. D. Wash.), # [7] Exhibit PALLAS Study article).(Llewellyn, Paul) (Entered: 09/26/2025) |
| 10/15/2025 | [27] | **FILING ERROR - DEFICIENT DOCKET ENTRY - FILER ERROR - (SEE #28)** FIRST MOTION to Dismiss . Document filed by Icahn School of Medicine at Mount Sinai. (Attachments: # [1] Supplement Notice of Motion, # [2] Supplement Declaration of Valentin Fuster, # [3] Supplement Declaration of Kevin Cammiso, # [4] Exhibit Filing Excepts MMAS vs mount Sinai, # [5] Exhibit Second Amended Complaint - Morisky v. MMAS Research, LLC, # [6] Exhibit Order Granting Motion to Dismiss - MMAS Research LLC v. University of Wolverhampton, # [7] Exhibit First Amended Complaint - MMAS Research LLC v. The Childrens Hospital Corp, # [8] Exhibit Complaint - MMAS Research LLC v. Johnson and Johnson Innovative Medicine,, # [9] Exhibit First Amended Complaint - MMAS Research LLC v. IQVIA Holdings, # [10] Exhibit Complaint - MMAS Research |

LLC v. Morisky Medication Adherence Research LLC,, # **11** Exhibit First Amended Complaint - MMAS Research LLC v. Karolinska Institutet, # **12** Exhibit Complaint - MMAS Research LLC v. Karolinska Institutet,, # **13** Exhibit Complaint - MMAS Research LLC v. University of Leeds., # **14** Exhibit Complaint - MMAS Research LLC v. JIMRO Co., Ltd.,, # **15** Exhibit Complaint - MMAS Research LLC v. Novartis Pharma GmbH,, # **16** Exhibit Complaint - MMAS Research LLC v. Dana Farber Cancer Institute, # **17** Exhibit Complaint - MMAS Research, LLC v. Maastricht University Medical Center,, # **18** Exhibit Complaint - MMAS Research, LLC v. Charit Universittsmedizin Berlin, # **19** Exhibit First Amended Complaint - MMAS Research LLC v. Duke University, # **20** Exhibit Complaint - MMAS Research LLC v. Boston Childrens Hospital,, # **21** Exhibit Complaint - MMAS Research LLC v. University of Massachussetts, # **22** Exhibit Complaint - MMAS Research, LLC v. Duke University,, # **23** Exhibit Exhibit J to Complaint - MMAS Research, LLC v. Duke University, # **24** Exhibit Exhibit D to Complaint - MMAS Research, LLC v. Duke University, # **25** Exhibit Exhibit J to Complaint - MMAS Research LLC v. University of Massachussetts, # **26** Exhibit Exhibit F to Complaint - MMAS Research, LLC v. Maastricht University Medical Center, Exhibit F, # **27** Exhibit Exhibit 2 of Complaint - MMAS Research LLC v. Novartis Pharma GmbH, # **28** Exhibit Exhibit 1 of Complaint - MMAS Research LLC v. Dana Farber Cancer Institute, # **29** Exhibit Exhibit 19 of Complaint - MMAS Research LLC v. Boston Childrens Hospital, # **30** Exhibit Complaint - MMAS Research LLC v. Abbvie KTF, # **31** Exhibit Exhibit B of Complaint - MMAS Research LLC v. Abbvie KTF, # **32** Exhibit Exhibit D of Complaint - MMAS Research LLC v. Abbvie KTF, # **33** Exhibit Exhibit 26 of Complaint - MMAS Research LLC v. The Childrens Hospital Corp, # **34** Exhibit Complaint - MMAS Research, LLC v. Regents of the University of California).(Stujenske, Daniel) Modified on 10/16/2025 (kj). (Entered: 10/15/2025)

| | | |
|---|---|---|
| 10/15/2025 | **28** | MOTION to Dismiss . Document filed by Icahn School of Medicine at Mount Sinai.. (Stujenske, Daniel) (Entered: 10/15/2025) |
| 10/15/2025 | **29** | MEMORANDUM OF LAW in Support re: **28** MOTION to Dismiss . . Document filed by Icahn School of Medicine at Mount Sinai..(Stujenske, Daniel) (Entered: 10/15/2025) |
| 10/15/2025 | **30** | DECLARATION of Dr. Valentin Fuster in Support re: **28** MOTION to Dismiss .. Document filed by Icahn School of Medicine at Mount Sinai..(Stujenske, Daniel) (Entered: 10/15/2025) |
| 10/15/2025 | **31** | DECLARATION of Kevin J. Cammiso in Support re: **28** MOTION to Dismiss .. Document filed by Icahn School of Medicine at Mount Sinai. (Attachments: # **1** Exhibit A - Excerpts from public filings in which MMAS Research LLC has filed their claimed trade secrets on the public docket, # **2** Exhibit B - Second Amended Complaint - Morisky v. MMAS, # **3** Exhibit C - Order Granting Motion to Dismiss - MMAS v. University of Wolverhampton, # **4** Exhibit D - First Amended Complaint - MMAS v. The Childrens Hospital Corp., # **5** Exhibit E - Complaint - MMAS v. Johnson and Johnson, # **6** Exhibit F - First Amended Complaint - MMAS v. IQVIA Holdings, # **7** Exhibit G - Complaint - MMAS v. Morisky, # **8** Exhibit H - First Amended Complaint - MMAS v. Karolinska Institutet, # **9** Exhibit I - Complaint - MMAS v. Kaolinska Institutet, # **10** Exhibit J - Complaint - MMAS v. University of Leeds, # **11** Exhibit K - Complaint - MMAS v. JIMRO Co., # **12** Exhibit L - Complaint - MMAS v. Novartis, # **13** Exhibit M - Complaint - MMAS v. Dana Farber Cancer Institute, # **14** Exhibit N - Complaint - MMAS v. Maastricht University Medical Ctr., # **15** Exhibit O - Complaint - MMAS v. Charite, # **16** Exhibit P - First Amended Complaint - MMAS v. Duke University, # **17** Exhibit Q - Complaint - MMAS v. Boston Childrens Hospital, # **18** Exhibit R - Complaint - MMAS v. University of Massachussetts, # **19** Exhibit S - Complaint - MMAS v. Duke University, # **20** Exhibit T - Exhibit J to Complaint - MMAS v. Duke University, # **21** Exhibit U - Exhibit D to Complaint - MMAS v. Duke University, # **22** Exhibit V - Exhibit J to Complaint - MMAS v. University of Massachussetts, # **23** Exhibit W - Exhibit F to |

| | | |
|---|---|---|
| | | Complaint - MMAS v. Maastricht University Medical Ctr., # [24] Exhibit X - Exhibit 2 to Complaint - MMAS v. Novartis, # [25] Exhibit Y - Exhibit 1 to Complaint - MMAS v. Dana Farber Cancer Institute, # [26] Exhibit Z - Exhibit 19 to Complaint - MMAS v. Boston Childrens Hospital, # [27] Exhibit AA - Complaint - MMAS v. Abbvie KTF, # [28] Exhibit BB - Exhibit B to Complaint - MMAS v. Abbvie KTF, # [29] Exhibit CC - Exhibit D to Complaint - MMAS v. Abbvie KTF, # [30] Exhibit DD - Exhibit 26 to First Amended Complaint - MMAS v. The Childrens Hospital Corp., # [31] Exhibit EE - Complaint - MMAS v. Regents of the University of California).(Stujenske, Daniel) (Entered: 10/15/2025) |
| 10/20/2025 | [32] | PROPOSED STIPULATION AND ORDER. Document filed by MMAS Research LLC.. (Denenberg, Alice) (Entered: 10/20/2025) |
| 10/20/2025 | [33] | STIPULATION TO EXTEND TIME TO FILE AMENDED COMPLAINT: Plaintiff and Pfizer stipulate and agree that the time for Plaintiff to file a First Amended Complaint should be extended to October 24, 2025, and the time for Pfizer to file a response to the First Amended Complaint should be extended to November 21, 2025. This change in deadlines will not alter the date of any event or deadline already fixed by Court order, local rules, or the Federal Rules of Civil Procedure. SO ORDERED (Signed by Judge Lewis J. Liman on 10/20/2025) ( Amended Pleadings due by 10/24/2025.) (ks) (Entered: 10/20/2025) |
| 10/24/2025 | [34] | **FILING ERROR - DEFICIENT PLEADING - FILED AGAINST PARTY ERROR -** FIRST AMENDED COMPLAINT amending [1] Complaint, against All Defendants with JURY DEMAND.Document filed by MMAS Research LLC. Related document: [1] Complaint,. (Attachments: # [1] Exhibit Exhibit 1, # [2] Exhibit Exhibit 2, # [3] Exhibit Exhibit 3, # [4] Exhibit Exhibit 4, # [5] Exhibit Exhibit 5, # [6] Exhibit Exhibit 6, # [7] Exhibit Exhibit 7, # [8] Exhibit Exhibit 8, # [9] Exhibit Exhibit 9, # [10] Exhibit Exhibit 10, # [11] Exhibit Exhibit 11, # [12] Exhibit Exhibit 12, # [13] Exhibit Exhibit 13, # [14] Exhibit Exhibit 14, # [15] Exhibit Exhibit 15).(Denenberg, Alice) Modified on 10/27/2025 (vf). (Entered: 10/24/2025) |
| 10/24/2025 | [35] | REQUEST FOR ISSUANCE OF SUMMONS as to Valentin Fuster, re: [34] Amended Complaint,,. Document filed by MMAS Research LLC..(Denenberg, Alice) (Entered: 10/24/2025) |
| 10/27/2025 | | **\*\*\*NOTICE TO ATTORNEY REGARDING DEFICIENT PLEADING. Notice to Attorney Alice Denenberg to RE-FILE Document No. [34] Amended Complaint. The filing is deficient for the following reason(s): the All Defendant radio button was selected. Re-file the pleading using the event type Amended Complaint found under the event list Complaints and Other Initiating Documents - attach the correct signed PDF - select the individually named filer/filers - select the individually named party/parties the pleading is against. (vf)** (Entered: 10/27/2025) |
| 10/27/2025 | | **\*\*\*NOTICE TO ATTORNEY REGARDING DEFICIENT REQUEST FOR ISSUANCE OF SUMMONS. Notice to Attorney Alice Denenberg to RE-FILE Document No. [35] Request for Issuance of Summons. The filing is deficient for the following reason(s): The summons requested was not processed due to the deficient pleading. Please file your request for summons when you correct and refile your pleading. Re-file the document using the event type Request for Issuance of Summons found under the event list Service of Process - select the correct filer/filers - and attach the correct summons form PDF. (vf)** (Entered: 10/27/2025) |

| 10/28/2025 | [36](#) | NOTICE OF INITIAL PRETRIAL CONFERENCE: Initial Conference set for 12/1/2025 at 03:00 PM before Judge Lewis J. Liman. Parties are directed to dial into the Court's teleconference number at 646-453-4442, Conference ID# 358639322, and follow the necessary prompts. SO ORDERED (Signed by Judge Lewis J. Liman on 10/28/2025) (ks) (Entered: 10/28/2025) |
|---|---|---|
| 10/28/2025 | [37](#) | FIRST AMENDED COMPLAINT amending [1](#) Complaint, against Does 1 through 10, inclusive, Valentin Fuster, Icahn School of Medicine at Mount Sinai, New York University, Pfizer Inc. with JURY DEMAND.Document filed by MMAS Research LLC. Related document: [1](#) Complaint,. (Attachments: # [1](#) Exhibit Correspondence between Dustin Machi, Donald Morisky, and Steven Trubow, # [2](#) Exhibit Correspondence between Donald Morisky and Steven Trubow, # [3](#) Exhibit Correspondence between Donald Morisky and Thejus Thomas, # [4](#) Exhibit Letter to the editor 2021, # [5](#) Exhibit Notification retractation 2023, # [6](#) Exhibit Austin Letter 2022, # [7](#) Exhibit Memorandum Ninth Circuit 2024, # [8](#) Exhibit Correspondence and License NYU, # [9](#) Exhibit License Agreement Pfizer, # [10](#) Exhibit Email correspondence Pfizer 2019, # [11](#) Exhibit PALLAS Study article 2025, # [12](#) Exhibit SECURE study 2022, # [13](#) Exhibit License Agreement CNIC, # [14](#) Exhibit Clinical Study Protocol CNIC 2019, # [15](#) Exhibit Clinical Study Protocol CNIC 2015, # [16](#) Exhibit Copyright Registration).(Denenberg, Alice) (Entered: 10/28/2025) |
| 10/28/2025 | [38](#) | REQUEST FOR ISSUANCE OF SUMMONS as to Valentin Fuster, re: [37](#) Amended Complaint,,,,. Document filed by MMAS Research LLC..(Denenberg, Alice) (Entered: 10/28/2025) |
| 10/29/2025 | [39](#) | ELECTRONIC SUMMONS ISSUED as to Valentin Fuster. (vf) (Entered: 10/29/2025) |
| 10/30/2025 | [40](#) | LETTER addressed to Judge Lewis J. Liman from Daniel J. Stujenske dated October 30, 2025 re: Icahn School of Medicine at Mount Sinai intends to move to dismiss the First Amended Complaint. Document filed by Icahn School of Medicine at Mount Sinai.. (Stujenske, Daniel) (Entered: 10/30/2025) |
| 10/30/2025 | [41](#) | LETTER addressed to Judge Lewis J. Liman from Jodyann Galvin, Esq. dated October 30, 2025 re: New York University intends to move to dismiss the First Amended Complaint. Document filed by New York University..(Galvin, Jodyann) (Entered: 10/30/2025) |
| 10/30/2025 | [42](#) | LETTER addressed to Judge Lewis J. Liman from Paul C. Llewellyn dated October 30, 2025 re: Pfizer Inc. intends to move to dismiss the First Amended Complaint. Document filed by Pfizer Inc...(Llewellyn, Paul) (Entered: 10/30/2025) |
| 10/30/2025 | [43](#) | MOTION for Kevin J. Cammiso to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC-31927143. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by Icahn School of Medicine at Mount Sinai. (Attachments: # [1](#) Affidavit of Kevin J. Cammiso in Support of Motion for Pro Hac Vice, # [2](#) Exhibit CA Certificate of Good Standing, # [3](#) Proposed Order for Admission Pro Hac Vice).(Cammiso, Kevin) (Entered: 10/30/2025) |
| 10/31/2025 | | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. [43](#) MOTION for Kevin J. Cammiso to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC-31927143. Motion and supporting papers to be reviewed by Clerk's Office staff.. The document has been reviewed and there are no deficiencies. (rju)** (Entered: 10/31/2025) |
| 10/31/2025 | 44 | ORDER granting [43](#) Motion for Kevin J. Cammiso to Appear Pro Hac Vice (HEREBY ORDERED by Judge Lewis J. Liman)(Text Only Order) (wm) (Entered: 10/31/2025) |
| 11/10/2025 | [45](#) | NOTICE OF APPEARANCE by James Zawodzinski, Jr on behalf of New York University..(Zawodzinski, James) (Entered: 11/10/2025) |

| 11/12/2025 | 46 | SUMMONS RETURNED EXECUTED Summons and Amended Complaint,,,, served. Valentin Fuster served on 11/10/2025, answer due 12/1/2025. Service was accepted by Valentin Fuster. Document filed by MMAS Research LLC..(Denenberg, Alice) (Entered: 11/12/2025) |
| 11/24/2025 | 47 | PROPOSED CASE MANAGEMENT PLAN. Document filed by MMAS Research LLC. (Attachments: # 1 Supplement Letter In Support Of Case Management Plan).(Denenberg, Alice) (Entered: 11/24/2025) |
| 11/24/2025 | 48 | LETTER MOTION for Conference re: 47 Proposed Case Management Plan *Requesting Rescheduling of Initial Pretrial Conference* addressed to Judge Lewis J. Liman from Marc E. Hankin dated November 24, 2025. Document filed by MMAS Research LLC.. (Denenberg, Alice) (Entered: 11/24/2025) |
| 11/25/2025 | 49 | ORDER granting 48 Letter Motion for Conference. The Initial Pretrial Conference is rescheduled to December 4, 2025 at 3:00PM. Parties are directed to dial into the Court's teleconference line at 646-453-4442 and use Conference ID# 358639322. (Initial Conference set for 12/4/2025 at 03:00 PM before Judge Lewis J. Liman.) (HEREBY ORDERED by Judge Lewis J. Liman)(Text Only Order) (mf) (Entered: 11/25/2025) |
| 12/04/2025 | 50 | ORDER: The parties should be aware that my father-in-law, Dr. Carmel J. Cohen, who is now deceased, was a gynecological oncologist associated with Mt. Sinai Hospital until his retirement, and that for a brief period of time more than a decade ago, I saw Dr. Fuster as a patient. Mt. Sinai is requested to investigate whether, as a result of Dr. Cohen's relationship with the hospital, I, my wife, or my mother-in-law would have any financial interest that would require my recusal in this case. SO ORDERED. (Signed by Judge Lewis J. Liman on 12/4/2025) (ks) (Entered: 12/04/2025) |
| 12/04/2025 | 51 | ORDER: As indicated on the record at the conference today, December 4, 2025, Mt. Sinai shall inform the Court by no later than December 8, 2025, whether there is any reason to believe that the Court or its family members might have a financial interest in the hospital that would require its recusal in this case. See Dkt. No. 50. The initial pretrial conference will be held over until January 5, 2026, at 2:00 PM. Parties are directed to dial into the Court's teleconference number at 646-453-4442, Conference ID# 358639322, and follow the necessary prompts. The Court will withhold judgment on the proper Case Management Plan and the requests for a stay of discovery in the meantime. Defendants' motions to dismiss shall be due December 18, 2025. If necessary, Defendants may write to the Court seeking an extension of the deadline, and Plaintiff may respond to any such request by the end of the following day. SO ORDERED. (Signed by Judge Lewis J. Liman on 12/18/2025) ( Motions due by 12/18/2025., Initial Conference set for 1/5/2026 at 02:00 PM before Judge Lewis J. Liman.) (ks) (Entered: 12/04/2025) |
| 12/04/2025 |  | Minute Entry for proceedings held before Judge Lewis J. Liman: Initial Pretrial Conference held on 12/4/2025 by Telephone Conference. Alice Denenberg and Mark Hankin present by telephone for Plaintiff. Jodyann Galvin and James Zawozdinski present by telephone for Defendant, New York University. Paul Llewellyn and Catherine Langhans present by telephone for Defendant, Pfizer Inc. Daniel Stujenske and Kevin Cammiso present by telephone for Defendant, Icahn School of Medicine at Mount Sinai. The Telephonic Initial Conference is continued to January 5, 2026 at 2:00PM before Judge Lewis J. Liman. See Order issued by the Court. (mf) (Entered: 12/08/2025) |
| 12/08/2025 | 52 | STATUS REPORT. *Pursuant to Court's Order Dated December 4, 2025* Document filed by Icahn School of Medicine at Mount Sinai..(Stujenske, Daniel) (Entered: 12/08/2025) |
| 12/11/2025 | 53 | LETTER addressed to Judge Lewis J. Liman from Paul C. Llewellyn dated December 11, 2025 re: Motion to Dismiss Briefing Schedule. Document filed by Does 1 through 10, |

| | | inclusive, Valentin Fuster, Icahn School of Medicine at Mount Sinai, New York University, Pfizer Inc...(Llewellyn, Paul) (Entered: 12/11/2025) |
|---|---|---|
| 12/11/2025 | 54 | LETTER addressed to Judge Lewis J. Liman from Marc E. Hankin dated 12/11/2025 re: Plaintiffs Response to Defendants Letter Dated December 11, 2025. Document filed by MMAS Research LLC..(Denenberg, Alice) (Entered: 12/11/2025) |
| 12/12/2025 | 55 | MEMO ENDORSEMENT on re: 53 Letter, filed by Icahn School of Medicine at Mount Sinai, Pfizer Inc., New York University, Valentin Fuster, Does 1 through 10, inclusive, ENDORSEMENT: The Court sets the following schedule for the anticipated motions to dismiss: Motions todismiss shall be filed by December 23, 2025. Opposition briefs shall be filed by January 6,2026. Reply briefs shall be filed by January 13, 2026. SO ORDERED (Signed by Judge Lewis J. Liman on 12/12/2025) ( Motions due by 12/23/2025., Responses due by 1/6/2026, Replies due by 1/13/2026.) (ks) (Entered: 12/12/2025) |
| 12/15/2025 | 56 | NOTICE of Request for the Court to Take Judicial Notice of Recent Decisions in Related Cases. Document filed by MMAS Research LLC. (Attachments: # 1 Exhibit 1-Nevada Case, # 2 Exhibit 2-Massachusetts Case).(Denenberg, Alice) (Entered: 12/15/2025) |
| 12/19/2025 | 57 | NOTICE OF APPEARANCE by Marc E. Hankin on behalf of MMAS Research LLC..(Hankin, Marc) (Entered: 12/19/2025) |
| 12/23/2025 | 58 | MOTION to Dismiss *Plaintiff's Complaint or, in the Alternative, for a Stay*. Document filed by Pfizer Inc...(Llewellyn, Paul) (Entered: 12/23/2025) |
| 12/23/2025 | 59 | MEMORANDUM OF LAW in Support re: 58 MOTION to Dismiss *Plaintiff's Complaint or, in the Alternative, for a Stay*. . Document filed by Pfizer Inc...(Llewellyn, Paul) (Entered: 12/23/2025) |
| 12/23/2025 | 60 | MOTION to Dismiss *for Judgment on the Pleadings, and to Stay Discovery or, in the Alternative, to Stay this Case*. Document filed by New York University..(Galvin, Jodyann) (Entered: 12/23/2025) |
| 12/23/2025 | 61 | DECLARATION of Jodyann Galvin, Esq. in Support re: 60 MOTION to Dismiss *for Judgment on the Pleadings, and to Stay Discovery or, in the Alternative, to Stay this Case*.. Document filed by New York University. (Attachments: # 1 Exhibit 1 - PALLAS Protocol, # 2 Exhibit 2 - AFT-Morisky License, # 3 Exhibit 3 - PALLAS Study MMAS-4 booklet, # 4 Exhibit 4 - NYU/MMAS Agreement, # 5 Exhibit 5 - California Complaint, # 6 Exhibit 6 - 10/17/25 Letter from Galvin to Hankin, # 7 Exhibit 7 - MMASs Initial Disclosures). (Galvin, Jodyann) (Entered: 12/23/2025) |
| 12/23/2025 | 62 | MEMORANDUM OF LAW in Support re: 60 MOTION to Dismiss *for Judgment on the Pleadings, and to Stay Discovery or, in the Alternative, to Stay this Case*. . Document filed by New York University..(Galvin, Jodyann) (Entered: 12/23/2025) |
| 12/23/2025 | 63 | DECLARATION of Paul C. Llewellyn in Support re: 58 MOTION to Dismiss *Plaintiff's Complaint or, in the Alternative, for a Stay*.. Document filed by Pfizer Inc.. (Attachments: # 1 Exhibit A - Second Amended Complaint filed by Donald E. Morisky in Morisky v. MMAS Research, LLC (filed W.D. Wash November 19, 2021), # 2 Exhibit B - Order of the Honorable Ricardo S. Martinez setting the trial date and related dates in Morisky v. MMAS Research, LLC (filed W.D. Wash. Oct. 28, 2025), # 3 Exhibit C - Email from Steven Trubow to Paul Llewellyn dated August 22, 2019, # 4 Exhibit D - Email from Steven Trubow to Paul Llewellyn dated September 28, 2019, # 5 Exhibit E - Email chain between Steven Trubow and Paul Llewellyn, dated November 15-16, 2019, # 6 Exhibit F - Registration certificate for United States Copyright Registration No. TX-8-285-390 for MMAS-4, # 7 Exhibit G - Registration certificate for United States Copyright Registration No. TX-8-632-533 for MMAS-8, # 8 Exhibit H - Report and Recommendation of the Honorable David W. Christel, dated August 20, 2024 in Morisky v. MMAS Research LLC |

| | | et al., # 9 Exhibit I - Order of the Honorable Ricardo S. Martinez, dated September 10, 2024 in Morisky v. MMAS Research LLC et al., # 10 Exhibit J - Exhibit A to the Declaration of Joseph Cipriani, filed in Adherence v. CVS Pharmacy, Inc., No. 2:24-cv-01590-JCM-NJK (D. Nev.), # 11 Exhibit K - Registration certificate for United States Copyright Registration No. TX 8-816-517, for MMAS Research Widget Code.). (Llewellyn, Paul) (Entered: 12/23/2025) |
|---|---|---|
| 12/23/2025 | 64 | MOTION to Dismiss *First Amended Complaint*. Document filed by Icahn School of Medicine at Mount Sinai..(Stujenske, Daniel) (Entered: 12/23/2025) |
| 12/23/2025 | 65 | MEMORANDUM OF LAW in Support re: 64 MOTION to Dismiss *First Amended Complaint*. . Document filed by Icahn School of Medicine at Mount Sinai..(Stujenske, Daniel) (Entered: 12/23/2025) |
| 12/23/2025 | 66 | DECLARATION of Dr. Valentin Fuster in Support re: 64 MOTION to Dismiss *First Amended Complaint*.. Document filed by Icahn School of Medicine at Mount Sinai.. (Stujenske, Daniel) (Entered: 12/23/2025) |
| 12/23/2025 | 67 | MOTION to Dismiss *First Amended Complaint*. Document filed by Valentin Fuster.. (Stujenske, Daniel) (Entered: 12/23/2025) |
| 12/23/2025 | 68 | MEMORANDUM OF LAW in Support re: 67 MOTION to Dismiss *First Amended Complaint*. . Document filed by Valentin Fuster..(Stujenske, Daniel) (Entered: 12/23/2025) |
| 12/23/2025 | 69 | DECLARATION of Kevin J. Cammiso in Support re: 64 MOTION to Dismiss *First Amended Complaint*.. Document filed by Icahn School of Medicine at Mount Sinai. (Attachments: # 1 Exhibit A - Excerpts from public filings in which MMAS Research LLC has filed their claimed trade secrets on the public docket, # 2 Exhibit B - Second Amended Complaint - Morisky v. MMAS, # 3 Exhibit C - Order Granting Motion to Dismiss - MMAS v. University of Wolverhampton, # 4 Exhibit D - First Amended Complaint - MMAS v. The Children's Hospital Corp., # 5 Exhibit E - Complaint - MMAS v. Johnson and Johnson, # 6 Exhibit F - First Amended Complaint - MMAS v. IQVIA Holdings, # 7 Exhibit G - Complaint - MMAS v. Morisky, # 8 Exhibit H - First Amended Complaint - MMAS v. Karolinska, # 9 Exhibit I - Complaint - MMAS v. Kaolinska Institute, # 10 Exhibit J - Complaint - MMAS v. University of Leeds, # 11 Exhibit K - Complaint - MMAS v. JIMRO Co., # 12 Exhibit L - Complaint - MMAS v. Novartis, # 13 Exhibit M - Compliant - MMAS v. Dana Farber Cancer Institute, # 14 Exhibit N - Complaint - MMAS v. Maastricht University Medical Center, # 15 Exhibit O - MMAS v. Charite, # 16 Exhibit P - First Amended Complaint - MMAS v. Duke University, # 17 Exhibit Q - Complaint - Boston Children's Hospital, # 18 Exhibit R - Complaint - MMAS v. University of Massachusetts, # 19 Exhibit S - Complaint - Duke University, # 20 Exhibit T - Exhibit J to Compalint - MMAS v. Duke University, # 21 Exhibit U - Exhibit D - Complaint - MMAS v. Duke University, # 22 Exhibit V - Exhibit J to Complaint - MMAS v. University of Massachusetts, # 23 Exhibit W - Exhibit F to Complaint - MMAS v. Maastricht University Medical Center, # 24 Exhibit X - Exhibit 2 to Complaint - MMAS v. Novartis, # 25 Exhibit Y - Exhibit 1 to Complaint - MMAS v. Dana Farber Cancer Institute, # 26 Exhibit Z - Exhibit 19 to Complaint - MMAS v. Boston Children's Hospital, # 27 Exhibit AA - Complaint - MMAS v. Abbvie KTF, # 28 Exhibit BB - Exhibit B to Complaint - MMAS v. Abbvie KTF, # 29 Exhibit CC - Exhibit D to Complaint - MMAS v. Abbvie KTF, # 30 Exhibit DD - Exhibit 26 to First Amended Complaint - MMAS v. The Childrens Hospital Corp., # 31 Exhibit EE - Complaint - MMAS v. Regents of the University of California). (Stujenske, Daniel) (Entered: 12/23/2025) |
| 12/31/2025 | 70 | PROPOSED STIPULATION AND ORDER. Document filed by MMAS Research LLC.. (Denenberg, Alice) (Entered: 12/31/2025) |

| 12/31/2025 | 71 | STIPULATION AND ORDER STAYING PROCEEDINGS: NOW THEREFORE, the parties stipulate and agree as follows: 1. This action and all claims and proceedings therein, including discovery, are stayed in their entirety until the resolution of the Morisky Lawsuit and the exhaustion of all rights to appeal therein. 2. Defendants' respective motions to dismiss the Amended Complaint are held in abeyance. 3. The parties shall provide the court with a joint report, briefly setting forth the status and key developments in the Morisky Lawsuit, by no later than 14 days after each of the following events: any change of the trial date in that action; the issuance of a judgment by the District Court in that action; and the exhaustion of all rights to appeal such judgment. IT IS SO ORDERED. (Signed by Judge Lewis J. Liman on 12/31/2025) Case stayed. (ar) (Entered: 01/02/2026) |
|---|---|---|
| 01/02/2026 | 72 | ORDER: The Telephonic Initial Conference scheduled for January 5, 2026 at 2:00PM is CANCELLED. (HEREBY ORDERED by Judge Lewis J. Liman) (Text Only Order) (mf) (Entered: 01/02/2026) |

| PACER Service Center | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 02/03/2026 23:18:35 | | | |
| **PACER Login:** | caustin6559 | **Client Code:** | MMAR.2L |
| **Description:** | Docket Report | **Search Criteria:** | 1:25-cv-07026-LJL |
| **Billable Pages:** | 11 | **Cost:** | 1.10 |

# EXHIBIT 10

# EXHIBIT 10

CLOSED,COPYRT

# United States District Court
## District of Massachusetts (Boston)
## CIVIL DOCKET FOR CASE #: 1:25-cv-12356-DJC

MMAS Research LLC v. Dana Farber Cancer Institute et al
Assigned to: Chief District Judge Denise J. Casper
related Case: 1:24-cv-12108-DJC
Cause: 28:1338 Copyright Infringement

Date Filed: 08/25/2025
Date Terminated: 09/26/2025
Jury Demand: Plaintiff
Nature of Suit: 820 Copyright
Jurisdiction: Federal Question

### Plaintiff

**MMAS Research LLC,**
*a Washington limited liability company*

represented by **Andrew Neil Hartzell**
Freeman Mathis & Gary, LLP
One Boston Place
201 Washington Street
Suite 2200
Boston, MA 02108
617-963-5966
Email: nhartzell@fmglaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

### Defendant

**Dana Farber Cancer Institute**

represented by **Steven M. Veenema**
Sheehan Phinney Bass & Green A
Litigation
28 State Street
22nd Floor
Boston, MA 02109
617-897-5600
Email: sveenema@sheehan.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

### Defendant

**Brigham and Women's Hospital Heart and Vascular Center**

### Defendant

**Harvard Medical School**

represented by **William W. Fick**
Fick & Marx LLP
24 Federal Street, 4th Flr.
Boston, MA 02110
857-321-8360
Email: wfick@fickmarx.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

Amy Barsky
Fick & Marx LLP
24 Federal Street, 4th Flr.
Boston, MA 02110
857-321-8360
Email: abarsky@fickmarx.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Does 1 through 10**
*inclusive*

| Date Filed | # | Docket Text |
|---|---|---|
| 08/25/2025 | 1 | COMPLAINT *Complaint for Damages* against All Defendants Filing fee: $ 405, receipt number AMADC-11195426 (Fee Status: Filing Fee paid), filed by MMAS Research LLC. (Attachments: # 1 Exhibit 1, # 2 Civil Cover Sheet, # 3 Category Form Sheet)(Hartzell, Andrew)<br>Modified on 8/26/2025: to edit docket text (EZG). (Entered: 08/25/2025) |
| 08/26/2025 | 2 | **ELECTRONIC NOTICE TO COUNSEL:** Counsel shall complete and file in PDF format a Report on Filing or Determination re: Copyright - AO 121. The form can be found on the court's website under Resources/Forms. Counsel will use the event under Other Documents - Report on the filing/termination of copyright case. (EZG) (Entered: 08/26/2025) |
| 08/26/2025 | 3 | ELECTRONIC NOTICE of Case Assignment. Chief District Judge Denise J. Casper assigned to case. If the trial Judge issues an Order of Reference of any matter in this case to a Magistrate Judge, the matter will be transmitted to Magistrate Judge Jessica D. Hedges. (NMC) (Entered: 08/26/2025) |
| 08/26/2025 | 4 | REPORT on the filing/termination of copyright case *AO 121 Form*. (Hartzell, Andrew) (Entered: 08/26/2025) |
| 08/26/2025 | 5 | Summons Issued as to Brigham and Women's Hospital Heart and Vascular Center, Dana Farber Cancer Institute, Does 1 through 10, Harvard Medical School. **Counsel receiving this notice electronically should download this summons, complete one for each defendant and serve it in accordance with Fed.R.Civ.P. 4 and LR 4.1. Summons will be mailed to plaintiff(s) not receiving notice electronically for completion of service.** (EZG) (Entered: 08/26/2025) |
| 08/26/2025 | 6 | Copy re 4 REPORT on the filing/termination of copyright case AO 121 Form, mailed to The Copyrights Office on 8/26/2025. (EZG) (Entered: 08/26/2025) |
| 09/03/2025 | 7 | MOTION for Leave to Appear Pro Hac Vice for admission of Marc E. Hankin Filing fee: $ 125, receipt number AMADC-11214000 by MMAS Research LLC,. (Attachments: # 1 Certification)(Hartzell, Andrew) (Entered: 09/03/2025) |
| 09/23/2025 | 8 | NOTICE of Appearance by Steven M. Veenema on behalf of Dana Farber Cancer Institute (Veenema, Steven) (Entered: 09/23/2025) |
| 09/23/2025 | 9 | CORPORATE DISCLOSURE STATEMENT by Dana Farber Cancer Institute. (Veenema, Steven) (Entered: 09/23/2025) |

| 09/23/2025 | [10] | Assented to MOTION for Extension of Time to October 23, 2025 to File Answer re [1] Complaint, by Dana Farber Cancer Institute.(Veenema, Steven) (Entered: 09/23/2025) |
|---|---|---|
| 09/23/2025 | [11] | NOTICE of Appearance by William W. Fick on behalf of Harvard Medical School (Fick, William) (Entered: 09/23/2025) |
| 09/24/2025 | 12 | Chief District Judge Denise J. Casper: ELECTRONIC ORDER entered granting [10] Motion for Extension of Time to Answer re [1] Complaint, Dana Farber Cancer Institute answer due 10/23/2025. (LMH) (Entered: 09/24/2025) |
| 09/24/2025 | [13] | Assented to MOTION for Extension of Time to October 23, 2025 to File Answer re [1] Complaint, by Harvard Medical School.(Fick, William) (Entered: 09/24/2025) |
| 09/25/2025 | 14 | Chief District Judge Denise J. Casper: ELECTRONIC ORDER entered granting [13] Motion for Extension of Time to Answer re [1] Complaint, Harvard Medical School answer due 10/23/2025. (LMH) (Entered: 09/25/2025) |
| 09/25/2025 | [15] | NOTICE of Appearance by Amy Barsky on behalf of Harvard Medical School (Barsky, Amy) (Entered: 09/25/2025) |
| 09/25/2025 | [16] | SUMMONS Returned Executed Dana Farber Cancer Institute served on 9/11/2025, answer due 10/23/2025. (Hartzell, Andrew) (Entered: 09/25/2025) |
| 09/25/2025 | [17] | SUMMONS Returned Executed Harvard Medical School served on 9/11/2025, answer due 10/23/2025. (Hartzell, Andrew) (Entered: 09/25/2025) |
| 09/25/2025 | 18 | Chief District Judge Denise J. Casper: ELECTRONIC ORDER entered granting [7] Motion for Leave to Appear Pro Hac Vice Added Marc E. Hankin.<br><br>**Attorneys admitted Pro Hac Vice must have an individual PACER account, not a shared firm account, to electronically file in the District of Massachusetts. To register for a PACER account, go the Pacer website at https://pacer.uscourts.gov/register-account. You must put the docket number under ADDITIONAL FILER INFORMATION on your form when registering or it will be rejected.**<br><br>Pro Hac Vice Admission Request Instructions https://www.mad.uscourts.gov/caseinfo/nextgen-pro-hac-vice.htm.<br><br>A Notice of Appearance must be entered on the docket by the newly admitted attorney.<br><br>(SEC) (Entered: 09/25/2025) |
| 09/26/2025 | [19] | STIPULATION of Dismissal by MMAS Research LLC,. (Hartzell, Andrew) (Entered: 09/26/2025) |

| **PACER Service Center** | | |
|---|---|---|
| **Transaction Receipt** | | |
| 02/03/2026 23:12:29 | | |
| **PACER Login:** | caustin6559 | **Client Code:** | MMAR.2L |
| **Description:** | Docket Report | **Search Criteria:** | 1:25-cv-12356-DJC |
| **Billable Pages:** | 3 | **Cost:** | 0.30 |

To: Counsel: Christopher Austin, William Crowley, Amanda Bruss, Scott Whitworth

**RE: Safe Harbor Notice Pursuant to Fed. R. Civ. P. 11(c)(2)**
**Morisky v MMAS Research LLC, Case No. 2:21-cv-1301**

Dear Counsel:

Attached to this email is a copy of Defendant's Motion for Sanctions under Federal Rule of Civil Procedure 11 being provided to you on February 4, 2026.

This motion is being served upon you pursuant to the "safe harbor" provision of **Fed. R. Civ. P. 11(c)(2)**. We will not file this motion with the Court for at least **21 days**.

Sincerely,
Patricia Ray

Dated Feb 4, 2026

# EXHIBIT 12

# EXHIBIT 12

**IN**
## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON AT SEATTLE

DONALD E. MORISKY,

      Plaintiff,

    v.

MMAS RESEARCH LLC, a
Washington limited liability
company, et al.,

      Defendants.

NO. 2:21-cv-01301-RSM

DEFENDANTS' MOTION FOR
SANCTIONS FOR PLAINTIFF'S
FAILURE TO SERVE RULE
26(a)(3) PRETRIAL DISCLOSURES
UNDER LCR 16

NOTED ON MOTION CALENDAR:
_____, 2026

**MOTION FOR SANCTIONS FOR FAILURE TO SERVE RULE 26(a)(3)**

**DISCLOSURES**

Defendants MMAS Research LLC and the remaining Defendants (collectively,

"Defendants") move for sanctions against Plaintiff Donald E. Morisky ("Plaintiff") based on

Plaintiff's complete failure to serve any of the pretrial disclosures required by Federal Rule of

Civil Procedure 26(a)(3)—including his trial witness list, deposition designations, and exhibit

list—on Defendants, in violation of Federal Rules of Civil Procedure 16 and 26(a)(3), Western

District of Washington Local Civil Rule 16(h), and this Court's Order Setting Trial Date and

DEFENDANTS' MOTION FOR SANCTIONS FOR PLAINTIFF'S FAILURE TO SERVE RULE 26(a)(3)
PRETRIAL DISCLOSURES UNDER LCR 16

Related Dates (ECF 292), which established firm pretrial disclosure and trial preparation

deadlines leading up to the March 2, 2026 jury trial.

## I. RELIEF REQUESTED

Defendants request that the Court enter an order under Federal Rules of Civil Procedure

16(f), 26(a)(3), 37(c)(1), and Local Civil Rule ("LCR") 16(h): (1) finding that Plaintiff has violated

his obligations to serve Rule 26(a)(3) pretrial disclosures and to comply with this Court's

Scheduling Order and LCR 16(h) by failing to serve any pretrial disclosures or witness list on

Defendants by the deadlines established in the Court's trial order; (2) precluding Plaintiff from

using at trial any witness, deposition testimony, exhibit, or other evidence that was not timely and

properly disclosed as required by Rule 26(a)(3) and LCR 16(h), including striking or disregarding

any pretrial disclosure materials that Plaintiff may belatedly attempt to serve after the filing of this

Motion; (3) awarding Defendants their reasonable attorneys' fees and costs incurred in connection

with this Motion and any related meet-and-confer efforts; and (4) granting such further and

additional sanctions as the Court deems just and appropriate to avoid prejudice to Defendants, to

enforce compliance with the Court's firm trial schedule, and to deter future violations of the Federal

Rules, the Local Civil Rules, and this Court's orders.

Defendants further request that any order on this Motion make clear that Plaintiff's failure to

comply with Rule 26(a)(3), LCR 16(h), and the Court's Scheduling Order will not be permitted to

delay or jeopardize the March 2, 2026 jury trial, to reopen discovery, or to expand the scope of

evidence beyond that timely disclosed by Defendants in compliance with the applicable rules and

deadlines.

DEFENDANTS' MOTION FOR SANCTIONS FOR PLAINTIFF'S FAILURE TO SERVE RULE 26(a)(3)
PRETRIAL DISCLOSURES UNDER LCR 16

Plaintiff has had ample notice of the trial date and pretrial deadlines since the Court entered its October 28, 2025 trial order (ECF 292) and of his obligations under Rule 26(a)(3) and LCR 16(h), yet he has failed to serve any of the required pretrial disclosures or witness lists on Defendants. This total noncompliance creates unfair surprise, frustrates the orderly pretrial process contemplated by the Federal and Local Rules, and prejudices Defendants by unnecessarily burdening them with trying to guess what evidence and witnesses Plaintiff is planning on presenting at trial—thereby making preparation of a defense all but impossible.

Because Rule 37(c)(1) provides that a party who fails to identify a witness or provide information as required by Rule 26(a) "is not allowed to use that information or witness to supply evidence at a trial" unless the failure was substantially justified or harmless, and because LCR 16(h) requires timely pretrial disclosures consistent with the Court's scheduling orders, Defendants seek an order enforcing these rules here.

Defendants also request their reasonable fees and expenses associated with bringing this Motion, consistent with Rule 37(c)(1)(A), Rule 16(f)(2), and LCR 16(h), because Plaintiff's noncompliance has forced Defendants to incur unnecessary costs to protect their trial rights, to seek enforcement of the Court's Scheduling Order, and to avoid prejudice from Plaintiff's failure to participate in the required pretrial disclosure process.

The sanctions requested are tailored to remedy the prejudice resulting from Plaintiff's noncompliance, to enforce the Federal and Local Rules and this Court's orders, and to preserve the existing March 2, 2026 trial date and related pretrial deadlines.

## II. BACKGROUND

DEFENDANTS' MOTION FOR SANCTIONS FOR PLAINTIFF'S FAILURE TO SERVE RULE 26(a)(3) PRETRIAL DISCLOSURES UNDER LCR 16

A. **RELEVANT SCHEDULING ORDER, LCR 16(h), AND PRETRIAL DISCLOSURE DEADLINES**

- On October 28, 2025, the Court entered its Order Setting Trial Date and Related Dates (ECF 292), setting a jury trial for March 2, 2026, and establishing firm pretrial deadlines that implement and supplement the disclosure obligations of the Federal Rules of Civil Procedure and Local Civil Rules, including Rule 26(a)(3) and LCR 16(h).

- The Order requires the parties to file an agreed pretrial order by February 18, 2026, and to submit trial briefs, proposed voir dire questions, jury instructions, a neutral statement of the case, and trial exhibits by February 25, 2026. These dates are "firm" within the meaning of the Order and are premised on the parties' timely exchange of pretrial disclosures and witness lists consistent with Rule 26(a)(3) and LCR 16(h).

- Consistent with Rule 26(a)(3) and LCR 16(h), Plaintiff's pretrial disclosures of witnesses, deposition designations, and exhibits were required to be served at least 30 days before trial and in any event sufficiently in advance of the February 18, 2026 agreed pretrial order and February 25, 2026 trial-submission deadlines to permit Defendants to prepare the LCR 16.1 pretrial order and related submissions.

- As of the filing of this Motion, Plaintiff has not served any Rule 26(a)(3) or LCR 16(h) pretrial disclosures identifying trial witnesses, witness contact information, deposition testimony, or exhibits on Defendants MMAS Research LLC or the

other Defendants, despite Defendants' compliance efforts and the imminence of the Court's pretrial deadlines.

### B.   WESTERN DISTRICT OF WASHINGTON LOCAL RULE 16(H)

Under Western District of Washington Local Rule 16(h), Plaintiff's pretrial statement including witness and exhibit lists were to be provided to Defendants at least 30 days before the filing of the joint pretrial statement on January 19, 205. This schedule would have allowed Defendants 20 days to review Plaintiff's document and make their submission by February 8, 2026, including Defendants  own witness and exhibit lists and any objections to the Plaintiff's pretrial submission. As of February, 4, 2026, Defendant has not received Plaintiff's required pretrial statement including his witness and exhibit lists.  Plaintiff 's omission to act in accordance with the Court's schedule works uncurable prejudice to Defendants' ability to serve their responses to Plaintiff.

Such delay is exactly this Court prohibited in its admonishment on June 23, 2025 Report and Recommendation, advising the parties, "If either party engages in delay tactics, including but not limited to frivolous appeals and filing motions on previously litigated matters, additional sanctions may be necessary." (ECH 273)  In the Court's August 5, 2025, order, the Court set a trial date of November 17, 2025, and the Court's pre-trial order date was set for  November 5, 2025. (ECH 285) On October 28, 2025, the Court revised the trial schedule (due to federal government shutdowns) with a new trial date of March 2, 2026, and the parties joint pre-trial statement  date on February 18, 2026. (ECH 292).    Instead of complying with the Local Rules and the October 28, 2025 Order and providing Defendant with their pretrial statement on January 19th, 2025, Plaintiff filed two delaying motions, flaunting the Court's direct instructions and throwing the pretrial sequence into complete disarray.

### C. PREJUDICE TO DEFENDANTS AND IMPACT ON TRIAL

Plaintiff's failure to serve Rule 26(a)(3) and LCR 16(h) disclosures hampers Defendants' ability to prepare for trial in multiple ways. Without a list of Plaintiff's proposed trial witnesses and deposition designations, Defendants cannot determine which witnesses require preparation for cross-examination, which depositions must be counter-designated, or whether additional motions in limine or evidentiary objections are necessary, all of which are intended to be addressed in an orderly fashion through the pretrial disclosure process.

Likewise, without timely identification of Plaintiff's trial exhibits, Defendants cannot raise targeted objections, prepare stipulations to authenticity or admissibility where appropriate, or avoid duplication with their own exhibit lists. This uncertainty undermines the parties' ability to submit a meaningful agreed pretrial order under LCR 16.1 by February 18, 2026, and to comply with the Court's requirement that trial exhibits be submitted to chambers by February 25, 2026.

Because the trial date is firm and rapidly approaching, the prejudice caused by Plaintiff's noncompliance is neither theoretical nor harmless. Absent sanctions precluding the use of undisclosed witnesses and exhibits, Defendants risk being confronted at trial with evidence they have had no fair opportunity to investigate or address, in direct contravention of the structured pretrial process mandated by Rule 26(a)(3), LCR 16(h), and the Court's Scheduling Order.

The Court's Order Setting Trial Date expressly states that the deadlines are "firm dates" that may be altered only for good cause and that failure to complete necessary preparations within the time allowed is not recognized as good cause. Plaintiff's failure to serve Rule 26(a)(3) and LCR 16(h) disclosures should not be allowed to jeopardize those firm deadlines or to create the need for unnecessary continuances or last-minute evidentiary disputes.

DEFENDANTS' MOTION FOR SANCTIONS FOR PLAINTIFF'S FAILURE TO SERVE RULE 26(a)(3)
PRETRIAL DISCLOSURES UNDER LCR 16

Against this backdrop, sanctions enforcing Rule 26(a)(3), LCR 16(h), and Rule 37(c)(1) are necessary to ensure that trial proceeds efficiently and fairly for all parties and to uphold the integrity of this Court's Scheduling Order.

### III. LEGAL STANDARD

Federal Rule of Civil Procedure 26(a)(3)(A) requires each party to provide "pretrial disclosures" at least 30 days before trial, including: (i) the name and contact information of each witness the party expects to present and may call if the need arises; (ii) the designation of those witnesses whose testimony the party expects to present by deposition and, if not taken stenographically, a transcript of the pertinent parts of the deposition; and (iii) an identification of each document or other exhibit, including summaries of other evidence, that the party expects to offer or may offer if the need arises.

Rule 26(a)(3)(B) provides that these pretrial disclosures must be made "at least 30 days before trial unless the court orders otherwise," and Rule 26(a)(3)(B)–(C) contemplates that opposing parties will have the opportunity to object to such disclosures and that the Court will resolve those objections in advance of trial. The Court's trial order implements these timing requirements by establishing specific dates for the agreed pretrial order and trial submissions, and LCR 16(h) further requires that the parties make and exchange pretrial disclosures in time to permit preparation of the LCR 16.1 pretrial order and compliance with the Court's scheduling order.

Rule 37(c)(1) provides that, if a party fails to provide information or identify a witness as required by Rule 26(a), "the party is not allowed to use that information or witness to supply

evidence on a motion, at a hearing, or at a trial, unless the failure was substantially justified or is harmless." In addition to or instead of this automatic sanction, the Court "may order payment of the reasonable expenses, including attorney's fees, caused by the failure; may inform the jury of the party's failure; and may impose other appropriate sanctions."

Rule 16(f)(1) authorizes the Court to issue "any just orders" if a party or its attorney "fails to obey a scheduling or other pretrial order." Under Rule 16(f)(2), the Court must order the noncompliant party, its attorney, or both to pay the reasonable expenses—including attorney's fees—incurred because of the noncompliance, unless the failure was substantially justified or other circumstances make an award of expenses unjust. LCR 16(h) likewise directs the parties to comply with the Court's scheduling and pretrial procedures, reinforcing the Court's authority to enforce its orders through appropriate sanctions.

Courts in this Circuit consistently enforce Rules 26(a) and 37(c)(1) by excluding previously undisclosed witnesses and exhibits, particularly where the nondisclosing party offers no substantial justification and the failure to disclose is not harmless in light of the impending trial date. *See, e.g.,* *Yeti by Molly, Ltd. v. Deckers Outdoor Corp.*, 259 F.3d 1101, 1106–07 (9th Cir. 2001) (upholding preclusion sanction under Rule 37(c)(1) for failure to disclose information as required by Rule 26(a)).

In exercising their broad discretion under Rules 16(f) and 37(c)(1), district courts routinely fashion sanctions that are no more severe than necessary to remedy the prejudice and to ensure adherence to firm scheduling orders and local pretrial procedures—including exclusion of undisclosed evidence and fee awards where appropriate.

IV. ARGUMENT

**A. Plaintiff Has Violated Rule 26(a)(3), LCR 16.1 and the Court's Scheduling Order**

DEFENDANTS' MOTION FOR SANCTIONS FOR PLAINTIFF'S FAILURE TO SERVE RULE 26(a)(3) PRETRIAL DISCLOSURES UNDER LCR 16

Rule 26(a)(3) required Plaintiff to serve pretrial disclosures at least 30 days before the March 2, 2026 trial date, absent a contrary order of the Court. The Court's trial order, in turn, establishes February 18, 2026 and February 25, 2026 deadlines for the agreed pretrial order (under LCR 16.1) and trial submissions, confirming that all necessary disclosures under Rule 26(a)(3) and LCR 16(h) must be made sufficiently in advance of those dates for trial preparation to be completed.

Despite these clear requirements, Plaintiff has not served any Rule 26(a)(3) pretrial disclosures identifying trial witnesses, deposition designations, or exhibits on Defendants. Any prior initial disclosures or discovery responses served by Plaintiff do not satisfy the specific, trial-focused disclosure obligations of Rule 26(a)(3) and LCR 16(h), which are designed to streamline trial and narrow evidentiary disputes in advance of the firm pretrial deadlines.

By failing to provide Rule 26(a)(3) and LCR 16(h) disclosures in the timeframe contemplated by the Federal Rules, the Local Civil Rules, and the Court's trial order, Plaintiff has violated both Rule 26(a)(3) and a "scheduling or other pretrial order" within the meaning of Rule 16(f), as well as the pretrial disclosure obligations imposed by LCR 16(h).

### B. Plaintiff's Failure Is Neither Substantially Justified Nor Harmless

Under Rule 37(c)(1), the burden is on the nondisclosing party to show that a failure to disclose was substantially justified or harmless. Plaintiff has made no such showing. Plaintiff has been on notice of the trial date and pretrial deadlines since at least October 28, 2025, when the Court entered its trial order, and Defendants' inquiries about missing disclosures further underscored Plaintiff's obligations and highlighted the prejudice resulting from his noncompliance.

The failure is not harmless. Trial is scheduled to commence on March 2, 2026. The agreed pretrial order is due February 18, 2026, and trial exhibits are due February 25, 2026. Without

DEFENDANTS' MOTION FOR SANCTIONS FOR PLAINTIFF'S FAILURE TO SERVE RULE 26(a)(3) PRETRIAL DISCLOSURES UNDER LCR 16

Plaintiff's Rule 26(a)(3) disclosures, Defendants are left to guess about who will testify, what deposition excerpts will be read, and which exhibits Plaintiff will seek to admit, significantly impeding Defendants' ability to prepare for trial and to make informed strategic decisions.

Allowing Plaintiff to present witnesses and exhibits at trial that were not disclosed in compliance with Rule 26(a)(3) and LCR 16(h) would reward noncompliance, prejudice Defendants, and encourage late-breaking evidentiary surprises inconsistent with the orderly administration of trial contemplated by the Federal Rules, the Local Civil Rules, and this Court's Scheduling Order, which expressly designates the pretrial dates as "firm."

## C. Exclusion of Undisclosed Evidence and a Fee Award Are Appropriate and Tailored Sanctions

Because Plaintiff has not served Rule 26(a)(3) disclosures and cannot show that the failure is substantially justified or harmless, Rule 37(c)(1) dictates that Plaintiff "is not allowed to use" at trial any witnesses, deposition testimony, or exhibits that should have been, but were not, properly disclosed. An order precluding Plaintiff from using such undisclosed evidence—including any materials not disclosed in accordance with Rule 26(a)(3), LCR 16(h), and the Court's Scheduling Order—is therefore warranted.

- Plaintiff should be precluded from calling at trial any witness—whether fact or expert—who was not identified in timely and complete Rule 26(a)(3) disclosures.

- Plaintiff should be precluded from offering at trial any deposition testimony not disclosed in accordance with Rule 26(a)(3)(A)(ii).

- Plaintiff should be precluded from offering at trial any document or exhibit not identified in timely and complete Rule 26(a)(3)(A)(iii) and LCR 16(h) disclosures.

- The Court should award Defendants their reasonable attorneys' fees and costs incurred in connection with this Motion and any related meet-and-confer efforts, pursuant to Rule 37(c)(1)(A), Rule 16(f)(2), and LCR 16(h), as expenses caused by Plaintiff's failure to comply with his pretrial disclosure obligations and this Court's Scheduling Order.

These sanctions are proportional to Plaintiff's noncompliance, necessary to cure the prejudice to Defendants, and consistent with the Federal Rules' and Local Civil Rules' directive that pretrial disclosures and firm scheduling orders be taken seriously, while preserving the existing March 2, 2026 trial date and avoiding disruption to the Court's docket.

## V. CONCLUSION

Plaintiff has failed to comply with the pretrial disclosure requirements of Rule 26(a)(3), LCR 16(h), and this Court's trial order, despite ample notice and Defendants' efforts to obtain the required information. That failure is neither substantially justified nor harmless, and it threatens to prejudice Defendants and disrupt the orderly preparation for the March 2, 2026 jury trial on dates this Court has deemed "firm."

- Preclude Plaintiff from using at trial any witness, deposition testimony, or exhibit that was not timely and properly disclosed as required by Rule 26(a)(3), LCR 16(h), and the Court's Scheduling Order, including striking or disregarding any such pretrial materials that Plaintiff attempts to serve only after the deadlines have passed;

- Award Defendants their reasonable attorneys' fees and costs incurred in connection with this Motion and related efforts to secure Plaintiff's compliance with Rule 26(a)(3), LCR 16(h), and the Court's Scheduling Order;

DEFENDANTS' MOTION FOR SANCTIONS FOR PLAINTIFF'S FAILURE TO SERVE RULE 26(a)(3) PRETRIAL DISCLOSURES UNDER LCR 16

- Grant such further and additional relief as the Court deems just and proper to enforce the Federal Rules, the Local Civil Rules, and its Scheduling Order, to deter similar noncompliance, and to ensure that the March 2, 2026 trial proceeds efficiently and fairly.

For the foregoing reasons, Defendants respectfully request that the Court grant this Motion for Sanctions.

Respectfully submitted this _____ day of _____, 2026.

s/Patricia Ray
Patricia Ray
Pennsylvania Bar # 31989
The Law Office of Patricia Ray
5 Old Mill Road, Freeport PA
Telephone: 215-908-6810

raypatricia@yahoo.com

DEFENDANTS' MOTION FOR SANCTIONS FOR PLAINTIFF'S FAILURE TO SERVE RULE 26(a)(3)
PRETRIAL DISCLOSURES UNDER LCR 16

s/ Brett Harris
Brett Harris, WSBA #55680
VIRGO LAW LLC
119 1st Ave. S., Ste. 310
Seattle, WA 98104
Telephone: (206) 569-8418
Brett@virgolawseattle.com

## CERTIFICATE OF FILING AND SERVICE

I hereby certify that on the date below, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to those registered with CM/ECF.

DATED: _____, 2026

/s/ Brett Harris _____

## PROPOSED ORDER

IN THE UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON AT SEATTLE

DONALD E. MORISKY, Plaintiff,

v.

MMAS RESEARCH LLC,

a Washington limited liability company, et al., Defendants.          NO. 2:21-cv-01301-

**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION FOR SANCTIONS FOR PLAINTIFF'S FAILURE TO SERVE RULE 26(a)(3) PRETRIAL DISCLOSURES**

This matter comes before the Court on Defendants' Motion for Sanctions for Plaintiff's Failure to Serve Rule 26(a)(3) Pretrial Disclosures. Having considered the Motion, any opposition and reply, the pleadings and record in this case, and being fully advised, the Court finds that Plaintiff has failed to comply with Federal Rule of Civil Procedure 26(a)(3), Western District of Washington Local Civil Rule 16(h), and the Court's Order Setting Trial Date and Related Dates (ECF 292), which established firm pretrial deadlines leading to the March 2, 2026 jury trial.

IT IS HEREBY ORDERED that Defendants' Motion is GRANTED. Plaintiff is precluded from using at trial any witness, deposition testimony, exhibit, or other evidence that was not timely and properly disclosed as required by Rule 26(a)(3), LCR 16(h), and the Court's Scheduling Order, and any such untimely pretrial disclosure materials are hereby STRICKEN or will be disregarded

DEFENDANTS' MOTION FOR SANCTIONS FOR PLAINTIFF'S FAILURE TO SERVE RULE 26(a)(3)
PRETRIAL DISCLOSURES UNDER LCR 16

by the Court. The Court further awards Defendants their reasonable attorneys' fees and costs incurred in bringing the Motion, in an amount to be determined upon submission of appropriate documentation, and grants such further relief as may be necessary to enforce this Order, the Local Civil Rules, and the Court's trial schedule, including the preservation of the March 2, 2026 trial date.

DATED this ___ day of _____, 2026._____Honorable Ricardo S. Martinez United States District Judge