# EXHIBIT 8

# EXHIBIT 8

# DONALD E. MORISKY, Sc.D.

Research Professor Emeritus • UCLA Fielding School of Public Health • Department of Community Health Sciences

**MMAS® Developer • Behavioral Scientist • Global Health Leader**

Creator of the Morisky Medication Adherence Scale (MMAS-4 and MMAS-8), validated in over 100 countries and adopted as the global standard for self-reported adherence measurement. Four decades of NIH- and WHO-funded research spanning hypertension control, HIV/AIDS prevention, tuberculosis intervention, and chronic disease management across five continents.

**UCLA School of Public Health**
650 Charles E. Young Drive South, 26-078-B CHS
Los Angeles, California 90095-1772
Office: (310) 825-4053 • Mobile: (310) 597-0315
dmorisky@ucla.edu
www.moriskyscale.com

## EDUCATION

**1981**  **Doctor of Science (Sc.D.)**
The Johns Hopkins University School of Hygiene and Public Health
Behavioral Sciences and Health Education

**1977**  **Master of Science (Sc.M.)**
The Johns Hopkins University School of Hygiene and Public Health
Population Dynamics

**1972**  **Master of Science in Public Health (M.S.P.H.)**
University of Hawaii School of Public Health
International Health and Family Planning Studies

**1968**  **Bachelor of Science — Chemistry and Physics**
University of Arizona

## ACADEMIC APPOINTMENTS

**2017 – Present**  **Research Professor Emeritus**
UCLA Fielding School of Public Health, Department of Community Health Sciences
University of California, Los Angeles

**2014 – Present**  **Distinguished Chair Visiting Professor**
Kaohsiung Medical University, Kaohsiung City, Taiwan

**2010 – Present**  **Distinguished Visiting Professor**
China Medical University, School of Public Health, Taichung City, Taiwan

**2007 – Present**  **Distinguished Visiting Professor**
Taiwan Medical University, College of Public Health and Nutrition, Taipei, Taiwan

# DONALD E. MORISKY, Sc.D.
Research Professor Emeritus • UCLA Fielding School of Public Health • Department of Community Health Sciences

| | |
|---|---|
| 2009 – 2012 | **Distinguished Visiting Professor** |
| | National Yang-Ming University, International Health Program, College of Public Health, Taipei, Taiwan |
| 2006 – 2008 | **Visiting Professor (Sabbatical)** |
| | Yang-Ming University, College of Public Health, International Health Program, Taipei, Taiwan |
| 2004 – 2005 | **Chair, Department of Community Health Sciences** |
| | University of California, Los Angeles, School of Public Health |
| 1994 – 2003 | **Vice-Chair / Acting Chair, Department of Community Health Sciences** |
| | University of California, Los Angeles, School of Public Health |
| 1994 – 2017 | **Professor of Public Health** |
| | University of California, Los Angeles, School of Public Health |
| 1987 – 1994 | **Associate Professor of Public Health** |
| | University of California, Los Angeles, School of Public Health |
| 1986 – Present | **Senior Associate** |
| | Charles R. Drew Postgraduate Medical School, Department of Internal Medicine |
| 1983 – Present | **Associate** |
| | UCLA Jonsson Comprehensive Cancer Center |
| 1982 – Present | **Associate** |
| | Johns Hopkins University, School of Hygiene and Public Health, Division of Health Education |
| 1982 – 1987 | **Assistant Professor of Public Health** |
| | University of California, Los Angeles, Division of Behavioral Sciences and Health Education |
| 1981 – 1982 | **Research Associate** |
| | Johns Hopkins University, Department of Health Services Administration |
| 1977 – 1982 | **Research Associate / Senior Research Associate** |
| | Johns Hopkins University, Health Services Research and Development Center |
| 1975 – 1977 | **Research Assistant** |
| | Johns Hopkins University, Departments of Epidemiology, Population Dynamics and Health Services Administration |
| 1975 | **Clinical Instructor** |
| | University of Hawaii, School of Public Health, Department of International Health |

## HONORS AND SPECIAL RECOGNITIONS

| | |
|---|---|
| 2013 | **Distinguished Career Award** |
| | American Public Health Association, Public Health Education and Health Promotion Section |

# DONALD E. MORISKY, Sc.D.
Research Professor Emeritus • UCLA Fielding School of Public Health • Department of Community Health Sciences

| | |
|---|---|
| 2009 | **Top 10 CBPR Intervention Programs (HIV/AIDS Prevention Program Archive)** |
| | HIV/AIDS Prevention Program Archive for Developing Countries (HAPPA-DEV) |
| 2008 | **Mentor of the Year Award** |
| | Society of Public Health Education (SOPHE) |
| 2006 | **Elizabeth Fries Prize for Excellence in Health Education** |
| 2005 | **Program Excellence Award — Behavioral Research in Support of HIV/AIDS Prevention in the Philippines** |
| | Society of Public Health Education |
| 2003 | **Distinguished Fellow** |
| | American Academy of Health Behavior (AAHB) |
| 2002 | **Distinguished Fellow** |
| | Society of Public Health Education |
| 2000 – 2006 | **Faculty Mentor** |
| | Public Health Leadership Institute — SOPHE/CDC |
| 1998 | **Fellow** |
| | Public Health Leadership Institute, SOPHE |
| 1995 | **Fellow, Council on Epidemiology** |
| | American Heart Association |
| 1994 | **Fulbright Scholar** |
| | High Institute of Public Health, Alexandria, Egypt |
| 1992 | **WHO Travel Fellowship** |
| | AIDS Intervention — Philippines, Thailand, Laos, India, Geneva |
| 1986 | **Early Career Award** |
| | American Public Health Association, Public Health Education Section |
| 1984 | **Delta Omega, National Honorary Public Health Society** |
| 1983 | **UCLA Faculty Career Development Award** |
| 1982 | **John C. Hume Award for Significant Achievement in Doctoral Research** |
| | The Johns Hopkins School of Hygiene and Public Health |
| 1981 | **Young Scientist Awardee** |
| | Maryland Science Center |
| 1980 | **National Committee on High Blood Pressure Awards** |
| | National Heart, Lung, and Blood Institute |
| 1976 | **Johns Hopkins University Fellowship** |
| 1995 – Present | **Marquis Who's Who in America** |

# DONALD E. MORISKY, Sc.D.

Research Professor Emeritus • UCLA Fielding School of Public Health • Department of Community Health Sciences

## RESEARCH FUNDING — SELECTED GRANTS AND CONTRACTS

Total external funding as Principal Investigator or Co-Investigator: $31.64 million across 42 grants (1971–2010). Selected major awards:

**2011 – 2015** **Principal Investigator (NIH Subcontract) — Social Networks among Female Sex Workers in China**
National Institutes of Health

**2008 – 2016** **Principal Investigator — Therapy Adherence Project**
Pfizer Health Solutions

**2005 – 2010** **Principal Investigator (NIH Subcontract) — Cohort Study of Medication Adherence among Older Adults (CoSMO)**
National Institute on Aging; PI: M. Krousel-Wood, Tulane/Ochsner Clinic

**2004 – 2009** **Principal Investigator — Behavioral Interventions for the Control of Tuberculosis among Adolescents**
National Heart, Lung, and Blood Institute

**2003 – 2008** **Principal Investigator — Health Related Behaviors of Latino Adolescents**
Chicano Studies Research Center, UCLA

**2002 – 2004** **Principal Investigator — Evaluation of HIV/AIDS Secondary Education Programmes in Uganda**
UCLA Globalization Research Center-Africa

**1997 – 2014** **Program Director — Social and Behavioral Determinants of HIV/AIDS Prevention Training Program**
UCLA Graduate Division

**1997 – 2003** **Principal Investigator — Comprehensive Community-Based HIV/AIDS Prevention in the Philippines**
National Institute of Allergy and Infectious Diseases

**1999 – 2002** **Principal Investigator — HIV/AIDS Risk Reduction Program for Belizean Adolescents**
NIH/Fogarty International Center

**1995 – 2003** **Principal Investigator — Behavioral Interventions for Control of Tuberculosis among Adolescents**
National Heart, Lung, and Blood Institute

**1993 – 1997** **Principal Investigator — Tuberculosis: Prevention and Adherence Interventions**
NINR/NIDA

**1993 – 1997** **Principal Investigator — Behavioral Research in Support of AIDS Prevention**
National Institute of Allergy and Infectious Diseases

# DONALD E. MORISKY, Sc.D.
Research Professor Emeritus • UCLA Fielding School of Public Health • Department of Community Health Sciences

1990 – 1992  **Principal Investigator — Improving the Self-Management of Gout through Patient Education**

Multipurpose Arthritis Center, UCLA

## EDITORIAL SERVICE

**Editorial Advisory Board**  American Journal of Health Behavior (1992–Present) • Patient Education and Health Communication (1987–Present) • Journal of Health Communication (1995–1998) • Health Education and Behavior (2010–2014) • AIDS and Behavior (2011–2014) • Health Education Research (1992–1995)

**Senior Associate Editor**  Journal of Health Behavior (2008–2014)

**Ad Hoc Reviewer**  Medical Care • Public Health Reports • Health Education Research • Journal of Gerontology • American Journal of Public Health • Patient Education and Counseling • Arthritis and Rheumatism • American Journal of Health Promotion • AIDS • AIDS Care • Social Science and Medicine • Nursing Research

## PROFESSIONAL MEMBERSHIPS AND LEADERSHIP

2004 – Present  **President, Delta Omega, Public Health Honor Society — Iota Chapter (UCLA)**
National Honorary Society

2000 – 2006  **President Elect, President, and Past President — Delta Omega, Public Health Honor Society**
National Office

2006 – 2008  **Governing Council**
American Public Health Association, Public Health Education and Health Promotion Section

2001 – 2002  **Member, Joint Policy Council**
American Public Health Association

1998 – 2001  **Member, Science Council**
American Public Health Association

1996 – 1998  **Secretary/Treasurer**
Delta Omega National Honor Society

1995 – Present  **Patient Education Committee**
American Lung Association

1993 – 1994  **Chair, Public Health Education and Health Promotion Section**
American Public Health Association

1984 – 1989  **Board of Directors**
High Blood Pressure Council

**DONALD E. MORISKY, Sc.D.**
Research Professor Emeritus • UCLA Fielding School of Public Health • Department of Community Health Sciences

| | |
|---|---|
| 1982 – Present | **Advisory Committee** |
| | American Heart Association, Greater Los Angeles Affiliate |
| 1977 – Present | **Member** |
| | American Public Health Association |
| 1980 – Present | **Member** |
| | Society for Public Health Education (SOPHE) |

## SELECTED CONSULTATIONS AND PROFESSIONAL SERVICES

| | |
|---|---|
| 2002 – 2003 | **Expert Panel Member — WHO Report on Adherence to Long-Term Therapies: Evidence for Action** |
| | World Health Organization |
| 2002 | **Commissioned Chair — UNICEF Birth Registration Digest, Innocenti Research Centre, Florence** |
| | Released at UN Special Assembly, May 2002 |
| 2002 – 2007 | **Chair, Data Safety Monitoring Board / Scientific Advisory Board** |
| | Hypertension in African-Americans Project, Boston University, NHLBI |
| 2007 – 2013 | **NIH Study Section — National Children Study Section (East Coast Review)** |
| 2006 – 2017 | **Special Emphasis Panel** |
| | National Institute of Child Health and Human Development |
| 2005 – Present | **Consultant — Adherence to HIV/AIDS Treatment** |
| | GlaxoSmithKline |
| 2005 – Present | **Consultant — Adherence to Medical Recommendations** |
| | Eli Lilly |
| 2005 – Present | **Consultant — Adherence to Medical Recommendations** |
| | Novartis |
| 2004 – Present | **Reviewer** |
| | NIH Loan Repayment Program |
| 1997 | **Consultant — Behavioral Sentinel Surveillance for HIV/AIDS Prevention** |
| | United Nations Development Programme, Myanmar |
| 1992 | **Short-Term Consultant** |
| | WHO: Ministry of Health, Pakistan |
| 1989 – 1994 | **Expert Panel, Fogarty International Training Program in AIDS** |
| | Brazil, Philippines, Thailand, Indonesia |
| 1988 – 2001 | **Consultant** |
| | Johnson & Johnson: Hypertension Control in the Workplace |

# DONALD E. MORISKY, Sc.D.
Research Professor Emeritus • UCLA Fielding School of Public Health • Department of Community Health Sciences

1986 **Acting Regional Health Education Advisor**
WHO Western Pacific Regional Office

## LANGUAGES

Spanish • German • Japanese • Filipino dialects (Tagalog, Bicol, Ilocano) • Chinese (Basic Mandarin)

## PUBLICATIONS — BOOKS AND EDITED VOLUMES

- Morisky DE, Jacob WJ, Nsubuga YK, Hite SJ (Eds.). Overcoming AIDS: Lessons Learned from Uganda. Information Age Publishing, Hartford, CT, 2006.
- Morisky DE. Birth Registration: Right from the Start. UNICEF Innocenti Research Centre Digest No. 9, 32 pp., 2003.
- Del Mundo F, Morisky DE, Lopez ME. The Hilot in Transition — Integrating Family Planning and Birth Attending. Ateneo de Manila Press, Philippines, 64 pp., 1976.
- Del Mundo F, Leuterio L, Cruz A, Morisky DE. The Potential of Traditional Birth Attendants as Family Planning Motivators in Rural Communities of the Philippines. Institute of Community and Family Health, Quezon City, 219 pp., 1974.
- Morisky DE, Malotte CK. Health Promotion and Disease Prevention: High Blood Pressure Module. Centers for Disease Control, 1986.

## PUBLICATIONS — SELECTED BOOK CHAPTERS

- Morisky DE. Community Assessment of HIV/AIDS Behavior. In: Oxford Textbook of Public Health, 4th Ed. Oxford University Press, 2001.
- Morisky DE. Adherence or Compliance Behavior; Theory of Planned Behavior; Theory of Reasoned Action; Traditional Health Beliefs and Practices. In: Encyclopedia of Public Health (Breslow L, Ed.). MacMillan Reference, USA, 2001.
- Morisky DE, Cabrera D. Compliance with antituberculosis regimes and the role of behavioral interventions. In: Handbook of Health Behavior Research II: Provider Determinants (Gochman DS, Ed.). Plenum Press, New York, 1997.
- Morisky DE, Ebin VJ. The Effectiveness of Peer Education STD/HIV Prevention. In: Health Communication: A Multicultural Perspective (Kar SB, Alcalay R, Eds.). Sage Publications, 2000.
- Thomas T, Urada L, Morisky DE, Malow R. Best practice example: A low-level prevalence country and the male population. In: HIV/AIDS: Global Frontiers in Prevention/Intervention (Pope C, White R, Malow R, Eds.). Routledge, New York, 2009.

**DONALD E. MORISKY, Sc.D.**
Research Professor Emeritus • UCLA Fielding School of Public Health • Department of Community Health Sciences

- Donald E. Morisky, Chi Chiao, Judith A. Stein, and Robert Malow. Impact of Social and Structural Influence Interventions on Condom Use and STIs Among Establishment-Based Female Bar Workers in the Philippines. In: Contemporary Research on Sex Work (Parsons JT, Ed.). Haworth Press, New York, 2005.

## PEER-REVIEWED PUBLICATIONS (278 TOTAL)

*Selected publications are listed below. Doctoral student dissertation work is indicated with an asterisk (\*). Full publication list available upon request.*

**MMAS Instrument Validation and Adherence Measurement**

- Morisky DE, Green LW, Levine DM. Concurrent and predictive validity of a self-reported measure of medication adherence. Med Care. 1986;24:67–74. [Top 10 most cited in Medical Care]
- Morisky DE, Ang A, Krousel-Wood M, Ward H. Predictive validity of a medication adherence measure for hypertension control. J Clin Hypertens. 2008;10(5):348–354.
- Krousel-Wood MA, Islam T, Webber LS, Re RS, Morisky DE, Muntner P. New medication adherence scale versus pharmacy fill rates in seniors with hypertension. Am J Manag Care. 2009;15(1):59–66.
- Moon SJ, Lee WY, Hwang JS, Hong YP, Morisky DE. Accuracy of the Morisky Medication Adherence Scale-8 as a screening tool: systematic review and meta-analysis. PLoS ONE. 2017;12(11):e0187139.
- Muntner P, Joyce C, Holt E, et al. Defining the minimal detectable change in scores on the 8-item Morisky Medication Adherence Scale. Ann Pharmacother. 2011;45(5):569–575.
- Morisky DE, DiMatteo MR. Improving the measurement of self-reported medication nonadherence. J Clin Epidemiol. 2011;64(3):255–263.

**Hypertension and Cardiovascular Disease**

- Levine DM, Green LW, Deeds SG, et al. Health education for hypertensive patients. JAMA. 1979;241(16):1700–1703.
- Morisky DE, Levine DM, Green LW, Shapiro S, Russell P. Five-year blood pressure control and mortality following health education for hypertensive patients. Am J Public Health. 1983;73:153–162.
- Morisky DE, Levine DM, Green LW, Smith CR. Health education program effects on the management of hypertension in the elderly. Arch Intern Med. 1982;142:1835–1839.
- Bress AP, Bellows BK, King J, et al. Cost-effectiveness of intensive versus standard blood pressure control. N Engl J Med. 2017;377:745–755.
- Berlowitz DR, Foy CG, Kazis LE, Morisky DE, et al. Impact of intensive blood pressure therapy on patient-reported outcomes: SPRINT Study. N Engl J Med. 2017;377:733–744.
- Krousel-Wood MA, Islam T, Muntner P, et al. Barriers to and determinants of medication adherence in hypertension management. Med Clin North Am. 2009;93(3):753–769.

**DONALD E. MORISKY, Sc.D.**

Research Professor Emeritus • UCLA Fielding School of Public Health • Department of Community Health Sciences

**HIV/AIDS, STI Prevention, and Global Health**

- Morisky DE, Ang A, Coly A, Tiglao TV. A model HIV/AIDS risk reduction program in the Philippines. Health Promot Int. 2004;19(1):69–76. [50 Most-Frequently-Read Articles, Health Promot Int]
- Morisky DE, Tiglao TV, Sneed CD, et al. The effects of establishment practices, knowledge and attitudes on condom use among Filipina sex workers. AIDS Care. 1998;10(2):213–220.
- Morisky DE, Stein JA, Sneed CD, et al. Modeling personal and situational influences on condom use among commercial sex workers in the Philippines. AIDS Behav. 2002;6:163–172.
- Morisky DE, Malow RM, Tiglao TV, et al. Reducing sexual risk among Filipina female bar workers: effects of a CBPR-developed structural and network intervention. AIDS Educ Prev. 2010;22(3):252–271.
- DiIorio C, McCarty F, Resnicow K, Morisky DE, et al. Using motivational interviewing to promote adherence to antiretroviral medications: a randomized controlled study. AIDS Care. 2008;20(3):273–283.

**Tuberculosis, Diabetes, and Chronic Disease**

- Morisky DE, Malotte CK, Choi P, et al. A patient education program to improve adherence rate with antituberculosis drug regimens. Health Educ Q. 1990;17:253–268.
- Morisky DE, Malotte CK, Ebin V, et al. Behavioral interventions for the control of tuberculosis among adolescents. Public Health Reports. 2001;116:568–574.
- Babamoto KS, Sey KW, Camilleri AJ, Morisky DE, et al. Improving diabetes care and health measures among Hispanics using community health workers: RCT results. Health Educ Behav. 2009;36:113–126.
- Kominski GF, Morisky DE, Afifi AA, et al. The impact of disease management on health care disparities: evidence from Florida Medicaid. Am J Manag Care. 2008;14(3):111–115.

**Selected Recent Publications (2015–2020)**

- Bress AP, Bellows BK, King J, et al.; SPRINT Research Group. Cost-effectiveness of intensive versus standard blood pressure control. N Engl J Med. 2017;377:745–755.
- Abdulsalim S, Unnikrishnan MK, et al. Structured pharmacist-led intervention to improve medication adherence in COPD patients: RCT. Res Social Adm Pharm. 2018.
- Uchmanowicz B, Jankowska EA, Uchmanowicz I, Morisky DE. Self-reported medication adherence with MMAS in hypertensive patients aged ≥60: systematic review and meta-analysis. Front Pharmacol. 2019;10:168.
- Zhai P, Li Q, Gillani AH, Hayat K, Shi L, Morisky DE, Fang Y. Impact of SMS and pharmacy student consultation on medication adherence: RCT protocol. Patient Prefer Adherence. 2019;13:627–636.
- Sayiner ZA, Savas E, Kul S, Morisky DE. Validity and reliability of the Turkish MMAS-8 in type 2 diabetes. European Journal of Therapeutics. 2020;26(1):47.
- Chang A, et al. Effects of intensive blood pressure control in patients with and without albuminuria. Clin J Am Soc Nephrol. (accepted 2020).

# DONALD E. MORISKY, Sc.D.
Research Professor Emeritus • UCLA Fielding School of Public Health • Department of Community Health Sciences

## CONFERENCE PRESENTATIONS AND SYMPOSIA

Over 582 presentations at national and international scientific meetings, 1972–2018. Selected recent presentations:

2018    Tomaszewski D, et al. The role of population density on medication adherence. APHA Urban-Rural Adherence Conference.

2017    Williams L, Joyce C, et al. Differences in determinants of self-reported medication adherence among gender-race subgroups. Southern Society for Clinical Investigation, New Orleans.

2017    Peacock E, Williams L, et al. Low adherence to antihypertensive medications predicts decline in health-related quality of life. AHA EPI/Lifestyle Conference, Portland.

2016    Peacock E, Joyce C, et al. Depression as a predictor of non-adherence to antihypertensive medication. American Heart Association.

2015    Gilbert ON, Riley RF, Morisky DE, et al. Association between MMAS adherence scores and systolic blood pressure: SPRINT baseline data. JASH Annual Program.

2014    Morisky DE. Provider-Patient Communication and the Teachable Moment. 1st National Congress of Unimed Comprehensive Health Care, Florianópolis, Brazil.

2013    Urada LA, Morisky DE, et al. Associations between methamphetamine use and sex work involvement among female bar workers, Philippines. Society for Social Work and Research, San Diego.

## UNIVERSITY SERVICE — UCLA COMMITTEES (SELECTED)

| | |
|---|---|
| 2015 – 2016 | Chair, Masters Admission Committee |
| 2012 – 2014 | Chair, School Research Committee |
| 2012 – 2013 | Chair, Department Curriculum Committee |
| 2010 – 2012 | Chair, School Evaluation Committee |
| 2010 – 2011 | Chair, Masters Committee (Examination) |
| 2007 – 2009 | Chair, Curriculum Committee |
| 2004 – Present | President, Iota (UCLA) Chapter, Delta Omega National Honorary Society |
| 2004 – 2010 | Campus Representative, Pacific Rim Research Program |
| 1993 – 1995 | Chair, BSHE Masters Committee |
| 1988 – 1992 | Chair, BSHE Masters Committee |
| 1992 – 2017 | President, Iota Chapter, Delta Omega Honorary Society |
| 1994 – 2003 | Vice-Chair/Acting Chair, Department of Community Health Sciences |

## CERTIFICATES AND FELLOWSHIPS

# DONALD E. MORISKY, Sc.D.
Research Professor Emeritus • UCLA Fielding School of Public Health • Department of Community Health Sciences

| | |
|---|---|
| 1994 | **American Heart Association Fellow** |
| | 12-Day Seminar on Epidemiology of Cardiovascular Health, Lake Tahoe |
| 1972 | **Population Studies Certificate** |
| | East-West Center, University of Hawaii |
| 1970 | **Certificate in Family Planning** |
| | Institute of Maternal and Child Health, Philippines |

*References and complete publications list available upon request • www.moriskyscale.com*