UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MMAS RESEARCH, LLC,<br><br>        Plaintiff,<br><br>  vs.<br><br>THE CHILDREN'S HOSPITAL<br>CORPORATION, et al.,<br><br>        Defendants | Civ. A. No. 1:24-cv-12108-DJC |

**THE HOSPITAL DEFENDANTS' MOTION TO COMPEL RESPONSES TO
INTERROGATORIES AND REQUESTS FOR PRODUCTION**

The Hospital Defendants move pursuant to Fed. R. Civ. P. 37(a)(3)(B) for an order

compelling an answer to their interrogatories and a response to their first request for production

of documents within three days of the date of the Court's order. True copies of the interrogatories

are attached as Exhibits 1 and 2, and a true copy of the request for production is attached as

Exhibit 3. The first set of interrogatories was served by email on January 5, 2026,[1] and the

second set of interrogatories and request for production were served by email on January 23,

2026.[2] Therefore responses to the first set of the interrogatories were due on February 9, 2026,

and responses to the second set of interrogatories and request for production were due on

February 25, 2026, thirty-three days after service. The Hospital Defendants have received no

response of any kind and no requests for an extension of time. On February 27, 2026, the

Hospital Defendants requested to confer about the overdue responses.[3] They have received no

response to that request. The Hospital Defendants note that their motion to compel further

---

[1] A true copy of the email transmitting the document is attached as Exhibit 4
[2] A true copy of the email transmitting the documents is attached as Exhibit 5.
[3] A true copy of the email making the request is attached as Exhibit 6.

4942254_1

responses to MMAS Research's deficient initial disclosures (ECF No. 101), filed on January 23, 2026, was not opposed and is still pending. They also note that fact discovery is scheduled to close on May 8, 2026. Because MMAS Research did not respond to the request to meet and confer regarding the overdue discovery responses, the Court should grant this motion both on the merits and automatically as a sanction, *see* L.R. 37.1(a).

Respectfully submitted,

THE CHILDREN'S HOSPITAL
CORPORATION and DR. JACOB HARTZ

By their attorneys:

*/s/ Theodore J. Folkman*
Theodore J. Folkman (BBO No. 647642)
Elizabeth L. Gardon (BBO No. 711867)
RUBIN AND RUDMAN LLP
53 State Street
Boston, Mass. 02109
(617) 330-7000
tfolkman@rubinrudman.com
egardon@rubinrudman.com

Dated: March 10, 2026

<u>CERTIFICATE OF COMPLIANCE</u>

I certify that I have complied with Local Rule 7.1 and 37.1. I requested in writing to confer with counsel for the plaintiff, and I have received no reply though more than seven days have passed. Therefore, no conference has been held.

*/s/ Theodore J. Folkman*