UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MMAS RESEARCH, LLC,<br><br>        Plaintiff,<br><br>vs.<br><br>THE CHILDREN'S HOSPITAL CORPORATION, et al.,<br><br>        Defendants | Civ. A. No. 1:24-cv-12108-DJC |

**THE CHILDREN'S HOSPITAL CORPORATION'S**
**FIRST SET INTERROGATORIES TO MMAS RESEARCH, LLC**

Pursuant to Fed. R. Civ. P. 33, the defendant, The Children's Hospital Corporation ("BCH"), requests that the plaintiff, MMAS Research, LLC, answer the following interrogatories separately and fully in writing under the penalties of perjury.

DEFINITIONS AND INSTRUCTIONS

In these interrogatories:

1. The uniform definitions in Local Rule 26.5 are incorporated by reference.

2. "You," "your," etc. refer to the plaintiff, MMAS Research, LLC, and attorneys, agents, servants, employees, successors, and assigns.

3. "You," "your," etc. refer to the plaintiff, MMAS Research, LLC, and its members, managers, attorneys, agents, servants, employees, successors, and assigns.

4. "BCH" refers to the defendant, the Children's Hospital, and attorneys, agents, servants, employees, successors, and assigns. For the avoidance of doubt, this includes Jacob Hartz and Hannah Palfrey.

5. "Dr. Morisky" refers to Dr. Donald Morisky and his attorneys, agents, employees, contractors, agents, servants, subsidiaries, affiliates, successors, and assigns.

6. "MMAR" refers to Morisky Medication Adherence Research LLC and its members, managers, attorneys, agents, servants, contractors, employees, successors, and assigns.

7. "Morisky Widget" and "Morisky Widget Copyright" have the same meaning as in the First Amended Complaint.

8. "BCH-MMAS Research License" refers to the perpetual Morisky Widget MMAS-8 license between MMAS Research LLC and BCH.

## INTERROGATORIES

1. Identify every instance in which you assert BCH breached the BCH-MMAS Research License, and for each instance, identify the date of the breach, the acts or omissions that you assert constitute the breach, and the provision of the BCH-MMAS Research License that you assert was breached.

2. State the basis for the allegation, in paragraph 118 of the Amended Complaint, that BCH modified or disclosed the "Morisky Widget MMAS-8 scoring and coding criteria."

3. For each category of damages that you claim in this action, including each category listed in your initial disclosures, state the basis for your calculation of the amount.

4. For each category of damages that you claim in this action, including each category listed in your initial disclosures, state the basis for your contention that BCH caused you to incur the damages.

5. Provide the last known address of Dustin Machi.

4788074_1

6. Identify all persons not disclosed in your initial disclosures who are likely to have information concerning the claims or defenses in this action, and for each person, state the subject of his or her information.

Respectfully submitted,

THE CHILDREN'S HOSPITAL CORPORATION

By its attorneys:

*/s/ Theodore J. Folkman*
Theodore J. Folkman (BBO No. 647642)
Taylor M. Makson (BBO No. 697476)
Elizabeth L. Gardon (BBO No. 711867)
RUBIN AND RUDMAN LLP
53 State Street
Boston, Mass. 02109
(617) 330-7000
tfolkman@rubinrudman.com
tmakson@rubinrudman.com
egardon@rubinrudman.com

Dated: January 5, 2026

4788074_1

CERTIFICATE OF SERVICE

      I certify that on January 5, 2026, I served the foregoing document to all counsel of record.

                                            */s/ Elizabeth L. Gardon*
                                            Elizabeth L. Gardon