UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MMAS RESEARCH, LLC,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>THE CHILDREN'S HOSPITAL CORPORATION, et al.,<br><br>　　　　　Defendants | Civ. A. No. 1:24-cv-12108-DJC |

**THE CHILDREN'S HOSPITAL CORPORATION'S
FIRST SET INTERROGATORIES TO MMAS RESEARCH, LLC**

Pursuant to Fed. R. Civ. P. 33, the defendant, The Children's Hospital Corporation ("BCH"), requests that the plaintiff, MMAS Research, LLC, answer the following interrogatories separately and fully in writing under the penalties of perjury.

DEFINITIONS AND INSTRUCTIONS

In these interrogatories:

1.　　The uniform definitions in Local Rule 26.5 are incorporated by reference.

2.　　"You," "your," etc. refer to the plaintiff, MMAS Research, LLC, and attorneys, agents, servants, employees, successors, and assigns.

3.　　"You," "your," etc. refer to the plaintiff, MMAS Research, LLC, and its members, managers, attorneys, agents, servants, employees, successors, and assigns.

4.　　"BCH" refers to the defendant, the Children's Hospital, and attorneys, agents, servants, employees, successors, and assigns. For the avoidance of doubt, this includes Jacob Hartz and Hannah Palfrey.

1

5. "Dr. Morisky" refers to Dr. Donald Morisky and his attorneys, agents, employees, contractors, agents, servants, subsidiaries, affiliates, successors, and assigns.

6. "MMAR" refers to Morisky Medication Adherence Research LLC and its members, managers, attorneys, agents, servants, contractors, employees, successors, and assigns.

7. "Morisky Widget" and "Morisky Widget Copyright" have the same meaning as in the First Amended Complaint.

8. "BCH-MMAS Research License" refers to the perpetual Morisky Widget MMAS-8 license between MMAS Research LLC and BCH.

9. These interrogatories are made after MMAS Research filed its Motion to Amend on January 15, 2025, and prior to the Court's decision on that motion. These interrogatories are not an admission that the Court should or will grant the motion to amend.

## INTERROGATORIES

7. For each instance of infringement of the Morisky Widget Copyright, identify the date of the infringement and the acts or omissions that you assert constitute the infringement.

8. For each defamatory statement that you allege BCH made, identify the date, place, speaker or author, and the precise statements that you assert constitute defamation.

9. For each defamatory statement that you allege BCH made, identify every person to whom the statement was published, or for any statement published in print, state the number of persons who received or read the statement.

10. If you contend that BCH is liable to you for harm to Mr. Trubow's reputation or physical or psychological harm to him, state the basis for your contention.

11.     State the basis for the allegation, in paragraph 173 of the Proposed Second Amended Complaint, that "Defendants BCH, HMS, and Jacob Hartz scored and coded hundreds of unauthorized Morisky Widget MMAS-8 screeners…"

12.     State the basis of your allegation, in paragraph 175 of the Proposed Second Amended Complaint, that "Defendants BCH, MMAR and Jacob Hartz willfully committed hundreds of infringements of the MMAS Widget Source Code including 2023, 2024, and 2025."

13.     If you have ever given an interview, statement, or comment to a news reporter or any news media outlet concerning you, Dr. Morisky, the Morisky Widget, or the Morisky Widget Copyright, identify the news reporter or news media outlet, state when the interview, statement, or comment was made, and explain the content of the interview, statement, or comment.

14.     If you contend that you have lost any business because of any acts or omissions of BCH, identify the customer, licensee, or other person whose business you lost, state the dollar amount of the lost business, state when you lost this business, and state the basis for your contention.

15.     If you ever communicated with a third-party or reader of "The Use of Mobile Health Technology and Behavioral Economics to Encourage Adherence to Statins and Blood Pressure—Lowering Medication in Adolescents with Familial Hypercholesterolemia or Hypertension: Protocol for a Pre-Post Cohort Study", which is attached as Exhibit 20 to your Proposed Second Amended Complaint, identify the reader or third party, state the date of the communication, and explain the content of the communication.

Respectfully submitted,

THE CHILDREN'S HOSPITAL
CORPORATION

By its attorneys:

*/s/ Theodore J. Folkman*
Theodore J. Folkman (BBO No. 647642)
Taylor M. Makson (BBO No. 697476)
Elizabeth L. Gardon (BBO No. 711867)
RUBIN AND RUDMAN LLP
53 State Street
Boston, Mass. 02109
(617) 330-7000
tfolkman@rubinrudman.com
tmakson@rubinrudman.com
egardon@rubinrudman.com

Dated: January 23, 2026

CERTIFICATE OF SERVICE

    I certify that on January 23, 2026, I served the foregoing document to all counsel of record.

                                      */s/ Elizabeth L. Gardon*
                                      Elizabeth L. Gardon