# Elizabeth L. Gardon

| | |
|---|---|
| **From:** | Elizabeth L. Gardon |
| **Sent:** | Monday, January 5, 2026 1:47 PM |
| **To:** | nhartzell@fmglaw.com; Chris Austin; jpoczek@bsk.com; raypatricia@yahoo.com; rcoleman@colemanlaw-pc.com |
| **Cc:** | Theodore J. Folkman |
| **Subject:** | MMAS Research LLC, v. Boston Children Hospital et al - Interrogatories |
| **Attachments:** | 2026 01 05 BCH's First Set of Interrogatories to MMAS Research(4799959.1).pdf |

Counsel:

Please see attached BCH's First Set of Interrogatories to MMAS Research, LLC.

Thank you,
Liz Gardon

**Elizabeth L. Gardon**
Associate
**D** 617.330.7031 | **O** 617.330.7000
egardon@rubinrudman.com
53 State Street, Boston, MA 02109
rubinrudman.com



53 State Street | Boston, MA 02109 | **O** 617.330.7000
69 Park Street, Floor 2 | Andover, MA 01810 | **O** 978.474.4700
500 Unicorn Park Drive, Suite 502 | Woburn, MA 01801 | **O** 781.933.5505

----------------------------

This e-mail message and any attachments are confidential and may be attorney-client privileged. If you are not the intended recipient please notify Rubin and Rudman LLP immediately by telephone at (617) 330-7000 or by e-mail to firm@rubinrudman.com, and destroy all copies of this message and any attachments.

----------------------------