## Theodore J. Folkman

| | |
|---|---|
| **From:** | Ronald D. Coleman <rcoleman@colemanlaw-pc.com> |
| **Sent:** | Sunday, January 25, 2026 4:10 PM |
| **To:** | Chris  Austin; Theodore J. Folkman |
| **Cc:** | pat ray; Elizabeth L. Gardon; Oczek, Jeremy; Neil Hartzell |
| **Subject:** | [EXTERNAL] Re: MMAS Research v. BCH et al |
| **Attachments:** | Plaintiff's Initial Disclosures - First Amended.pdf |

**WARNING: This message is from an external email address.**

Please find, attached, plaintiff's amendment to its initial disclosures.

**Ronald D. Coleman**
COLEMAN LAW FIRM, PC
50 Park Place, Suite 1105
Newark, NJ 07102
973-264-9611
*Admitted to practice in New Jersey and New York*
 Book time to meet with me

**From:** Elizabeth L. Gardon
**Sent:** Friday, January 23, 2026 5:45 PM
**To:** Ronald D. Coleman ; Neil Hartzell ; pat ray ; Chris Austin ; Oczek, Jeremy
**Cc:** Theodore J. Folkman
**Subject:** MMAS Research v. BCH et al


Ron:
Attached for service are BCH's First Set of Requests for Production of Documents and Second Set of
Interrogatories to MMAS Research.
Thank you,
Liz Gardon
**Elizabeth L. Gardon**
Associate
**D** 617.330.7031 | **O** 617.330.7000
egardon@rubinrudman.com
53 State Street, Boston, MA 02109
rubinrudman.com

1



53 State Street | Boston, MA 02109 | **O** 617.330.7000

69 Park Street, Floor 2 | Andover, MA 01810 | **O** 978.474.4700

500 Unicorn Park Drive, Suite 502 | Woburn, MA 01801 | **O** 781.933.5505

----------------------------

This e-mail message and any attachments are confidential and may be attorney-client privileged. If you are not the intended recipient please notify Rubin and Rudman LLP immediately by telephone at (617) 330-7000 or by e-mail to firm@rubinrudman.com, and destroy all copies of this message and any attachments.

----------------------------