# Theodore J. Folkman

| | |
|---|---|
| **From:** | Theodore J. Folkman |
| **Sent:** | Friday, February 27, 2026 3:54 PM |
| **To:** | rcoleman@colemanlaw-pc.com |
| **Cc:** | Neil Hartzell; Chris Austin; Oczek, Jeremy; pat ray; Elizabeth L. Gardon |
| **Subject:** | MMAS v. Children's |

Hi, Ron,

Your client's responses to our first RFPs and first Interrogatories are overdue. Would you please let me know some times in the next three business days when you are available to confer about this? I am free all day Monday except from 3 to 4, Tuesday except from 11 to 12 and 3:30 to 4, and Wednesday anytime in the afternoon.

Thank you,

Ted

**Theodore J. Folkman**
Partner
**D** +1 617.330.7135 | **O** +1 617.330.7000
tfolkman@rubinrudman.com
53 State Street, Boston, MA 02109 USA
rubinrudman.com

**Legal Assistant:** Patricia Crickard
D. +1 617.330.7063 | pcrickard@rubinrudman.com