**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

MMAS RESEARCH LLC,

     *Plaintiff*,

*v.*

THE CHILDREN'S HOSPITAL
CORPORATION, *et al*.,

     *Defendants.*

Case No. 1:24-cv-12108-DJC

**FIRST AMENDED**
**INITIAL DISCLOSURES**
**OF PLAINTIFF**

     C.  Pursuant to Fed. R. Civ. P. 26(a)(1)(A)(iii), and based on information presently available, Plaintiff MMAS Research LLC provides the following initial computation of its actual damages, exclusive of attorneys' fees, costs, prejudgment interest, and any treble or multiple damages or other enhancements under Mass. Gen. Laws ch. 93A or other statutes, all of which are sought separately:

1. as to claims against BCH only for breach of contract, related misconduct, and reputation damage, Plaintiff presently estimates its actual damages for the value of lost performance at approximately $1,000,000;

2. as to claims against MMAR/Morisky for interference with Plaintiff's BCH relationship and associated conduct, Plaintiff presently estimates its actual damages for the value of lost performance at approximately $2,000,000;

3. as to claims against MMAR/Morisky for reputational damages to be approximately $2,000,000.

FREEMAN MATHIS & GARY, LLP
Neil Hartzell
201 Washington Street | Suite 2200
Boston, MA 02108
617-963-5966
neil.hartzell@fmglaw.com

2

COLEMAN LAW FIRM, PC
Ronald D. Coleman (*pro hac vice*)
50 Park Place, Suite 1105
Newark, NJ 07102
973-264-9611
rcoleman@colemanlaw-pc.com

*Attorneys for Plaintiff*
*MMAS Research LLC*

Dated:  January 25, 2026