UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| MMAS RESEARCH, LLC,<br><br>Plaintiff,<br><br>vs.<br><br>THE CHILDREN'S HOSPITAL<br>CORPORATION, et al.,<br><br>Defendants | Civ. A. No. 1:24-cv-12108-DJC |

## <u>NOTICE OF DEPOSITION OF STEVEN TRUBOW</u>

To counsel of record:

Please take notice that the defendant, The Children's Hospital Corporation, will take the deposition upon oral examination of **Steven Trubow.** The deposition will take place on April 10, 2026 at 10:00 am, at the offices of Rubin and Rudman, LLP, 53 State St., Boston, Mass. 02109 before a notary public or other person authorized to administer oaths. The deposition will be recorded by stenographic means.

You are invited to attend and cross-examine.

1

4830724_1

Respectfully submitted,

THE CHILDREN'S HOSPITAL
CORPORATION

By its attorneys:

*/s/ Theodore J. Folkman*

Theodore J. Folkman (BBO No. 647642)
Elizabeth L. Gardon (BBO No. 711867)
RUBIN AND RUDMAN LLP
53 State St.
Boston, Mass. 02109
(617) 330-7000
tfolkman@rubinrudman.com
egardon@rubinrudman.com

Dated: January 23, 2026

2

3

<u>CERTIFICATE OF SERVICE</u>

I certify that on January 23, 2026, I served the foregoing document to all counsel of record.

<u>/s/ Elizabeth L. Gardon</u>
Elizabeth L. Gardon

3

4830724_1