## Elizabeth L. Gardon

| | |
|---|---|
| **From:** | Elizabeth L. Gardon |
| **Sent:** | Friday, March 20, 2026 12:01 PM |
| **To:** | Theodore J. Folkman; rcoleman@colemanlaw-pc.com; Neil Hartzell; pat ray; Chris Austin; Oczek, Jeremy |
| **Cc:** | Patricia D. Crickard |
| **Subject:** | RE: MMAS Research v. BCH |
| **Attachments:** | 2026 03 20 Notice of Deposition of MMAS Research LLC [4-9-2026](4960188.1).pdf |

Hi Ron:

Attached is the updated Notice of Deposition of MMAS Research with the Schedule A. As a reminder, we served a notice for Trubow personally which is still valid (see below email). We are willing to combine the two depositions if Trubow will be the designee of MMAS.

We are also willing to reschedule the deposition(s) to April 20, 21, 22, or 23 if that is more convenient on your end.

Thank you,
Liz

**Elizabeth L. Gardon**
Associate
**D** 617.330.7031 | **O** 617.330.7000
egardon@rubinrudman.com
53 State Street, Boston, MA 02109
rubinrudman.com

**From:** Theodore J. Folkman <TFolkman@rubinrudman.com>
**Sent:** Friday, January 23, 2026 9:14 AM
**To:** rcoleman@colemanlaw-pc.com; Neil Hartzell <neil.hartzell@fmglaw.com>; pat ray <raypatricia@yahoo.com>; Chris Austin <chris@lextecnica.com>; Oczek, Jeremy <oczekjp@bsk.com>
**Cc:** Elizabeth L. Gardon <EGardon@rubinrudman.com>; Patricia D. Crickard <PCrickard@rubinrudman.com>
**Subject:** MMAS Research v. BCH

Dear Ron,

I'm enclosing notices of deposition for MMAS Research and for Mr. Trubow. As you will see, we have not yet prepared a Schedule A for the 30(b)(6) deposition. The reason I am sending the notice without the schedule is that in an early conversation, you indicated that your client might not be willing to travel to Boston for a deposition, and I want to give you time to seek relief if that is in fact your client's position. We will serve a supplementary notice with a 30(b)(6) schedule in due course.

1

If you plan to designate Mr. Trubow as the 30(b)(6) witness, I'm willing to discuss combining the two depositions into a single deposition to save time and money. I'm also willing to discuss mutually agreeable dates.

Best regards,

Ted

**Theodore J. Folkman**
Partner
**D** +1 617.330.7135 | **O** +1 617.330.7000
tfolkman@rubinrudman.com
53 State Street, Boston, MA 02109 USA
rubinrudman.com

**Legal Assistant:** Patricia Crickard
D. +1 617.330.7063 | pcrickard@rubinrudman.com



53 State Street | Boston, MA 02109 | **O** 617.330.7000
69 Park Street, Floor 2 | Andover, MA 01810 | **O** 978.474.4700
500 Unicorn Park Drive, Suite 502 | Woburn, MA 01801 | **O** 781.933.5505

----------------------------

This e-mail message and any attachments are confidential and may be attorney-client privileged. If you are not the intended recipient please notify Rubin and Rudman LLP immediately by telephone at (617) 330-7000 or by e-mail to firm@rubinrudman.com, and destroy all copies of this message and any attachments.

----------------------------