## Elizabeth L. Gardon

| | |
|---|---|
| **From:** | Ronald D. Coleman <rcoleman@colemanlaw-pc.com> |
| **Sent:** | Monday, March 16, 2026 1:41 PM |
| **To:** | Theodore J. Folkman |
| **Cc:** | Elizabeth L. Gardon; Neil Hartzell |
| **Subject:** | [EXTERNAL] RE: Trial on April 13 2026 |
| **Attachments:** | Defendant's Response to Proposed Joint Pretrial Order.pdf; Defendants  Exhibit List - Trial Exhibits.pdf |

**WARNING: This message is from an external email address.**

Hi Ted,

Thank you for accepting the meet and confer. I confirm a L.R. 7.1 conference,  after 3 on Tuesday. I will send out a Zoom meeting-invite shortly

Can we please discuss Dr. Hartz as a witness in the Seattle MMAS case?  Attached is MMAS's pre-trial submission and exhibits list, which you can share with your client. They are shared with you in confidence, for purposes of settlement, etc.

**Ronald D. Coleman**
COLEMAN LAW FIRM, PC
50 Park Place, Suite 1105
Newark, NJ 07102
973-264-9611
*Admitted to practice in New Jersey and New York*

**From:** Theodore J. Folkman <TFolkman@rubinrudman.com>
**Sent:** Monday, March 16, 2026 11:41 AM
**To:** Ronald D. Coleman <rcoleman@colemanlaw-pc.com>
**Cc:** Elizabeth L. Gardon <EGardon@rubinrudman.com>; Neil Hartzell <neil.hartzell@fmglaw.com>
**Subject:** RE: Trial on April 13 2026

Dear Ron,

Thanks for your message. My clients do not agree to your proposal. Your client agreed to the jointly proposed schedule long after you informed me that you intended to move to amend the complaint.

If you intend to make a motion to extend the discovery schedule and would like to have a L.R. 7.1 conference, I have good availability today after 3, anytime tomorrow except from noon to 1:30, or Wednesday from 11 to 2 or 3 pm on.

Best,

Ted

---

**From:** Ronald D. Coleman <rcoleman@colemanlaw-pc.com>
**Sent:** Monday, March 16, 2026 8:00 AM
**To:** Theodore J. Folkman <TFolkman@rubinrudman.com>
**Cc:** Elizabeth L. Gardon <EGardon@rubinrudman.com>; Neil Hartzell <neil.hartzell@fmglaw.com>
**Subject:** [EXTERNAL] Re: Trial on April 13 2026

**WARNING: This message is from an external email address.**

---

Dear Ted:

I am writing to meet and confer in good faith regarding your pending Motion to Compel Discovery and the current status of the pleadings in this matter.

As you are aware, there is currently a Motion for Leave to File a Second Amended Complaint (SAC) pending before the Court. This proposed amendment is significant, as it introduces new causes of action and adds additional parties to the litigation.

In the interest of judicial economy and to avoid the unnecessary "moving target" of discovery based on a superseded complaint, I propose that we enter into a stipulated stay of discovery until the Court rules on the SAC. My reasoning is as follows:

1. Avoidance of Duplication: Proceeding with discovery now—only to have new parties joined in the coming weeks—will inevitably lead to duplicative depositions and supplemental interrogatories. This creates an undue burden and unnecessary expense for all parties.

2. Scope of Relevance: The SAC shifts the legal theories of the case. Under Mass. R. Civ. P. 26(b), discovery must be proportional and relevant to the "subject matter involved in the pending action." Until the Court settles the pleadings, the proper scope of discovery cannot be accurately determined.

3. Judicial Efficiency: Courts in this Commonwealth generally disfavor piecemeal discovery. By waiting for the SAC ruling, we can establish a single, comprehensive discovery schedule that includes all parties, thereby avoiding future motions to compel or protective orders.

If you are amenable to this, I am happy to draft a short Joint Stipulation to Stay Discovery for the Court's approval. This would effectively moot your current Motion to Compel without prejudice, allowing you to refile should the SAC be denied or once the new parties have been served.

Please let me know by tomorrow if you will agree to this stay so we can notify the Court and avoid an unnecessary hearing.

**Ronald D. Coleman**
COLEMAN LAW FIRM, PC
50 Park Place, Suite 1105
Newark, NJ 07102
973-264-9611
*Admitted to practice in New Jersey and New York*

 Book time to meet with me

---

**From:** Theodore J. Folkman <TFolkman@rubinrudman.com>
**Sent:** Wednesday, March 11, 2026 11:30 AM
**To:** Ronald D. Coleman <rcoleman@colemanlaw-pc.com>
**Cc:** Elizabeth L. Gardon <EGardon@rubinrudman.com>; pat ray <raypatricia@yahoo.com>; Neil Hartzell <neil.hartzell@fmglaw.com>
**Subject:** FW: Trial on April 13 2026

Hi, Ron,

I received this email from your client while I was away on vacation. Would you please let me know if this is something you are interested in pursuing?

Best,

Ted



53 State Street | Boston, MA 02109 | **O** 617.330.7000
69 Park Street, Floor 2 | Andover, MA 01810 | **O** 978.474.4700
500 Unicorn Park Drive, Suite 502 | Woburn, MA 01801 | **O** 781.933.5505

----------------------------

This e-mail message and any attachments are confidential and may be attorney-client privileged. If you are not the intended recipient please notify Rubin and Rudman LLP immediately by telephone at (617) 330-7000 or by e-mail to firm@rubinrudman.com, and destroy all copies of this message and any attachments.

----------------------------

**From:** Steve Trubow <trubow1@gmail.com>
**Sent:** Monday, March 9, 2026 1:32 PM
**To:** Theodore J. Folkman <TFolkman@rubinrudman.com>

**Cc:** Ronald D. Coleman <rcoleman@colemanlaw-pc.com>; Steve Trubow <trubow1@gmail.com>
**Subject:** [EXTERNAL] Trial on April 13 2026

**WARNING: This message is from an external email address.**

Dear Mr. Folkman,
Can you please share this email with Dr. Jacob Hartz ?

Dr. Hartz
We are preparing for trial in Seattle on April 12, 2026.
Dr. Morisky has submitted the  attached exhibits as evidence.
We want you to testify at the trial.
Can our respective Counsels, Mr. Folkman and M. Coleman arrange  for you to  participate as a witness at trial ?

Thank you in advance for your prompt response.


Best
Steve Trubow
MMAS Research LLC
101 2nd St
Petaluma CA 94952