## Elizabeth L. Gardon

| | |
|---|---|
| **From:** | Ronald D. Coleman <rcoleman@colemanlaw-pc.com> |
| **Sent:** | Monday, March 30, 2026 5:58 PM |
| **To:** | Theodore J. Folkman |
| **Cc:** | Elizabeth L. Gardon; Neil Hartzell; pat ray; Chris  Austin; Oczek, Jeremy |
| **Subject:** | [EXTERNAL] RE: Depositions |

**WARNING: This message is from an external email address.**

Ted, we are not proceeding with discover until the magistrate resolves the outstanding motions and we know what this case is.

Do we have an outstanding meet and confer to schedule? I think we do.

**Ronald D. Coleman**
COLEMAN LAW FIRM, PC
50 Park Place, Suite 1105
Newark, NJ 07102
973-264-9611
*Admitted to practice in New Jersey and New York*

**From:** Theodore J. Folkman <TFolkman@rubinrudman.com>
**Sent:** Monday, March 30, 2026 10:51 AM
**To:** Ronald D. Coleman <rcoleman@colemanlaw-pc.com>
**Cc:** Elizabeth L. Gardon <EGardon@rubinrudman.com>; Neil Hartzell <neil.hartzell@fmglaw.com>; pat ray <raypatricia@yahoo.com>; Chris Austin <chris@lextecnica.com>; Oczek, Jeremy <oczekjp@bsk.com>
**Subject:** Depositions

Hi, Ron,

I almost hesitate to ask, but I'd like to confirm, please, that Mr. Trubow and your client's 30(b)(6) designee will be here for the depositions noticed on April 9 and 10. Per prior emails, we're willing to do a single deposition if Mr. Trubow is the designee. Please confirm, thanks.

Best,

Ted

**Theodore J. Folkman**
Partner
**D** +1 617.330.7135 | **O** +1 617.330.7000
tfolkman@rubinrudman.com

1

53 State Street, Boston, MA 02109 USA
rubinrudman.com

**Legal Assistant:** Patricia Crickard
D. +1 617.330.7063 | pcrickard@rubinrudman.com



53 State Street | Boston, MA 02109 | **O** 617.330.7000
69 Park Street, Floor 2 | Andover, MA 01810 | **O** 978.474.4700
500 Unicorn Park Drive, Suite 502 | Woburn, MA 01801 | **O** 781.933.5505

----------------------------

This e-mail message and any attachments are confidential and may be attorney-client privileged. If you are not the intended recipient please notify Rubin and Rudman LLP immediately by telephone at (617) 330-7000 or by e-mail to firm@rubinrudman.com, and destroy all copies of this message and any attachments.

----------------------------