UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| MMAS RESEARCH, LLC,<br><br>               Plaintiff,<br><br>      vs.<br><br>THE CHILDREN'S HOSPITAL<br>CORPORATION, et al.,<br><br>               Defendants | Civ. A. No. 1:24-cv-12108-DJC |

**THE HOSPITAL'S NOTICE OF SUPPLEMENTAL AUTHORITIES IN OPPOSITION
TO PLAINTIFF'S MOTION TO AMEND**

On April 21, 2026, the US District Court for the Western District of Washington issued an order in *Morisky v. MMAS Research LLC,* No. 2:21-cv-01301-RSM, ordering entry of a default judgment against MMAS Research LLC, the defendant in that case and the plaintiff here. A true copy of the Court's order is attached as Exhibit 1. The basis for the order was MMAS Research's failure to participate in discovery and to pay sanctions, despite failing to prove an inability to pay; its continued violations of the Court's local rules and orders, and its delay tactics.

The order provides an additional, strong reason to deny the pending motion for leave to amend (Doc. No. 98, Doc. No. 106). The motion seeks leave to add a claim for copyright infringement that MMAS Research had previously dropped. But the ownership of the Morisky Widget copyright, which is the basis of the claim MMAS Research wants to reassert, is the main issue that was being litigated between MMAS Research and Dr. Morisky, who is also a defendant here, in Washington.[1] As a result of the new order, as between MMAS Research and

---

[1] A true copy of the Second Amended Complaint in the Washington case is attached as Exhibit 2. A true copy of MMAS Research and Mr. Trubow's answer and counterclaim in that case is attached as Exhibit 3.

1

Dr. Morisky, it is now settled (subject to any appeal) that Dr. Morisky owns the Morisky Widget copyright. Therefore, MMAS Research lacks standing to assert a claim of copyright infringement. *See* 3 *Nimmer on Copyright* § 12.02[B][1]. In any event, because ownership of the copyright is an element of the claim, *see Airframe Sys. v. L-3 Communs. Corp.,* 658 F.3d 100, 105 (1st Cir. 2011), the outcome of the Washington case provides additional grounds for finding the copyright claim would be futile.

The order also provides additional grounds for finding the new defamation claims MMAS Research wants to assert futile. The claim is that the Hospital Defendants defamed MMAS Research by denying its ownership of the Morisky Widget copyright.

Respectfully submitted,

THE CHILDREN'S HOSPITAL
CORPORATION and DR. JACOB HARTZ

By their attorneys:

*/s/ Theodore J. Folkman*
Theodore J. Folkman (BBO No. 647642)
Elizabeth L. Gardon (BBO No. 711867)
RUBIN AND RUDMAN LLP
53 State Street
Boston, Mass. 02109
(617) 330-7000
tfolkman@rubinrudman.com
egardon@rubinrudman.com

Dated:  April 22, 2026

2

5029747_1