UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MMAS RESEARCH, LLC, <br><br> Plaintiff, <br><br> vs. <br><br> THE CHILDREN'S HOSPITAL CORPORATION, et al., <br><br> Defendants | Civ. A. No. 1:24-cv-12108-DJC |

## DECLARATION OF THEODORE J. FOLKMAN

I, Theodore J. Folkman, make the following declaration.

1.    I am counsel to the defendant, The Children's Hospital Corporation, in this action. I was admitted to the bar of this Court in 2002 and have been continually in good standing since that time.

2.    To date, MMAS Research has not served any discovery requests, noticed any depositions, or issued any subpoenas in this action.

3.    Attached to this declaration as Exhibit 1 is a true copy of an email exchange between me and counsel for MMAS Research on March 16, 2026.

4.    On March 17, I conferred by phone with Ronald Coleman, Esq., counsel for MMAS Research, under L.R. 7.1 concerning his client's proposed motion to stay discovery. I informed Mr. Coleman, as I had in the email exchange, that the Hospital did not agree to a stay or an extension of discovery.

5.    Attached to this Declaration as Exhibit 2 is a true copy of an email I received from Steven Trubow on April 28, 2026.

1

5116648_1

6.      Attached to this Declaration as Exhibit 3 is a true copy of an email I received from Steven Trubow on April 29, 2026.

7.      Attached to this Declaration as Exhibit 4 is a true copy of an email I received from Patricia Ray, Esq. on April 30, 2026.

8.      Attached to this Declaration as Exhibit 5 is a true copy of an email the Hospital received from Steven Trubow on May 11, 2026, without the attachments. I have redacted communications at the top of the email thread between Hospital personnel and the Hospital's inside and outside counsel.

9.      Attached to this declaration as Exhibit 6 is a true copy of an email I received from Steven Trubow on May 17, 2026, without the attachment.

10.     Attached to this declaration as Exhibit 7 is a true copy of a second email I received from Steven Trubow on May 17, 2026.

11.     On June 1, 2026, Patrica Ray, Esq. asked for a conference to discuss MMAS Research's motion to extend discovery. A true copy of her email is attached as Exhibit 8. She later sent me a draft of her client's motion. On June 3, Ms. Ray and I conferred, and I told her that we did not agree with the request.

I declare that the foregoing is true and correct. Executed on June 17, 2026.


*/s/ Theodore J. Folkman*

2

5116648_1