# Exhibit 4

## Theodore J. Folkman

| | |
|---|---|
| **From:** | Patricia ray <raypatricia@yahoo.com> |
| **Sent:** | Thursday, April 30, 2026 3:27 PM |
| **To:** | Theodore J. Folkman |
| **Cc:** | Ronald D. Coleman |
| **Subject:** | [EXTERNAL] Fw: Subject: NOTICE OF INTENT TO FILE REGULATORY COMPLAINTS – Research Misconduct and Grant Fraud (Grant K23HL145109) |

**WARNING: This message is from an external email address.**

Dear Ted

Steve has requested that this be forwarded to you for your info

Patricia

**To:** Theodore Folkman, Counsel for Boston Children's Hospital

Mr. Stockman,

This letter serves as formal notice that **MMAS Research LLC** is finalizing the submission of comprehensive regulatory complaints to the **HHS Office of Research Integrity (ORI)**, the **HHS Office of Inspector General (OIG),** and the **NIH Agency Intramural Research Integrity Officer (AIRIO)**. These complaints concern the professional and scientific conduct of your clients, Jacob Hartz et al., in the publication of the protocol: *"The Use of Mobile Health Technology and Behavioral Economics to Encourage Adherence to Statins and Blood Pressure–Lowering Medication in Adolescents with Familial Hypercholesterolemia or Hypertension: Protocol for a Pre-Post Cohort Study"* (**JMIR Res Protoc 2025;14:e65105**).

### The Basis of the Complaint

The published protocol contains a documented admission of "Scientific Scienter." In the study's own bibliography, the investigators:

1. **Cite the 2008 MMAS-8 article** (Reference 47) as the foundational logic for their primary clinical outcome.

2. **Explicitly acknowledge** within that same citation that the 2008 article was **retracted in September 2023**.

1

Despite this explicit knowledge of the methodology's invalidity, your clients have proceeded to utilize federal funds (**Grant K23HL145109**) and a public clinical registry (**NCT04458766**) to conduct research on a vulnerable adolescent population (ages 12-19) using a "dead" and scientifically invalidated instrument.

**Independent Regulatory Obligation**

Please be clear: **this regulatory action is independent of the pending civil litigation between the parties.** This notice arises solely from MMAS Research LLC's discovery of these flagrant violations of federal research standards. Having become aware of these systemic breaches, MMAS Research LLC is cognizant of its own potential liability if it fails to report such misconduct to the proper regulatory agencies. Failure to act would constitute complicity in the dissemination of invalidated clinical data and the misuse of federal resources.

**The Necessity of This Action**

MMAS Research LLC has a fundamental duty to the scientific community, the National Institutes of Health, and the human subjects involved to report these violations. We have no choice but to proceed for the following reasons:

- **Public Safety & Ethical Obligations:** Allowing a clinical trial to proceed using a retracted diagnostic tool misrepresents the scientific benefit and accuracy to the youth participants and their guardians.

- **Stewardship of the Scientific Record:** As the developers and stewards of the medication adherence scales cited in Reference 46—which your clients correctly identify as being edited by Steven Trubow—we cannot be silent witnesses to the corruption of the scientific record through the use of a discredited 2008 manual scale.

- **Federal Regulatory Compliance:** The misuse of NIH resources for research predicated on retracted methodologies constitutes "Waste, Fraud, and Abuse" of federal funds.

**Final Opportunity to Remedy**

We are providing Boston Children's Hospital **seven (7) days** from the date of this email to take immediate corrective action—specifically the withdrawal of the protocol from JMIR and formal notification to the IRB and NIH regarding the use of the retracted methodology—before our finalized complaints are transmitted to the federal oversight bodies.

If we do not receive a confirmation of such corrective action by **May 6, 2026**, the complaints will be filed, and we will move to have the study results administratively struck from the federal record.

Sincerely,

**Steven Trubow in Tokyo**

MMAS Research LLC

101 2nd St

Petaluma CA 94952

360-824-0701