# Exhibit 5

**Theodore J. Folkman**

| | |
|---|---|
| **From:** | Geehan, Christopher <Christopher.Geehan@childrens.harvard.edu> |
| **Sent:** | Monday, May 11, 2026 8:37 AM |
| **To:** | Theodore J. Folkman |
| **Subject:** | FW: MASTER REGULATORY REBUTTAL & NOTICE OF RESEARCH MISCONDUCT [EXTERNAL] |
| **Attachments:** | ORTIZ MMAS-8 Letter to the Editor.pdf; Exhibit Retracted_ Predictive Validity of a Med…pdf |

**WARNING: This message is from an external email address.**

**Christopher Geehan, Esq.**
Associate General Counsel | Office of General Counsel
Boston Children's Hospital
300 Longwood Avenue, Mailstop BCH3046, Boston MA 02115
t:617-919-3023 | f:617-730-1952
Legal Department internal website (for BCH staff): http://web2.tch.harvard.edu/generalcounsel/index.html
Compliance Department internal website (for BCH staff): http://web2.tch.harvard.edu/compliance/
Twitter | LinkedIn | Facebook | Instagram

**SUPPORT HEALTH EQUITY END RACISM**
**Boston Children's**
**Where the world comes for answers**
**HARVARD MEDICAL SCHOOL TEACHING HOSPITAL**

*This message (including attachments) may be confidential and/or privileged. If you are not the intended recipient, please delete this message without further distribution and reply to the sender that you have received this message in error.*

**From:** Horgan, James <James.Horgan@childrens.harvard.edu>
**Sent:** Monday, May 11, 2026 8:33 AM
**To:** Geehan, Christopher <Christopher.Geehan@childrens.harvard.edu>
**Subject:** FW: MASTER REGULATORY REBUTTAL & NOTICE OF RESEARCH MISCONDUCT [EXTERNAL]

**From:** Bittinger, Kristin <kristin_bittinger@hms.harvard.edu>
**Sent:** Monday, May 11, 2026 8:15 AM
**To:** Horgan, James <James.Horgan@childrens.harvard.edu>; Cervini, August <August.Cervini@childrens.harvard.edu>
**Subject:** FW: MASTER REGULATORY REBUTTAL & NOTICE OF RESEARCH MISCONDUCT [EXTERNAL]

* External Email - Caution *



**From:** Ryan, Jennifer M. <jennifer_ryan2@hms.harvard.edu>
**Sent:** Monday, May 11, 2026 6:42 AM
**To:** Bittinger, Kristin <kristin_bittinger@hms.harvard.edu>
**Subject:** Fwd: MASTER REGULATORY REBUTTAL & NOTICE OF RESEARCH MISCONDUCT

Begin forwarded message:

> **From:** Steve Trubow <trubow1@gmail.com>
> **Date:** May 11, 2026 at 3:37:38 AM EDT
> **To:** "AskORI (OS/OASH)" <askori@hhs.gov>, monica.bertagnolli@nih.gov,
> OASHPrimaryHealthCare@hhs.gov
> **Cc:** HMS-Office for Academic and Research Integrity <ARI@hms.harvard.edu>,
> George.Daley@childrens.harvard.edu, "Ryan, Jennifer M." <Jennifer_Ryan2@hms.harvard.edu>,
> managingeditor@thecrimson.com, university@thecrimson.com, jonathan.saltzman@globe.com,
> christopher.rowland@washpost.com, lena.sun@washpost.com, Steve Trubow <trubow1@gmail.com>
> **Subject: MASTER REGULATORY REBUTTAL & NOTICE OF RESEARCH MISCONDUCT**

**DATE:** May 12, 2026

**TO:**

- **Dr. Sheila Garrity**, Director, Office of Research Integrity (ORI)

- **Dr. Monica Bertagnolli**, Director, National Institutes of Health (NIH)

- **Admiral Rachel Levine**, Assistant Secretary for Health, HHS

**RE: MISAPPROPRIATION OF NIH FUNDING & RESEARCH MISCONDUCT (STUDY NCT04458766)**

---

**I. EVIDENCE OF SCIENTIFIC SCIENTER & REJECTION OF HHS STANDARDS**

**1. Certified Expertise: The clinicians, investigators and researchers were licensed, trained, and certified on the Morisky Widget (MMAS-8). They possessed the technical expertise to know that the Widget is the only validated diagnostic for medication-taking behavior.**

**2. The Kelman Precedent: The respondents' reliance on the MMAS-8 manual scale is a rejection of HHS clinical leadership. Dr. Jeffrey Kelman (1947–2024), the long-standing Chief Medical Officer for the Center for Medicare (CMS/HHS), was the instrumental voice in the creation of the Morisky Widget (2015–2016) specifically to solve the generic MMAS-8  manual scale's low specificity and sensitivity.**

**3. The Ortiz Investigation & The JCH Scientific Death Certificate: The respondents ignored the formal invalidation of the MMAS-8 manual methodology, as documented by the Journal of Clinical Hypertension (JCH): SEE ATTACHED**

- The Ortiz Editorial (2021): "The reported sensitivity and specificity metrics in the 2008 validation article are mathematically implausible… the predictive value of the instrument as described is statistically indistinguishable from a coin toss."

- The JCH Retraction Notice (2023): "This article has been retracted due to significant concerns regarding the reliability and validity of the data… the instrument's performance metrics can no longer be supported by the scientific record."

## II. THE "BAIT-AND-SWITCH" CITATION STRATEGY (REFS 46 & 47)

In the publication, *"Financial Incentives for Medication Adherence in Adolescents With Hypercholesterolemia: Protocol for a Randomized Controlled Trial,"* the Boston Children's Hospital, Harvard Medical School and National Institutes of Health authors employed a deceptive citation strategy to "launder" invalidated data:

- **Reference 46:** Cited the 2008 Journal of Clinical Hypertension (JCH) validation article to falsely establish a scientific baseline.

- **Reference 47:** Cited the 2023 retraction notice of that same article, but strategically framed it as a peripheral "copyright dispute" to shield the study from regulatory scrutiny.

The authors were dishonest in the medical literature: **Reference 47 is the scientific death certificate of Reference 46.** To use a tool that the *Journal of Clinical Hypertension* has formally retracted for being **statistically no more accurate than a coin toss** is not a disclosure—it is a confession of data falsification.

### III. PEDIATRIC ENDANGERMENT: THE HYPERCHOLESTEROLEMIA BLIND SPOT

The respondents applied this "coin toss" metric to adolescents with **hypercholesterolemia**, a condition affecting **20% to 25%** of pre-teens and teenagers.

- **The Silent Precursor:** Hypercholesterolemia is a "silent" precursor to catastrophic heart disease. In this high-risk group, accurate medication adherence is the only barrier to long-term cardiac damage.

- **The Statistical Blind Spot:** Using a retracted instrument creates a "blind spot" where treatment failures go undetected. The researchers prioritized the commercial validation of the **Wellth App** over the safety of these vulnerable adolescents.

## IV. FRAUDULENT COMMERCIAL VALIDATION (THE WELLTH APP)

The most egregious aspect of this misconduct is the **misappropriation of NIH funds** to provide a "halo of prestige" for a commercial product. The **Wellth App** is currently being marketed to healthcare providers and insurers based on validation data from NCT04458766. This is the use of federal prestige and taxpayer dollars to market fraudulent "coin toss" science.

## V. MANDATORY REMEDIATION & REGULATORY DEMANDS

We formally demand that the ORI, NIH, and HHS immediately:

1. **Invalidate Study NCT04458766:** Based on the intentional use of retracted methodology by certified experts.

2. **Compel Immediate Re-scoring:** Require BCH/HMS to **re-score and re-code** all MMAS-8 medication adherence results using the **Morisky Widget (MMAS-8)**, which remains the only validated diagnostic assessment of medication taking behavior in the medical literature.

3. **Mandatory Safety Notice:** Require the researchers to notify families that their children's adherence data was measured using a scientifically dead instrument.

Sincerely,

Steven Trubow
MMAS Research LLC
101 2nd St.
Petaluma CA 94952
360-824-0701