# Exhibit 6

# Theodore J. Folkman

| | |
|---|---|
| **From:** | Steve Trubow <trubow1@gmail.com> |
| **Sent:** | Sunday, May 17, 2026 7:18 PM |
| **To:** | ARI@hms.harvard.edu; kristin_bittinger@hms.harvard.edu; NIHResearchIntegrity@mail.nih.gov |
| **Cc:** | Steve Trubow |
| **Subject:** | [EXTERNAL] URGENT: Formal Complaint of Research Misconduct under 42 CFR Part 93 — Reference Data Fabrication and False Litigation Claims by HMS Faculty |
| **Attachments:** | MASTER COMPLAINT OF SCIENTIFIC MISCONDUCT.pdf |

**WARNING: This message is from an external email address.**

Dear Dean Bittinger and the Office for Academic and Research Integrity,

Pursuant to the **Federal Public Health Service Policies on Research Misconduct (42 CFR Part 93)** and the internal academic integrity guidelines established by Harvard University, I am formally submitting the enclosed Master Complaint for immediate institutional investigation.

This matter is brought directly before the Harvard Medical School compliance framework following an explicit jurisdictional referral from the federal Department of Health and Human Services (HHS) agency overseeing the associated grant funding. The federal agency has directed the Complainant to exhaust local institutional pathways as a necessary prerequisite to final federal enforcement actions.

The attached Master Complaint provides definitive forensic evidence regarding an active, peer-reviewed pediatric protocol co-authored by HMS faculty member **Dr. Jacob Hartz, MD, MPH,** and division chief **Dr. Sarah de Ferranti, MD, MPH**. The document demonstrates that these investigators have engaged in:

1. **Reference Data Fabrication:** Manually splicing commercial names and dead identifiers to manufacture a non-existent bibliographic entry (**Reference 46**) to simulate regulatory compliance.

2. **Scientific Scienter:** Actively running a clinical trial evaluating adolescent cardiovascular health using the 8-item Morisky Medication Adherence Scale (MMAS-8), despite explicitly documenting in **Reference 47** that the scale's validation baseline was formally retracted in August 2023 for operating in a scientifically invalid **"Statistical Dead Zone."**

3. **Publication Malice and Defamation:** Broadcasting a verifiably inaccurate statement into the peer-reviewed record claiming that the authors are "personally facing ongoing litigation" from MMAS Research, LLC. As established by the federal docket in *MMAS Research LLC v. Boston Children Hospital* (Case No. 1:24-cv-12108-DJC), this is strictly an institutional breach of contract dispute against the corporate entity; no personal liability or lawsuits exist against the individual scientists.

1

We formally demand that Harvard Medical School initiate an immediate inquiry, compel a complete typographic and bibliographic correction of the scientific record, force the rescoring and recoding of all tests run through the **Morisky Widget** that were corrupted by the **COIN TOSS MMAS-8**, and mandate direct notification to the parents of children whose care behavior was mapped using an unvalidated metric.

Please acknowledge receipt of this transmittal email and the attached Master Complaint PDF, and confirm the case number assigned to this inquiry.

Respectfully submitted,

**Steven Trubow**
*Managing Member, MMAS Research, LLC*
101 2ND St. Petaluma CA 94952

**Attachment:** *MASTER_COMPLAINT_BCH_HMS_NIH_FINAL.pdf*