# Exhibit 7

**Theodore J. Folkman**

| | |
|---|---|
| **From:** | Steve Trubow <trubow1@gmail.com> |
| **Sent:** | Sunday, May 17, 2026 7:23 PM |
| **To:** | research.integrity@childrens.harvard.edu |
| **Cc:** | ARI@hms.harvard.edu; NIH Research Integrity (NIH/OD/OER); Steve Trubow |
| **Subject:** | [EXTERNAL] Formal Complaint of Research Misconduct — Protocol Fraud, Fabricated Citations, Patient Notification Failures, and False Legal Assertions by BCH Staff |
| **Attachments:** | MASTER COMPLAINT OF SCIENTIFIC MISCONDUCT.pdf |

**WARNING: This message is from an external email address.**

Dear Research Integrity Officer,

Following a formal jurisdictional directive from the Department of Health and Human Services (HHS), I am submitting the enclosed Master Complaint of Scientific Misconduct to the Boston Children's Hospital Office of Research Integrity and Compliance.

The targeted subjects of this filing include BCH clinical staff members **Dr. Jacob Hartz, MD, MPH**, research coordinator **Hannah Chiert, BS**, and division chief **Dr. Sarah de Ferranti, MD, MPH**. This formal transmittal outlines a severe collapse of scientific oversight and publication ethics within an active, pediatric clinical trial setting.

As detailed forensically in the attached master filing, these BCH employees have leveraged an institutionally approved, federally funded study protocol to publish fabricated citation strings (**Reference 46**) and clear misrepresentations of ongoing civil litigation. Furthermore, the protocol actively subjects pediatric heart patients to the **COIN TOSS MMAS-8**—a metric whose foundational validation data was stripped via an official journal retraction due to mathematically implausible statistical parameters.

Because this protocol directly impacts the assessment and clinical treatment paths of adolescents with cardiovascular and cholesterol conditions, Boston Children's Hospital has a strict medical and legal obligation to halt the deployment of this broken diagnostic instrument. We demand a comprehensive institutional audit requiring:

1. **Compulsory Rescoring and Recoding of All MMAS-8 Tests:** Immediate remediation of all tests in the **Morisky Widget**—the exact validated diagnostic assessment of medication behavior the BCH clinical research teams were trained and certified to use. All datasets corrupted by the **COIN TOSS MMAS-8** must be scrubbed, quarantined, and re-evaluated under a validated framework.

2. **Mandatory Parental Notification Policy:** Written disclosures sent directly to the parents/guardians of all enrolled minors informing them that their children's critical adherence metrics were evaluated using a scale that is no more accurate than a random coin toss.

1

3. **Correction of the Litigation Record:** A formal erratum correcting the false statements published about Steven Trubow and MMAS Research, LLC, explicitly stating that **Case No. 1:24-cv-12108-DJC** is strictly an institutional breach of contract suit against Boston Children's Hospital, and that no personal litigation exists against individual authors.

Please acknowledge receipt of this transmittal packet and the attached Master Complaint PDF, and notify my office immediately of the date your formal investigative panel will convene to address these protocol and publication violations.

Respectfully submitted,

**Steven Trubow**
*Managing Member, MMAS Research, LLC*
101 2nd St. Petaluma CA 94952

**Attachment:** *MASTER_COMPLAINT_BCH_HMS_NIH_FINAL.pdf*

2