# Exhibit 8

**Theodore J. Folkman**

| | |
|---|---|
| **From:** | pat ray <raypatricia@yahoo.com> |
| **Sent:** | Monday, June 1, 2026 11:07 AM |
| **To:** | Theodore J. Folkman |
| **Subject:** | [EXTERNAL] Meet and confer: your availability |

WARNING: This message is from an external email address.

Dear Ted
What is your availability today for a meet and confer on a  concerning a possible filing to extend discovery in this matter
Sincerely Patricia Ray

1