**Generated on:** This page was generated by TSDR on 2026-06-18 16:02:54 EDT

**Mark:** MMAS



| | | | |
|---|---|---|---|
| **US Serial Number:** | 87775045 | **Application Filing Date:** | Jan. 29, 2018 |
| **US Registration Number:** | 5837273 | **Registration Date:** | Aug. 20, 2019 |
| **Filed as TEAS RF:** | Yes | **Currently TEAS RF:** | Yes |
| **Register:** | Principal | | |
| **Mark Type:** | Trademark, Service Mark | | |

**TM5 Common Status Descriptor:**

DEAD/REGISTRATION/Cancelled/Invalidated

The trademark application was registered, but subsequently it was cancelled or invalidated and removed from the registry.

**Status:** Registration cancelled because registrant did not file an acceptable declaration under Section 8. To view all documents in this file, click on the Trademark Document Retrieval link at the top of this page.

**Status Date:** Mar. 06, 2026

**Publication Date:** Jun. 04, 2019

**Date Cancelled:** Mar. 06, 2026

## Mark Information

**Mark Literal Elements:** MMAS

**Standard Character Claim:** Yes. The mark consists of standard characters without claim to any particular font style, size, or color.

**Mark Drawing Type:** 4 - STANDARD CHARACTER MARK

## Goods and Services

**Note:**
The following symbols indicate that the registrant/owner has amended the goods/services:
- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

**For:** Computer software for use as a diagnostic tool for assessment of patient medication-taking behavior and compliance

| | | | |
|---|---|---|---|
| **International Class(es):** | 009 - Primary Class | **U.S Class(es):** | 021, 023, 026, 036, 038 |
| **Class Status:** | SECTION 8 - CANCELLED | | |
| **First Use:** | Feb. 10, 2006 | **Use in Commerce:** | Feb. 10, 2006 |

**For:** Printed materials, namely, test booklets and forms, all for use as a diagnostic tool for assessment of patient medication-taking behavior and compliance

| | | | |
|---|---|---|---|
| **International Class(es):** | 016 - Primary Class | **U.S Class(es):** | 002, 005, 022, 023, 029, 037, 038, 050 |
| **Class Status:** | SECTION 8 - CANCELLED | | |
| **First Use:** | Feb. 10, 2006 | **Use in Commerce:** | Feb. 10, 2006 |

**For:** Providing temporary use of a web-based software application for use as a diagnostic tool for assessment of patient medication-taking behavior and compliance

| | | | |
|---|---|---|---|
| **International Class(es):** | 042 - Primary Class | **U.S Class(es):** | 100, 101 |
| **Class Status:** | SECTION 8 - CANCELLED | | |
| **First Use:** | Feb. 10, 2006 | **Use in Commerce:** | Feb. 10, 2006 |

# Basis Information (Case Level)

| | | | |
|---|---|---|---|
| **Filed Use:** | Yes | **Currently Use:** | Yes |
| **Filed ITU:** | No | **Currently ITU:** | No |
| **Filed 44D:** | No | **Currently 44D:** | No |
| **Filed 44E:** | No | **Currently 44E:** | No |
| **Filed 66A:** | No | **Currently 66A:** | No |
| **Filed No Basis:** | No | **Currently No Basis:** | No |

# Current Owner(s) Information

**Owner Name:** Morisky, Donald E.

**Owner Address:** 1980 Festival Plaza Dr. Ste 300
Las Vegas, NEVADA UNITED STATES 89135

**Legal Entity Type:** INDIVIDUAL                    **Citizenship:** UNITED STATES

# Attorney/Correspondence Information

### Attorney of Record

**Attorney Name:** J.R. Dimuzio

**Attorney Primary Email Address:** ashlyn@lextecnica.com          **Attorney Email Authorized:** Yes

### Correspondent

**Correspondent Name/Address:** J.R. Dimuzio
Berstein Law, PC
10161 Park Run Dr. Ste. 150
Las Vegas, NEVADA United States 89145

**Correspondent e-mail:** ashlyn@lextecnica.com chris@lextecnica.com          **Correspondent e-mail Authorized:** Yes

### Domestic Representative - Not Found

# Prosecution History

| Date | Description | Proceeding Number |
|---|---|---|
| Jun. 15, 2026 | TEAS PETITION TO DIRECTOR RECEIVED | |
| Jun. 13, 2026 | TEAS WITHDRAWAL OF ATTORNEY RECEIVED-FIRM RETAINS | |
| Jun. 13, 2026 | TEAS CHANGE OF CORRESPONDENCE RECEIVED | |
| Jun. 13, 2026 | ATTORNEY/DOM.REP.REVOKED AND/OR APPOINTED | |
| Jun. 13, 2026 | TEAS REVOKE/APP/CHANGE ADDR OF ATTY/DOM REP RECEIVED | |
| Jun. 13, 2026 | APPLICANT/CORRESPONDENCE CHANGES (NON-RESPONSIVE) ENTERED | |
| Jun. 13, 2026 | TEAS CHANGE OF OWNER ADDRESS RECEIVED | |
| Mar. 06, 2026 | CANCELLED SEC. 8 (6-YR) | |
| Aug. 20, 2024 | COURTESY REMINDER - SEC. 8 (6-YR) E-MAILED | |
| Sep. 11, 2020 | NOTICE OF SUIT | |
| Aug. 20, 2019 | REGISTERED-PRINCIPAL REGISTER | |
| Jun. 04, 2019 | OFFICIAL GAZETTE PUBLICATION CONFIRMATION E-MAILED | |
| Jun. 04, 2019 | PUBLISHED FOR OPPOSITION | |
| May 15, 2019 | NOTIFICATION OF NOTICE OF PUBLICATION E-MAILED | |
| May 01, 2019 | LAW OFFICE PUBLICATION REVIEW COMPLETED | |
| Apr. 30, 2019 | APPROVED FOR PUB - PRINCIPAL REGISTER | |
| Apr. 26, 2019 | TEAS/EMAIL CORRESPONDENCE ENTERED | |
| Apr. 26, 2019 | CORRESPONDENCE RECEIVED IN LAW OFFICE | |
| Apr. 24, 2019 | ASSIGNED TO LIE | |
| Apr. 17, 2019 | TEAS RESPONSE TO OFFICE ACTION RECEIVED | |
| Apr. 16, 2019 | ATTORNEY/DOM.REP.REVOKED AND/OR APPOINTED | |
| Apr. 16, 2019 | TEAS REVOKE/APP/CHANGE ADDR OF ATTY/DOM REP RECEIVED | |

| | |
|---|---|
| Oct. 18, 2018 | NOTIFICATION OF PRIORITY ACTION E-MAILED |
| Oct. 18, 2018 | PRIORITY ACTION E-MAILED |
| Oct. 18, 2018 | PRIORITY ACTION WRITTEN |
| Aug. 10, 2018 | ASSIGNED TO EXAMINER |
| May 10, 2018 | NOTIFICATION OF NON-FINAL ACTION E-MAILED |
| May 10, 2018 | NON-FINAL ACTION E-MAILED |
| May 10, 2018 | NON-FINAL ACTION WRITTEN |
| May 10, 2018 | ASSIGNED TO EXAMINER |
| Feb. 08, 2018 | NEW APPLICATION OFFICE SUPPLIED DATA ENTERED |
| Feb. 01, 2018 | NEW APPLICATION ENTERED |

## TM Staff and Location Information

**TM Staff Information - None**

**File Location**

**Current Location:** GENERIC WEB UPDATE          **Date in Location:** Jun. 15, 2026