UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

MMAS RESEARCH  LLC,

     Plaintiff,

v.

THE CHILDREN'S HOSPITAL
CORPORATION d/b/a BOSTON
CHILDREN'S HOSPITAL, et al.,

     Defendants.

Civil Action No. 1:24-cv-12108-DJC

Hon. Denise J. Casper

## CERTIFICATE OF SERVICE

I hereby certify that on July 6, 2026, Plaintiff's Motion for Partial Summary Judgment and Memorandum of Law in Support, Plaintiff's Statement of Undisputed Material Facts, the Declaration of Steven Trubow, along with Exhibits 1 through 6 thereto were filed through the Court's CM/ECF system and, in accordance with Local Rule 5.2(b), will be sent

CERTIFICATE OF SERVICE- 1

electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

I further certify that, in accordance with the Procedures of the Honorable Denise J. Casper, a Microsoft Word version of Plaintiff's Statement of Undisputed Material Facts was served on counsel for Defendants by electronic mail on the same date.

Respectfully submitted,

MMAS RESEARCH LLC

By its attorneys,

Ronald D. Coleman (pro hac vice)
Patricia Ray (pro hac vice)
Andrew Neil Hartzell
Freeman Mathis & Gary, LLP
One Boston Place, 201 Washington St. Suite 2200
Boston, MA 02108
617-963-5966
nhartzell@fmglaw.com
Attorneys for Plaintiff MMAS Research LLC