UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

MMAS RESEARCH  LLC,

        Plaintiff,

v.

THE CHILDREN'S HOSPITAL
CORPORATION d/b/a BOSTON
CHILDREN'S HOSPITAL, et al.,

        Defendants.

Civil Action No. 1:24-cv-12108-DJC

Hon. Denise J. Casper

**PLAINTIFF'S SUPPLEMENTAL CERTIFICATE OF
COMPLIANCE WITH LOCAL RULE 7.1**

Pursuant to Local Rule 7.1(a)(2), the undersigned counsel for Plaintiff MMAS Research LLC hereby certifies that, in connection with Plaintiff's Motion for Partial Summary Judgment on the First Cause of Action (Dkt. No. 142), counsel for Plaintiff conferred in good faith with Theodore J. Folkman, Esq., counsel for Defendant Boston Children's Hospital, on July

SUPPLEMENTAL CERTIFICATE OF COMPLIANCE WITH L.R. 7.1- 1

7, 2026, by video conference, in an effort to resolve or narrow the issues presented by the Motion. The parties were unable to resolve those issues.

This certificate supplements Plaintiff's Motion (Dkt. No. 142) to confirm compliance with Local Rule 7.1(a)(2).

Respectfully submitted,

MMAS RESEARCH LLC

By its attorneys,

Ronald D. Coleman (pro hac vice)
Patricia Ray (pro hac vice)
A. Neil Hartzell (BBO #544752)
Freeman Mathis & Gary, LLP
201 Washington Street
Suite 2200
Boston, MA 02108
617-963-5966
neil.hartzell@fmglaw.com
Attorneys for Plaintiff MMAS
Research LLC

July 7, 2026

SUPPLEMENTAL CERTIFICATE OF COMPLIANCE WITH L.R. 7.1- 2