UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

MMAS RESEARCH, LLC,

        Plaintiff,

    vs.

THE CHILDREN'S HOSPITAL
CORPORATION, et al.,

        Defendants

Civ. A. No. 1:24-cv-12108-DJC

### DEFENDANT THE CHILDREN'S HOSPITAL CORPORATION MOTION FOR SUMMARY JUDGMENT

Pursuant to Fed. R. Civ. P. 56, the defendant, The Children's Hospital Corporation, moves for summary judgment. A memorandum of law, a statement of undisputed material facts, and declarations are being submitted with this motion.

### REQUEST FOR ORAL ARGUMENT

The Hospital requests a hearing on this motion.

5166274_1

Respectfully submitted,

THE CHILDREN'S HOSPITAL
CORPORATION

By its attorneys:

*/s/ Theodore J. Folkman*

Theodore J. Folkman (BBO No. 647642)
Taylor M. Makson (BBO No. 697476)
Elizabeth L. Gardon (BBO No. 711867)
RUBIN AND RUDMAN LLP
53 State St.
Boston, Mass. 02109
(617) 330-7000
tfolkman@rubinrudman.com
tmakson@rubinrudman.com
egardon@rubinrudman.com

Dated: July 10, 2026

## CERTIFICATE OF COMPLIANCE

I certify that I have conferred with counsel for the plaintiff and have attempted in good faith to resolve or narrow the issue presented in this motion.

*/s/ Theodore J. Folkman*

5166274_1