Patient name:                                                           Date:

| 1) Do you sometimes forget to take your pills? | ☐ Yes<br>☐ No |
|---|---|
| 2) People sometimes miss taking their medications for reasons other than forgetting. Thinking over the past two weeks, were there any days when you did not take your medicine? | ☐ Yes<br>☐ No |
| 3) Have you ever cut back or stopped taking your medicine without telling your doctor because you felt worse when you took it? | ☐ Yes<br>☐ No |
| 4) When you travel or leave home, do you sometimes forget to bring along your medicine? | ☐ Yes<br>☐ No |
| 5) Did you take all your medicine yesterday? | ☐ Yes<br>☐ No |
| 6) When you feel like your symptoms are under control, do you sometimes stop taking your medicine? | ☐ Yes<br>☐ No |
| 7) Taking medicine every day is a real inconvenience for some people. Do you ever feel hassled about sticking to your treatment plan? | ☐ Yes<br>☐ No |
| 8) How often do you have difficulty remembering to take all your medicine? | ☐ Never/rarely<br>☐ Once in a while<br>☐ Sometimes<br>☐ Usually<br>☐ All the time |

5165752_1