UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| MMAS RESEARCH, LLC,<br><br>    Plaintiff,<br><br>vs.<br><br>THE CHILDREN'S HOSPITAL<br>CORPORATION, et al.,<br><br>    Defendants | Civ. A. No. 1:24-cv-12108-DJC |

## <u>DECLARATION OF TAYLOR M. MAKSON</u>

I, Taylor M. Makson, make the following declaration:

1. I am counsel of record for the defendant The Children's Hospital Corporation.  I was admitted to the Massachusetts bar in 2016 and have been continually in good standing since that time.

2. A true copy of the "About" section of clinicaltrials.gov is attached to this Affidavit as **Exhibit 1.** This page is accessible at https://clinicaltrials.gov/about-site/about-ctg. I accessed this web page and all of the exhibits listed in this declaration online on July 9, 2026.

3. A true copy of the first published version of "The Use of Mobile Health Technology and Behavioral Economics to Encourage Adherence in Adolescents," dated July 1, 2020, is attached to this Affidavit as **Exhibit 2.** This page is accessible at https://clinicaltrials.gov/study/NCT04458766?tab=history&a=1#version-content-panel

4. A true copy of the fifth version of "The Use of Mobile Health Technology and Behavioral Economics to Encourage Adherence in Adolescents," dated July 7, 2022, is attached to this Affidavit as **Exhibit 3.** This page is accessible at https://clinicaltrials.gov/study/NCT04458766?tab=history&a=5#version-content-panel

5. A true copy of the sixth version of "The Use of Mobile Health Technology and Behavioral Economics to Encourage Adherence in Adolescents," dated January 10, 2023, is attached to this Affidavit as **Exhibit 4.** This page is accessible at https://clinicaltrials.gov/study/NCT04458766?tab=history&a=6#version-content-panel

5165300_1

6. A true copy of the answers to the first set of Interrogatories is attached to this Affidavit as **Exhibit 5.**

7. A true copy of the answers to the second set of Interrogatories is attached to this Affidavit as **Exhibit 6**.

8. A true copy of an article titled "Consider Alternatives to the Morisky Medication Adherence Scale (MMAS-4 and MMAS-8)" dated February 24, 2020 is attached as **Exhibit 7**. This article is accessible at https://researchservices.upenn.edu/2020/02/24/consider-alternatives-to-the-morisky-medication-adherence-scale-mmas-4-and-mmas-8/

9. A true copy of an article titled "Drug compliance and the Morisky Adherence Scale" dated February of 2021 is attached to this Affidavit as **Exhibit 8**. This article is accessible at https://onlinelibrary.wiley.com/doi/10.1111/jcpt.13325?af=R&msockid=09e7de1a20ba691d2a56c988212e6846

10. A true copy of an article titled "Pay up or retract? Survey creator's demands for money rile some health researchers" dated September 12 2017 is attached to this Affidavit as **Exhibit 9**. This article is accessible at https://www.science.org/content/article/pay-or-retract-survey-creators-demands-money-rile-some-health-researchers

11. A true copy of an article titled "The Morisky Medical Adherence Scale: a case study in using flimsy copyright claims to inhibit research" dated November 7, 2025 is attached as **Exhibit 10**. This article is accessible at https://www.authorsalliance.org/2025/11/07/the-morisky-medical-adherence-scale-a-case-study-in-using-flimsy-copyright-claims-to-inhibit-research/

I declare that the foregoing is true and correct. Executed on July 10, 2026.


*/s/Taylor M. Makson*_____
Taylor M. Makson

5165300_1