**Ovid®** Beta

EDITORIAL


Check for updates

# Drug compliance and the Morisky Adherence Scale

## An expression of concern and a warning

Alain Li-Wan-Po, Gregory M. Peterson

Authors and Affiliations >

*Journal of Clinical Pharmacy & Therapeutics* 46(1):p 1-3, February 2021. | *DOI:* 10.1111/jcpt.13325

Check Access

Share

Cite

Permissions

Content Not for Reuse

DOI: 10.1111/jcpt.13325

**EDITORIAL**



# Drug compliance and the Morisky Adherence Scale: An expression of concern and a warning

### Abstract

**What is known and objective:** Every prescriber knows that patients often do not take their medicines as prescribed. Hippocrates, the wise man of Kos, knew over two millennia ago. Our objective is to comment on the types of studies aimed at understanding and optimizing drug usage and to draw attention to the need to seek approval before using or citing the Morisky adherence scale.

**Comment:** The study of prescribing and how patients use their medicines is important. As part of this effort, the results of investigations of how patients adhere to drug prescriptions can be informative. However, the results are meaningful only if the methods used for doing the measurements are valid and made explicit. We were surprised when a team of our authors were threatened with legal action for citing the Morisky Adherence Scale and explaining how some authors had obtained their adherence scores. Adherence studies are but one facet of the study of prescribing aimed at improving clinical outcomes. Other aspects include investigating the quality of prescribing, and how unnecessary medicines can be deprescribed to improve the quality of care and reduce the risk of adverse effects.

**What is new and conclusion:** The study of optimal prescribing is an important endeavour and adherence studies are but one aspect. We report that using and citing the Morisky Adherence scale in any detail is a risky business. Prior approval is required unless one is prepared to pay up, retrospectively. We require all authors to certify they have no conflicts of interest with respect to the scale.

## 1 | WHAT IS KNOWN AND OBJECTIVE

Every prescriber knows that patients often do not take their medicines as prescribed. Hippocrates, the wise man of Kos, knew over two millennia ago.

"Keep a watch on the faults of the patients", he said. These "often make them lie about the taking of things prescribed". By not taking their medicines, patients "sometimes died" and "the blame" could then be "thrown upon the physician".[1]

Our objective is to observe that prescribed medication is not always helpful, and therefore, adherence is not always beneficial. We comment on the place of adherence studies in the pursuit of the optimization of drug usage and draw attention to the need to seek approval before using or citing the Morisky adherence scale.

## 2 | COMMENT

If one assumes that prescribed medicines work—although this assumption was more often wrong than right during Hippocrates' days, and is still often wrong as evidenced by the impact of recent prescriptions issued by high authority during the current COVID-19 pandemic—then measuring how well patients comply with prescribed treatments is a potentially useful endeavour.

Much effort has been aimed at a better understanding of the link between compliance and clinical outcomes, including adverse consequences, over the past decades. In a review of decades of research, Vermiere et al noted the difficulty in measuring compliance and noted the differential impacts of non-compliance in different settings.[2] Easy-to-use instruments for measuring compliance or adherence with self-report questionnaires are therefore welcomed by investigators. One of many such tools is the Morisky adherence scale, which is used in different variants.[3] Reviews of compliance studies therefore often identify primary studies in which the Morisky scales were used. A recent example is a study by Jia et al published in this Journal.[4]

During the review of the paper by Jia et al, our referee suggested that mentioning a measurement tool was not sufficient. Readers needed to know how poor adherence was defined. In response, the authors added the scoring reported by the authors of each study they were reviewing.[5] To us, as editors, appropriate citations to source material are important to inform those interested in investigating further and to give credit to the originators of the tools used, in this case Donald Morisky.

We were therefore surprised when we were copied onto an accusation of infringement of copyright of the Morisky scale sent to Jia and her colleagues, who were understandably distressed. They explained that they did not use the scale but simply reported and commented on its use, citing only material in the public domain. Their response did not satisfy Morisky who, via his business partner, a Steven Trubow, threatened legal action.

The threat by Morisky and his associates is not new.[6] Adam Marcus of *Retraction Watch* reported on a demand of $6500 for its use by a graduate student, and "tens of thousands of dollars each from hundreds of researchers". What seems new is that Morisky and his associates are now threatening legal action for not only using the scale, but simply citing the use of their work with the details

J Clin Pharm Ther. 2021;46:1–3.          wileyonlinelibrary.com/journal/jcpt          © 2020 John Wiley & Sons Ltd | 1

Copyright © 2021 John Wiley & Sons, Ltd

## Full Text Access for Subscribers



**Institutional Users**
Access through Ovid →

## Not a Subscriber?

Buy

## Related Articles

Adherence to antihypertensive medications in Omani patients: a comparison of drug biochemical analysis and the Morisky Medication Adherence Scale

An assessment of treatment compliance using the Morisky scale-8 tool in adult hypertensive patients of Eastern India

Validity and Reliability of the Japanese Version of the Morisky Medication Adherence Scale-8 in Patients With Ulcerative Colitis

Corrigendum to Audit on Oral Systemic Anti-Cancer Therapies (SACT) Adherence Using the Morisky Medication Adherence Scale (MMAS)

The 8-item Morisky Medication Adherence Scale translated in German and validated against objective and subjective polypharmacy adherence measures in cardiovascular patients

## Customer Service

Submit a Service Request    Browse the help center

 **Ovid®**

Privacy policy    Open Access Policy    Legal disclaimer    Terms and Copyright

Manage Cookie Preferences    Your California Privacy Choices

Copyright © 2026 Wolters Kluwer N.V. and/or its subsidiaries or third-party licensors. All rights reserved, including those for text and data mining and artificial intelligence training. For all open access content, the relevant licensing terms apply.