MARC E. HANKIN (SBN: 170505)
E-Mail: Marc@hpl.law
ELODIE BARDON (SBN: 352856)
E-Mail: Elodie@hpl.law
**HANKIN PATENT LAW,**
A Professional Corporation
11414 Thurston Cir
Los Angeles, CA 90049
Tel: (310) 979-3600

Attorneys for PLAINTIFF,
**MMAS RESEARCH LLC**

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MMAS RESEARCH LLC, a Washington limited liability company, | CASE No. 2:25-cv-6299 |
| Plaintiff | **COMPLAINT FOR DAMAGES** |
| v. | 1. Breach of Contract (Morisky Widget Licenses) |
| Charité – Universitätsmedizin Berlin; Centro Nacional de Investigaciones Cardiovasculares; Brigham and Women's Hospital; Harvard Medical School; The Mount Sinai Hospital; DOES 1 through 10, inclusive, | 2. Misappropriation of Trade Secrets under the Defend Trade Secrets Act (DTSA) and State Law |
| Defendants. | 3. 17 U.S.C. § 501 – Infringement of Copyright |
| | **DEMAND FOR JURY TRIAL** |

Plaintiff, MMAS RESEARCH LLC (hereinafter "MMAS Research" or "Plaintiff"), by and through its undersigned attorneys, complains and alleges as follows:

### JURISDICTION AND VENUE

1.  This action arises, in part, under 17 U.S.C. §501, Infringement of Copyright, including all sections created or amended by the Digital Millennium Copyright Act, 17 U.S.C. §101, *et seq.*, conferring federal question jurisdiction. Additionally, this Court has original jurisdiction over this controversy for misappropriation of trade secrets pursuant to 18 U.S.C. §1836(c), and diversity jurisdiction pursuant to 28 U.S.C. §1332, as the amount in controversy exceeds $75,000.00 and there is diversity of citizenship between the Parties.

2.  Venue is proper in this District pursuant to 28 U.S.C. §1391(b)(2) because (a) a substantial part of the events or omissions giving rise to Plaintiff's claims occurred in this District; (b) the unlawful acts of Defendants complained of herein have been committed within this District and have, had, or will have had effect in this District; (c) the written agreements identified and described more thoroughly below were entered into by the Parties in this District; and (d) the written agreements identified and described more thoroughly below, by their terms, stipulated to jurisdiction and venue in this District.

3.  Venue is also proper in this District pursuant to 28 U.S.C. §1391(c)(3) because one or more defendants are amenable to personal jurisdiction in this District.

4.  Diversity jurisdiction allows this Federal Court to exercise jurisdiction without there being a federal question where the parties are citizens of different states and the amount in controversy exceeds $75,000.  Here, there is diversity among Plaintiff MMAS RESEARCH LLC, a Washington limited liability company, and the Defendants.

### THE PARTIES

5.  Plaintiff, MMAS RESEARCH LLC ("MMAS RESEARCH"), is a Washington limited liability company in good standing.