# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MMAS RESEARCH LLC, a Washington limited liability company,<br><br>Plaintiff<br><br>v.<br><br>NEW YORK UNIVERSITY; PFIZER INC.; ICAHN SCHOOL OF MEDICINE AT MOUNT SINAI; VALENTIN FUSTER, DOES 1 through 10, inclusive,<br><br>Defendants. | Civil Action No. 1:25-7026<br>**AMENDED COMPLAINT FOR BREACH OF CONTRACT; COPYRIGHT INFRINGEMENT; AND THEFT OF TRADE SECRETS.**<br><u>**DEMAND FOR JURY TRIAL**</u> |

Plaintiff MMAS RESEARCH LLC ("MMAS Research," or "Plaintiff") for its claims for relief against Defendants New York University ("NYU"), Pfizer Inc. ("Pfizer"), Icahn School of Medicine at Mount Sinai ("Mt. Sinai"), Valentin Fuster ("Fuster") and DOES 1 through 10, inclusive ("Doe Defendants") (collectively herein "Defendants"), alleges as follows:

## NATURE OF THE ACTION

1.      MMAS Research LLC is a well-established company specializing in providing medication software. On December 3, 2019, MMAS Research filed a Copyright Application and was granted a Registration for the MMAS Research Widget Code. The MMAS Research Widget Code is a diagnostic assessment

1

computer program designed to measure and identify medication taking behaviors. It incorporates the MMAS-4 and MMAS-8 Adherence Scales. MMAS Research has extensively licensed its Copyright Registration to universities, pharmaceutical companies, and hospitals worldwide.

2. It has come to MMAS Research's attention that Defendants NYU; Pfizer; Mt. Sinai, and Fuster have participated in studies and/or authored articles using the MMAS-4 and MMAS-8, resulting in Pfizer's and NYU's breach of its license and in Defendants' infringement of MMAS Research's Copyright, as well as the misappropriation of MMAS Research's trade secrets.

3. Accordingly, MMAS Research has commenced this action for: (a) Breach of Contract; (b) Copyright Infringement Pursuant to 17 U.S.C. § 501; and (c) Misappropriation of Trade Secrets under the Defend Trade Secrets Act (DTSA) and New York's common law for trade secrets.

## THE PARTIES

4. Plaintiff, MMAS RESEARCH LLC is a Washington limited liability company in good standing.

5. Plaintiff is the owner of the "MMAS RESEARCH WIDGET CODE" (the "Morisky Widget"), registered under United States Copyright Registration No. TX 8-816-517 (Registration date December 3, 2019) (the "Morisky Widget Copyright"). A true and correct copy of Copyright Registration TX 8-816-517, entitled "MMAS Research Widget Code," is attached as Exhibit 16.

6. On information and belief, Defendant New York University ("NYU") is a Not-for-Profit research university is located at 726 Broadway, 10th Floor, New York, NY 10003.

7. On information and belief, Defendant Pfizer Inc. ("Pfizer"), a Delaware Corporation, is located at 66 Hudson Boulevard East, New York, NY 10001-2192.

2