| | |
|---|---|
| MMAS RESEARCH LLC,<br><br> Plaintiff,<br><br>v.<br><br>THE CHILDREN'S HOSPITAL CORPORATION d/b/a<br>BOSTON CHILDREN'S HOSPITAL, et al.,<br><br> Defendants. | Civil Action No.<br>1:24-cv-12108-DJC<br><br>Chief Judge Denise J. Casper<br>Mag. Judge Jessica D. Hedges |

# EXHIBIT 5

**Copyright Registration for the Morisky Widget**
**(MMAS Research Widget Code), Reg. No. TX 8-816-517**

*Source: U.S. Copyright Office registration catalog record*

Attached to the Declaration of Steven Trubow in Support of Plaintiff's Motion for Partial Summary Judgment and in Opposition to Defendant Boston Children's Hospital's Motion for Summary Judgment

**From:** Library of Congress Catalog
**Sent:** Sunday, April 13, 2025 8:29 AM
**To:** trubow1@gmail.com
**Subject:** Copyright catalog Keyword Search for widget source code

Type of Work:     Computer File

Registration Number / Date:
          TX0008816517 / 2019-12-03

Application Title: MMAS Research Widget Code.

Title:          MMAS Research Widget Code.

Description:     Electronic file (eService)

Copyright Claimant:
          MMAS Research LLC, Transfer: By written agreement.

Date of Creation:  2017

Date of Publication:
          2017-03-18

Nation of First Publication:
          United States

Authorship on Application:
          Dustin Machi, 1974-  ;  Domicile: United States;
           Citizenship: United States. Authorship: computer
           program.

Previous Registration:
          2016, TX0008285390. **MMAS-4**
          2018, TX0008632533. **MMAS-8**

Basis of Claim:    computer program.

Rights and Permissions:

        Douglas P. LaLone, Fishman Stewart PLLC, 800 Tower Drive,
         Suite 610, Troy, MI, 48098, United States, (248)
         594-0650, docketing@fishstewip.com

Copyright Note:   C.O. correspondence.

Names:       Machi, Dustin, 1974-
        MMAS Research LLC