**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| MMAS RESEARCH LLC,<br><br> Plaintiff,<br><br>v.<br><br>THE CHILDREN'S HOSPITAL CORPORATION d/b/a<br>BOSTON CHILDREN'S HOSPITAL, et al.,<br><br> Defendants. | Civil Action No.<br>1:24-cv-12108-DJC<br><br>Chief Judge Denise J. Casper<br>Mag. Judge Jessica D. Hedges |

# EXHIBIT 8

**The Boston Children's Hospital Morisky Widget MMAS**
**Retroactive and Perpetual License**

*Source: Dkt. 24-1 at 58–62 (License body); executed signature page, true copy maintained by MMAS Research LLC*

Attached to the Declaration of Steven Trubow in Support of Plaintiff's Motion for Partial Summary Judgment and in Opposition to Defendant Boston Children's Hospital's Motion for Summary Judgment

Morisky Widget MMAS Retroactive and Perpetual  License


The following shall constitute a perpetual (indefinite term) MORISKY Widget MMAS-8 license between the licensee, Boston Children's Hospital (BCH), 300 Longwood Avenue, Boston MA 02115 and the licensor, MMAS Research LLC (MMAS), 14725 NE 20th Avenue, Bellevue Washington 98007 made this day August 24, 2019.


SECTION 1. TERMS OF USAGE

Ownership and Fees: Morisky Widget software is the intellectual property of MMAS Research LLC.

Translations: Permission will only be granted to use MMAS certified translations from the Morisky Widget or with special arrangements approved and signed by the MMAS. There are no exceptions.

Changes or any modifications to the wording, phrasing or scoring of the MMAS, CUDOS and CUXOS require certification on the Morisky Widget editor and translator.

Coding and scoring criteria of the MMAS are trade secrets of MMAS and as such can never be divulged in any publication, presentation, or website without written permission from MMAS. If BCH divulges Morisky Widget scoring and coding criteria it will be considered a breach of the Morisky Widget license and MMAS will have the right to suspend or terminate the Agreement.

Trademark & Copyright: Permission to use the copyright and trademark protected Morisky Widget MMAS is not and will not be granted for any unauthorized use or translations of the MMAS or other MORISKY intellectual property, in whole or in part. No electronic questionnaires, analyses, research results or publications based on unauthorized use of the Morisky Widget will be permitted. The MMAS required citations and licensing statement provided in Appendix 1 must be included in all manuscripts, web postings or other publication containing Morisky Widget MMAS descriptions or results.


In case of scientific, administrative or intellectual properly misconduct in using the MORISKY Widget diagnostic

assessments, MMAS reserves the right to withdraw permission for use and to pursue all legal remedies. This Agreement shall be governed by and construed under the laws of Massachusets. The Morisky Widget agreed to in this license are non-transferrable from the BCH

BCH must submit to MMAS all presentations and manuscripts that are being considered for abstracts/poster presentations or publication to make certain that all copyright and trademark requirements are included in all manuscripts submitted for publication. This is to protect BCH as MMAS has encountered many violations of federal and international copyright laws from clients as well as individuals who use MMAS intellectual property without following the required copyright and trademark guidelines.

SECTION 2. FEES

In consideration of MMAS granting BCH a free perpetual Morisky Widget MMAS license, BCH agrees to pay MMAS a one-time training and certification fee of $5000.00 .The six-hour training and certification will take place in Boston in late October 2019 for up to 35 participants. After certification, MMAS will provide  10,000 complimentary Morisky Widget MMAS tests. After the 10,000 complimentary test have been used, additional MMAS condition and medication specific tests are $1.00 each. Any additional required training and certification of additional BCH clinicians who wish to use the Morisky Widget MMAS will be at BCH  expense.

SECTION 3. DUTIES OF BCH

BCH can use the Morisky Widget, Morisky Kiosk Apple I Phone APP, and the Morisky API to administer Morisky Widget MMAS tests. With Licensor approval, BCH can use MMAS paper or electronic questionnaires but all scoring and coding must be done in the Morisky Widget.

SECTION 4. DUTIES OF MMAS

MMAS will provide BCH with a perpetual license that can used by any trained and certified clinician, physician, pharmacist, nurse, psychologist or health care professional at BCH. Only BCH employees trained and certified by the Licensor may use the

Morisky Widget MMAS.

MMAS will provide BCH with their own secure Morisky Widget with 10,000 complimentary Morisky Widget MMAS tests after training and certification in Boston.

## SECTION 5. TERMS and TERMINATION

In case of scientific, administrative or intellectual property misconduct in using the Morisky Widget, MMAS reserves the right to withdraw permission for us and to pursue all legal remedies. BCH may terminate this license with or without cause at any time.

## SECTION 6. PAYMENT OF FEES

All fees must be paid by November 30 , 2019 . License fee will be wired to the MMAS Chase bank account.

## SECTION 7. RESULTS

All Morisky Widget data or results will become the sole property of BCH.

Boston Children's Hospital

By:

_____

Date

_____

MMAS Research LLC

By:  _____

Date  _____

Appendix 1
Required citations, acknowledgement and footnote for the 8-item
MMAS are as follows:
Morisky DE, Ang A, Krousel-Wood M, Ward H. Predictive Validity of
a Medication Adherence Measure in a Patient Setting. J Clin Hyper
2008; 10(5):348-354. Berlowitz DR, Foy CG, Kazis LE, Bolin L,

Case 1:24-cv-02088-DCJ Document 45-2 Filed 08/27/24 Page 6 of 7

Conroy LB, Fitzpatrick P, Gure TR, Kimmel PL, Kirscner K, Morisky DE, Newman J, Okney C, Oparil S, et al. for the SPRINT Study Research Group. Impact of Intensive Blood Pressure Therapy on Patient-Reported Outcomes: Outcomes Results from the SPRINT Study. N Engl J Med 2017; 377:733-44.
Morisky DE, DiMatteo MR. Improving the measurement of self-reported medication nonadherence: Final response. J Clin Epidem 2011; 64:258-263.

The footnote below is required in all articles, presentations, web postings, reports and submitted manuscripts, and on the first table or figure which present the Morisky Widget MMAS results or in the Acknowledgment Section of manuscripts submitted for publication:

A Morisky Widget  license agreement is available from MMAS Research LLC 14725 NE 20th St., Bellevue Washington or strubow@morisky.org

Morisky Widget MMAS.

MMAS will provide BCH with their own secure Morisky Widget with 10,000 complimentary Morisky Widget MMAS tests after training and certification in Boston.

## SECTION 5. TERMS and TERMINATION

In case of scientific, administrative or intellectual property misconduct in using the Morisky Widget, MMAS reserves the right to withdraw permission for us and to pursue all legal remedies. BCH may terminate this license with or without cause at any time.

## SECTION 6. PAYMENT OF FEES

All fees must be paid by November 30 , 2019 . License fee will be wired to the MMAS Chase bank account.

## SECTION 7. RESULTS

All Morisky Widget data or results will become the sole property of BCH.

Boston Children's Hospital

By:

Date    9/4/19

MMAS Research LLC