**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| MMAS RESEARCH LLC,<br><br> Plaintiff,<br><br>v.<br><br>THE CHILDREN'S HOSPITAL CORPORATION d/b/a<br>BOSTON CHILDREN'S HOSPITAL, et al.,<br><br> Defendants. | Civil Action No.<br>1:24-cv-12108-DJC<br><br>Chief Judge Denise J. Casper<br>Mag. Judge Jessica D. Hedges |

# EXHIBIT 19

**The Paper MMAS-8 Questionnaire Created and Administered
by Boston Children's Hospital**

*Source: Dkt. 24-1 at 120*

Attached to the Declaration of Steven Trubow in Support of Plaintiff's Motion for Partial
Summary Judgment and in Opposition to Defendant Boston Children's Hospital's Motion for
Summary Judgment

Patient name:                                       Date:

MRN:

| | | |
|---|---|---|
| 1) | Do you sometimes forget to take your prescription cholesterol medication? | ☐ YES<br>☐ No |
| 2) | People sometimes miss taking their medications for reasons other than forgetting. Thinking over the past two weeks, were there any days when you did not take your prescription cholesterol medication? | ☐ YES<br>☐ No |
| 3) | Have you ever cut back or stopped taking your prescription cholesterol medication without telling your doctor because you felt worse when you took it? | ☐ YES<br>☐ No |
| 4) | When you travel or leave home, do you sometimes forget to bring along your prescription cholesterol medication? | ☐ YES<br>☐ No |
| 5) | Did you take all your prescription cholesterol medication last time you were supposed to take it? | ☐ Yes<br>☐ NO |
| 6) | When you feel like your symptoms are under control, do you sometimes stop taking your prescription cholesterol medication? | ☐ YES<br>☐ No |
| 7) | Taking medicine every day is a real inconvenience for some people. Do you ever feel hassled about sticking to your cholesterol treatment plan? | ☐ YES<br>☐ No |
| 8) | How often do you have difficulty remembering to take all your prescription medications to lower your cholesterol level? | ☐ Never/rarely<br>☐ Once in a while<br>☐ Sometimes<br>☐ Usually<br>☐ ALL THE TIME |

How many answers did they give that are in BOLD UPPERCASE? _____ (≥ 2 → ELIGIBLE)