UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MMAS RESEARCH, LLC,<br><br>       Plaintiff,<br><br>vs.<br><br>THE CHILDREN'S HOSPITAL<br>CORPORATION, et al.,<br><br>       Defendants | Civ. A. No. 1:24-cv-12108-DJC |

**SECOND DECLARATION OF TAYLOR M. MAKSON**

I, Taylor M. Makson, make the following declaration:

1.      I am counsel to the defendant, The Children's Hospital Corporation. I was admitted to the Massachusetts bar in 2016 and have been continually in good standing since that time.

2.      A true copy of the Second Amended Complaint (without exhibits) in *Morisky v. MMAS Research, LLC,* No. 21-1301 (W.D. Wash.) ("the Washington Case") is attached to this declaration as Exhibit 1.

3.      A true copy of the Order for Entry of Default in the Washington Case is attached to this declaration as Exhibit 2.

4.      A true copy of the Proposed Order Granting Plaintiff's Motion for Default Judgment in the Washington Case is attached to this declaration as Exhibit 3.

5.      A true copy of the docket sheet from the Washington Case is attached to this declaration as Exhibit 4.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on July 27, 2026.

/s/Taylor M. Makson
Taylor M. Makson